**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MAJOR WILMA P. WEBSTER, MC, USAF RETIRED, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1333C (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of 45 days, to and including April 7, 2006, to respond to Major Webster's complaint. Pursuant to RCFC 6(e) and 12(a)(1), our response is currently due on February 21, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with Major Webster's counsel, and he does not oppose this motion for enlargement.

The United States requests this enlargement of time because counsel for defendant has not received the administrative record in the case from the Department of the Air Force and does not expect to receive it for several weeks. Once counsel does obtain the record from the agency, he will then need time to review it, prepare an appropriate response to the complaint, and have the response reviewed by his supervisors.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

OF COUNSEL:

MAJOR TRACEY ROCKENBACH
Air Force Legal Services Agency
1501 Wilson Boulevard
Arlington, VA 22209

February 15, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of February 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas Mickle