**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MAJOR WILMA P. WEBSTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-1333C** |
| | ) | **(Judge Christine O.C. Miller)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION SEEKING LEAVE OF**
**<u>COURT TO FILE THE ADMINISTRATIVE RECORD</u>**

The defendant, the United States, respectfully requests leave of the Court to file the administrative record in this case. The attached administrative record, filed in conjunction with the Government's motion to dismiss, consists of the complete copy of the military records relating to the Air Force Board for Correction of Military Records' ("AFBCMR") decision in the case of plaintiff, Major Wilma P. Webster. With the filing of this motion, as set forth at paragraph 5 in this Court's General Order 42A, the undersigned counsel of record has also concomitantly served this Court and counsel for Major Webster a courtesy copy of the administrative record.

For the foregoing reasons, we respectfully request that the Court permit the filing of the administrative record in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

LT COL RITA RUSSELL
Air Force Legal Services Agency
1501 Wilson Boulevard
Arlington, VA 22209

April 7, 2005

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of April 2006, a copy of the foregoing "**DEFENDANT'S MOTION SEEKING LEAVE OF COURT TO FILE THE ADMINISTRATIVE RECORD**," and the Administrative Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. With the filing of this motion, as set forth in this Courts General Order 42A, paragraph 5, the undersigned counsel of record has, concomitantly served the Court and counsel for Major Webster a courtesy copy of the administrative record.

s/Douglas Mickle
Douglas K. Mickle