care, I was trained as an internist and we aren't--we tend not to like to do family practice so much, but I've done, in Saudi Arabia, a lot of sick call and regular family practice stuff, so okay. And I tried to do a good job there, although I had to check on what you do for moles which are--you know, because I am interested in the different moles, I know a certain amount about them, but I am not acquainted with exactly where you have to send people and what the time limit is and stuff. So I had to check on those things to make sure I did them right. And also on a lot of the things on the physical exams, I tried to do them right. But a lot of it was new to me.

Questions by Major Matthews:

Q. So those statements--

A. But those statements, okay, so I felt bad about being there. But I don't think quite yet the statements started, but there was the letter of reprimand that I got and there was other comments by Doctor--by Colonel Addison.

Q. We are aware of the circumstances. Those, do you think, led to the statements, just stress--

A. With all these things and then the OPR, the referral OPR, it's like my world was going--was disappearing, what I had always worked for, what I was trying to do and so I was very stressed out.

Q. So after the statements were made, they revoked your privileges. Do you think that was justified, given the fact you were doing some very unusual things, to say maybe we should take her away from patient care? Would you be concerned if someone was running around saying things like that four or five different times, that they take care of patients, would that concern you?

A. If the psychiatrist had felt I was not appropriate to take care of patients, yeah, but I said stupid things. I agree I said stupid things. I admitted it and I tried to improve.

Questions by Major Steffen:

Q. Just a couple of things I had. When you were at Yokota and Lakenheath, you worked in their emergency departments?
A. Uh-huh. (Affirmative.)

Q. That was your choice. Obviously, you are internal medicine, but your interest is in ER?
A. I've always--I wanted to do emergency medicine residency, but I was a foreign medical grad. And when I wanted to do it, it was so popular among Americans, that there was no space for a foreign medical grad. So I took what I could get.

Q. Sure. Now, when you were at Yokota and Lakenheath, did you work as a solo practitioner in the ER, or were there like two or three providers in the ER at one time?
A. No, just one.

Q. Just one, okay. So Yokota, Lakenheath and Panama are all the same, basically?
A. At Lakenheath, they were impressed that I was very good at trauma patients, finding severe injuries that other people sometimes didn't catch.

Q. Okay, now again, I've just kind of eyeballed some of this stuff. I looked through your credentials and at Yokota, Lakenheath and Panama, there's always a mark in the "fair" with your working with people in the emergency department. Has that been a problem that has kind of followed you along?
A. I--

Q. Or why do people get that impression that you are difficult to work with?
A. I--it's something I'm trying to work on. I--I don't know why because I--as you've seen by the fellow workers that have talked today. I tried to really be nice to McCrary and I don't really think that he and I had problems, and I don't think I had problems with any of the other workers here because I specifically tried to work on that.

Q. But at Lakenheath and Yokota where they also said it was fair, not really good or excellent, similar



694

feedback that you got here or you never had any of that feedback, as far as you having difficulty getting along with co-workers, techs, nurses?

A. You know always--I'm not sure, almost always, a lot of times when I start a new hospital, there's a certain period of time before they get used to me and then they love me after that, and that's happened in multiple hospitals. And I like--and that's why I was trying really hard here so that would not happen here, but in my other civilian hospitals, there's always a certain period of time and after that they always just love me.

Q. Now another point that Colonel O'Neil had made, after the code and you said you had problems--you told him the day of, "My wrist is hurting", and he said the next day you came back and told him another story about why you thought you had difficulty intubating. Can you just clarify the two different stories, because for him, that was a loss of confidence. I just want to hear your perspective on that.

A. Yeah, the next day, I said to him, "You know, when somebody feels real bad that they can't do something, you have got to think of an excuse why you couldn't do it and that's normal. And it's true that my hand is weak, but I wanted to make sure you knew"--not exactly these words, but "that it isn't too weak to do everybody. It just was too weak to do this guy. I can intubate other people, easier ones."

Q. So he misconstrued that as something else?

A. I don't think I stated it as clearly for him. It might be my words that confused him, I don't know.

Q. I know the MS has been worked up and all that and you went to this guy, Poser. He gave you a diagnosis of Guillain-Barre, is that correct?

A. Yes, I had an episode of Guillain-Barre in October during a trip to Turkey. I had a definite Guillain-Barre.

Q. Again, having not looked at a medical text in a long time, can you just fill me in about Guillain-Barre now? As I recall, isn't that stress-induced sometimes? A viral--

CM (Maj Matthews): It's viral--Fischer--

CC: But it will bring out by stress--you may know more about it.

RESP: I don't know. I have this feeling that maybe all this stress I've been under here because of the beginnings of these procedures, that might have primed me to get it. But as far as I know, Guillain-Barre is not caused by stress.

Questions by Major Steffen:

Q. Is it a permanent thing?
A. No.

CM (Maj Matthews): It comes, goes away. It doesn't recur. But the Miller-Fischer, I believe, is--it's facial or something. I'm not sure. It's different.

RESP: It has--as I understand, it has more facial things. But what happened is October, when I was on a tour of Turkey, there were--there was a group of twenty-nine of us that I used to--they were all friends from Mexico from years ago and they take a tour every year and they invited me to go with them and we were going two to three people per room in hotels traveling together throughout Turkey. One of my roommates came with a bad case of flu.. And everybody eventually got this flu, the whole twenty-nine of us. It was a mini-epidemic. I got it, too. It started out with four days of diarrhea, almost immediately, followed by sinusitis for about three days, earaches, cough. Then my belly looked kind of big one day and I thought I was just eating too much. In reality, it was paralysis, I believe, of my abdominal muscles because the next day I started having difficulty climbing the steps on the ruins in Turkey and the next day I couldn't walk at all. I had to crawl to the bathroom.

Questions by Major Steffen:

Q. So shortly thereafter these symptoms, you saw and you were given the diagnosis of Guillain-Barre, is that right?

A. I was sent to a Turkish--I was taken to a Turkish hospital. They diagnosed me.

Q. But as far as you understand, this is kind of self-limiting, comes on and goes away, right, so the symptoms you were having prior to this diagnosis of Guillain-Barre, nobody has been able to associate with anything?
A. What symptoms?

Q. Well, you've been worked up for MS since '93.

CM (Maj Matthews): The MRI.

CC: The MRI.

RESP: I had an abnormal MRI which abnormal MRI's, what's called UIBO's, unidentified bright objects. More--the older you get, they are more common. It means very little when you are my age.

Questions by Major Matthews:

Q. What year was your Guillain-Barre?
A. What was that?

Q. What year was it?
A. Oh, it was just this year--this last year.

Q. How about the diplopia, no one ever explained that?
A. The MEB decided that was decompensated phoria which means weak eye muscles. That was the first MEB. But Doctor Poser is thinking it possibly, instead of decompensated phoria, that was the first episode of this Miller-Fischer variant of Guillain-Barre.

Questions by Major Steffen:

Q. So he thinks that may have started way back when and that could all along account for some of the symptoms you had--
A. I don't have any symptoms.

Q. But the Guillain-Barre--
A. I had double vision in 1972-73.

(Discussion between board members.)

Questions by Major Steffen:

Q. We are just trying to figure out the sequence of all this.
A. I had the facial paralysis in 1972 and double vision around that time. Then in 1992, I had the double vision only for a month while I wasn't sleeping.

(Discussion between board members.)

CIVRC: I've got something that may be helpful to the board because I was not--I mean, we submitted documents for the PEB that, quite frankly, I didn't bring down here. This is the last paragraph of a narrative that was submitted--that I used before the board--that was submitted by the doctors who treated her in Turkey and the date was October 18th, 1998. I will just let you all read that. If you have any doubts about this, I will be happy to call my office and get the report. But, as you will see, at the very last sentence, he said there was no--she had Guillain-Barre, but she did not have any signs of MS.

Questions by Major Steffen:

Q. Okay, enough of that. Really, the last question I have for you is, if you were returned to a clinical setting, what are your feelings on going back and seeing patients? I mean, you have been out of patient care now for almost a year.
A. I know, I feel terrible about that.

Q. I know you have been asked the question about going back to the ER and I know here you don't feel comfortable doing that. But what if you went back in a primary care setting or something like that? How do you think you would handle it?
A. I'd love to be back in an ER again. That's where I feel most comfortable.

Q. And if you were returned, how would you like to be returned?

A. To an ER?

Q. Yeah, I mean, directly by yourself or--
A. Oh--

Q. --do you think you need to go--
A. --by myself is fine.

Q. Right off the bat, after a year of being out?
A. Yeah, yeah, because I have worked in ER's for fourteen years.

CC: That's all I have.

Questions by Captain Georgescu:

Q. How--
A. I don't want a super high intensity patient load, if possible, and I do like the way where you load the rooms, but I need technicians that will agree with me and will work with me on that.

Q. They have covered a lot of my questions so I am going to go to a few things that are kind of peripheral, but nonetheless, I think are pretty important.
A. Sure.

Q. One of the main points, and some of this evidence is as far as patient satisfaction is concerned. How much do you think that patient satisfaction counts as part of a provider's ability to treat a patient?
A. I think it is very important. And again, I remind you, that at Yokota, I was the most lauded physician of everybody. I think part of the problem here might be a certain amount of bad publicity.

Q. What do you mean by that?
A. That I've heard that Major McCrary and perhaps, I'm not sure--I've heard that Major McCrary has said bad things about me to techs and that person talked today to you but did not state that, probably didn't want to cause problems.

Q. So you think things got spread around that way?
A. Uh-huh. (Affirmative.)

Q. What about--that's more of the techs working the ER. What about the patients themselves when they come in, whether the ER or the primary care unit, and they have to wait what they consider is a large amount of time to be seen?

A. I tried--later on, Captain Shercliffe was surprised one day that I had seen more patients than people had normally seen and he was once very surprised by that, once when I was really trying--working hard to work faster.

Q. They made a point of people waiting in the ER for a few hours. I understand some people are not as acute as others. However, what about the primary care unit? I understand that problem kind of transferred over to the primary care unit where you were working and people had to wait long periods of time before being seen.

A. Again, I didn't train to be a family practice doctor, and I like to do things well. But if I am going to see somebody for exams for their moles or for evaluation for testicular cancer and stuff, I want to check the books and make sure that I am doing it right even though I am not a family practice doctor and that is not part of what my practice normally has been. So I check them out, but I try to check the books to make sure I am doing it right.

Q. And about the ER, you feel that the patients waiting the way they had written down, four to six hours, was that because of the triage or what was the reason they ended up waiting so long, busy ER?

A. Busy ER. In fact, I had a little, the worst day, a little packet of papers that had everybody listed that came that day and at what time.

Q. Just as a matter of curiosity, did you get a chance to do many intubations before? For example, at Yokota, how many intubations did you get a chance to do?

A. I think, probably one or two. Where I did all the intubations was in civilian life. They used to call me at Hazelton-St. Joseph Hospital--when somebody pulled out their tube, they would call me up to put them in and I used to routinely put tubes in for such patients at that hospital.



100

Q. At Lakenheath, how many?
A. I--there was only one and it was a nasal tracheal intubation and they were very impressed that I could do it well.

Q. One of my main questions is, what happened to the blood work? You were going to get everything done at Wilford Hall Medical Center. You do your LP and now you are supposed to get your blood work, correct?
A. That's because my plane was leaving. I mean, I had to meet the plane and I was racing around trying to do everything and I just left. And as soon as I got to--uh--Panama, I said, "Please do this blood", and I had it sent to them right away on dry ice or however they do it.

Q. So where did they do the LP at?
A. They did it at Wilford Hall. And then they said, "You've got to stop by the laboratory and get your blood drawn" because you are supposed to have blood drawn at the same time as you get the LP so they can see if there are oligoclonal bands, both in the serum and in the spinal fluid.

Q. So you understood, without that blood work--
A. Yeah, but it's okay, I heard within that length of time. It was just that I wanted to go and there were just too many things to do before I left and I...

Questions by Major Matthews:

Q. I've got a couple of questions. Do you agree there are certain things you should know as an emergency medicine physician off the top of your head that you have no time to refer to books?
A. That's true.

Q. When did you last take ACLS?
A. I think it was two years ago, approximately.

Q. ACLS is supposed to be renewed every year.
A. Then it was a year--is it a year? I thought it was two years.



-701

REC: When she was first removed from the ER, Colonel O'Neil made her repeat ACLS.

RESP: No, that's not true.

(Discussion among board members.)

RESP: It runs out in June of this year.

Questions by Major Matthews:

Q. So you had it in June two years ago.
A. I think it lasts two years.

Q. I'm sorry, I've been an instructor for the last six years, so I've lost track. If this board says you are able to go back to work, then you will be able to go back to work, I assume, or according to the squadron commander or whatever. If we decide you can go back to work, you are ready to go back to the emergency room as soon as possible by yourself. I would just like to get a little more of a feel in terms of your thought processes.
A. Sure.

Q. Let's just go back to, if you don't mind, that a-fib patient.
A. Say that again.

Q. That atrial fibrillation patient, just so you can visualize it. When he coded, what was your actions or what would be your actions? Tell me what you did or what you would do. Tell me the proper way to manage that patient.
A. Once he coded or before he coded?

Q. Yes, the a-fib. Tell me the proper way to manage that patient. You have done oral boards twice, two attempts?
A. No, I've done it more. I do it every year, but I don't study. I can't study when I'm in the Air Force. But just for practice, I do it every year.

Q. If you would, similar to that format, just kind of tell me. I'm not doing oral boards--I'm not trying--I just want to kind of see your thought process--
A. Atrial fibrillation.

Q. --what you did or what you would do. Even if you did it wrong, tell me what you would do for this patient that coded.
A. Okay, atrial fibrillation. The story on him is he came in--

Q. You got called and he has coded now, Code blue.
A. Okay, not the other things on him. Okay.

Q. He coded, I understood you to say, over in x-ray?
A. Over in x-ray. So I run to x-ray.

Q. Code blue, Doctor Webster.
A. So I run to x-ray and I--when I get in there, what do I see?

Q. Patient basically unresponsive, lying on a gurney and the tech scared.
A. And not doing anything?

Q. No.
A. So I start CPR while we connect him to a monitor.

Q. Okay, he is on a monitor and CPR is started.
A. What do I see on the monitor?

Q. You see asystole.
A. Asystole, I don't see v-fib or anything, okay. I'm going to give him--I change leads to see if--

Q. Okay, stop CPR, he is still in asystole, yes.
A. Okay, and we continue CPR.

Q. Okay, CPR is continued.
A. And I want to--how--we are bagging him, right?

Q. Do you want to bag him?
A. Oh, yes, bag him. I am going to intubate him.

Q. Okay, we are bagging.

A. Is there any change with the bagging and the intubating?

Q. He is intubated now and you have got good chest movement.
A. I give him a milligram of Epinephrine, IV push. Do we have the IV started?

Q. We have an IV. Epinephrine is being pushed.
A. Is there any response to that?

Q. No response.
A. Okay, try--in three minutes, try five milligrams of Epinephrine and see if that works.

Q. Okay, try Epinephrine and no response.
A. No response. Try--I think we can still try atropine and see if there is any response to that.

Q. How much?
A. That would be one milligram of atropine.

Q. Okay, and you have a response.
A. I do have a response, because I was going to say next we have got to think of what could be causing it and go into the possible--

Q. But you have a response now.
A. What kind of response do I have?

Q. It looks like a-fib again.
A. It looks like v-fib.

Q. It looks like atrial fibrillation.
A. A-fib, okay. Uh--

Q. He is still unresponsive, you are bagging and ventilating.
A. Okay, so--okay, continue with the oxygen. Do we have a pulse?

Q. You have a very weak pulse.
A. A very weak pulse. Okay, I have--what do I have going in the IV?

Q. Normal saline.
A. Oh, I didn't say it--

Q. Normal saline.
A. I have normal saline running and--uh--atrial fibrillation. I would like to shock him and I am going to start with 200 jewels and everybody off.

Q. Okay, everybody is off.
A. Although I think for atrial fibrillation, it is just 75 jewels.

Q. How much do you want?
A. I'm going to do 200 because we are in a code situation.

Q. Okay.
A. Okay, do 200 jewels, everybody off.

Q. Everybody is clear.
A. And shock him. Do I get any response?

Q. You get no results.
A. Okay, continue CPR. Do we have him intubated now?

Q. Yeah, he has been intubated. Now he is kind of awake, he is biting on the tube.
A. Okay, he is biting.

Q. But he is still in a-fib.
A. I want--okay, do we get a blood pressure?

Q. Yes, you have a blood pressure.
A. What is the rate of the atrial fibrillation?

Q. It is rapid, about 175.
A. 175.

Q. Blood pressure is 100 over 70.
A. Okay, that is a benefit anyway.

Q. He is still in a-fib.
A. He is still in a-fib.

Q. What do you want to try now?



705

A. Defibrillate again, I mean de--cardio--we are going to have each of these--that's got to be on synchronized. Both times it was synchronized. Sorry I didn't say that before.

Q. What do you want now, how many jewels?
A. Two hundred.

Q. Two hundred again?
A. Uh-huh.

Q. Okay, let me ask you something-
A. Well, we've got--yeah, go ahead.

Q. Let me just ask a question. So the correct jewels--
A. It probably should have been 75 each time.

Q. The correct jewels is supposed to be at what?
A. I think it is about 75.

Q. So 50 to 100. And you had a patient and you shocked him initially the first time because--
A. Uh--

Q. --was he stable?
A. He was unstable.

Q. He was unstable. Okay, why was he unstable the first time you shocked him?
A. Because--uh--his blood pressure was down and--

Q. Didn't ask for blood pressure, but that's fine. What is another reason?
A. Pulses were--he was not awake.

Q. He was unresponsive, okay. And the second time, why did you shock him?
A. Uh--because we are still unstable, I think.

Q. Why?
A. His blood pressure, his mental status.

Q. What was his mental status?
A. I think he's--he was starting to come around.



706

Q. Let's take it back. Let's say he was stable in the sense of biting on the tube, waking up and he has got a good blood pressure.
A. Then let's just keep on the oxygen.

Q. And he is still in a-fib.
A. What--his rate though is?

Q. 175.
A. 175, okay, so we want to--we would like to lower the rate, so there are other things we could try with--uh--what was his blood pressure again?

Q. 100 over 60.
A. 100 over 60 so I am not really ready to try anything that would lower the blood pressure more which would include--

Q. He is going to get sick here real quick. Tell me what you want to do.
A. Uh--we've got him on oxygen and we don't have any other cause. When I look for other causes--

Q. Do you want to take time to look for other causes right now?
A. Well, if--his blood pressure is stable, you said.

Q. Yes.
A. Well, I do a repeat physical exam real quick and see if there's any signs of--uh--pulmonary problems, percuss his heart, the size of the heart, do an EKG if I can, real quick listen to his lungs, feel his belly, feel his pulses distally. Do I find anything there?

Q. No, no murmurs.
A. No murmurs.

Q. You get an EKG that confirms a-fib at 175. But you have identified a problem when--what does your algorithm say in terms of the first thing you do when any patient comes in, but definitely in ACLS guidelines, what is the first thing we do? Is marching down--
A. The alphabet.

Q. ---A, B, C--so you have done A and B.
A. And C.

Q. You've got C--
A. Circulation, right. And we--

Q. So it is not important doing a physical exam--
A. --have--the pulses are okay everywhere, right?

Q. You have pulses, yes. They are weak, 100 over 60.
A. So we have to decrease that. If his blood pressure is stable, I've got to think of several things, Verapamil probably.

Q. So what do you want to choose, Doctor?
A. Well, I will--I think--uh--I will give him Verapamil.

Q. How much do you want, Doctor?
A. I want five milligrams of Verapamil.

Q. Okay, the next question for you, that's fine. Thank you. Going back to the head physician when you were part of NEMA, Yokota, when you were put on--what's that word--
A. Abeyance.

Q. --abeyance, Lakenheath questioned I think you got an LOC for slowness--
A. No, no, nothing.

Q. Just there was a counseling for speed, it was just a letter, not an LOC officially.
A. For speed?

Q. Yeah, from Lakenheath, there is something here on basically they talked to you about getting a little faster.
A. Okay, but it wasn't an LOC.

Q. No, sorry. And now at Panama. There is definitely a trend. I mean, I rely on my colleagues to know how good I am. It is important to me. It must be important to you. Do you question your ability to work in the same environment when you notice four different

hospitals are asking that same question about you, maybe not to the same extent as this--
A. Lakenheath wasn't asking anything.

Q. Maybe not to the same extent, but wondering if you can keep up--
A. and Yokota--

Q. Questioned your ability.
A. --those two medical problems, but then they said it was fine.

Q. I understand, and I'm sure everything checked out and it may check out here, too, but there is a trend here. No one has ever questioned me. I haven't practiced medicine as long as you, but I don't think it is real commonplace for this to happen in four different places. I just want to know your state of mind--

CIVRC: Excuse me, I'm having a problem with four places.

RESP: It hasn't happened in four different places.

Questions by Major Matthews:

Q. The civilian hospital that asked her to leave after documentation--

CIVRC: There was a space of many, many years.

CM (Maj Matthews): Pardon me?

CIVRC: There was a space of many, many years between that initial time.

CM (Maj Matthews): I understand, but there are definitely four places that questioned her ability to function as an emergency medicine physician. And I can--

CIVRC: That's fine.

Questions by Major Matthews:



709

Q. And I see four different places. I don't know if there is one person in each one or more, I don't know. But I just want to know what your state of mind is--
A. No, but--

Q. --in terms of now, do you worry? Do you question your ability since others have in the past?
A. In Pennsylvania, I was very well known as a great doctor. And in the Bloomsburg Hospital, very well known there and in Hazelton-St. Joseph Hospital, where I also worked and Muncey Valley Hospital, at the same time--

Q. So you are not concerned?
A. Wait a minute, wait a minute. In all of those hospitals, I was very well thought of and for years I worked there. They still write to me, nurses and technicians from those hospitals. Now, in the Air Force, at Yokota, I had those two problems. Those two problems happened within about three months of my son's accident when I was in a very bad emotional state. I don't know if I blame it on my son, but I think I probably should have had a little more support from them, but I think that was--before that, everything was fine.

Q. So you are comfortable with the way you practice medicine?
A. Here, I am a little slow. I've got to keep on working about that--on that. I certainly do. And I prefer always to work in a--in a less busy emergency department. I always when I search for work in civilian hospitals, I choose the smaller ones and I when I have asked for hospitals in the military I have said that I prefer the smaller hospitals. That's what I've always asked for.

Questions by Major Steffen:

Q. The concern in the military, since we are military, is that, yeah, you may get a small base that is slow, but what happens if you are put into a wartime environment where it is not slow? You are out in the middle of Somalia and you are it.
A. Well, I did well in Desert Storm.

Q. Did you have other providers with you or were you by yourself?
A. No, there was one of us at a time. I--uh--got my second Achievement Medal there. I am aware that I am not fast enough for what they want. And I have tried to improve that, and one of the ways I've tried to improve was the method we had at Lakenheath where we filled the rooms and then you just go from one room to another and I wanted to keep on doing that because that helped me get faster here at this hospital, but the techs aren't used to that.

Questions by Captain Georgescu:

Q. Just a quick thing about the quickness again. So a lot of things, a matter of the time--
A. I'm working on it, I'm working on it.

Q. I understand, I understand. You know, you can definitely see the improvement through the charts and through people's impression. You know, the first day is always the worst. We've all been through that. But after a while, it seems like it levels off. I was just wondering, you have been practicing medicine for how long now?
A. I graduated from medical school in 1979.

Q. In 1979, so considering residency and so forth, probably about fifteen years?
A. I finished my residency in 1983.

Q. And you still think you can improve the time you need to see patients?
A. I always--one of the things I do most is I always read my journals. I always study. I always work on that, and I continuously study my emergency medicine, not a lot. I want to study more for the board, for the oral board, but I never have time to do a proper amount of study.

CC: Do you have anything else?

REC: Just a couple of questions.



711

## RECROSS-EXAMINATION

Questions by recorder:

Q. You've been practicing for fourteen years. How many more years is it going to take for you to get to the pace where everyone else is at?
A. I am faster than a lot of people, too, though.

Q. Once again, can you answer my question please?
A. I am working at it, what can I say?

Q. Okay, back to Doctor O'Neil and the Code Blue incident. You told Doctor O'Neil that you could not perform the intubation properly because your wrist was weak, correct?
A. That's correct.

Q. Okay, and you did later change your story and tell Doctor O'Neil that it really was not your wrist, it was really you couldn't see properly and other types of excuses, correct?
A. Incorrect.

Q. Okay, so Colonel O'Neil lied today on the stand?
A. What I told him the second time was that my wrist was indeed weak, but that it wasn't so weak I couldn't intubate the easier patients. I don't think he lied. He misunderstood me.

Q. You indicated you prefer smaller hospitals, less busy hospitals, ER's, rather. Isn't it also true that you preferred the evening shift here at Howard when there weren't as many patients?
A. I liked both evening shifts and day shifts.

REC: Nothing further.

## REDIRECT EXAMINATION

Questions by civilian respondent's counsel:

Q. Just some administrative things. For the record, Doctor Webster, this is your schedule here at Howard for November 1997, is that correct?