2/1/98

# CURRICULUM VITAE

| | |
|---|---|
| Name: | Margaret G. O'Connor |
| Address: | Beth Israel Hospital<br>Behavioral Neurology Unit<br>330 Brookline Avenue<br>Boston, MA 02215 |
| Address: | 18 Knowles Street, Newton, MA 02159 |
| Date of Birth: | August 27, 1954 |
| Place of Birth: | Boston, Massachusetts |

**Education:**

| | |
|---|---|
| 1979 B.A. | Duke University, *Magna cum laude* |
| 1987 Ph.D. | Boston University |

**Postdoctoral Training:**

Internship:

| | |
|---|---|
| 1986-1987 | Intern in Neuropsychology, Brown University, Providence, RI |

**Licensure and Certification:**

| | |
|---|---|
| 1988 | Board of Registration of Psychologists, Commonwealth of Massachusetts, Certificate of Registration #4618 |
| 1996 | American Board of Professional Psychology Candidate for Diplomate in Clinical Neuropsychology |

**Academic Appointments:**

| | |
|---|---|
| 1987-1991 | Lecturer in Neurology (Neuropsychology), Harvard Medical School |
| 1989- | Assistant Professor of Neurology, Boston University Medical School |
| 1991- | Instructor in Neurology (Neuropsychology), Harvard Medical School |
| 1992- | Faculty, Massachusetts School of Professional Psychology |
| 1997- | Assistant Professor of Neurology (Neuropsychology), Harvard Medical School |

**Hospital Appointments:**

| | |
|---|---|
| 1984-1985 | Practicum in Psychology, Department of Psychology, Kennedy Memorial Hospital, Boston MA |
| 1985-1986 | Practicum in Neuropsychology, Department of Psychology, VA Medical Center, Boston, MA |
| 1986-1987 | Intern in Neuropsychology, Department of Psychology, Brown University, Providence, RI |

HEARING EXHIBIT 14 815

Research Funding Information:

Current Funding:

1989-1996 NINDS
Single Case Study Section
Memory Disorders Research Center, Boston University Medical School
Co-Principal Investigator

1996- 1997 Parke-Davis
Therapeutic use of Cognex in patients with memory deficits secondary to rupture and surgical repair of anterior communicating artery aneurysms
Principal Investigator

Principal Clinical and Hospital Service Responsibilities:

1987- Hospital-based practice in neuropsychology, Beth Israel Hospital

Major Administrative Responsibilities:

1994-1995 Acting Director of Neuropsychology, Beth Israel Hospital

1995- Director of Neuropsychology, Department of Neurology, Beth Israel Hospital, Boston

1996-1997 Director, Clinical Core Section, NINDS Program Project, Memory Disorders Research Center, Boston University/VA Hospital

Teaching Activities:

Medical School and University Courses:

1987-1997 Memory Disorders Research Conference, Boston University Medical Center Lecturer. 10-15 graduate students; 6 CEU psychologists. 7.5 hours contact time. 20 hours preparation

1991- 1995 Psychological Aspects of Medical Illness, Harvard Medical School. Lecturer. 100 CME students. 1 hour contact time. 6 hours preparation.

1992- Introduction to Neuropsychology, Massachusetts School of Professional Psychology. Lecturer. 15 graduate students. 12 hours contact time. 48 hours preparation.

1994- Human Neuropsychology, Clark University/Boston University Medical School. Lecturer. 6 graduate students. 2 hours contact time. 6 hours preparation.

1994- Neurology of Behavior, Harvard Medical School. Lecturer. 150-200 CME students. 1 hour contact time. 6 hours preparation

1998- The Interface between Cognitive Neuroscience and Neuropsychology: What patients tea us about theories of the mind. Harvard College, Psychology Department. 12 undergradı students. 28 hours contact time. 60 hours preparation.

Hospital Courses and invited teaching presentations:

1987- Cognitive Neuroscience Seminar, Beth Israel Hospital. Lecturer. 15-20 medical stude staff members from Department of Neurology. 2 hours contact time. 6 hours preparatic

1989- Psychological Testing Seminar, Beth Israel Hospital. Lecturer. 6 psychology interns. 2 hours contact time. 6 hours preparation.

1994- Seminar in Clinical Neuropsychology, Massachusetts Mental Health Center. Lecturer. post-doctoral fellows. 2 hours contact time. 6 hours preparation.

1995 Profiles of Amnesia, Gerontology Rounds, Beth Israel Hospital. Lecturer. 30 medical students, staff members Department of Gerentology, 1 hour contact time. 3 hours preparation.

1995 Bedside Evaluation of Dementia, Social Work Rounds, Beth Israel Hospital. Lecturer. 1 staff social workers. 1 hour contact time. 3 hours preparation.

1996 Neuropsychology of Alzheimer's Disease and Aging. Mediplex Nursing Homes, Lectu 1 hour contact time. 3 hours preparation.

1995 Behavioral Neurology Seminar, MacLean Hospital. Lecturer. 15 medical students, staff members, Department of Psychiatry. 1 hour contact time. 3 hours preparation.

1998 South Shore Coalition of Elders, Quincy, MA. Lecturer. 40 mental health professionals. 1 hour contact time. 3 hours preparation.

Advising Responsibilities:

Postdoctoral Fellow Advisor

1993- Clinical Supervisor in APFCN Program
1 postdoctoral fellow/year

Graduate Student Clinical Advisor

1995- Clinical Supervisor, Massachusetts School of Professional Psychology
4 Graduate Students in clinical laboratory/year

Graduate Student Research Advisor

1995- Research Supervisor, Beth Israel Hospital
1-2 Graduate Students in research lab/year

Professional Leadership Roles Related to Teaching:

1994-95 Organizer, Neuropsychology Seminar, Beth Israel Hospital

1994- Co-organizer for Behavioral Neuroscience Lecture Series, VA Hospital Coordinator

Regional, National, and International Contributions:

Invited Presentations:

1987 International Neuropsychological Society, Washington, D.C. "The effects of self-reference on depressives' perceptual identification and recognition of verbal stimuli."

1990 American Psychological Association, Boston, MA "MMPI/MMPI-2: A comparison study with amnesic patients"

1993 Massachusetts Neuropsychological Society, Boston, MA "An investigation of anterograde and retrograde memory functions in patients who have undergone surgical repair of anterior communicating artery aneurysms."

1994 Brigham and Women's Hospital, Boston, MA Cognitive Neuroscience Seminar "A Neuropsychological investigation of confabulation"

1995 International Neuropsychological Society, Seattle, WA, "The remote memory abilities of patients with rupture and surgical repair of anterior communicating artery aneurysms."

1995 Memory Disorders Research Society, Cambridge, England, "The relative roles of frontal/executive and facial memory in the genesis of Capgras' syndrome."

1995 Psychiatry Grand Rounds, Beth Israel Hospital "Psychodynamic and neuropsychologic factors associated with Capgras syndrome"

217

| | |
|---|---|
| 1996 | Brigham and Women's Hospital, Boston, MA Cognitive Neuroscience Seminar "Rate of forgetting in association with paraneoplastic limbic encephalitis and temporal lobe epilepsy." |
| 1997 | Massachusetts Mental Health Center, Contemporary Applications of Psychological Testing. "Strategies in the Assessment of Memory in Elderly Adults". |
| 1997 | Codman Square Health Center, Boston, MA "The impact of SLE on the CNS of African American Women." |
| 1998 | International Neuropsychological Society, Honolulu, HI. "Memory and Aging." |
| 1998 | Massachusetts Mental Health Center, Contemporary Applications of Psychological Testing. "Strategies in the Assessment of Memory in Young Adults". |

BIBLIOGRAPHY

Original Reports:

1. Cermak LS, O'Connor MG. The anterograde and retrograde retrieval ability of patient with amnesia due to encephalitis. Neuropsychologia 1983; 21: 213-214.

2. Cermak LS, O'Connor MG, Talbot N. The biasing of alcoholic Korsakoff patients' semantic memories. Journal of Clinical and Experimental Neuropsychology 1986; 8: 543-556.

3. Cermak LS, Blackford SP, O'Connor MG, Bleich RP. The implicit memory ability of a patient with amnesia due to encephalitis. Brain and Cognition 1988; 7: 136-146.

4. O'Connor MG, Butters N, Miliotis P, Eslinger P, Cermak LS: The dissociation between anterograde and retrograde amnesia in a patient with herpes encephalitis. Journal of Clinical and Experimental Neuropsychology 1992; 14: 159-178.

5. Ahern GL, O'Connor MG, Coleman A, Dalmau J, Posner JB, Schomer DL, Herzog AG, Kolb DA, Mesulam M. Paraneoplastic temporal lobe epilepsy with testicular neoplasm and atypical amnesia. Neurology 1994; 44: 1270-1274.

6. Schachter SC, Bolton A, Manoach D, O'Connor MG, Weintraub S, Blume H, Schomer DL. Handedness in patients with intractable epilepsy: Correlations with side of temporal lobectomy and gender. Journal of Epilepsy 1995; 8, 190-192.

7. O'Connor MG, Walbridge M, Sandson T, Alexander M. A neuropsychological analysis of Capgras syndrome. Neuropsychiatry, Neuropsychology, and Behavioral Neurology 1996; 9,4, 265-271.

8. Sandson TA, O'Connor MG, Sperling RA, Edelman RR, Warach S. Perfusion MRI with Epistar in Alzheimer's disease. Neurology 1996; 47: 1339-1342.

9. D'Esposito M, Alexander MP, Fischer R, McGlinchey-Berroth R, O'Connor MG. Recovery of memory and executive functions following anterior communicating artery rupture. Journal of the International Neuropsychological Society 1996.

10. Johnson MK, O'Connor MG, Cantor J. Confabulation, memory and frontal dysfunction. Brain and Cognition 1997.

11. Manoach DS, O'Connor MG, Weintraub S. Absence of neglect for mental representations during the intracarotic Amobarbital procedure. Archives of Neurology 1996; 53, 333-337.

12. O'Connor MG, Sieggreen MA, Ahern G, Schomer DL, Mesulem M-M. Accelerated forgetting in association with temporal lobe epilepsy and paraneoplastic limbic encephalitis. Brain and Cognition 1997; 35: 71-84.

13. O'Connor MG, Bachna K, Kaplan B, Cermak LS, Ransil B. Long-term retention of transient events. Psychology and Aging 1998.

14. Bachna K, Sieggreen M, Cermak L, O'Connor MG. MMPI/2; Comparison of amnesic subjects. Archives of Clinical Neuropsychology 1998.

Reviews and Educationally Relevant Publications:

1. Cermak LS, O'Connor MG. Mnemonic retraining of organic memory disorders. In Denes G, Semenza C, Bisiacchi P, Andrewsky E, eds. Perspectives in Cognitive Neuropsychology. Hillsdale: Lawrence Erlbaum Associates, 1985.

2. O'Connor MG, Cermak LS. The rehabilitation of organic memory disorders. In Meier M, Diller D, Benton A, eds. The neuropsychology of rehabilitation. London: Churchill Livingstone, 1986.

3. O'Connor MG. The effects of self reference on depressives' perceptual identification and recognition of verbal stimuli [Dissertation]. Boston, Massachusetts: Boston University, 1987.

4. O'Connor MG. The clinical evaluation of memory functions. In Scheinberg P, ed. Neurology Neurosurgery Update. Princeton: Continuing Professional Educational Center, 1989; 10: 2-8.

5. O'Connor MG: Theories of memory and amnesia. In Scheinberg P, ed. Neurology Neurosurgery Update. Princeton: Continuing Professional Education Center, 1989:9;2-8.

6. Weinstein A, Moes E, O'Connor MG: The management of Memory Disorders, Houston: HDI 1989.

7. O'Connor MG, Cermak LS, Seidman L. Emotional Characteristics of a patient with amnesia due to encephalitis. In : Broken Memories. Oxford: Blackwell Publishers, 1995.

8. Butters N, O'Connor MG, Verfaellie M. Further investigation of nonverbal memory, retrograde amnesia and visual imaging problems. In: Conway M, Campbell B, eds. Broken Memories. Oxford: Blackwell Publishers, 1995.

9. O'Connor MG, Verfaellie M, Cermak L. Clinical subtypes of amnesia. In: Baddeley A, ed. Handbook of Memory Disorders. London: Wiley, 1995.

10. O'Connor MG. Neuropsychological investigations of multiple sclerosis: A clinical perspective. Journal of Clinical Neuroscience, 1995.

11. Hayashi PJ, O'Connor MG. Neuropsychological Aspects of Epilepsy. In: Schachter S, Schomer D, ed. Comprehensive Evaluation and Treatment of Epilepsy. Academic Press, 1997.

819

12. O'Connor MG, Morin M. Amnesic Syndromes. In: Snyder P, Nussbaum P, eds. Clinical Neuropsychology Hospital Practice Guidebook. American Psychological Association, 1998.

13. Nelson AP, O'Connor MG. Neuropsychological Assessment. In: Koocher GP, Norcross JC, Hill SS, eds. Psychologists' Desk Reference. New York. Oxford University Press, 1998.

Abstracts:

1. Cantor J, O'Connor MG. The Transient Events Test: a measure of retrograde memory [Abstract]. Massachusetts Neuropsychological Society, 1993.

2. Schachter S, Bolton A, Manoach D, O'Connor MG, Weintraub S, Blume H, Schomer D. Handedness, sex, and side of temporal lobectomy [Abstract]. Epilepsia 1993; 34 (Suppl 6): 82.

3. D'Esposito M, Alexander MP, Verfaellie M, McGlinchey-Berroth, O'Connor MG, Walbridge M. The mechanisms of retrograde amnesia depends on the region of brain injury [Abstract]. Neurology 1994; 44 (Suppl 2): 1002.

4. Bolton A, Schindler R, Rajaram S, Valillancourt P, O'Connor M. Amnesic syndrome in a case of circumscribed hypothalamic tumor [Abstract] Neurology. 1994: 44 (Suppl 2): 268.

5. Walbridge M, O'Connor MG. The contribution of frontal systems dysfunction to confabulation [Abstract]. Massachusetts Neuropsychological Society. 1994.

6. Kixmiller J, O'Connor M, Cermak LS. Profiles of amnesia on the WMS-R [Abstract]. Massachusetts Neuropsychological Society. 1994.

7. Kixmiller J, Zarella M, O'Connor M. Differentiation of amnesic subgroups using savings scores from the Rey Complex Figure Test and WMS-R. [Abstract]. National Academy of Neuropsychology. San Fransisco. 1995.

8. Kixmiller J, Verfaellie M, O'Connor M, Cermak LS. Differences in short term verbal retention among amnesic subgroups. [Abstract]. American Psychological Association meeting. August 1995.

9. Bachna K, O'Connor MG. The contribution of working memory to temporal estimation. [Abstra Massachusetts Neuropsychological Society. 1997.

10. Coriat BE, O'Connor MG, Bachna K. Investigations of remote memory abilities of patients with Prob Alzheimer's disease. [Abstract]. Massachusetts Neuropsychological Society. 1997.

11. Greeblatt D, O'Connor MG, Hayashi P, Verfaellie M. The status of retrograde amnesia in post-lobect patients. [Abstract]. Massachusetts Neuropsychological Society. 1997.

12. Greeblatt D, O'Connor MG, Verfaellie M, Schomer, D. The remote memory abilities of post-lobect patients. [Abstract]. American Epilepsy Society. 1997.

# CURRICULUM VITAE
(October 26, 1998)

Name: Charles Marcel Poser

Office Address: Department of Neurology
Beth Israel Deaconess Medical Center, East Campus
330 Brookline Avenue, Boston, MA 02215
Tel: 617-667-2063 Fax: 617-667-5216
e-mail: cposer@bidmc.harvard.edu

Home Address: 11 Rutland Square, Boston, MA 02118
Tel: 617-536-8459 Fax: 617-536-9517

Date of Birth: December 30, 1923

Place of Birth: Antwerp, Belgium

Citizenship: U.S.(Derivative)

## Education

1947 B.S. College of the City of New York
1951 M.D. College of Physicians and Surgeons, Columbia University, New York, N.Y.

## Postdoctoral Training

1951-1952 Internship, Roosevelt Hospital, New York, N.Y.

1952-1955 Assistant Resident and Chief Resident in Neurology, The Neurological Institute of the Columbia-Presbyterian Medical Center, New York, N.Y.

July, 1955-January, 1956 Fulbright Scholar in Neuropathology, Institute Bunge, (Dr. Ludo van Bogaert) Antwerp, Belgium

## Licensure Massachusetts

## Certification

1957 Neurology, American Board of Psychiatry and Neurology
1969 Child Neurology, American Board of Psychiatry and Neurology

## Academic Appointments

1954-1955 Assistant in Neurology, Columbia University, New

15 321

York

1955-1964 Instructor, Assistant Professor and Associate Professor of Medicine (Neurology), University of Kansas School of Medicine, Kansas City, Kansas.

1959-1964 Head, Section of Experimental Neurology, University of Kansas School of Medicine, Kansas City, Kansas.

1962-1964 Associate Professor of Neurology, University of Missouri School of Medicine, Kansas City, Missouri.

1964-1968 Professor and Head, Division of Neurology, University of Missouri School of Medicine, Kansas City, Missouri.

1968-1981 Professor and Chairman, Department of Neurology, University of Vermont College of Medicine, Burlington, Vermont.

1981-1984 Professor of Neurology, Boston University School of Medicine, Boston.

1981-1990 Consulting Professor Medical-Surgical Neurology, Texas Tech University School of Medicine, Lubbock, TX.

" Lecturer in Neurology, Tufts University School of Medicine, Boston.

1981-1996 Lecturer on Neurology, Harvard Medical School, Boston.

1984- Lecturer in Neurology, Boston University School of Medicine, Boston.

1996- Visiting Professor of Neurology, Harvard Medical School, Boston.

Other Professional Positions

1959-1960 Medical Executive Officer, World Federation of Neurology

1962-1971 Consultant, Epidemiology Branch, National Institute of Neurological Diseases and Blindness

| | |
|---|---|
| 1963- | Consultant in Neurology, Office of the Surgeon General, United States Army |
| 1967-1982 | Consultant in Neurology, Health Bureau, Panama Canal Company |
| 1977- | Consultant in Neurology, Office of the Surgeon General, United States Navy |
| 1984- | Consultant, Veterans Administration Medical Center and VA Outpatient Clinic, Boston |
| 1985-1990 | Consultant, Children's Hospital, Boston |

Awards and Honors

| | |
|---|---|
| 1947 | Phi Beta Kappa |
| 1951 | Zabriskie Prize in Neurology, Columbia University |
| 1958 | Sigma Xi |
| 1967 | Silver Bicentennial Medal, College of Physicians and Surgeons, Columbia University |
| 1967 | Officer, Order of Leopold II of Belgium |
| 1973 | AOA, University of Vermont |
| 1973 | Commencement Speaker, College of Medicine, University of Vermont |
| 1979 | Honored Guest, Fifth Asian and Oceanian Congress of Neurology, Manila, Philippines |
| 1979 | Louis Guerrero Memorial Lecturer, University of Santo Tomas, Manila, Philippines |
| 1983 | Wilder Penfield Lecturer, American University of Beirut, Lebanon |
| 1984 | Supporting Voice Award, Vermont Association for Learning Disabilities |
| 1987 | Kroc Lecturer, MS Center, Rush Medical College, Chicago |
| 1987 | Salmon James Lecturer & Medalist, ARMS, London |

| | |
|---|---|
| 1990 | Cross Memorial Lecturer, University of Witwatersrand, Johannesburg, South Africa |
| 1994 | Wu Ho-Su Memorial Lecturer, Taipei, Taiwan. |
| 1995 | Principal speaker, Symposio Charles M. Poser, Sao Paulo and Rio de Janeiro, Brazil |
| 1997 | Oscar Trelles Lecturer, Lima, Peru |

Honorary and Corresponding Memberships and Fellowships

| | |
|---|---|
| 1957 | Societe Belge de Neurologie (Brussels) |
| 1959 | Japanese Society of Clinical Neurology (F) |
| 1963 | Philippine College of Physicians (Manila) |
| 1964 | Royal Society of Medicine, London (F) |
| 1967 | Sociedad Neurologica de Colombia (Bogota) |
| 1971 | Sociedad Colombiana de Patologia (Armenia) |
| 1973 | Associacion Colombiana de Medicina Interna |
| 1980 | Societe Francaise de Neurologie (Paris) |
| 1982 | Associacion Colombiana de Neurologia (Bogota) |
| 1982 | Academia Nacional de Medicina de Colombia (Bogota) |
| 1988 | Medical Society of London (F) |
| 1990 | Neurological Society of Iceland |
| 1990 | All-Russian Neurological Scientific Society (USSR) |
| 1991 | Neurological Society of India |
| 1992 | Royal Society of Tropical Medicine and Hygiene, London (F) |
| 1992 | Cuban Society of Neurology and Neurosurgery |
| 1993 | Association of British Neurologists |
| 1994 | Royal College of Physicians of Glasgow (F) |
| 1996 | Dutch Neurological Society |
| 1997 | Yaroslavl Region (Russia) Neurological Society |
| | Southern Pediatric Neurology Society |
| | Royal College of Physicians (London, England) (F) |

Major Committee Assignments

| | |
|---|---|
| 1959-1989 | Assistant Examiner in Neurology, American Board of Psychiatry and Neurology |
| 1967-1971 | Neurological Sciences Research Training Committee, NINDS, NIH |
| 1968-1974 | In-service examination committee, Joint Education Committee, American Neurological Association, American Academy of Neurology |



324

1975-1982 NINCDS Technical Merit Review Committees
- a. Comprehensive Epilepsy Centers
- b. Urban Epilepsy Centers (Chair)
- c. Stroke Comprehensive Centers
- d. Recovery from aphasia
- e. Plasmapheresis in multiple sclerosis (Chair)
- f. Positron Emission Tomography Centers
- g. Special Training in Neurological Sciences (Chair)

1977-1982 Written Examination Committee (Neurology), American Board of Psychiatry and Neurology

1978 Chairman, Panel IV (Demyelinating and Degenerative Conditions), Federal Aviation Administration-AMA Study: Guidelines for flying personnel regarding neurological and neurosurgical diseases

1982 Chairman, Workshop on the Diagnosis of Multiple Sclerosis, Washington, D.C.

1982-1984 Executive Committee, Medical Advisory Board, National Multiple Sclerosis Society

1989- Research Committee on Tropical Neurology, World Federation of Neurology

1992 Doctoral Thesis Committee, University of Iceland, Reykjavik, Iceland: The epidemiology of MS in the Faroe Islands

1992- Referee, Biomedical Research, Health Research Council of New Zealand
Organizer and Director, International Workshop on the Epidemiology and Genetics of Multiple Sclerosis, Alghero (Sardinia) Italy

1994 Chairman, Program Committee, 2nd International Congress of Tropical Neurology, Limoges, France

1995 Organizer and Director, Second International Workshop on the Epidemiology and Genetics of Multiple Sclerosis, Alghero (Sardinia) Italy

1995- Referee, MS research, Istituto Superiore di Sanità, Rome, Italy

1996- Referee, New Zealand Neurological Foundation,

Auckland, New Zealand

| | |
|---|---|
| 1998 | Organizer and Director, Third International Workshop on Multiple Sclerosis, Las Palmas, Canary Islands, Spain |

Editorial Boards

| | |
|---|---|
| 1959-1962 | Founding Editor in Chief, World Neurology |
| 1961-1971 | Editorial Board, Acta Neuropathologica |
| 1989-1992 | Editor-in-Chief, Journal of Tropical and Geographical Neurology |
| 1990-1994 | Associate Editor, Journal of the Neurological Sciences |
| 1991- | Editorial Board, Neurologia Croatica |
| 1995-1998 | Founding Editor, Neurological Infections and Epidemiology |
| 1997- | Clinical Neurology and Neurosurgery (Amsterdam) |

Journal Referee (ad hoc)

Chest, Annals of Neurology, Journal of the American Medical Association, Journal of Neuroimaging, Neurology, New England Journal of Medicine, New York State Journal of Medicine, Revue Neurologique (Paris), Clinical Neurology and Neurosurgery (Leiden), Journal of Neurology, Neurosurgery and Psychiatry (London), Journal of Neuroscience,Journal of Neurology, European Journal of Neurology, Journal of the Neurological Sciences, Archives of Neurology.

Professional Societies (United States)

| | |
|---|---|
| 1954 | American Academy of Neurology (Fellow in 1958)<br>Treasurer 1959-1961<br>Student Essay Committee (Chairman) 1975-1977<br>S. Weir Mitchell Award Committee (Chairman) |
| 1971-1975 | Joint Education Committee 1975-1981<br>Neurology in Government Committee 1975-1981<br>Constitution and By-Laws (Chairman) 1977-1983 |
| 1956 | American Medical Association<br>Association for Research in Nervous and Mental Diseases |
| 1962 | Western Pacific Neurological Society (Founding member, Secretary)<br>American College of Physicians (Fellow) |



226

| | |
|---|---|
| 1963 | American Neurological Association (Senior Member, 1989)<br>Long range planning committee 1977-1979<br>Education Committee 1975-1981 |
| 1965 | Society of Clinical Neurologists<br>Secretary-Treasurer 1968-1969<br>President-elect 1969-1970<br>President 1970-1971 |
| 1965 | Association of University Professors of Neurology<br>Action Committee (Chairman) 1976-1977<br>American Association of Neuropathologists |
| 1967 | American Academy of Pediatrics (Fellow) |
| 1969 | Council on Stroke, American Heart Association (Fellow) |
| 1981 | Boston Society of Neurology and Psychiatry |

Invited Speaker at the Following Postgraduate Courses

Pediatric neurology, Howard University, Washington, D.C. 1966; Pediatric neurology, Mayo Graduate School, Rochester, MN 1967; Pediatric neurology, Albert Einstein College of Medicine, Bronx, NY 1967; Neurology, Louisiana State University, New Orleans, LA 1968; American Academy of Neurology Special courses - Immunology, 1967, Neurochemistry, 1969, 1970, 1971, 1974, Professors Rounds 1976, MS 1982; American College of Physicians, Bogota Colombia, 1972; Developmental Disabilities, University of Kansas, 1978; Colombian Neurological Association, Bogota, Colombia, 1982; Montana Association of Neurologists and Neurosurgeons, Big Sky, MT, 1987; Child Neurology Course, Harvard 1986; Intensive Neurology Review, Harvard, 1991.

Following is a list of medical schools and teaching hospitals which I have visited and where I have given one or more lectures and made clinical rounds, discussed cases or CPCs. These visits varied from 3 days to 1 week.

<u>Armed Forces Hospitals</u>

Army: Academy of Health Sciences (San Antonio); William Beaumont (El Paso); Brooke (San Antonio); Gorgas (Canal Zone-Panama); Letterman (San Francisco); Tripler (Honolulu); Walter Reed (Washington, D.C.); Second General Hospital (Landstuhl, Germany)

Navy: National Naval Medical Center (Bethesda); San Diego; Guam; Portsmouth (VA).
Air Force: Wilford Hall (San Antonio); Malcolm Grow (Washington, D.C.).

Medical Schools and Hospitals:

United States: Boston University, Connecticut, Tufts, Harvard, Yale, Columbia, Albert Einstein, Dartmouth, Rochester, Missouri, Virginia, University of California (Davis, Los Angeles, San Francisco), Texas (San Antonio) (Dallas), Texas Tech (Lubbock, El Paso), Medical College of Georgia (Augusta), Rush, Northwestern, Wisconsin, Minnesota, Mayo, Michigan, Louisiana, New Mexico, St. Louis, Pittsburgh, Albany, Stanford, Maryland, Florida, Miami, Vanderbilt, Illinois, New Jersey (Newark), Case-Western Reserve, Howard, Hawaii, Mt. Sinai (NY), SUNY (Stony Brook, Syracuse), South Carolina (Columbia), Louisville (KY), West Virginia (Charleston), Marshall (Huntington, WV), Kentucky (Lexington), North Dakota (Grand Forks), New York Medical (Lincoln Hosp), Indiana (Methodist & St. Vincent's Hosp, Indianapolis), New York University (Manhattan VAMC), Bozeman Deaconess Hospital, WAMI program, Bozeman, MT, Cornell (New York Hospital), Tennessee, North Carolina, Kansas (Kansas City and Wichita), Bay State Medical Center (Springfield, MA), Humana-Alaska (Anchorage, AK); Mercy Medical Center, Cedar Rapids, IA, Medical Center, Mayaguez, Puerto Rico, VA Hospital, Pediatric Hospital and University Hospital, San Juan, Puerto Rico. VA Medical Center, New Orleans, LA. Good Samaritan, W. Palm Beach FL. Toledo Hospital, Toledo, OH.

Foreign Countries:

Belgium: Antwerp: U. of Antwerp, Middelheim General Hospital. Leuven: Catholic University of Leuven. Brussels: U. of Louvain (la Neuve), Free U. of Brussels.

Bermuda: King Edward VII Memorial Hospital

Brazil: Sao Paulo: Hospital de Clinicas. Rio de Janeiro: Hospital de la Lagoa, Federal University Hospital.

Canada: Vancouver: Vancouver General Hospital. Montreal: Montreal Neurological Institute (McGill U.). Halifax: Dalhousie University.

Colombia: Bogota: National U. Hospital Central Militar, Fundacion Santa Fe, Neurological Institute. Medellin: U. of Antioquia. Barranquilla: U. del Norte.

France: Paris: Hopital St. Vincent de Paul, H. des Enfants Malades (U. of Paris). Limoges: U. of Limoges.

Hong Kong: Queen Mary Hospital.

Iceland: Reykjavik: U. of Iceland. Akureyri: North Iceland Regional Hospital.

India: Bombay: Seth GS Medical College, G.S. Grant Medical School, Sir JJ Hospital, Jaslok Hospital. Vellore: Christian Medical College

Italy: Sassari: U. of Sassari. Ferrara: U. of Ferrara. Venice: Ospedale S. Giovanni e Paolo (U. of Padova). Bologna: U. of Bologna. Cagliari: U. of Cagliari. Florence: U. of Florence.

Japan: Tokyo: U. of Tokyo. Wakayama: U. of Wakayama

Jordan: Amman: University Hospital, King Hussein Medical Centre, Medical Syndicate Hospital, Arab Medical Centre.

Korea: Seoul: National University, Scandinavian Mission Medical Center.

Kuwait: U. of Kuwait.

Lebanon: American U. of Beirut.

Mexico: U. Autonoma de Guadalajara

Norway: U. of Oslo

Philippines: Manila: U. of Santo Tomas

Republic of South Africa: Johannesburg: Johannesburg Hospital (U. of Witwatersrand), Baragwanath Hospital. Pretoria: H.F. Vervoerd Hospital (U. of Pretoria). Medunsa: Medical U. of South Africa. Cape Town: Groote Schuur Hospital (U. of Cape Town).

Russia: Moscow: Moscow Medical Academy, Russian State Medical U., First City Hospital. St. Petersburg: Post-Graduate Medical Training Institute. Yaroslavl: City Hospital #8.

Saudi Arabia: Riyadh: Armed Forces Hospital, King Khalid University Hospital, King Faisal Specialist Hospital. Armed Forces Hospitals, Jeddah and Khamis Mushayt.

Singapore: Tan Tock Seng Hospital.

Spain: Las Palmas de Gran Canaria: University Hospital

Taiwan: Taipei: National Defense Medical Center, Chang-Gung

Memorial Hospital, Cathay General Hospital, Taichung: Chinese Medical College.

Thailand: Bangkok: Siriraj Medical School, Children's Hospital, Prasat Neurological Institute.

The Netherlands: U. of Leiden, U. of Nijmegen, Free University of Amsterdam

United Kingdom: London: National Hospital (Queen Square), Maida Vale, Charing Cross Hospital (Westminster Medical School). Glasgow: Southern General Hospital (U. of Glasgow). Oxford: Radcliffe Infirmary (U. of Oxford). Middlesbrough: Middlesbrough General Hospital. Newcastle-Upon-Tyne: General Hospital, Cambridge: Addenbrooke's Hospital (U. of Cambridge). Edinburgh: Western General Hospital (U. of Edinburgh). U. of Liverpool.

Yugoslavia: U. of Belgrade.

Invited Guest Lectures:

| | |
|---|---|
| 1957 | Belgian Neurological Society |
| 1959 | Norwegian Neurological Society |
| | Danish Neurological Society |
| | Japanese Society of Clinical Neurology, Tokyo |
| 1962 | XII Middle East Medical Assembly Beirut, Lebanon |
| 1971 | Colombian Congress of Pathology, Armenia, Colombia |
| 1978 | American Academy of Psychiatry and the Law, Montreal, Canada |
| 1979 | American Psychiatric Association, Chicago |
| | Societe Francaise de Neurologie, Paris |
| | Fifth Asian and Oceanian Congress of Neurology, Manila, Philippines |
| 1983 | 25th Anniversary, Belgian Group for Research in Multiple Sclerosis, Brussels |
| | First International Symposium on Subacute Sclerosing Panencephalitis, Beirut, Lebanon |
| 1984 | II Interamerican Congress of Infectious Diseases, Barranquilla, Colombia |
| 1985 | Neuroimmunology for Clinicians, Bergen, Norway |
| 1988 | HTLV-I Symposium, Martinique |
| | Neurosciences Symposium, Kuwait |
| 1989 | Neurosciences Symposium, Riyadh, Saudi Arabia |
| | XIV World Congress of Neurology, Section on Tropical Neurology, New Delhi, India |
| | III Intern Symposium on SSPE, Vellore, India |
| 1990 | Symposium on HTLV-I, Paris, France |
| | Symposium on Virology for the Clinician, Kuwait |



330

| | |
|---|---|
| | Symposium on HTLV-I, St. Lucia |
| | XXXth Meeting, Southeast Europe Neuropsychiatric Society, Pula, Yugoslavia |
| | Session Moderator, WFN Neuro-Imaging Symposium, Antwerp, Belgium |
| 1991 | Multiple Sclerosis Symposium, Gnocchi Foundation, Milano, Italy |
| | HTLV-I Seminar. Institute of Neurological Epidemiology and Tropical Neurology, Limoges, France |
| | Keynote address: Retroviral Infections in the Tropics, First Congress of Tropical Neurology, Limoges, France |
| 1992 | Lake Placid Sports Medicine Society, Lake Placid, NY, January. |
| | Multiple Sclerosis Symposium, Ravenna, Italy |
| | International Congress of Neurology and Neurosurgery, Havana, Cuba, December. |
| 1993 | "A multidisciplinary approach to myelin diseases" Scientific Affairs Division, NATO and Istituto Superiore di Sanita, Rome, Italy, March. |
| | Tropical Neurology Symposium, Royal Society of Tropical Medicine and Hygiene, and World Federation of Neurology, London, March. |
| | International Workshop on the Epidemiology and Genetics of Multiple Sclerosis, Alghero, Italy, June. |
| | Fourth International Congress of Tropical Medicine (French language) Fort-de-France, Martinique. |
| 1994 | First Asian-Oceanian Symposium in Neuroepidemiology, Taipei, Taiwan. |
| | Symposium on the Chronic Fatigue Syndrome, Dublin, Ireland, May. |
| | University of Iceland School of Medicine, Reykjavik, Iceland, September. |
| | International Think-Tank on the Epidemiology of Multiple Sclerosis, Norwegian Academy of Sciences, Oslo, Norway, September. |
| | Second International Congress on Tropical Neurology, Limoges, France. September. |
| | Meeting on research in therapeutic approaches in multiple sclerosis, Geneva, Switzerland, September. |
| | Brooklyn (NY) Neurological Society, October. |
| | Advances in multiple sclerosis. University of Las Palmas, and Spanish Multiple Sclerosis Society, Las Palmas, Canary Islands, November. |
| | Southern General Hospital, and University of Glasgow, November. |
| | Western General Hospital and University of |

Edinburgh, November.

1995 King Faisal Specialists Hospital, Riyadh, Saudi Arabia.
Middelheim General Hospital, Wilrijk-Antwerp, Belgium, February.
U. of Nijmegen, The Netherlands, February.
Neuroimmunology Symposium "Charles M. Poser" Sao Paulo and Rio de Janeiro, Brazil, March.
Arab Medical Centre, Amman, Jordan, April.
Consensus Conference, MRI in MS, Las Colinas, TX, May.
Second International Workshop in Epidemiology and Genetics of MS, Alghero, Italy, June.
Neurological Section, Regional Health Authority, Emilia-Romagna, Ravenna, Italy, June.
University of Florence, Italy, June.
Aicardi Symposium, Paris, October.
Neuroscience Colloquium, Singapore, October.
Symposium on Tropical Neurology, London, December.

1996 Johannesburg and Baragwanath Hospitals, Johannesburg, South Africa, February
Free University, Amsterdam, The Netherlands, April
Beaumont Medical History Club, University of Vermont, Burlington, VT, April
Charing Cross Hospital, London UK, May
Neuropsychology Program, VA Hospital, Boston, May and October

1997 City Hospital #8, Yaroslavl, Russia, January
University Hospital, Leuven, Belgium, January
General Hospital Middelheim, Wilrijk-Antwerp, Belgium, February
Seminar in Neuroimaging, VA Hospital Boston, February
South African Neurological Congress, Malelane, South Africa, March
Charing Cross Hospital, London, June
University of Aberdeen, Scotland, June
Peruvian Neurological Society, Lima Peru, September
Danube International Symposium, Dubrovnik, Croatia, October

1998 International Symposium on MS, Las Palmas, Gran Canaria,Canary Islands, Spain, February
Symposium on MS, Projeto Atlantico Sul, Rio de Janeiro and Sao Paulo, Brazil, May
International Symposium on MS, Havana and MS meeting Cienfuegos, Cuba, July
XVIII Congress, Brazilian Neurological Society, Sao Paulo, Brazil, July.



232

Projeto Atlantico Sul meeting, Rio de Janeiro, Brazil, July
Second European Congress of Tropical Medicine, Liverpool, September.
University of Liverpool, September

Principal Clinical and Hospital Responsibilities

| | |
|---|---|
| 1956-1964 | University of Kansas Medical Center, Attending Neurologist |
| 1964-1968 | Chief of Neurology, Kansas City General Hospital and Children's Mercy Hospital |
| 1968-1981 | Chief of Neurology, Medical Center Hospital of Vermont |
| 1981-1984 | Attending Neurologist, University Hospital, Veterans Administration Medical Center (Jamaica Plain) and VA Outpatient Clinic, Boston |
| 1984-1985 | Attending Neurologist, Beth Israel Hospital, Boston |
| 1986- | Senior Neurologist, Beth Israel Hospital, Boston |

Principal Administrative Responsibilities

| | |
|---|---|
| 1958-1964 | Director, Residency Training Program in Neurology, U University of Kansas Medical Center |
| 1959-1964 | Head, Section of Experimental Neurology, Department of Medicine, University of Kansas Medical Center |
| 1964-1968 | Head, Section of Neurology, Department of Medicine, University of Missouri School of Medicine, Kansas City<br>Chief, Neurology Service, Kansas City General Hospital<br>Director, Mental Retardation Laboratory, Kansas City General Hospital and Western Missouri Mental Health Center<br>Chief, Neurology Service, Children's Mercy Hospital, Kansas City, Missouri |
| 1968-1981 | Chairman, Department of Neurology, University of Vermont, College of Medicine Chief, Neurology Service, Medical Center Hospital of Vermont |
| 1971-1980 | Director, Center for Disorders of Communications, Medical Center Hospital of Vermont |

PUBLICATIONS



233

Original Reports


1. Walsh F, Poser CM and Carter S Infectious mononucleosis encephalitis. Pediatrics 1954; 13:536-543.

2. Poser CM, Scheinberg L and Walsh F Hydranencephaly. Neurology 1955; 5:284-289.

3. Poser CM and Taveras J Clinical aspects of cerebral angiography in children. Pediatrics 1955; 16:73-80.

4. Poser CM and van Bogaert L Natural history and evolution of the concept of Schilder's diffuse sclerosis. Acta Neurol. Psychiat. Scand. 1956; 31:285- 331.

5. Poser CM Diffuse-disseminated sclerosis in the adult. J. Neuropath. 1957; 16:61-78.

6. van Bogaert L, Van Miert E, Radermecker J, Poser CM and Edgar G. Sur une sclerose degenerative simple. Rev. Neurol. 1956; 94:423.

7. Poser CM, Dewulf A and van Bogaert L Atypical cerebellar degeneration associated with leucodystrophy. J. Neuropathol. 1957; 16:209-237.

8. Poser CM and Radermecker J Subacute sclerosing leukoencephalitis. J. Pediat. 1957; 50:408-425.

9. Poser CM and Taveras J Cerebral angiography in encephalotrigeminal angiomatosis. Radiology 1957; 68:327-336.

10. White H and Poser CM Myotonia. J. Kans. Med. Soc. 1957; 58: 293-296.

11. Jordan R and Poser CM Medical management of thrombotic and embolic cerebrovascular disease. J. Kans. Med. Soc. 1957; 58:152-155.

12. Poser CM Focal encephalopathy following the administration of tetanus antitoxin. JAMA 1957; 164:871-873.

13. Poser CM Leucodystrophy as an example of dysmyelinating disease. Proc. IIIrd Intern. Cong. Neuropath. Brussels 1957; 106-111.

14. Poser CM Management of tic douloureux. Lancet 1958; 78:29-33.




834