15. Poser CM Electroencephalographic changes and hyperammonemia. EEG Clin. Neurophysiol. 1958; 10:51-62.

16. Poser CM and Miller F Premature cranial suture closure. J. Kans. Med. Soc. 1958; 59:303-307.

17. Poser CM and Miller F Mental deficiency: a proposal for care and prevention. J. Kans. Med. Soc. 1958; 59:356-358.

18. Poser CM Le syndrome d'insuffisance vasculaire du systeme arteriel basilaire. Acta Neurol. Psychiat. Belg. 1958; 58:420-435.

19. Poser CM Valeur diagnostique de l'angiographie carotidienne dans les syndromes d'hypertension cranienne sans signes de localisation. Acta Neurol. Psychiat. Belg. 1958; 58:436-445.

20. Poser CM and Ziegler D Clinical significance of 14 and 6 per second positive spike complexes. Neurology 1958; 8:903-912.

21. Poser CM and Curran G Cerebrospinal fluid free cholesterol as index of activity of multiple sclerosis and allied diseases. AMA Arch. Neurol. Psychiat. 1958; 80:304-313.

22. Fitzpatrick M, Rubin H and Poser CM The treatment of cryptococcal meningitis with amphotericin B, a new fungicidal agent. Ann. Int. Med. 1958; 49:249-259.

23. Poser CM and Jordan R Basilar artery insufficiency. Med.Times 1959; 87:293-301.

24. Poser CM The clinical significance of spinal fluid examination. Am. J. Med. Technol. 1959; 18:189-193.

25. Poser CM Cerebral palsy: the need for re-evaluation of obsolete concepts. J. Kans. Med. Soc. 1959; 60:131-134.

26. Poser CM and van Bogaert L Neuropathological observations in phenylketonuria. Brain 1959; 83:1-9.

27. Poser CM Undergraduate attitudes towards neurology as a specialty. Neurology 1959; 9:682-688.

28. Taveras J and Poser CM Roentgenologic aspects of cerebral angiography in children. Am. J. Roentgenol. 1959; 82:371-391.

29. Poser CM Differential diagnosis of severe neurologic

disease in children. Clin. Med. 1960; 7:257-264.

30. Poser CM The specialty of neurology: role and scope of neurological practice in the United States. Lancet 1960; 80:93-98.

31. Hunt T, Poser CM and Williamson W Lymphoma of nerve root. J. Neurosurg. 1960; 17:342-346.

32. Fitzpatrick MJ and Poser CM Management of cryptococcal meningitis. AMA Arch. Int. Med. 1960; 106:261-270.

33. Diedrich W and Poser CM Language and mentation of two phenylketonuric children. J. Speech and Hearing Disorders 1960; 25:124-134.

34. Poser CM Trends in neurological training and education. Clin. Neurol. (Japan) 1960; 1:26-35.

35. Poser CM and Low NL Autopsy findings in three cases of hypsarhythmia. (Infantile spasms with mental retardation). Acta Pediat. 1960; 49:695-706.

36. Poser CM and van Bogaert L Leuco-et polioencephalopathies symetriques necrosantes. Rev. Neurol. 1960; 103:3-11.

37. Poser CM and Youmans RA The electroencephalogram: its value in the clinical management of the epileptic patient. J. Kans. Med. Soc. 1960; 61:394-396.

38. Radermecker J and Poser CM The significance of repetitive paroxysmal electroencephalographic patterns. World Neurol. 1960; 1:422-433.

39. Poser CM Differential diagnosis of diffuse sclerosis in children. Am. J. Dis. Child. 1960; 100:380-388.

40. Poser CM Leucodystrophies and the concept of dysmyelination. Arch. Neurol. 1961; 4:323-332.

41. Blair GO and Poser CM Dystrophia myotonica: a review of present concepts of therapy. World Neurol. 1961; 2:546-552.

42. Poser CM and Ziegler D Temporary amnesia as a manifestation of cerebrovascular insufficiency. Trans. A.N.A. 1960; 221-223.

43. Poser CM and Reinecke R Selected studies with



236

electro-oculograms. Part II: Subjective evaluation of ocular proprioception monitored with the use of electro-oculograms. Arch. Ophth. 1961; 66:130-132.

44. Attwood W and Poser CM Neurologic complications of Sjogren's syndrome. Neurology 1961; 11:1034-1041.

45. Poser CM International dictionary of drugs used in neurology and psychiatry. World Neurol. 1961; 2:801-836.

46. Poser CM and Ziegler D Temporary amnesia as a manifestation of cerebrovascular insufficiency. Neurology (Bombay) 1961; 9:47-52.

47. Agnew C, Youngstrom K, Poser CM and Hardin C Brachiocephalic angiography in atheromatous disease. Radiology 1962; 78:246-247.

48. Poser CM Management of the epileptic patient. GP 1962;26:121-129.

49. Faris AA, Davis J and Poser CM Iatrogenic electrolyte disturbances with neurologic manifestations. Neurology 1962; 12:571-576.

50. Poser CM Metachromatic Leucoencephalopathy as an Example of Dysmyelinating Disease. 42nd Ross Pediat. Res. Conf. Norman OK 1963; 69- 77.

51. Poser CM and Faris A Newer methods of diagnosis in cerebrovascular disease. Proc. XII Middle East Medical Assembly 1962; 1:143-163.

52. Poser CM, Snodgrass RG and Faris AA Radiologic visualization of neck vessels in cerebrovascular insufficiency. JAMA 1962; 182:124-129.

53. Poser CM and Snodgrass RG Brachial arteriography. J. Kans. Med. Soc. 1962;63:481-489.

54. Poser CM and Fowler C Nosologic situation of the LGB syndrome. Acta Neurol. Scand. 1963; 39:187-201.

55. Hardin C and Poser CM Rotational obstruction of the vertebral artery due to redundancy and extraluminal fascial bands. Ann. Surg. 1963; 158:133-137.

56. Poser CM Epileptic equivalents. Virginia Med. Monthly

1962; 89:606-610.

57. Poser CM and Snodgrass RG Percutaneous brachial arteriography for the study of cerebrovascular insufficiency. Clin. Neurol. (Tokyo) 1963; 3:3-16.

58. Faris AA, Poser CM, Wilmore D and Agnew C Radiologic visualization of neck vessels in healthy men. Neurology 1963; 13:386-396.

59. Poser CM Preventable and remediable forms of mental subnormality. J. Kans. Med. Soc. 1963; 64:392-394.

60. Poser CM Management of patients with vascular or migraine headaches. GP 1963; 27:123-130.

61. Faris AA, Poser CM, Agnew CH and Youngstrom K Electroencephalographic monitoring during brachiocephalic angiography. Neurology 1963; 13:739-745.

62. Poser CM and Bunch L Aminoaciduria in familial mental retardation. Arch. Neurol. 1963; 9:35-46.

63. Morris JH, MacAulay H and Poser CM Systemic cryptococcosis and histoplasmosis in the same patient. Neurology 1964; 14:147-153.

64. Faris AA and Poser CM Experimental production of focal neurologic deficit by systemic hyponatremia. Neurology 1964; 14:206-211.

65. Goodwin RF and Poser CM Ophthalmoplegia, ataxia and areflexia: Fisher's syndrome. JAMA 1963; 186:258-259.

66. Faris AA, Hardin C and Poser CM Pathogenesis of hemorrhagic infarction of the brain. I. Role of hypertension and of collateral circulation. Arch. Neurol. 1963;9:468-472.

67. Hardin C, Hendren T, Faris AA and Poser CM Ibid. II. Protective effect of low molecular weight dextran. Arch. Neurol. 1963; 9:473-476.

68. Francisco CB, Davidson K, Youngstrom K, Schoolman A and Poser CM Transfemoral cervicocephalic angiography in children. Pediatrics 1964;33:19-122.

69. Poser CM Practical therapy of epilepsy. Intern. Med.(Manila) 1964; 1:191-201.



839

70. Faris AA, Guth C, Youmans R and Poser CM Internal carotid artery occlusion in children. Am. J. Dis. Child. 1964; 107:188-192.

71. Poser CM Clinical diagnostic criteria in epidemiological studies of multiple sclerosis. Ann. NY Acad. Sci. 1965; 122:506-519.

72. Poser CM, Zosa A and Hardin C Psychiatric manifestations of cerebrovascular insufficiency. Dis. Nerv. Syst. 1964; 25:611-616.

73. Poser CM, Zosa A, Gomez A and Hardin C Cervicocephalic angiography for cerebrovascular insufficiency. Acta Neurol. Scand. 1964; 40:321-336.

74. Poser CM, Johnson M and Bunch L Amino acid studies in amyotrophic lateral sclerosis. Tr. Amer. Neurol. A. 1964; 89:245-246.

75. Poser CM, Johnson M and Bunch L Familial amyotrophic lateral sclerosis: investigation of serum amino acids in unaffected blood relatives. Dis. Nerv. Syst. 1965;26:697-701.

76. Poser CM Cerebrovascular insufficiency: the importance of a complete diagnosis. Heart Bulletin 1965; 14:85-91.

77. Poser CM, Johnson M and Bunch L Serum amino acid studies in amyotrophic lateral sclerosis. I. Results of arginine tolerance tests. Arch. Neurol. 1965; 12:604-609.

78. Poser CM and Bunch L Serum amino acid studies in amyotrophic lateral sclerosis. II. Results of Metrecal-arginine-lysine tolerance tests in U.S. Caucasians and Guam Chamorros. Arch. Neurol. 1966; 14:305-311.

79. Poser CM, Presthus J and Horsdal O Clinical characteristics of autopsy-proved multiple sclerosis. Neurology 1966; 16:791-798.

80. Poser CM, Ten year follow-up of treatment in two phenylketonuric brothers. Arch. Neurol. 1967; 16:658-662.

81. Poser CM Epilepsy and the primary physician. GP 1968; 37:104-112.

82. DeJesus PV, Jr and Poser CM Subdural hematoma: clinico-



329

pathologic study of 100 cases. Postgrad. Med. 1968;4:172-177.

83. Poser CM, Huntley CJ and Poland J Para-encephalitic parkinsonism: a review of its etiology and report of a case due to Coxsackie virus type B2. Acta Neurol. Scand. 1969; 45:199-215.

84. Poser CM Disseminated vasculomyelinopathy: a review of the clinical and pathologic reactions of the nervous system in hyperergic diseases. Acta Neurol. Scand. Vol. 45, Suppl. 37 1969; 1-44.

85. French JH, Brotz M and Poser CM: Lipid composition of the brain in infantile Gaucher disease. Neurology 1969;19:81-86.

86. Poser CM and Kuiken B Acute hydrocephalus following H. Influenzae meningitis. Dis. Nerv. Syst. 1968; 29:823-826.

87. Espinas OE and Poser CM Blood hyperosmolality and neurologic deficit: experimental study. Arch. Neurol. 1969; 20:182-186.

88. Mukoyama M, Gimple K and Poser CM Aspergillosis of the central nervous system. Neurology 1969; 19:967-974.

89. Poser CM Medical education in the 1970's: The demise of clinical scholarship? Modern Medicine 1971; 39:25.

90. Ciongoli AK and Poser CM Fat malabsorption neuromyopathy. Arch. Neurol. 1972;26:403-408.

91. Ciongoli AK and Poser CM Pulmonary edema secondary to subarachnoid hemorrhage. Neurology 1972; 22:867-870.

92. Poser CM and Ho B The amino acid composition of spinal fluid protein: preliminary observations. Arch. Neurol. 1972; 26:502-505.

93. Poser CM Demyelination in the nervous system in chronic alcoholism: Central pontine myelinolysis and Marchiafava-Bignami's disease. Ann. NY Acad. Sci. 1973; 215:373-381.

94. Poser CM Hyperglycemia non-ketotic coma: the role of sodium in the pathogenesis of the neurologic manifestations: A hypothesis. Dis. Nerv. Sys. 1972; 33:725-729.

95. Hopkins EW and Poser CM Posterior cerebral artery ectasia. Arch. Neurol. 1973; 29:279-281.



240

96. Drayer B and Poser CM Disseminated intravascular coagulation and head trauma: two case studies. JAMA 1975; 231:174-175.

97. Poser CM Papaverine in prophylactic treatment of migraine. Lancet 1974; 1:1290.

98. Poser CM, Sylwester D, Ho B and Alpert A Amino acid residues of serum and CSF protein in MS: Clinical application of statistical discriminant analysis. Arch. Neurol. 1975; 32:308-314.

99. Poser CM Facial pain: Diagnosis and management. Geriatrics 1975; 30:110-115.

100. Poser CM The presenile dementias. JAMA 1975: 233:81-84.

101. Alexander M, Goodkin D and Poser CM Solitary plasmacytoma. Arch. Neurol. 1975; 32:777-778.

102. Poser CM Headache in the elderly. Geriatrics 1976; 31:103-106.

103. Fisher M and Poser CM Syphilitic meningomyelitis. Arch. Neurol. 1977; 34:785.

104. Poser CM Dementia. Delaware Med. J. 1977; 49:644-653.

105. Poser CM, Roman G and Emery ES Recurrent disseminated vasculomyelinopathy. Arch. Neurol. 1978; 35:166-170.

106. Poser CM and Edwards K Monoparesis in acute intermittent porphyria. Arch. Neurol. 1978; 35:550.

107. Poser CM Dysmyelination revisited. Arch. Neurol. 1978; 35:401-408.

108. Roman G, Fisher M, Perl D and Poser CM Neurologic manifestations of hereditary hemorrhagic telangiectasia (Rendu-Osler-Weber disease). Report of two cases and review of the literature. Ann. Neurol. 1978; 4:130-144.

109. Roman G, Phillips CA and Poser CM Isolation of parainfluenza virus type 3 from cerebrospinal fluid of a patient with Guillain-Barre syndrome. JAMA 1978; 240:1613-1615.

110. Sylwester D and Poser CM The association of MS, domestic



341

animals and household pets. Ann. Neuro. 1979; 5:207-208.

111. Poser CM Trauma, stress and multiple sclerosis. Bull. Am. Acad. Psychiat. Law 1979; 7:209-218.

112. Poser CM Sur le role des traumatismes physiques et psychologiques dans la sclerose en plaques. Rev. Neurol (Paris) 1980; 136:807-814.

113. Poser CM A numerical scoring system for the classification of multiple sclerosis. Acta Neurol. Scand. 1979; 60:100-111.

114. Peyser J, Edwards K and Poser CM Psychological profiles in multiple sclerosis patients. Arch. Neurol. 1980; 37:437-440.

115. Wood F, Roman-Campos G and Poser CM Regional blood flow response in a patient with remitted global amnesia. Brain and Language 1980; 9:123- 128.

116. Barone D, Lambert D and Poser CM Steroid-treatment for experimental autoimmune myasthenia gravis. Arch. Neurol. 1980; 37:663-666.

117. Poser CM Exacerbation, activity and progression in multiple sclerosis. Arch. Neurol. 1980; 37:471-474.

118. Peyser J, Edwards K, Poser CM and Filskov S Cognitive function in MS patients. Arch. Neurol. 1980; 37:577-579.

119. Poser CM, Alter M, Currier RD and Hunter SE Common demyelinating and degenerative diseases and extrapyramidal disorders (neurological and neurosurgical conditions associated with aviation safety). Arch. Neurol. 1979; 36: 759-770.

120. Roman-Campos G, Poser CM and Wood FB Persistent retrograde memory deficit after transient global amnesia. Cortex 1980: 16:509-518.

121. Roman-Campos G, Phillips C and Poser CM Herpes simplex encephalitis. Lancet 1980: 1:489.

122. Roman G, Phillips CA and Poser CM The cerebral vasculopathy of herpes encephalitis. Neurol. Colomb. 1980; 4:414-419.

123. Poser CM Criteria for the diagnosis of the Guillain-Barre syndrome. J. Neurol. Sci. 1981; 59:191-199.



242

124. Poser CM and Behan P Late onset Guillain-Barre syndrome. J. Neuroimmunol. 1982; 3:27-41.

125. Poser CM Neurological complications of swine influenza vaccination. Acta. Neurol. Scand. 1982; 66:413-431.

126. Poser CM Demyelinating polyradiculitis and multiple sclerosis. Arch. Neuro. 1982; 39:67.

127. Andrews E, Poser CM and Kessler M Retrograde amnesia for forty years. Cortex 1982; 18:441-458.

128. Poser CM, Paty D, Scheinberg L, McDonald WI, Davis F, Ebers G, Johnson K, Sibley W, Silberberg D and Tourtellotte W New diagnostic criteria for multiple sclerosis. Ann. Neurol. 1983; 13:227-231.

129. Poser CM Post-vaccinal encephalitis. Ann. Neurol. 1983; 13:341.

130. Poser CM Numerical classification of multiple sclerosis. In: Immunological and Clinical Aspects of Multiple Sclerosis, Gonsette R and Delmotte P, ed., Lancaster, England, MTP Press, 1984; 327-332.

131. Poser CM The Wilder Penfield Lecture: SSPE -- an historical retrospective. In: Proceedings of the First International Symposium on Subacute Sclerosing Panencephalitis. Eds., Haddad FS and Matossian RM, Beirut, Lebanon, Bouheiry Bros Press, 1983; 19-38.

132. Poser CM Vaccine complications (Letter). Arch. Neurol. 1983; 40:774.

133. Poser CM Notes on the epidemiology of transverse myelitis (Letter). Neuroepidemiology 1983; 2:266-269.

134. Poser CM Clinical studies of influenza vaccines: Comment (Letter). Rev. Infect. Dis. 1984; 6:132-133.

135. Poser CM Total body numbness. Clini-Pearls (Neurology) 1984; 7:7-8.

136. Poser CM The course of multiple sclerosis (letter). Arch. Neurol. 1985; 42: 1035.

1337. Poser CM CT scan vs magnetic resonance imaging (letter). JAMA 1985; 253:3250.



343

138. Poser CM Where is Antwerp? (letter). Ann. Neurol. 1986; 19:97-98.

139. Poser CM, Goutieres F, Carpentier M and Aicardi J Schilder's myelinoclastic diffuse sclerosis. Pediatrics 1986; 77:107-112.

140. Poser CM, Kassirer MR and Peyser JM: Benign encephalopathy of pregnancy. Acta Neurologica Scand. 1986; 73:39-43.

141. Poser CM Controversies in the pathogenesis of multiple sclerosis. In: Neuroimmunology for Clinicians, eds., Aarli, J, Behan, W, Behan, P, Oxford, Blackwell, 1987, pp. 179-191.

142. Poser CM The pathogenesis of multiple sclerosis: a critical reappraisal. Acta Neuropathol, 1986; 71:1-10.

143. Poser CM Trauma and multiple sclerosis: an hypothesis. J Neurol, 1987; 234: 155-159.

144. Poser CM Der Verlauf der Multiplen Sklerose. JAMA (Deutsche Ausgabe) 1986; 5:266.

145. Poser CM and Hibberd PL: Epidemiological studies in multiple sclerosis. Arch Neurol 1987; 44:251-252.

146. Poser CM, Kleefield J, O'Reilly GV and Jolesz F Neuro-imaging and the lesion of multiple sclerosis. Am J Neuroradiol, 1987; 8:549-552.

147. Poser CM The peripheral nervous system in multiple sclerosis: a review and pathogenetic hypothesis. J Neurol Sci, 1987; 79:83-90.

148. Poser CM Serogenetische Polyneuritis nach enzymatischer Nucleolyse. Nervenarzt 1986; 57:676.

149. Poser CM MR in the diagnosis of multiple sclerosis. Am J Neuroradiol, 1987; 8:733.

150. Poser CM Multiple sclerosis on islands. Lancet 1987; 1:1426.

151. Poser CM Myelopathy, cranial MR and multiple sclerosis. Neurology, 1987; 37:1692.

152. Poser CM Diagnostic criteria for multiple sclerosis: an addendum. Ann Neurol, 1987; 22:773.

153. Poser CM Neuroimaging and the lesion of multiple sclerosis: an addendum. AJNR, 1987; 8:1146-1147.

154. Poser CM Diagnostic criteria for multiple sclerosis. J. Neurol, Neurosurg Psychiat, 1987; 50:1388.

155. Poser CM AIDS encephalomyelitis. Neurology, 1987; 37:1186-1887.

156. Poser CM, Hibberd, PL, Benedikz, J, Gudmundsson, G An analysis of the "epidemic" of multiple sclerosis in the Faroe Islands. I. Clinical and epidemiological aspects. Neuroepidemiology, 1988; 7:168-180.

157. Poser CM, Hibberd PL An analysis of the "epidemic" of multiple sclerosis in the Faroe Islands. II. Biostatistical aspects. Neuroepidemiology, 1988; 7:181-189.

158. Poser CM Viruses, multiple sclerosis and HTLV-I. In: Vernant J, Roman G (eds): HTLV-I and the Nervous System, New York, Liss, 1989, p. 373-384.

159. Poser CM Progressive multifocal leukoencephalopathy (PML) in AIDS (letter) Neurology 1988; 38: 1897.

160. Poser CM Corticotropin is superior to corticosteroids in the treatment of MS (letter) Arch. Neurol. 1989; 46:946.

161. Poser CM, Roman GC, Vermant JC Multiple sclerosis or HTV-I myelitis? Neurology, 1990; 40: 1020-1022.

162. Poser CM Magnetic resonance imaging in asymptomatic disseminated vasculomyelinopathy. J. Neurol. Sci. 1989; 94:69-77.

163. Poser CM The epidemiology of multiple sclerosis in Africa and Asia. In: Advances in Neurology Proc. XIV Wld Congr Neurol (New Delhi), Amsterdam, Elsevier, 1990; 309-319.

164. Poser CM Notes on the pathogenesis of subacute sclerosing panencephalitis. J. Neurol. Sci. 1990; 95: 219-224.

165. Poser CM, Lowenthal A: Ludo van Bogaert (1897-1989)(obituary) J. Neurol. Sci. 1990; 95:1-2.

166. Poser CM The pathogenesis of demyelination in subacute sclerosing panencephalitis , Proc III Intern Symp SSPE, Vellore,



245

India, 1991.

167. Poser CM Macrocytosis and multiple sclerosis (letter). Lancet 1990; 1:50.

168. Al-Din A, Khogali M, Poser C, Al-Nassar K, Shakir R, Hussain J, Behbahani K, Chadha G Epidemiology of multiple sclerosis in Arabs in Kuwait: a comparative study between Kuwaitis and Palestinians. J. Neurol. Sci, 1990; 100:137-141.

169. Poser CM White matter lesions of AIDS encephalomyelitis (letter). Lancet 1990; 336: 757-758.

170. Poser CM Multiple sclerosis: facts and fiction. Neurologija (Belgrade) 1991; 40:3-14.

171. Poser CM Sjogren's syndrome and multiple sclerosis (letter). Ann Neurol 1991; 29:455.

172. Poser CM La sclerose en plaques dan les tropiques. Le HTLV-I en est-il la cause? Retrovirus 1990; 3:90-103.

173. Poser CM, Roman GC, Vernant JC MS and HTLV-I (reply). Neurology 1991; 41:610.

174. Benedikz J, Magnusson H, Poser CM, Olafsdottir G, Benedikz E, Gudmundsson G Multiple sclerosis in Iceland: an update. J Trop Geogr Neurol 1991; 1:16-22.

175. Poser CM, Roman GC Cerebral malaria (letter). Lancet 1991; 337:1282.

176. Poser CM The geographical variability of neurological disease. J Trop Geogr Neurol 1991, 1:1-2.

177. Poser CM Multiple sclerosis: observations and reflections: a personal memoir. J Neurol Sci, 1992;107:127-140.

178. Salle J, Hugon J, Tabaraud F, Boulesteix J, Vallet J, Dumas M, Poser CM Motor evoked potentials in relapsing multiple sclerosis treated with high doses of methylprednisolone. J Neurol Sci 1992;108:184-188.

179. Poser CM, Les Infections Sous Les Tropiques. In: Dumas M (ed) Neurologie Tropicale. Paris: John Libbey Eurotext, 1993:81-90.

180. Poser CM, Ronthal M Exercise and Alzheimer's diseases,



846

Parkinson's Disease and multiple sclerosis. Phys Sports Med 1991; 19:85-92.

181. Poser CM Neurological complications of infections and vaccinations. Saudi Med 1992;13:379-386.

182. Al-Din ASN, Shakir RA, Poser CM, Khogali M. Multiple Sclerosis in Arabs. J Trop Geogr Neurol 1992, 2:57-62.

183. Poser CM Prevalence of multiple sclerosis (letter). Ann Neurol, 1992,32:716-717.

184. Poser CM Reply to Arnason: "Multiple Sclerosis: Additional thoughts (Editorial). J. Neurol Sci., 1992, 111:234-235.

185. Poser CM, Benedikz J, Hibberd PL The epidemiology of multiple sclerosis. The Iceland model. Onset-adjusted prevalence rate and other methodological considerations. J. Neurol Sci 1992, 111:143-152.

186. Poser CM: A prospective study of trauma and multiple sclerosis (Matters arising) J Neurol Neurosurg Psychiat 1992;55:524-525.

187. Poser, CM: The pathogenesis of multiple sclerosis - additional considerations.
J. Neurol. Sci. 1993; 115 (Suppl): S3-S15.

188. Al-Din, A, Poser CM, Shakir R, Khogali M: Risk of multiple sclerosis in Palestinians related to age of arrival in Kuwait. J. Trop Georgr Neurol 1992, 2:166-171.

189. Poser CM: Research in MS (Citation Classic). Current Contents 1993;21:8.

190. Poser CM: The role of the blood-brain barrier in the pathogenesis of multiple sclerosis. In: Salvati S (ed) A multi-disciplinary approach to myelin diseases II. Plenum Publ. Corp, New York, 1994:221-229.

191. Poser, CM: The World Federation of Neurology: the formative period 1955-1961 J. Neurol Sci, 1993; 120;218-227.

192. Poser, CM: MRI of spinal cord in multiple sclerosis. Lancet 1993; 341: 1025.

193. Poser, CM; Multiple Sclerosis: Diagnosis and Treatment. Medical Principles and Practice, 1992-93;3:1-16.



847

194. Poser, CM: The role of trauma in the pathogenesis of multiple sclerosis. Clin Neurol Neurosurg, in 1994;96:103-110.

195. Poser CM: Disseminated sclerosis (observations and reflections) Zh Nevropatol Psikhiatr S S Korsakova 1993;93:77-88. (Published in Russian)

196. Benedikz J, Magnusson H, Poser C, Gudmundsson G: Multiple sclerosis in Iceland. 1 January 1900-31 December 1989: a 90 years total population study. In: Firnhaber W. Lauer K, eds. Mulitple sclerosis in Europe: An epidemiological update. Alsbach/Bergstrasse, LTV Press,1994:41-50.

197. Poser C, Vernant J. La sclérose en plaques dans la race noire. Bull Soc Path Ex 1993;86:1-5.

198. Poser CM: Physical trauma and multiple sclerosis (letter). Neurology 1994;44:1360-1362.

199. Khan A, Yaqub B, Poser C, Al Deeb S, Bohlega S: Multiphasic disseminated encephalomyelitis presenting as alternating hemiplegia. J. Neurol Neurosurg Psychiat, 1995;59:467-470.

200. Poser CM: Onset symptoms of multiple sclerosis. J Neurol Neurosurg Psychiat, 1995;58:253-254.

201. Poser CM: The pathogenesis of multiple sclerosis. Clinical Neuroscience, 1994;2:258-265.

202. Poser CM: The dissemination of multiple sclerosis: a Viking saga? A historical essay. Ann Neurol, 1994;36(S2):S 180-S 193.

203. Poser CM: Viking Voyages: The origin of multiple sclerosis? Acta Neurol Scand, 1995;91(S161):11-22.

204. Poser CM: The epidemiology of multiple sclerosis. A general overview. Ann Neurol, 1994;36(S2):S 231-S 243.

205. Poser CM: Notes on the epidemiology of multiple sclerosis. Proc. 1st Asian-Oceanian Symp Neuroepidemiol, Taipei, 1994, J Formosan Med Assoc., 1995;94:300-308.

206. Siewert B, Patel M, Mueller M, Gaa J, Darby D, Poser C, Wielopolski P, Edelman R, Warach S: Brain lesions in patients with multiple sclerosis: Detection with echo-planar imaging. Radiology 1995;196:765-771.

207. Poser CM: Myalgic Encephalomyelitis/Chronic Fatigue



848

Syndrome and Multiple Sclerosis: Differential Diagnosis. EOSJ Immnunol Immunopharmacol 1995; 15: 50-52.

208. Vernant J, Cabre P, Smadja D, Merle H, Caubarerre I, Mikol, J, Poser CM: Recurrent optic neuromyelitis optica with endocrinopathies: a new syndrome. Neurology 1997;48:58-64.

209. Orrell R, Shakir R, Lane R, Kinnard C, Poser, C: Distinguishing acute disseminated encephalomyelitis from multiple sclerosis. Brit Med J 1996; 313:802-804

210. Poser, CM. Management of multiple sclerosis from clinical criteria to new therapies. Adv. Neuroimmunol 1996;3:3-12.

211. Poser, CM Schilder's myelinoclastic diffuse sclerosis. In Arzimanoglou A, Goutieres F. Trends in Child Neurology, Paris: John Libbey 1996: 199-204.

212. Poser, CM Fulminating form of Multiple Sclerosis simulating brain tumor, (letter) Arq Neuropsichiat (Brazil) 1995:54:165.

213. Poser, CM Fatigue in multiple sclerosis (letter) Neurology 1996:47:1351.

214. Poser CM Intravenous immunoglobulin for multiple sclerosis. (letter) Lancet 1997;349:1177-1178

215. Poser CM Misdiagnosis of multiple sclerosis and B-interferon (letter). Lancet 1997:349:1915

216 Poser CM Virion-associated MSRV-DNA in Multiple Sclerosis (letter). Lancet 1998;351:755.

Reviews, Chapters, Etc.

1. Poser CM Neuropathologic findings in three cases of infantile spasms. In: Molecules and Mental Health, Gibbs, FA, ed., Philadelphia, JB Lippincott, 1959:150.

2. Poser CM A cooperative effort in international neurology. (Editorial) W. Neurol. 1960; 1:4.

3. Poser CM Research in Neurology (Editorial) W. Neurol. 1961; 2:1.

4. Poser CM Concepts of Dysmyelination - Symposium on Sphingolipidoses. Aronson S and Volk B, ed., New York,



849

Academic Press, 1962:141-164.

5. Poser CM Diseases of the myelin sheath. In: Pathology of the Nervous System. Minckler J, ed., New York, McGraw-Hill, 1968: Vol. 1, 767-821.

6. Poser CM Friedreich's ataxia, etc. In: Medical Aspects of Mental Retardation, ed., Carter CH, Springfield, III., Charles C Thomas, 1965:856-877.

7. Poser CM Multiple sclerosis: Present day considerations. Jubilee Volume for Prof E. Hermann. Lodz, Poland. In: Neurological problems. ed., Chorobski J, Oxford, Pergamon Press, 1967.

8. Poser CM Mental retardation: the need for changing concepts. Modern Treatment, July-September 1967.

9. Poser CM Myelinoclastic diffuse and transitional sclerosis. In: Handbook of Clinical Neurology, ed., Vinken and Bruyn, Amsterdam, North Holland Publ. Co., 1970:469-484.

10. Poser CM Myasthenia gravis. In: Current Therapy, ed., Conn H, Philadelphia, Saunders 1969:77-712.

11. Poser CM General principles of diagnosis and management of mental retardation. In: Treatment of Mental Retardation, ed., Poser CM, New York, Hoeber Paul, 1969:1-13.

12. Poser CM and Huntley CJ Neurologic evaluation of the infant and child. In: Treatment of Mental Retardation, ed., Poser CM, New York, Hoeber, 1969:14-38.

13. Poser CM Degenerative disease of the brain causing mental retardation. In: Treatment of Mental Retardation, ed., Poser CM, New York, Hoeber, 1969:232-240.

14. Poser CM Diseases of the Myelin Sheath. In: Textbook of Neurology, ed., Merritt HH, 5th Ed., Philadelphia, Lea & Febiger, 1973:683-727.

15. Poser CM Recent Advances in Multiple Sclerosis. In: Med. Clin. N. Amer. 1972; 56:1343-1362.

16. Poser CM Hyperglycemic Non-Ketotic Coma: The role of sodium in its pathogenesis. In: Present Concepts of



850

Internal Medicine, Letterman Army General Hospital (San Francisco), 1971; 4:855-870.

17. Poser CM The Diffuse Scleroses of Childhood. In: Medical Aspects of Mental Retardation. ed., Carter CH, 2nd Ed., Springfield, III., CC Thomas, 1977:573-586.

18. Poser CM Subacute Sclerosing Panencephalitis. In: Medical Aspects of Mental Retardation. ed., Carter CH, end Ed., Springfield, Ill., CC Thomas, 1977:587-590.

19. Poser CM Infections of the Nervous System: General principles and epidemiology. In: Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison-Wesley Press, 1978:3-8.

20. Poser CM and Drayer B Diagnosis of Infections of the CNS. In: Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison-Wesley Press, 1978:9-17.

21. Poser CM and Drayer B Cytomegalic Inclusion Disease of the CNS. In: Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison-Wesley Press, 1978:172-175.

22. Drayer B and Poser CM Poliomyelitis. In: Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison-Wesley Press, 1978:131-137.

23. Drayer B and Poser CM Treatment of Central Nervous System Infections. In: Infecciones del Sistema Nervioso Central. ed., Toro G, Vergara I, Saravia J and Poser CM, Fondo Educativo Interamericano and Addison- Wesley Press, 1978:24-35.

24. Poser CM Multiple Sclerosis. In: The Nervous System ed., Tower DB, Vol. 2, The Clinical Neurosciences, New York, Raven Press, 1975:337-345.

25. Poser CM Diseases of the Myelin Sheath (other than multiple sclerosis). In: Current Diagnosis, eds., Conn HF and Conn RB, Jr., Philadelphia, Saunders, 1977:979-984.

26. Poser CM Diseases of the Myelin Sheath. In: Clinical Neurology, eds., Baker AB and Baker L, New York, Harper and Row, 1978, Vol 2, Chapter 25; 1-188.

27. Poser CM Diseases of the Myelin Sheath. In: Textbook of Neurology. Merritt HH 6th ed., Philadelphia, Lea and Febiger, 1979:767-824.

28. Poser CM Multiple sclerosis: A critical update. Med. Clin. N. Amer. 1979; 63:727-743.

29. Poser CM Syringomyelia: Another look. In: Houston Merritt Memorial Volume, ed., Yahr, MD, New York, Raven Press, 1983:45-79.

30. Poser CM Chronic neck pain. Consultant 1980; 20:156-162.

31. Poser CM Diagnostic techniques in multiple sclerosis. Surv. Ophthalmol. 1980; 25:91-101.

32. Poser CM La sclerose en plaques. Semper (Brussels) No 41, February 1980:38-56.

33. Poser CM The diagnosis of multiple sclerosis. GEIGY 1980.

34. Poser CM Epilepsie. Semper (Brussels) No 45, July 1980.

35. Poser CM The management of multiple sclerosis. Comp. Ther. 1981; 7:53- 59.

36. Poser CM La retardation mentale. Semper (Brussels) No 57, October 1981.

37. Poser CM The diagnosis of multiple sclerosis. In: Multiple Sclerosis: a manual for patients and their family. ed., Scheinberg L, New York, Raven Press, 1983:17-33.

38. Poser CM Amyotrophic lateral sclerosis. In: Neurogenetic Directory, Part I Handbook of Clinical Neurology, Vol. 42, 1981:65-67.

39. Poser CM Multiple Sclerosis. In: Neurogenetic Directory, Part I Handbook of Clinical Neurology, Vol. 42, 1981:495-497.

40. Poser CM Familial dysautonomia. In: Neurogenetic Directory, Part II Handbook of Clinical Neurology, Vol.




852

43, 1981:58-60.

41. Poser CM, Alter M, Sibley W and Scheinberg L Multiple Sclerosis: In: Merritt's Textbook of Neurology, ed., Rowland LP 7th edition, Philadelphia, Lea and Febiger 1983:593-611.

42. Poser CM Diffuse and transitional sclerosis. In: Merritt's Textbook of Neurology, ed., Rowland LP 7th edition, Philadelphia, Lea and Febiger 1983:445-448.

43. Poser CM Adrenoleukodystrophy. In: Merritt's Textbook of Neurology, ed., Rowland LP 7th edition, Philadelphia, Lea and Febiger 1983:449.

44. Poser CM Marchiafava-Bignami Disease. In: Merritt's Textbook of Neurology, ed., Rowland LP 7th edition, Philadelphia, Lea and Febiger 1983:612-614.

45. Poser CM Sclerose en plaques: le point. Semper (Brussels) June 1983:42-46.

46. Poser CM Multiple sclerosis. In: Medicine: essentials of clinical practice. eds, Wilkins RW and Levinsky NG, 3rd edition, Boston, Little, Brown and Co., 1983:878-879.

47. Poser CM Medical aspects of rehabilitation. Seminars in Neurology 1983; 3:101-108.

48. Poser CM, Paty D, Scheinberg L, McDonald WI, Davis F, Ebers G, Johnson K, Sibley W, Silberberg D and Tourtellotte W New diagnostic criteria for multiple sclerosis. In: The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984:225-229.

49. Scheinberg L, Kalb R, LaRocca N, Giesser B, Slater R and <u>Poser CM</u> The doctor-patient relationship in multiple sclerosis. In: The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984:205-215.

50. Paty D, <u>Poser CM</u> Clinical symptoms and signs in multiple sclerosis. In: The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984: 27-43.

51. Poser CM, Poser S and Paty D A revised numerical scoring

system for multiple sclerosis. In: The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984:234-241.

52. Poser CM and Blaivas J Sexual dysfunction in multiple sclerosis. In: The Diagnosis of Multiple Sclerosis, Poser CM et al., ed., New York, Thieme-Stratton, 1984:94-100.

53. Poser CM Multiple sclerosis and other diseases of myelin. In: Current Diagnosis, ed., Conn R, Philadelphia, Saunders, 1984; 996-1006.

54. Poser CM Landry-Guillain-Barre Syndrome and Facial Diplegia (Q & A). JAMA 1983; 250:2983.

55. Poser CM A 41 year old woman with spastic tetraparesis and short stature (Case Records of the M.G.H.). New Engl. J. Med., 1983; 309:1109-1117.

56. Poser CM The Dysmyelinating Diseases. In: Clinical Neurology, Vol. 3, eds., Baker AB and Baker LH, Philadelphia, Harper & Row, 1983; Ch. 34:1-70.

57. Peyser J, Poser CM Multiple sclerosis. In: Handbook of Clinical Neuropsychology, Vol. II, eds., Filskov SB and Boll TJ, New York, Wiley, 1986, pp 364-397.

58. Poser CM Taxonomy and Diagnostic Parameters. Ann. NY Acad. Sci. 1985; 436:233-245.

59. Poser CM The Diagnostic Process in Multiple Sclerosis. In: The Diagnosis of Multiple Sclerosis, eds., Poser CM, Paty D, Scheinberg L et al., New York, Thieme-Stratton, 1984:3-13.

60. Poser CM The Treatment of Multiple Sclerosis. In: Conn's Current Therapy, ed., Rakel R, Philadelphia, Saunders, 1985; 753-757.

61. Poser CM Myelinoclastic Diffuse Sclerosis. In: Handbook of Clinical Neurology, vol. 3 (47): Demyelinating diseases, ed. Koetsier, J., Amsterdam, Elsevier 1985; 419-428.

62. Poser CM Swine flu vaccination: Truth or Consequences (Controversies). Arch. Neurol., 1985; 42:1090-1092.

63. Poser CM Treating neck muscle disorder. Consultant 1984;



854