24:21.

64. Poser CM Multiple sclerosis. In: Neurology: The Physician's Guide, Feldman RG, ed. New York, Thieme-Stratton, 1984:163-177.

65. Poser CM When to treat paralysis agitans. Consultant 1985:25:15.

66. Poser CM, Aisen M The diagnosis of multiple sclerosis. In: Multiple Sclerosis: a manual for patients and their families, 2nd edition, ed. Scheinberg L, New York, Raven Press 1987, pp. 25-42.

67. Poser CM Epidemiology and genetics of multiple sclerosis. In: Multiple Sclerosis: A manual for patients and their families, 2nd edition, ed. Scheinberg L, New York, Raven Press 1987, pp. 3-11.

68. Poser CM: Demyelinating conditions other than multiple sclerosis. Neurol Neurosurg Update, 1986; 7: Nr. 8:1-8.

69. Poser CM: Neurological complications of infections and vaccinations. Consultant, 1987; 27:45-55.

70. Poser CM Meig's syndrome. Consultant 1986; 26:24-25.

71. Poser CM Neurological disorders. In: Medical conditions affecting drivers, ed. Doege TC, Engelberg AL, Chicago Amer Med Assoc 1986 pp 29-35.

72. Poser CM Panencefalitis esclerosante subaguda: La solucion de un acertigo. Salud Uninorte. Barranquilla 1986; 3:107-113.

73. Poser CM Diffuse and transitional sclerosis. In: Merritt's Textbook of Neurology, 8th edition, ed. Rowland LP, Philadelphia, Lea & Febiger, 1989; pp. 564-567.

74. Poser CM: Marchiafava-Bignami Disease. In: Merritt's Textbook of Neurology, 8th edition, ed. Rowland L, Philadelphia, Lea & Febiger, 1989; pp. 761-763.

75. Paty DW, Poser CM, Shapiro RT: Recognizing multiple sclerosis. Patient Care 1989; 23:62-75.



855

76. Poser CM Notes on the diagnosis of multiple sclerosis. Neuroscience Newsletter (Riyadh, Saudi Arabia) 1990; 4 (Feb.): 9-11.

77. Poser CM, Hibberd PL Comments on Sibley W et al. A prospective study of physical trauma and multiple sclerosis. Neurol Chronicle 1992;2:4-5.

78. Poser CM: Automobile driving fitness and the neurological impairment. J Neuropsychiat Clin Neurosci, 1993;5:342-348.

79. Poser CM: The differential diagnosis between multiple sclerosis and chronic fatigue post-viral syndrome. In: The clinical and scientific basis of myalgic encephalomyelitis chronic fatigue syndrome, ed Hyde, B. Ottawa Ont., Canada, Nightingale Research Foundation, 1992 pp 387-394.

80. Poser CM: Cause of recurring headaches. Consultant 1993;33:32.

81. Poser CM, Dumas M, Spina-Franca A: History of Tropical Neurology, In <u>Tropical Neurology</u>, In: Shakir R, Newman P, Poser C. (eds) London; Saunders 1995, pp.1-4.

82. Poser CM: Multiple sclerosis in tropical and subtropical countries. In <u>Tropical Neurology</u>, Shakir R, Newman P, Poser C. (eds) London, Saunders 1995, pp 437-455.

83. Poser, CM: Multiple Sclerosis and HTLV-I paraparesis in Zaninovic V: HTLV: Truths and Questions. Cali, Colombia: Fundacion MAR 1996: p. 283-291.

Books

I. AUTHOR

1. Poser CM The relationship between syringomyelia and neoplasm. Charles C Thomas, Springfield, IL 1956.

2. Poser CM International Dictionary of Drugs Used in Neurology and Psychiatry. Charles C Thomas, Springfield, IL, 1962.

3. Poser CM An Atlas of Multiple Sclerosis, London: Parthenon Publishing Group, Carnforth, UK, and Pearl River, NY, 1998.

4. Poser C, Bruyn G An Illustrated History of Malaria. Parthenon Publishing Group, Carnforth, UK, and Pearl River, NY, in press.

II. EDITOR

1. Treatment of Mental Retardation, editor. Paul Hoeber, New York, 1969.

2. Rehabilitation of the neurologically impaired. eds., Poser CM and Feldman, RG, Seminars in Neurology, June 1983.

3. Infecciones del Sistema Nervioso Central. eds., Toro G, Vergara I, Saravia J and Poser CM. Fondo Educativo Interamericano and Addison-Wesley Press, 1978.
4. The Diagnosis of Multiple Sclerosis. eds, Poser CM, Paty DW, Scheinberg L, McDonald WI and Ebers G, New York, Thieme-Stratton, 1984.

5. Tropical Neurology. eds Shakir R, Newman P, Poser C. London, Saunders 1995.

Abstracts

1. Clayman D, Goldstein S and Poser CM: A Social Learning Approach to the Treatment of Certain Convulsive Disorders. 2nd Annual Meeting, International Neuropsychology Society.

2. Poser C, Benedikz J, Hibberd P, Gudmundsson G: MS epidemics, a reappraisal. Research Group on Neuroepidemiology, World Federation of Neurology,Annual meeting, New Orleans, LA, May, 1986.
3. Benedikz J, Magnusson H, Poser C, Gudmundsson G, Olafsdottir G, Benedikz E MS in Iceland over 80 years (1900-1985). Scandinavian Congress of Neurology, Reykjavik July 1991.

4. Poser C, Hibberd P, Benedikz J, Incidence and prevalence of multiple sclerosis in Iceland. Neuroepidemiol 1991; 10:102.

5. Poser C, Roman G, Vernant J-C Sclérose en plaques et paraplégie associée au HTLV-1. Caraibes Medical 1990;26:188.

6. Poser C, Infections Retrovirales dans les Tropiques. Congrès International de Neurologie Tropicale, Limoges,



857

France, September 27, 1991.

7. Poser, C, Multiple Sclerosis North and South. Symposium on Tropical Neurology, London, March 26, 1993.

8. Benedikz J, Magnusson H, Gudmundsson C, Poser C, Multiple Sclerosis in Iceland 1900-1989: A total population study. The epidemiology of multiple sclerosis in Europe, Darmstadt, Germany, April 1993.

9. Benedikz J, Magnusson H, Poser C, Benign multiple sclerosis in Iceland. 9th Congress of the European Committee for the Treatment and Research in Multiple Sclerosis, Florence, Italy, Oct. 31-Nov.2, 1993.

10. Benedikz J, Magnusson H, Poser C, Multiple sclerosis: age of onset, disease duration and disability. European Federation of Neurological Societies, Berlin, Germany, Dec. 8-1, 1993.

11. Poser C, La sclérose en plaques chez les Noirs, 4e Congrès International de Médecine Tropicale de Langue Française, Fort-de-France, Martinique, November 1993.

12. Poser C, Methodological problems in the epidemiology of multiple sclerosis. First Asian-Oceanian Symposium on Neuroepidemiology, Taipei, Taiwan, January 1994.

13. Poser C, The world distribution of multiple sclerosis, ibid.

14. Benedikz J. Magnusson H, Poser C, Gudmundsson G. The 1939-1945 postwar multiple sclerosis epidemic in Iceland: a requiem. Fourth Meeting of the European Neurological Society. Barcelona, Spain, June 28-20, 1994.

15. Poser C. The MRI in Multiple Sclerosis, 1997 Danube International Symposium, Dubrovnik, Croatia, October, 1997.

16. Poser C. The Epidemiology of MS. XVIII Congress of the Brazilian Neurological Society. SaoPaulo, Brazil, September 1998.

*.*.*.*.*



853

JET 78

CONT HEALTH EDUCATION CURRICULUM VITAE FL ...RUCTOR

*(If additional space is needed, use reverse)*

*(THIS FORM IS SUBJECT TO THE PRIVACY ACT OF 1974)*

*AUTHORITY: 10 USC 8012*
*PURPOSE: To provide information necessary for the review and approval of continuing health education program.*
*ROUTINE USES: For processing activities and approval authority to determine if education program meets criteria for recognition as approved Air Force continuing health education program.*
*DISCLOSURE IS VOLUNTARY: However, if information is not provided no further action can be taken on the application and approval cannot be granted.*

LAST NAME - FIRST NAME - MIDDLE INITIAL
Burkett, Edwin K.

GRADE
O-4

ADDRESS
PSC 1 Box 2404 APO AA 34001

DUTY STATION OR EMPLOYER
24th MDG/MDOS
Howard AB, Panama

TELEPHONE
DSN 284-3014

PRESENT POSITION, DUTIES AND RESPONSIBILITIES
Chief, Family Practice Clinic
Allergy/Immunology Extender
OIC Immunization Clinic
OIC Tobacco Cessation Program
Wing Smoking and Deglamorization Task Force Rep
Provider Scheduler, Family Practice Clinic
Family Maltreatment Case Management Team
Credentials Committee (alternate)
Gulf War Syndrome Provider (secondary)
Preceptor for Nurse Practitioner
Chair, Disease Prevention and Health Promotion (USAFP)
Proctor for Naval Independant Duty Corpsman
Chief, Immediate Disaster/Readiness Team
ACLS Instructor and Affiliate Faculty
Medical Review Officer, Anti Drug Program
Medical Liaison Officer, Cycle Ergometry Program

| EDUCATION INSTITUTION | MAJOR | DEGREE | YEAR |
|---|---|---|---|
| Washington University, St. Louis | Biology<br>Spanish | A.B.<br>A.B. | 1986<br>1986 |
| Uniformed Services University Medical School<br>Bethesda, Maryland | | M.D. | 1991 |
| Malcolm Grow Medical Center<br>Andrews AFB, Maryland | Family Practice Residency<br>1 July 1991 - 30 June 1994 | | 1994 |

RELEVANT EXPERIENCE TO PROGRAM TOPIC *(incl teaching)*
National Board of Medical Examiners Parts I, II, and III
Basic Life Support
Neonatal Resuscitation Provider
Pediatric Advanced Life Support
Advanced Life Support in Obstetrics (ALSO)
ALSO Instructor, Oct 1995
Advanced Trauma Life Support
Advanced Cardiac Life Support
ACLS Instructor, May 1995
Taught ACLS Courses Oct 95, Oct 96, Dec 96, April 97, Dec 97, May 98, July 98
Directed and Taught ALSO Course, Feb 1996
EMT Course Instructor for Central Texas College, 21 Nov - 8 Dec 1995

MEMBERSHIP IN ORGANIZATIONS; PUBLICATIONS; AREAS OF SPECIAL INTEREST; AWARDS, ETC.
Diplomate of the American Board of Family Practice 1994-2001
American Academy of Family Physicians, Uniformed Services Chapter (USAFP)
Christian Medical and Dental Society
California Medical License since 1994, exp 2000
Pensylvania Medical License, exp Dec 1998
Research: The Effect of Environmental Smoke Risk Education on Parental Motivation Towards Smoking Cessation 1994 (unpublished)
Article on the Air Force Health Promotion Program in the Uniformed Family Physician, Fall 1995 issue

AF FORM 2662, NOV 78 *(EF-V1)* *(PerFORM PRO)*

HEARING EXHIBIT ___

859

ASSIGNMENTS /DEPLOYMENTS

1. Aug 1996- current, Staff Physician ' ...nary Care Clinic 24th MDG, H... ...d AB, Panama
2. Jul 1994 - Jul 1996, Staff Physician, Dept of Family Practice 39th MDG, Incirlik AB, Turkey
3. 3 - 14 Aug 1995, Staff Physician for MEDFLAG Exercise, Zimbabwe, Africa

PAST POSITIONS:

- Chairman, Pharmacy and Therapeutics Committee, 39th MDG 1994-96
- Assistant Medical Director of Emergency Services, 39th MDG 1994-96
- Credentials Committee, 39th MDG 1994-96
- Ethics Committee, 39th MDG 1995
- Rabies Advisory Council, 39th MDG 1994-96
- F.A.S.T. (Flying Ambulance Surgical Trauma) Team, 39th MDG 1995-96
- USAFP Disease Prevention and Health Promotion Committee, March 1995- current

ADDITIONAL TRAINING:

- Military Field Exercise, Quantico Marine Base 1987
- Bushmaster, Field Hospital Exercise (Combat Casualty Care Course) Jan 1991
- Allergy/Immunization OJT, Wilford Hall Medical Center, 28 Oct - 1 Nov 1996
- Basics in Quality Management 1993
- Stategic Planning 1995

AWARDS/HONORS/DECORATIONS:

MILITARY

- Certificate of Commendation, 1988 (USUHS Pre-Airborne Cadre)
- Expert Field Medic Badge (EFMB)
- Air Assault Badge
- Small Arms Expert (M16)
- Southwest Asia Service Medal
- Air Force Longevity Award
- Overseas Service, Long Tour
- Air Force Commendation Medal
- National Defense Service Medal
- Air Force Training Ribbon
- Outstanding Unit Award
- Overseas Service, Short Tour

MEDICAL

- Preceptor Excellence Award (for medical technician students), Oct 1991
- Priamry Care research Award, June 1994 (1st place presentation, 2nd place overall)

UNDERGRADUATE

- National Merit Scholar
- Chancellors's Honorary Scholarship
- ROTC Superior Performance Medal
- Ethan A. Shepley Award, 1986 (for scholarship and service)
- 4 Year AFROTC Scholarship
- 4 Year Football Letterman
- Ralphe Bunche Scholar Award

FOREIGN LANGUAGE:

- Spanish (speak, read, and write)

CIVILIAN/SOCIAL ACTIVITIES:

- Member, First Baptist Church of Balboa, Panama
- Discipleship Training Director, FBC of Balboa

PERSONAL INTERESTS:

- Jesus Christ
- Family ( married to Lisa 29 June 1990, two sons: Dominic and Harrison)
- Reading
- Horses
- Football/Sports

DEPARTMENT OF THE A... FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

31 January, 1998

**Memorandum for Record**

**Subject: Code Blue on 24 January 1998**

1. I was called in from home the night of 24 January 1998 for a code blue in progress on the Inpatient ward. I am writing this memo because I was disturbed by an apparent lack of mastery of ACLS protocol by the Code Leader, Dr. Wilma Webster. As we are all nervous in such a situation and I am reluctant to be judgmental I will try and stick to 3 areas that I felt were discrepant : Airway management, CPR, and Defibrillation.

2. Airway Management and Ventilation: When I arrived Dr. Webster was standing at the head of the bed with an ET Tube and a Laryngoscope, the patient was on a monitor with VFIB showing, and he was pulseless and cyanotic. She had attempted an intubation unsuccessfully. A technician had an Ambu bag and mask to the patient's face but no one was holding the head. I commented that I didn't think he was getting any air and tried to get the tech to do a head tilt. The patient was thick necked and his head was in the mattress so this was very difficult. Dr. Webster made no attempt to position the head or give direction. I came to the head of the bed and auscultated the patients chest but heard no sounds, I then did a chin lift maneuver and noted chest rise and fall with the technician's bagging. Dr. Webster made 2 more intubation attempts unsuccessfully and then asked for someone else to try.

Main critique: Dr. Webster does not seem to grasp the importance of head position for ventilation and that intubation, though important, is not the only way to successfully manage an airway. Even after the code debriefing with LtCol Addison and the team, she insists that the patient was ventilated.

3. CPR: When I arrived CPR was not being done. I asked what rhythm she was seeing and she said VFIB, I agreed after looking at the monitor. I asked if anyone was doing Chest compressions and the team said "no" but someone stepped up to do them. Apparently CPR had been initiated but stopped when Dr. Webster thought the patient had breaths on his own.

Main critique: a pulseless patient needs chest compressions regardless of what is on the monitor or if they are thought to be "breathing".

4. Defibrillation: Dr. Webster was so intent on intubating that she had not ordered Defibrillation on this patient in VFIB. After I had asked about the CPR, LtCol Addison asked if the patient had been shocked yet. Again there was a negative reply and so Dr. Webster then

ordered 3 successive shocks. However, after that, I or LtCol Addison had to suggest repeated shocks after other interventions and drugs were given.

Main critique: The cure for VFIB is Defibrillation. Dr. Webster did not seem to grasp the importance of early and repetitive use of electricity in Vfib.

5. Recommendation : I recommend that Dr. Webster take the next ACLS course in May 1998 prior to working alone in the ER.

6. I have not discussed the critique with Dr. Webster. I am sending a copy to the Flight Chief, the SGH, and the MDOS Commander.

Edwin K. Burkett, MD
Maj USAF, MC
24th MDG, Chief, Family Practice Element
ACLS Affiliate Faculty

**DEPARTMENT OF THE ..R FORCE**
**24TH MEDICAL OPERATIONS SQUADRON (ACC)**
**HOWARD AFB, PANAMA**

**30 January, 1998**

**Memorandum for Record**

**Subject: Major (Dr.) Wilma Webster. Outburst on 29 Jan 98.**

1. On 29 January 1998 Major Webster was on her first day of work in the Primary Care Clinic. She saw patient's in the morning and through the noon hour. Since she was new to the clinic and normally works the ER I had arranged for her appointments to be all acute slots at 30 min intervals. She also saw sick call and a few patients rescheduled from another provider.

2. At 1215 the NCOIC informed me that she was asking about going to lunch and I said she must be here for her scheduled patients at 1300. At 1310 I was informed that she was on her way to lunch despite having scheduled patients at 130 and 1330. I caught up with her in the ER lobby and asked her where she was going and she said, "I am going out to eat". I informed her that she had patients scheduled and that she did not have time to go out to eat. I offered her some of the lunch that I brought.

3. Her response was anger laden, loud, physically demonstrative, and antagonistic. She insisted that she was going to eat, she says she was promised lunch, she said she did not care what happened. I informed her that if she left the building and did not come to see her patients I would have to report her to our flight chief and there would be consequences. I returned up stairs to clinic and she came up as well.

4. Regardless of the circumstances, Major Webster's response was unprofessional, immature, and unbecoming of an Air Force Officer. I am writing this memo as information and giving a copy to the Chief, Primary Care Teams Flight, the SGH, and the Medical Operations Commander.

Edwin K. Burkett, MD
Maj USAF, MC
24th MDG, Chief, Family Practice Element

HEARING EXHIBIT 18

*Global Power For America*

803

1w

Personal Data - Privacy Act 1974 (PL 93-579) Printed date: 15 Feb 1999@1405
Page: 1

RADIOLOGIC EXAMINATION REPORT

Patient: HILL,WILLIAM FMP/SSN: 20/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

---

24 MED GP HOWARD AFB PM (ACC)
Procedure: CHEST, AP (portable)
Requested by: PHERMSANGNGAM,PEERACH P
Ward/Clinic: MED/SURG NURSING UNIT 1

1 DIAGNOSTIC RAD (HOWARD)
Exam Date: 25 Jan 1998@0653
Status: COMPLETE
Exam #: 98000879
Pregnant:

Reason for Order:
chest portable post mortum.

Order Comment:

---

Result Code: SEE RADIOLOGIST'S REPORT

Report:

CHEST PORTABLE

Single post-mortum view of the chest demonstrates a endotracheal tube with the tip extending approximately 2cm into the right main stem bronchus. NG tube tip is seen with the tip overlying the stomach.

Some increased opacity is again seen at the left lung base. Both lung fields are aerated. Pleural fluid is also present on the right.

IMPRESSION: 1. Right pleural fluid collection.

2. Right basilar opacity presenting pneumonia vs atelectasis vs other.

3. Two positions as described above.

Dictated: 26 Jan 98/dmh

Transcription Date/Time: 27 Jan 1998@0751

Interpreted by: IAN HAYCOCKS,CAPT,USAF,MD,MC

Approved by: IAN HAYCOCKS,CAPT,USAF,MD,MC 27 Jan 1998@0905

---

20/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 HILL,WIL.
26 Apr 19 / MALE
Loc:
Spon: HILL,WILLIAM
SF519-B Unit: NO LONGER ELIGIBLE

USA VE DUTY ENLISTED
H:28 414 W:PPPPPPPPPPPPP
Rank: STAFF SER D:PPPPPPPPPPPPP
RR: CLAYTON OUTPATIENT RECORDS

w

10 FEB 98

MEMORANDUM FOR Dr. Teodoro Mendez

FROM: Major Wilma P. Webster

SUBJECT: Response to your letter of counseling

1. With all due respect, Dr. Mendez much of the data in your Letter of Counseling is inaccurate or incomplete. Although the routine appointments were every 30 minutes, there were many sick call patients to be seen in between. I saw a total of 16 patients on that first day (29 JAN), one more than you, but less than Dr. Burkett who saw 18 plus several phone consults.

2. On the 2nd day (Jan 30) I saw 11 patients, Burkett 12 and you saw 7. That was the day I'd arranged to have Phillipine food brought in for everybody, but I was so busy I didn't get a bite until approximately 12:30. I did not take a big lunch break.

3. On my 3rd day (February 2), remembering how weak and dizzy I'd felt the first day when I wasn't allowed time to eat, I went down to the ER about 12:30 and heated a TV dinner. I did not take more than an hour and hurried right back because I'd been told lunchtime was 12-1 and if I didn't take it then, I wouldn't get any. I think I worked until 18:30 that night, at least I did so on several nights. At any rate, as is my custom, I never knowingly left anything unfinished, especially abandoning a patient.

4. On February 3rd I had several errands to do including picking up my PALS book and an important package waiting in the post office for days. I went to get those things and ran back to the ER where I ate another TV dinner hurridly and raced to get back to Primary Care by the hour deadline.

5. While in Primary Care I ran into multiple problems and there was insufficient help at resolving them. Some of the deficiencies were as follows:

   a. Needed forms not in room
   b. Unclear what Physical Exam forms to use (or missing forms)
   c. Unclear what were requirements for different physical exams
   d. No printout of my scheduled patients was given me on several days
   e. Not enough guaiac tests in room
   f. Not enough throat culturettes in room
   g. Initially there were no adult-sized ear speculums in room
   h. Non-functioning otoscope light (both patient and I tried to fix, but couldn't)
   i. No notice near the phone of important phone numbers (lab, pharmacy, etc)
   j. I didn't know where Thayer Martin medium was kept
   k. Needed textbooks not available
   l. Only PDR in room was very outdated one
   m. **<u>Computer never worked right</u>** (later confirmed by Systems to have virus)

6. Given the difficulties faced I respectfully request that you retract your letter of counseling.

WILMA P. WEBSTER, MAJ, USAF, MC
Emergency Physician

21 866

ASSURANCE DOCUMENT - EXEMPT FROM DISC... AW U.S.C SECTION 1102
DO NOT RELEASE WITHOUT PERMISSION OF ... COMMANDER

# MEDICAL TREATMENT FACILITY INCIDENT STATEMENT

OMB No. 0701-0135
Expires: 9-30-97

Public reporting burden for this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searchi existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, DIOR, 1215 Jefferson Davis Highway, Suite 1204, Arlington VA 22202-4302; and to OMB, Paperwork Reduction Project (0701-013! Washington DC 20503. Please DO NOT RETURN your form to either of these addresses. Return your completed form to your Supervisor.

MEDICAL FACILITY ADDRESS: 24 MDOS / SGOPE

INCIDENT NUMBER:

**1. INCIDENT DATA**

TYPE: MEDICATION ERROR | DATE: 20 Apr 98 | TIME: 2200 | LOCATION: HOWARD ER

**2. PERSONAL DATA**

PERSON (Last, First, Middle Initial): ORDAZ, ALEXANDRIA N

SEX: M [ ] F [X] | RANK/GRADE: | DOB: 31 MAR 97

STATUS: DEP DAUGHTER USAF | SSN: 01/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 | ORGANIZATION: 24 SECURITY FORCES

SPONSOR (Name and Grade): ORDAZ, PAUL E | RELATIONSHIP TO SPONSOR:

ADDRESS (Street, PO Box, City, State, Zip Code): PSC 1 BOX 4007 APO AA 34001 | PHONE NO. 284-6125

**3. STATUS**

| | | | |
|---|---|---|---|
| | MEDICAL PERSONNEL | DEPARTMENT | JOB TITLE |
| | VISITOR/OTHER | REASON FOR BEING IN MEDICAL FACILITY | |
| | INPATIENT | REGISTER NO. ER LOG # | UNIT/CLINIC: EMERGENCY ROOM |
| X | OUTPATIENT | | REASON FOR HOSPITALIZATION |

**4. COMPLETE IF PROPERTY/EQUIPMENT INVOLVED**

DESCRIBE PROPERTY/EQUIPMENT: N/A

**5. COMPLETE IF BED INVOLVED**

| | YES | NO | UP | DOWN | ORDERED |
|---|---|---|---|---|---|
| HEIGHT OF BED ADJUSTABLE | | | | | |
| BED RAILS PRESENT | | | | | |
| FOOTSTOOL BY BED | | | | | |

**6. COMPLETE IF MEDICATION INVOLVED (Medicine Administered)**

DRUG(s): BENADYRL | [X] ORAL | [ ] INJECTION | [ ] INTRAVENOUS INFUSION

7. NARRATIVE OF INCIDENT (Give a concise statement of the facts. DO NOT include opinions or conclusions.) ABOVE PATIENT WAS SEEN IN HOWARD ER ON 20 Apr 98 AT 1858 HRS BY DR WEBSTER. PATIENT PRESCRIBED TYLENOL EXIXIR 3/4 tsp 4-5 x DAILY. AT 2200 hrs, 20 Apr 98 SPONSOR CALLED ER STATING HE HAD JUST GAVE CHILD MEDICATION BUT THE BOTTLE WAS BENADRYL 12.5mg/mL SYRUP NOT TYLENOL. SPONSOR INSTRUCTED TO RETURN TO ER WITH MEDICATION AND CHILD. DR WEBSTER NOTIFIED OF ERROR. SEE ER LOG # 980420-00033 AND ER LOG 980420-00040. Shelby Russell, TSgt

Hearing Exhibit ______

DO NOT FILE OR REFER TO IN MEDICAL RECORDS

AF FORM 765, DEC 94 (EF-V1)

EMERGENCY CARE & TREATMENT 24 MED GP HOWARD AFB | LOG NUMBER: 980420-C

Arrival Date/Time: 20 1998 1839
Trans to Hospital: PRIVATELY OWNED VEHICLE
History Obtained From: PATIENT

3rd Party Payer: NO
Time Seen: 1858
Category: N/U

Addr: PSC 1 BOX 4007 APO, AA 34001
Chief Complaint: FEVER, VOMITING

Phone: 284-6125
Sex: FEMALE Age: 1

VITAL SIGNS

| | | | |
|---|---|---|---|
| Time | 1840 | | |
| BP-SY | / | | |
| BP-DI | / | | |
| Pulse | 140 | | |
| Resp | | | |
| Temp | 101.5 (R) | | |
| WT-Ped | 9Kgs | | |

| Orders | Inits | Time |
|---|---|---|
| tc | M | 1920 |

Medications

Tylenol 0.8cc 1700 hrs 20 Apr 98

Tetanus: Don't Know

Allergies:
NO ALLERGIES DOCUMEN
Ø

S. 1858 c/o sick x 2 days c fever vomiting. anorexia also. Vomits 1-2 x daily. No diarrh

O Interactive child, PERRL, conj pink, tongue moist. Neck supple, pharynx erythema, TM's WNL, heart RRR, lungs clear. Abd soft BS+. EX - moves all 4 well.

A. Gastroenteritis

P. Tylenol.
↑ fluids
Vomiting instruction sheet

P for family — ↑ fruits & veges
regular stress, exercise.

ASSESSMENT/DIAGNOSIS
Gastroenteritis

===== DISPOSITION =====
✓Home __Full Duty
Quarters
24hrs __48hrs __72hrs

dified Duty Until:
y:____ Mon:____ Yr:____

ferred to: pedi

Emergency __Today
2 hours ✓Routine

itted to:

ers:

dition Upon Release:
proved ✓Unchanged
teriorated
ase Time: 1920

Signature of Provider/Stamp:
[signature] MAJ

ructions to Patient:
Tylenol elixir 3/4 tsp 4-5 x daily if needed. Return if worse
↑ fluid
Vomiting instruction sheet

RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS

8-27-2785 ORDAZ,ALEXANDRIA N F41
31 Mar 1997 FEMALE W:284-6405 H:284 6125
Loc: ER
Sp: ORDAZ,PAUL E

802

EMERGENCY CARE & TREATMENT 24 MED GP HOWARD AF ... Automated Version SF558

Arrival Date/Time: 20 ... 1998@2220 | LOG NUMBER: 980420-0
Trans to Hospital: PRIVATELY OWNED VEHICLE | 3rd Party Payer: NO
History Obtained From: FATHER OF PATI | Time Seen: 2223
| Category: N/U
Addr: PSC 1 BOX 4007 APO, AA 34001 | Phone: 284-6125
Chief Complaint: MEDICATION ERROR | Sex: FEMALE Age: 12

VITAL SIGNS

| | | | |
|---|---|---|---|
| Time | 2222 | | |
| BP-SY | / | | |
| BP-DI | | | |
| Pulse | 134 | | |
| Resp | 32 | | |
| Temp | 99.3 | | |
| WT-Ped | 9/Cg | | |

Orders | Inits | Time

Medications
Tylenol @ 1700
Benadryl @ 2100

Tetanus: UNK
Allergies: NKDA
NO ALLERGIES DOCUMENT

S: 2228 child given benadryl instead of tylenol. Received 3/4 tsp. No new Sx

O. No change. Child interactive, crying alert. Breathing well. Good color

A. Substitution of 3/4 benadryl for 3/4 tsp tylenol

P. Given tylenol 3/4 tsp 4-5 a daily prn

ASSESSMENT/DIAGNOSIS
substitution of 3/4 tsp benadryl for tylenol

===== DISPOSITION =====
Home __Full Duty
Quarters
24hrs __48hrs __72hrs

...ified Duty Until:
...:____ Mon:____ Yr:____

...erred to: Ped

...mergency _Today
... hours ✓Routine

...tted to:

...rs:

...ition Upon Release:
...roved ✓Unchanged
...eriorated
...se Time: 2230

Signature of Provider: Wilma P. Webster, MD

WILMA P. WEBSTER, MAJ
EMERGENCY PHYSICIAN 44E3
24 MDOS, HAFB, PANAMA

...uctions to Patient:
...me instructions as previously

RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS [signature]

-27-2765 ORDAZ, ALEXANDRIA N F41
31 Mar 1997 FEMALE W:284-6405 H:284-6125
Loc: ER
Spon: ORDA...

869

**DEPARTMENT OF THE AIR FORCE**
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

## Department of Emergency Services

TYPE OF VISIT/SERVICE ER DATE 4 Oct

Please circle applicable items: Active Duty Retired Dependent Civilian

USAF USA USN USMC Coast Guard

### TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | (5) | 4 | 3 | 2 | 1 |
| Waiting time before screening | 5 | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | 1 |

### STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | 3 | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |

### PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of area | 5 | 4 | 3 | 2 | 1 |
| Availability of reading material | (5) | 4 | 3 | 2 | 1 |

### CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

270

(OVER)

HEARING EXHIBIT

1012

**DEPARTMENT OF THE AIR FORCE**
**24TH MEDICAL OPERATIONS SQUADRON (ACC)**
**HOWARD AFB, PANAMA**

## Department of Emergency Services

**TYPE OF VISIT/SERVICE** Sux high fever c 3 days **DATE** 27 OCT 97

Please circle applicable items: (Active Duty) Retired (Dependent) Civilian

(USAF) USA USN USMC Coast Guard

### TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | (3) | 2 | (1) |
| Waiting time before screening | 5 | 4 | 3 | 2 | (1) |
| Promptness of provider | 5 | 4 | 3 | 2 | (1) |

### STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | (3) | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | (2) | 1 |
| Respect for confidentiality and privacy | 5 | 4 | (3) | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | (2) | 1 |

### PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| ..equacy of waiting area | 5 | 4 | 3 | 2 | (1) |
| Cleanliness of area | 5 | 4 | (3) | 2 | 1 |
| Availiability of reading material | 5 | 4 | 3 | 2 | (1) |

### CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| rofessionalism of staff | 5 | 4 | 3 | (2) | 1 |
| are received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

37

**DEPARTMENT OF THE … FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

**PRIMARY CARE CLINIC**

TYPE OF VISIT/SERVICE ER DATE 11-12-97

Please Circle Applicable Items: Active Duty Retired Dependent Civilian

USAF USA (USN) USMC Coast Guard

| AVAILABILITY / ACCESS | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Accessibility of telephone lines | 5 | 4 | (3) | 2 | 1 |
| Availability of appointments | 5 | 4 | (3) | 2 | 1 |
| Availability of providers | 5 | 4 | (3) | 2 | 1 |
| Availability of services | 5 | (4) | 3 | 2 | 1 |
| **TIMELINESS** | | | | | |
| Waiting time for registration | 5 | (4) | 3 | 2 | 1 |
| Waiting time before screening | 5 | (4) | 3 | 2 | 1 |
| Promptness of provider | (5) | 4 | 3 | 2 | 1 |
| Length of appointment | 5 | (4) | 3 | 2 | 1 |
| **STAFF SENSITIVITY** | | | | | |
| Clinic staff courtesy | (5) | 4 | 3 | 2 | 1 |
| Clinic staff helpfulness | 5 | (4) | 3 | 2 | 1 |
| Respect for confidentiality and privacy | (5) | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | (3) | 2 | 1 |
| **PHYSICAL ENVIRONMENT** | | | | | |
| Adequacy of waiting area | 5 | (4) | 3 | 2 | 1 |
| Cleanliness of clinic areas | (5) | 4 | 3 | 2 | 1 |
| Ease of finding the providers' offices | (5) | 4 | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | (4) | 3 | 2 | 1 |
| **CUSTOMER SATISFACTION** | | | | | |
| Professionalism of staff | 5 | 4 | 3 | 2 | (1) |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

1017

DEPARTMENT OF THE AIR FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

**Department of Emergency Services**

TYPE OF VISIT/SERVICE ________________ DATE 11 Nov 97

Please circle applicable items: (Active Duty) Retired Dependent Civilian

(USAF) USA USN USMC Coast Guard

**TIMELINESS**

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | (4) | 3 | 2 | 1 |
| Waiting time before screening | 5 | (4) | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | (3) | 2 | 1 |

**STAFF SENSITIVITY**

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | (4) | 3 | 2 | 1 |
| Staff helpfulness | 5 | (4) | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | (4) | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | (3) | 2 | 1 |

**PHYSICAL ENVIRONMENT**

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | (4) | 3 | 2 | 1 |
| Cleanliness of area | 5 | (4) | 3 | 2 | 1 |
| Availability of reading material | 5 | (4) | 3 | 2 | 1 |

**CUSTOMER SATISFACTION**

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | (3) | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | (2) | 1 |

(OVER)

273

Who gave you outstanding service? ______________ poor service? The whole staff

Please tell us how: we arrived at noon did not recieve service until 1700. then waited another hour. Doctor Webster was absent minded. our Son of 9 mos running a temperature over a hundred and not recieving proper attention.

VERY Dissatisfied waited over 6 hours for servi[illegible]

If you could change something about your visit, what would it be? NOT Have waisted my time !!! gotten a billingual friend to take me to a more efficient Panamanian hospital yes and payd for it.

If you wish to be contacted regarding your visit, please write your name and telephone number below.

[NAM]E: Kenneth R. Teel TELEPHONE NUMBER: 269-1069 #716

PLEASE CALL ME !!!

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

---FOLD HERE---

MPS

SGOPE
UNIT 0530
APO AA 34001

274