3. Multiple Sclerosis - Diagnosis, Treatment, Psychosocial and Neuropsychological Approaches, National MS Society, Abilene, TX., 2-4 May 1989.

4. As Parents Grow Older, Dept. of Human Services, Abilene, TX., 1, 8, 15, 22, 29 September 1989.

5. Post Concussion Syndrome. Center for Neuro Skills, Dallas, TX., 8-9 November 1989.

6. Introduction to Luria-Nebraska Battery, Neuropsychology Associates, Denver, CO., 13-14 February 1991.

7. Child Luria-Nebraska Battery, Neuropsychology Associates, Denver, CO., 15 February 1991.

8. Advanced Interpretation Luria-Nebraska Battery, Neuropsychology Associates, Denver, CO., 16-17 February 1991.

9. Fresh Start Smoking Cessation Facilitator Training, United States Southern Command Health Promotions, Republic of Panama, June 1992.

10. Medical and Psychological Applications of Clinical Hypnosis. Professional Associates in Clinical Hypnosis, San Francisco, CA., 24-28 July 1992.

11. Treatment of Addictive Disorders. Psychotherapy Associates, P.C., Colorado Springs, CO., 2-6 February 1994.

12. Aircraft Mishap Investigation and Prevention Course for Clinical Psychologists, School of Aerospace Medicine, Brooks AFB, TX. Oct. 94.

13. American Psychiatric Association Conference, Miami, FL., Courses taken: 1.) Workplace Violence 2.) Sleep Disorder 3.) Bereavement 4.) Using Light Therapy with Sleep Disorders 5.) Crisis Intervention. May, 1995.

14. Initiated course work for Certificates of Training in Sex Education and Clinical Sexology, Institute for the Advanced Study of Human Sexuality, California, October 1995.

15. New England Educational Institute, Cape Cod, Massachusetts - DSM - IV, Axis II and Beyond: Understanding and Treating Personality Disorders with Theodore Millow, Ph.D. 15-19 July 1996.

16. EMDR Institute, Inc., Pacific Grove, CA 93950-EMDR Level I Training with Steven Silver, Ph.D., Orlando, Fl., 2-4 May 1997.

17. **EMOR Institute, Inc., Pacific Grove CA. 93950-EMDR Level II Training, Albuquerque, N.M., 16-18 Jan 1998.**

18. **American Academy of Forensic Examiner, Naples, FL, 15-19 Oct 98.**

**DEPARTMENT OF THE AIR FORCE**
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

14 Jul 98

MEMORANDUM FOR: Lt Col Addison

FROM: Maj La Macchia

SUBJECT: **COMMANDER-DIRECTED EVALUATION** of Maj Wilma Webster, 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

## IDENTIFYING INFORMATION

Maj Webster is a 57 year old, divorced female serving on active duty in the USAF, stationed at 24th Medical Group, Howard AFB, Panama. Dr. Webster is an emergency room physician currently assigned to the Health and Wellness Center. Dr. Webster was referred for evaluation following negative customer feedback citing :disorganization, lack of willingness to listen to patient problems, and inappropriate emotional outbursts. Additionally, Dr. Webster "does not deal with patients presenting with routine clinic type problems as evidenced by an increase in patients who leave without being seen while provider is on duty and continued strained working relations with co-workers". Dr. Webster completed the required protocol for referral for this evaluation and was provided the appropriate waiting time before initiating the evaluation; at the outset of our first meeting I explained that my role was to conduct the evaluation for the benefit of the commander. The member acknowledged these remarks and the evaluation proceeded.

## PROCEDURES UTILIED

Review of personnel records
Clinical interviews
Psychological testing
Neuropsychological Consult, Dr. Ricardo Obaldia
Staff discussions of behavioral observations
Review of previous testing

## HISTORY OF PRESENT PROBLEMS

In August 93 Dr. Webster was evaluated at Travis AFB (TDY status) during her tour to Yakota AB, Japan for probable multiple sclerosis (MS). She was admitted to Internal Medicine Service and was seen on consultation by Neurology, Neuropsychology, and Psychiatry with documentation in her Medical Evaluation Board. Apparently an MRI identified areas of neural demeylination and double vision; the diagnosis was later changed to decompensated phoria. The member was returned to duty. Dr. Webster's professional problems have continued as documented in her personnel and credential file regarding a patient who she evaluated in the ER, who she then sent on to radiology where the individual required a code blue intervention; apparently someone was also blamed for using two crash carts during the code and crossing the leads. More recently Dr. Webster was noted to have significant difficulty managing another code blue in the Howard ER in terms of staff leadership and direction and in terms of medical protocol. History also reveals that Dr. Webster was fired from her



917

Hearing Exhibit

first emergency room directorship following a residency in internal medicine purportedly for documentation problems and a disagreement about the admission of a patient. In a later incident, Dr. Webster was criticized for not conducting a pelvic exam on a pregnant women with abdominal pain. She was replaced in the directorship by a nurse who she later had a run in with concerning the nurse's request that a prescription of Acylovir be refilled for a patient. More recently at Howard AFB, the above-cited concerns expressed by Lt Col Addison have occurred as stated.

## MEDICAL/MILITARY HISTORY

Dr. Webster completed Medical School in Mexico in 1979; in 1983 she was enrolled in an Internal Medicine Residency. In 1989 she joined the Army Reserves to, in her words "the kids were gone, I was divorced, and I wanted to travel, meet guys, and start dating again". Dr. Webster entered active duty in 1992 and was assigned to Desert Storm. She reported that she enjoyed the challenge very much; from her married years in Mexico she had become comfortable with living in primitive surroundings so it was an easy adjustment to adapt to the war. She told me that she frequently forgot her gas mask, which was required to be with you at all times, in the bathroom. Dr. Webster stated "I would have died had gas exploded while running back to retrieve my mask". Fortunately, this possibility did not happen. Prior medical history includes being hit in the head during childhood - "I saw stars" - but without loss of consciousness. She had whooping cough at age 1. Dr. Webster also thought she may have inhaled automobile emissions during her youth as her father's vehicle was not in good condition and she remembered being sleepy a lot in the car.

## SOCIAL HISTORY

Dr. Webster states that her mother was probably a paranoid schizophrenic, often hallucinating, and who did not take medication. She reported a poor maternal relationship with her mother which generated feelings of antagonism and rebelliousness. Her mother died in her 60's from diabetes. Dr. Webster's father offered a closer union. She idealized him and felt that he was flawless, except "for a temper problem". Apparently the father lost his temper with a policeman and was physically abusive to his first wife. On one occasion, the father kicked his boss in the buttocks while the boss was bent over; he lost his job. The parents were fanatic Baptists with some earlier influence from Quaker childhood socialization. The parents divorced when Dr. Webster was ten years old. Dr. Webster reports she enjoyed her early schooling but often would attend school dirty due to neglect at home. She recalls being lost and inattentive at times yet "my reading skills were very good". She lived thereafter with extended family. Dr. Webster also had one younger sister and two brothers. The relationship with her sister was hostile as Dr. Webster often initiated fights with her sister. She recalls her as "Lizard breath", short for Elizabeth. Elizabeth is described as co-dependent and has achieved the work title of CPA Brother John is obese and diabetic and brother Jimmy has hypertension, obesity and cannot maintain employment. Her father died at age 59 following a stroke and subsequent pneumonia. Dr. Webster lived with some of her extended family and by age 16, took of the responsibilities for caring for a horse and would also pick pickles each summer for income. She later attended UCLA and became pregnant by the Mexican worker in the school's coffee shop. She had an abortion. They moved together to Mexico and after finishing college, Dr. Webster started Medical School. She gave birth to a son and then later married the father, the same Mexican man she had been with. The family lived in a rural area and had no running water in the home. She reported that her husband was physically abusive and had affairs leading to their divorce in 1971/72. Abusive behaviors included forced sex and shooting a gun off near her ear. Dr. Webster

eventually lived with another man for 8 years. She had a second child, Steven, out of wedlock. Currently the first child, William is now 33 years old and is a quadriplegic. Steven is 24 years old. Dr. Webster also mentioned her sexual history citing inappropriate sexual touching of her by an Uncle when she was a teenager. She was also raped as an adult while staying overnight in a "pink motel". When her boyfriend left the room to re-position their parked car, a masked man entered the room and raped her. Dr. Webster recalled being, inpart, "sexually excited" by this event; the rapist asked if she was enjoying it and she said "how can I, I hardly know you". Preservice drug use included marijuana "to enhance our sexuality". She denied problems with other illicit substances and denied alcohol problems.

PREVIOUS PSYCHOLOGICAL TESTING

The WAIS-R intelligence test was administered during the 1993 MEB process. Results were as follows:
Verbal IQ: 125 (Superior)
Performance IQ: 104 (Average)
Full Scale IQ: 116 (High Average)

The evaluator noted the significant difference between the verbal and nonverbal scores of 21 points. He felt it could represent a mild deterioration from premorbid functioning or a reflection of a life-long process. Intrusive and compulsive behavior evidenced by Dr. Webster during her hospitalization could represent personality change due to MS or exacerbation of underlying personality traits under stress.

On 8 Sept. 93, Dr. Webster requested a second opinion regarding these test results. She had complained of feeling "extremely stressed and defensive" during testing. The same intelligence test was re-administered. Results were as follows:
Verbal IQ: 140 (Very Superior)
Performance IQ: 122 (Superior)
Full Scale IQ: 136 (Very Superior)

She produced a statistically significant deferential between verbal and non-verbal performance abilities of 18 points. The overall higher results were attributed to test learning and reduced test anxiety. The VIQ - PIQ differential was reproduced and again raised the question why? The evaluator felt it represented either her habitual mode of functioning or a "reduction in performance ability resulting from other variables".

CURRENT PSYCHOLOGICAL TEST RESULTS

A. Neuropsychology Consultation: Dr. Ricardo De Obaldia
During testing, Dr. Obaldia noticed good levels of motivation and high levels of anxiety. She sometimes had difficulty organizing her thoughts into chronological order. Her mood was rather dysphoric. Results are summarized as follows:

1.) Fine Motor Functions: Mild difficulties in complex manual movements

2.) Perceptual Functions: Mild difficulties in complex visual-spatial tasks



919

3.) Higher Cognitive Functions:

a. Reading: Moderately impaired comprehension and retention (30%).

b. Memory: Moderately impaired immediate memory in both visual modality and auditory modality.

c. Non-Verbal Intellectual Processes: Mildly impaired in non-verbal problem solving.

4.) Attention and Concentration Processes: Mildly impaired in more complex tasks of sustained attention and concentration. Principal difficulties were observed in conceptual mental tracking and sequencing and in the ability to sustain and focus attention.

Dr. Obaldia stated: "the above results especially with mental tracking difficulties are generally associated with mild, diffuse brain dysfunction usually seen in mild head trauma and many cases of multiple sclerosis patients. A low performance on a non-verbal problem solving test in this highly trained Internal Medicine physician suggests a loss from premorbid superior skills." Dr. Obaldia believes that Dr. Webster may also have Adult Attention Deficit Disorder, Residual Type, to account for early childhood memory difficulties (lost books, lost her car in a parking lot, need to rely on notes as memory aides). Dr. Webster reported that "if she concentrates on a specific subject/topic she is often not aware of competing sources of information".

## ADDITIONAL TESTING

I administered the following procedures:

1. Weschler Adult Intelligence Scale Revised

   After reading Dr. Obaldia's report on 9 July 98 I noticed that a full intelligence test had not been administered. I administered the subtests he did not and used his scores for the other subtests. Although not a clinically perfect situation, it did allow for a hypothetical IQ assessment.

2. Minnesota MultiPhasic Personality Inventory-2 (MMPI-2)
3. Millon Clinical Multiaxial Inventory III (MCMI-III)
4. Beck Depression Inventory

## TEST RESULTS

A. Intelligence Testing (10 July 98)

Verbal IQ: 134 (Very Superior)
Performance IQ: 122 (Superior)
Full Scale IQ: 135 (Very Superior)
VIQ - PIQ Difference: 12 points

The patient benefited from test - retest learning on the subtest of block design which she had taken with Dr. Obaldia earlier but his score was not available. With the exception of that score, the remaining non-verbal subtests are in the average range as compared to the verbal subtests which are very superior except two subtest which are sensitive to attention and concentration. These two tests were by contrast significantly below the other verbal tests and only average to the normative group. Dr. Webster showed high levels of anxiety during the performance subtests which were openly timed with a stop watch which she openly confessed overwhelmed her with tension. She does not perform

well under pressure. A comparison of the intelligence tests shows a verbal IQ range from 125 thru 140, a performance IQ range from 104 thru 122, and a Full Scale IQ from 116 thru 136.

The consistent findings are:

A. Relatively poor nonverbal learning and visual perceptual functioning as compared to verbal skills.
B. Attention and concentration deficits
C. Anxiety overload during timed tests
D. There does not appear to be a current objective deterioration in intellectual skills as measured by the WAIS-R.

## PERSONALITY TESTING

The member feels as though she is being punished by being made to undergo this evaluation. Personality testing suggests this individual desired to "put her best foot forward" and be judged in the best, most desirable light while maintaining an overly cautious and defensive approach. Negative results would be expected to be minimized under these conditions. Dr. Webster, nonetheless, demonstrated significantly high histrionic and narcissistic subscores; descriptors associated with these scores suggest like individuals seek out attention and praise, like to make a good impression, and are not socially confident. They can be immature and impulsive, showing anger in episodes of temper tantrums. Dr. Webster agrees that she may be a risk taker and do things others don't approve of for the personal enjoyment of doing so. She also agrees that she is generally oriented toward pleasure-seeking and self-gratification and may occasionally show bad judgment. She agrees that it is somewhat difficult to maintain close relationships; she enjoys an exhibitionistic style. She feels envy of others at times.

## BEHAVIORAL OBSERVATIONS

During testing sessions and interview sessions, the member's environment was manipulated to assess her memory and visual learning abilities occurring during the process of talking or interviewing. On 28 May, staff observed Dr. Webster to be confused and disoriented during testing at the Corozal East Clinic. After each of 2 breaks, staff had to help Dr. Webster find the testing room on both occasions. Dr. Webster had also arrived 90 minutes early because "I wanted to make sure I could find my way here". Following testing, Dr. Webster was interviewed in my office for two hours. She could not find her way back to my office after a break. After testing she could not find her way out of the building and had to be escorted to the exit door. Ten minutes after her departure from the building, SSgt Bunnenberg drove from the building only to find Dr. Webster driving back and forth on the only main road of Corozal East; he stopped his car and waved at her to get her attention but she did not notice; SSgt Bunnenberg continued to follow her until some time later she found her way to the only gate. On 12 Jun, I interviewed Dr. Webster in my same office. Although she wanted to provide me with copies of previous evaluations, she could not readily locate them in what appeared to be a very disorganized briefcase. At the conclusion of the meeting, she returned to my office as she had lost her military cap. With help, we found the hat amongst her papers in the briefcase. She was uncertain as to how to exit the building again. Once helped to the exit door, she appeared lost as to where her car was parked in the small area. On 22 Jun, I met Dr. Webster in the clinic space for an interview and I told her that I would meet her in my office and allowed her to find my office. I found her sitting on the couch of an office in a different hallway that we had never used. Clearly the interior design was dramatically different than my office (e.g. 3 foot nautical life ring on my office

wall) where we had to date, already spent over 4 hours together. When I directed her to my office, she coped with the realization by directing attention to an irrelevant picture on the wall. After a 45 minute discussion, Dr. Webster and I took a break. She could not find her way back to my office once again. On 23 Jun I observed Dr. Webster, as an aside, unsafely back her car out of a parking space near the post office. She cut off a truck which had the right of way and who was forced to blow his horn and stop abruptly. On 28 May, Dr. Webster had completed her meeting with me and was now standing in the technicians office awaiting a future appointment when she started to provide history of adolescent sexual abuse. She seemed unaware of the inappropriate physical location to be discussing personal materials. On 10 July, Dr. Webster arrived for intelligence testing and upon seeing a soda on my desk left over from lunch, asked quite seriously if I would have one for her. These episodes reflected less that expected social judgment, personal boundaries, and social skills.

## INTEGRATION OF DATA

The following themes are evident:

1. Consistent inferior non-verbal learning and perceptual motor skills as compared to verbal skills.

2. Consistent poor performance on timed non-verbal manual, perceptual - motor, spatial - reasoning tests due to both
   a. inferior skills
   b. overwhelmed by anxiety
   c. interaction of anxiety lowering performance and lower performance skills causing the perception of threat (to esteem, to employment) and raising anxiety greatly - a vicious cycle

3. Neuropsychological deficits consistent with diffuse brain dysfunction, possibly MS, and probably reflecting a decline of adulthood skill levels. (Dr. Obaldia).

4. Possible residual Attention Deficit Disorder, Adult type, impacting organization skill and concentration. (Dr. Obaldia)

5. Poor reading comprehension (Dr. Obaldia) as compared to patients self-report for reading skills in school and medical school

6. Behavioral observations of significant lack of personal situational awareness and spatial learning; poor social boundaries and social judgment

7. Disorganization

8. Minor temper tantrum toward examiner and idiosyncratic, occasional circumstantial consistently over-inclusive self disclosure suggesting lower than expected levels of personal ego cohesion

## DISCUSSION

There are two main branches of this evaluation. They are A. Functional Consideration and B. Medical Differential Diagnostic Considerations. From a functional standpoint, I do not see how Dr.

Webster can perform at or above the standard of care for an emergency room physician. My concerns are:

1.) Without spatial learning how can she recall the location of items on emergency crash carts and find them or direct someone to them under anxiety.

2.) Without adequate memory and concentration, how can she recall patient symptoms, reasons for referral, previous treatments, under time pressure.

3.) With poor motor and perceptual motor skills can she adequately intubate, resuscitate, place electrodes for EKG, EEG, defibrillator under pressure

4.) With a deficient level of cognitive fluidity and flexibility how can this physician, under significant time pressure and anxiety, sequence a set series of protocols while simultaneously running parallel set(s) of medical sequences and being simultaneously ready to shift focus and priority to another set. As Dr. Webster stated, "If I concentrate on a specific topic I'm often not aware of competing sources of information". Dr. Webster's difficulty with the coded patient in the ER where according to Lt Col Addison, "Dr. Webster was focused to such an extent on intubation that she did not notice/attend to the absence of a heart beat"...

5.) Personality traits combined with an impoverished early childhood and vulnerable self-esteem leading to an individual who is today quick to defend her actions to compensate for personal inadequacies all the while seeking praise and attention. Secondly, she admits to going slowly during her patient encounters to assure a rigorous exam. One must question to what extent she also goes slowly to compensate for above - described deficits thereby contributing to patients leaving without being seen. I also suspect an aspect of slowness represents resistance to authority and vents primitive hostility, superiority, control, and entitlement to work by a different set of rules.

In summary these functional deficits represent the portrait of an individual who may fall below the standard of patient care in situations involving complex thinking, judgment, memory, spatial learning, cognitive flexibility, management of other staff and self, monitoring anxiety and defensiveness. Taken together, I do not feel Dr. Webster is aware of her deficits. I believe she defends against their coming into awareness, and when they do, she projects discomfort, blame and negative outcome onto others. As an example, I fully expect that she will deny the findings of this report, devalue and diminish and minimize its opinions, and further, file an Inspector General complaint for political harassment, all consistent with observations gleaned during the workup.

Turning to Medical and Differential Diagnostic issues, it is difficult to place a neurocognitive disorder diagnosis on this patient. Although the diagnosis Cognitive Disorder Not Otherwise Specified is substantiated by observational and clinical test findings, it cannot be made because at present the diagnostic picture lacks objective evidence of a systemic general medical condition or central nervous system dysfunction. To this end, a full medical workup to include neurology, internal medicine, neurodiagnostics (MRI, CT, EEG) would address this aspect. At present the current diagnostic picture is as follows:

Axis I 1) Attention Deficit Disorder, Adult type, residual, per Dr. Obaldia

2) Possible aspects of Cognitive Disorder, NOS requiring medical workup

3) Occupational Problem

Axis II Histrionic, narcissistic, and inadequate traits contributing to peer difficulties and patient dissatisfaction outcomes, occasional strange/bizarre affect incongruent with thoughts expressed (e.g. rape incident)

RECOMMENDATIONS

1. Serious peer evaluation of Dr. Webster's functional ability to meet standard of care in areas of high risk in emergency room in independent, unstructured settings especially when lightening quick thinking and acting under the weight of anxiety and peer scrutiny are present.

2. Neuro-medical consultations as suggested

3. Thank you for the opportunity to participate in this most important evaluation

Respectfully Submitted,

Richard F. La Macchia

RICHARD F. LA MACCHIA, Maj, USAF, BSC
Chief, Mental Health Clinic, Ft Clayton
Republic of Panama



924

CONTI[illegible] [illegible]EALTH EDUCATION CURRICULUM VITAE FOR [illegible]ICTOR

*(If additional space is needed, use reverse)*

*(THIS FORM IS SUBJECT TO THE PRIVACY ACT OF 1974)*

*AUTHORITY: 10 USC 8012*
*PURPOSE: To provide information necessary for the review and approval of continuing health education program.*
*ROUTINE USES: For processing activities and approval authority to determine if education program meets criteria for recognition as approved Air Force continuing health education program.*
*DISCLOSURE IS VOLUNTARY: However, if information is not provided no further action can be taken on the application and approval cannot be granted.*

| LAST NAME - FIRST NAME - MIDDLE INITIAL | GRADE |
|---|---|
| Shercliffe, Ryan M. | O-3 |

ADDRESS
PSC #1 Box 1686
APO AA 34001

| DUTY STATION OR EMPLOYER | TELEPHONE |
|---|---|
| 24 MDG/MDOS<br>Howard AFB 34001<br>Panama | DSN (313) 284 - 5734 |

PRESENT POSITION, DUTIES AND RESPONSIBILITIES

Chief, Emergency Room

Supervises and manages 1 registered nurse, 15 medical technicians and 4 civilian employees. Responsible for all nursing functions in a Level III Emergency Room (ER) with 15,000 annual visits and 1400 ambulance runs. Triages, plans, implements, and evaluates nursing care rendered to a diverse population that spans all age groups and a wide variety of acute medical conditions. Provides for emergency ambulance dispatch, inter-facililty transports, and aeromedical evacuation support as the MDG Ambulance Services Project Officer. Oversees element quality, staff development, and infection control programs.

ADDITIONAL DUTIES: Senior Nurse on-call; Advanced Cardiac Life Support instructor.

| EDUCATION INSTITUTION | MAJOR | DEGREE | YEAR |
|---|---|---|---|
| College of St. Scholastica Duluth, MN | Bachelor of Arts, Nursing | BAN | 1987 |
| University of Colorado, Health Sciences Center Denver, CO | Master of Science, Nursing | MSN | 1997 |

RELEVANT EXPERIENCE TO PROGRAM TOPIC *(incl teaching)*

1987 - present . Registered Nurse (RN)
1987 - 1990. Emergency Department Clinical Nurse. 1990 - present. Emergency Department Nurse Manager/ Clinical Nurse
1990 - present. Emergency Nurse's Association Board Certified Emergency Nurse (BCEN)
1987 - present . American Heart Association Basic Life Support (BLS) certified
1991 - present . American Heart Association Advanced Cardiac Life Support Instructor (ACLS-I) certified
1991 - present . American Heart Association Pediatric Advanced Life Support (PALs) certified
1992 - present. Trauma Nurse Core Coarse (TNCC) certified

MEMBERSHIP IN ORGANIZATIONS; PUBLICATIONS; AREAS OF SPECIAL INTEREST; AWARDS, ETC.

1990 - present. Member Emergency Nurse's Association (ENA)
1997 - present. Member Sigma Theta Tau Incarnation Honor Society of Nurses

AF FORM 2662, NOV 78 *(EF-V1)* *(PerFORM PRO)*

a15

HEARING EXHIBIT 4

25-26 Apr 98 MAA. Webster

① Refused to complete Bite form
SPS left ED @ 1900 to ✓ vaccination status of Dog. Called back
p̄ 1800 and had changed shift. Webster would not
complete form. "said DR Velarde should finish it"

② Pcc run to Clayton theater. P c̄ palpitation. Webster would not
authorize transport without Rythm strip. Had to speak
to Dispatcher. After explanation of response procedures by SSgt
Cruz she authorized transport to S.F.

③ Angela, IV Term IUP with Broke @ Hour ER. would not
Authorize Ulesta Transport even after Husband said
he did not know how to get to Pertilla / want to Drive his wife.
Patient waited 30 min in ER for Commercial Taxi

④ DR Webster finally left @ 1300 and is
scheduled for duty @ 1800 hrs

CAPT S

926

19 May 98 0800

Another Interesting Conversation c̄ Dr Webster.
2 Pts were checked in, Both were pre-booked Appt's
@ 0800 and 1000. Notes on chart for Dr to
Screen / Triage & refer if Indicated. At Same
Time there is a Pt c̄ Abd pain (I.V ordered)
and pt c̄ New knee trauma (sunday) and Pt with
Diverticulitis (Tilt pos, waiting). Dr Webster
opted to see both pt's first. when I asked her
about this she said:

1) She did not realize what order the patients arrived
2) she had not looked over the charts to assess
urgency, she just grabbed a chart

3) She would rather not turn anyone away and
felt they could just wait.

4) she wanted the techs to make patients take appointments
without her involvement

- I told we often encourage but its up to the MD
to Refer if patient insists on ER

- I told her of Importance of utilizing Appointments
If available & appropriate. she said she would try
to refer patients in future

CAPT S

**DEPARTMENT OF THE AIR FORCE**
24TH MEDICAL SUPPORT SQUADRON (ACC)
HOWARD AFB, PANAMA

30 November 1997

MEMORANDUM FOR RECORD

FROM: 24 MDOS/SGOME

SUBJECT: COUNSELING SESSION

1. This is a letter of documenting a counseling session given to Major Wilma Webster on 30 November 1997.

2. The following topics were discussed pertaining to poor performance in the Emergency Department during duty as MOD.

3. Excessive patient waiting times. Taking too long to see patients that have waited for a number of hours to see a provider. Waiting times and LWBS (left without being seen) far exceeds other providers in the department.

4. Keeping patients that have been seen in the ED too long before making a final disposition. Pattern of not keeping up with return of tests results and "forgetting" about patients still in the department. Slow to call for consults.

5. Receiving multiple complaints by name on patient satisfaction forms. The department suffers.

6. Several complaints by technicians and nursing staff indicating a lack of confidence in working with provider due to incidences of mis-communication or poor instructions.

7. I indicated that I've seen a pattern of difficulty in handling the work-load in this Emergency Department when alone as sole MOD.

8. I conveyed the need to either change or organize the providers present approach to patient care, as to minimize the above problem areas. We have talked about these problems in the past.

JAMES E. MCCRARY, MAJ, USAF, MC
CHIEF, EMERGENCY SERVICES

928

117

MEMORANDUM FOR RECORD

20 May, 1998

FROM: MDOS/SGOPE

SUBJECT: Maj Wilma P. Webster/unsatisfactory performance as ER provider

1. 14 Oct 97: Customer survey rating of unsatisfactory by AD USA, provider mentioned by name, pt c/o 4 hr wait and providers poor operation of data entry system. (attch#1)

2. 27 Oct 97: Customer survey rating of unsatisfactory by Dep USAF, provider mentioned by name, pt c/o 6 hr wait, very dissatisfied, called provider "absent minded". (attch#2)

3. 11 Nov 97: Customer survey rating of unsatisfactory by AD USAF, provider mentioned by name, pt c/o provider's unwillingness to listen to their problems. (attch#3)

4. 12 Nov 97: Customer survey rating of unsatisfactory by AD USN, provider mentioned by name, provider described as "very, very forgetful", also c/o 8 hr stay in ER, questions of providers competency (attch#4)

5. 12 Nov 97: LtCol Robbins places memo in PAF, noting non-compliance with standard documentation on downtown consults. (attch#5)

6. 30 Nov 97: Chief Emergency Services (ES) has verbal counseling session. see attch#6

7. 25 - 26 Apr 98: Nurse manager documents several cases in which provider showed poor judgment. see attch#7

8. 6 May 98: Received customer care complaint from AD hospital personnel calling provider ".....the most unprofessional and untrained physician I have ever been treated by.". see attch#10

9. 19 May 98: Nurse manager documents problems communicating with provider. see attch#11

10. 15 May 98: Chief ES asked about two LWOBS patient on the previous night shift. providers response was "so what.........who cares?"

11. Provider has over 3 times higher rate of LWOBS than the average. Total from 13Oct97 - 15May98= 28/1086 (2.6%) Also of importance is a similar amount of decline in LWOBS rates and increased patient satisfaction during a period which the provider was not practicing in the ER.

Hearing Exhibit 929

12. Several other non-documented incidents with this provider have occurred in the ER, as well as problems she encountered while in Primary care.

13. As her immediate supervisor I have little confidence in her effectiveness as an emergency provider.

JAMES E. MCCRARY, MAJ, USAF, MC
CHIEF, EMERGENCY SERVICES

# MARYLAND HOSPITAL INDICATOR PROJECT (MHAQIP@)

## 24TH MEDICAL GROUP (ACC)
## HOWARD AFB, PANAMA
## CY 1998

HEARING EXHIBIT 50

Hearing Exhibit 50
931

# INDICATOR A-4
# PATIENTS WHO LEAVE THE ED PRIOR TO COMPLETION




Mean Rate = Registered patients who leave the ED before completion of treatment - 1.30 %

# INDICATOR A-2
# REGISTERED TIME IN THE ED




Mean rates= Registered pts in the ED >4 but < 6 hrs - not available
Registered pts in the ED > 6 hrs - 3.64 %

933

*Data pulled from CHCS by R... (Systems) (list) 11Feb98 LWBS ... tot = 3.2%) ie 31/868

ts/07

| APPOINTMENT DATE by Month | NAME | SSN | APPOINTMENT DATE |
|---|---|---|---|
| October 1997 | SHELOR,BRIDGET A | 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 | 10/27/97 |
| November 1997 | LOPRESTI,DORA | 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 | 11/6/97 |
| | KING,JASMINE M. | 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 | 11/9/97 |
| | BURNHAM,BRITTNEY L. | 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 | 11/13/97 |
| | ADAMS,DELMIRA | 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 | 11/13/97 |
| | THORNABAR,CHERYLE L | 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 | 11/18/97 |
| | PERRY,SOL | 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 | 11/18/97 |
| | IRIZARRY,ALEXANDRA M | 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 | 11/28/97 |
| | MORENO,CHARLENE | 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 | 11/28/97 |
| | MOONEYHAN,LILIANA | 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 | 11/28/97 |
| | CALVO,JAVIER I. | 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 | 11/30/97 |
| | CARLIE,ANTHONY JAWAN | 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 | 11/30/97 |
| | HOWELL,SPENCER ANTHONY | 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 | 11/30/97 |
| | LOPRESTI,WAYNE PAUL | 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 | 11/30/97 |
| | PHILLIPS,BRITTANY E A | 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 | 11/30/97 |
| | PHILLIPS,HOWARD C JR | 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 | 11/30/97 |
| December 1997 | QUINONES,VIRGINIA M. | 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 | 12/11/97 |
| | ANDERSON,CLARIBETH A | 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 | 12/13/97 |

316 (November) · 34 (December)

HEARING EXHIBIT 934