| APPOINTMENT TIME | PROVIDER | METHOD OF TRANSIT | RELEASE TIME | DISPOSITION |
|---|---|---|---|---|
| 3:29:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:08:00 PM | LWBS |
| 1:23:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 8:10:00 PM | LWBS |
| 4:34:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:42:00 PM | LWBS |
| 3:03:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:55:00 PM | LWBS |
| 3:13:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:00:00 PM | LWBS |
| 11:29:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:45:00 PM | LWBS |
| 2:55:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:17:00 PM | LWBS |
| 12:36:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | | LWBS |
| 10:21:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | | LWBS |
| 10:19:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:30:00 PM | LWBS |
| 10:53:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:02:00 PM | LWBS |
| 12:21:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:30:00 PM | LWBS |
| 12:06:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:29:00 PM | LWBS |
| 9:19:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:34:00 PM | LWBS |
| 10:34:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:29:00 PM | LWBS |
| 10:32:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:44:00 PM | LWBS |
| 10:20:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:21:00 PM | LWBS |
| 10:41:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:55:00 PM | LWBS |

| ER ENTRY NUMBER |
|---|
| 971027-00045 |
| 971106-00013 |
| 971109-00036 |
| 971113-00024 |
| 971113-00026 |
| 971118-00017 |
| 971118-00029 |
| 971128-00036 |
| 971128-00022 |
| 971128-00021 |
| 971130-00018 |
| 971130-00024 |
| 971130-00023 |
| 971130-00008 |
| 971130-00017 |
| 971130-00016 |
| 971211-00012 |
| 971213-00018 |

936

| | | | | |
|---|---|---|---|---|
| | | LORENZO,ANABELA DEL C | 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 | 12/19/97 |
| | | MARTINEZ,NORMA | 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 | 12/30/97 |
| ts. | | WARNER,JERRY J. | 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 | 12/31/97 |
| 213 | January 1998 | KRIPPENDORF,SAVANNAH | 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 | 1/13/98 |
| | | JOHNSON,DALE R | 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 | 1/20/98 |
| | | STINARD,JULIE E | 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 | 1/24/98 |
| 111 | April 1998 | CORREA,NATALIA | 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 | 4/19/98 |
| 121 | May 1998 | ROBERTS,BILLIE J | 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 | 5/2/98 |
| | | LEIGH,LANCE | 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 | 5/6/98 |
| | | CARLSON,DANIEL | 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 | 5/6/98 |
| | | SEVERIN,DAVID M | 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 | 5/6/98 |
| | | GONZALEZ,VIRGINIA D | 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 | 5/14/98 |
| | | FORTIER,JOHN PAUL | 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 | 5/14/98 |

937

| | | | | |
|---|---|---|---|---|
| 9:49:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:05:00 PM | LWBS |
| 5:51:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:02:00 PM | LWBS |
| 7:01:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 8:05:00 PM | LWBS |
| 6:27:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 9:03:00 PM | LWBS |
| 1:25:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:10:00 PM | LWBS |
| 10:42:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 11:20:00 PM | LWBS |
| 9:39:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 11:00:00 PM | LWBS |
| 3:57:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:43:00 PM | LWBS |
| 5:57:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:47:00 AM | LWBS |
| 11:34:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:34:00 AM | LWBS |
| 7:09:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:14:00 AM | LWBS |
| 9:25:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:10:00 AM | LWBS |
| 9:30:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:15:00 AM | LWBS |

| |
|---|
| 971219-00021 |
| 971230-00022 |
| 971231-00040 |
| 980113-00040 |
| 980120-00030 |
| 980124-00040 |
| 980419-00033 |
| 980502-00018 |
| 980506-00022 |
| 980506-00035 |
| 980506-00028 |
| 980514-00033 |
| 980514-00032 |

* >4 hr (Tot avg 11%) ie 95/868

| APPOINTMENT DATE by Month | NAME | SSN | APPOINTMENT DATE |
|---|---|---|---|
| 85/107 October 1997 | JOHNSON,TAMILA KACHELLE | 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 | 10/24/97 |
| | BROCKWAY,DAVID J | 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 | 10/26/97 |
| | ELDER,BETTINA L | | 10/27/97 |
| | GRIFFIN,HIDEKELL E | | 10/27/97 |
| | HANSEN,NADIA E | | 10/27/97 |
| | LOPEZ,OLGA M | | 10/27/97 |
| | CABRAL,LINETTE | | 10/27/97 |
| | PERRY,BRANDON | | 10/27/97 |
| | SEXTON,JOHN LLOYD JR | 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 | 10/30/97 |
| | LEACH,AURA | | 10/30/97 |
| | BLACK,EDWIN XAVIER | 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 | 10/30/97 |
| | MILLS,BRIAN K | 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 | 10/30/97 |
| 316 November 1997 | CANCEL,ANGELIQUE M | | 11/1/97 |
| | LAW,DEBORAH E. | | 11/1/97 |
| | PADIN,INDIRA J | | 11/4/97 |
| | HERNANDEZ,ANTONIO | | 11/5/97 |
| | CABALLERO,DEBORA | | 11/5/97 |
| | EDMONDS,ERIC M | 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 | 11/5/97 |
| | PARDO,STEPHANIE | | 11/6/97 |

HEARING EXHIBIT 940

| APPOINTMENT TIME | PROVIDER | METHOD OF TRANSIT | RELEASE TIME | DISPOSITION |
|---|---|---|---|---|
| 4:17:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 8:21:00 PM | FULL |
| 1:31:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:32:00 PM | FULL |
| 11:28:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:56:00 PM | HOME |
| 2:06:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:19:00 PM | HOME |
| 11:55:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:25:00 PM | HOME |
| 10:22:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:33:00 PM | HOME |
| 8:10:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:25:00 AM | ADMT |
| 11:17:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:20:00 PM | HOME |
| 8:53:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:12:00 PM | HOME |
| 9:25:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:30:00 PM | HOME |
| 8:25:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:47:00 PM | Q48 |
| 12:30:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:00:00 PM | ADMT |
| 10:07:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:40:00 AM | ADMT |
| 10:23:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:31:00 AM | HOME |
| 1:49:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:02:00 PM | HOME |
| 1:07:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:00:00 PM | ADMT |
| 2:22:00 PM | WEBSTER,WILMA | AMBULANCE/MTF | 7:55:00 PM | HOME |
| 8:07:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:33:00 PM | REF |
| 3:03:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 8:13:00 PM | ADMT |

| ER ENTRY NUMBER |
|---|
| 971024-00040 |
| 971026-00030 |
| 971027-00028 |
| 971027-00040 |
| 971027-00032 |
| 971027-00022 |
| 971027-00065 |
| 971027-00027 |
| 971030-00010 |
| 971030-00012 |
| 971030-00009 |
| 971030-00020 |
| 971101-00038 |
| 971101-00041 |
| 971104-00028 |
| 971105-00026 |
| 971105-00031 |
| 971105-00012 |
| 971106-00015 |

| | | | |
|---|---|---|---|
| | HAWKS,MICHAEL A | 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 | 11/6/97 |
| | BOX,KAPRICE C | | 11/9/97 |
| | HOGAN,BRYTAN K | | 11/10/97 |
| | MARQUEZ,PEDRO J. | 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 | 11/11/97 |
| | SANCHEZ,GLENDA | | 11/13/97 |
| | GRANT,GEORGE | 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 | 11/13/97 |
| 314 November 1997 | PEREZ,KATHYA A | | 11/18/97 |
| | THORNABAR,CHERYLE L | 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 | 11/18/97 |
| | RATHJEN,NATHAN J | 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 | 11/22/97 |
| | GAMBITSKY,THOMAS J | 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 | 11/22/97 |
| | POLAND,GARY L | 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 | 11/23/97 |
| | WHITTED,RAMONA ELEASE | 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 | 11/26/97 |
| | MOONEYHAN,LILIANA | | 11/26/97 |
| | MICHAELS,JAMES A | 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 | 11/28/97 |
| | WEBER,JACQUELINE A | | 11/28/97 |
| | MASS,CATHERINE | | 11/28/97 |
| | JAMNICK,HEATHER C | | 11/28/97 |
| | HOWARD,BRIAN L | 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 | 11/28/97 |
| | SMITHEE,MONICA | | 11/28/97 |

| | | | | |
|---|---|---|---|---|
| 1:00:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:09:00 PM | HOME |
| 4:42:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 8:42:00 PM | HOME |
| 8:20:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:25:00 AM | ADMT |
| 2:33:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:20:00 AM | ADMT |
| 3:23:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:35:00 PM | HOME |
| 10:01:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:29:00 PM | HOME |
| 7:06:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:30:00 PM | ADMT |
| 11:29:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:45:00 PM | LWBS |
| 10:58:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:40:00 PM | HOME |
| 10:53:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:20:00 PM | HOME |
| 10:02:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:10:00 PM | FULL |
| 11:07:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:26:00 PM | HOME |
| 3:50:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 8:40:00 PM | HOME |
| 12:29:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:55:00 PM | HOME |
| 9:03:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:38:00 PM | HOME |
| 9:50:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:55:00 PM | HOME |
| 10:46:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:57:00 PM | HOME |
| 9:24:00 AM | WEBSTER,WILMA | OTHER | 1:25:00 PM | FULL |
| 12:19:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:25:00 PM | HOME |

944

| | | | |
|---|---|---|---|
| | HOBSON,TINA S | | 11/28/97 |
| | SMITHEE,ALLEEN J | | 11/28/97 |
| | ESTERAS,PAULA | | 11/28/97 |
| | CHERF,RICHARD M. | 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 | 11/28/97 |
| | DOLAN,TIERNAN PETER | 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 | 11/28/97 |
| | MOONEYHAN,LILIANA | | 11/28/97 |
| | NEWCOMB,SHARILYN R | | 11/28/97 |
| | RODRIGUEZ,MARIA | | 11/28/97 |
| | RICE,LYNNE | | 11/28/97 |
| | PAZ,PILAR | | 11/28/97 |
| | HOWELL,SPENCER ANTHONY | 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 | 11/30/97 |
| | LAPPE,AMY S | | 11/30/97 |
| | LYLE,KIMBERLY D | | 11/30/97 |
| | BINNS,ALEXANDER R | | 11/30/97 |
| | CARLIE,ANTHONY JAWAN | | 11/30/97 |
| | PHILLIPS,BRITTANY E A | | 11/30/97 |
| November 1997 | MERCADO,ELYAS | | 11/30/97 |
| | MERCADO,EDWARD | 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 | 11/30/97 |
| | LOPRESTI,WAYNE PAUL | 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 | 11/30/97 |

| | | | | |
|---|---|---|---|---|
| 8:49:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:23:00 PM | HOME |
| 12:18:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:25:00 PM | HOME |
| 11:26:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:35:00 PM | HOME |
| 12:54:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:16:00 PM | FULL |
| 8:14:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:16:00 PM | FULL |
| 10:19:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:30:00 PM | LWBS |
| 9:32:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:42:00 PM | ADMT |
| 7:52:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 11:55:00 AM | HOME |
| 8:57:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:13:00 PM | HOME |
| 7:46:00 AM | WEBSTER,WILMA | LOCAL AUTHORITIES/POLICE | 11:50:00 AM | HOME |
| 12:06:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:29:00 PM | LWBS |
| 9:44:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:40:00 PM | HOME |
| 1:43:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:35:00 PM | HOME |
| 11:02:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:00:00 PM | REF |
| 12:21:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:30:00 PM | LWBS |
| 10:34:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:29:00 PM | LWBS |
| 11:33:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:00:00 PM | HOME |
| 11:30:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:10:00 PM | HOME |
| 9:19:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:34:00 PM | LWBS |

| |
|---|
| 971128-00011 |
| 971128-00033 |
| 971128-00029 |
| 971128-00037 |
| 971128-00010 |
| 971128-00021 |
| 971128-00018 |
| 971128-00007 |
| 971128-00014 |
| 971128-00005 |
| 971130-00023 |
| 971130-00013 |
| 971130-00030 |
| 971130-00019 |
| 971130-00024 |
| 971130-00017 |
| 971130-00021 |
| 971130-00020 |
| 971130-00008 |

| | | | | |
|---|---|---|---|---|
| 10:29:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:59:00 PM | FULL |
| 3:37:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 8:18:00 PM | Q24 |
| 9:58:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:20:00 PM | ADMT |
| 11:16:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:29:00 PM | HOME |
| 2:17:00 PM | WEBSTER,WILMA | OTHER | 6:30:00 PM | HOME |
| 10:23:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:01:00 PM | HOME |
| 9:57:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:40:00 PM | HOME |
| 12:23:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:45:00 PM | HOME |
| 1:51:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:32:00 PM | HOME |
| 8:06:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:29:00 PM | HOME |
| 2:13:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:45:00 PM | HOME |
| 11:00:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:25:00 AM | HOME |
| 7:17:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 11:30:00 PM | HOME |
| 3:44:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 8:00:00 PM | HOME |
| 3:15:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:30:00 PM | HOME |
| 11:27:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:30:00 PM | HOME |
| 5:55:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 10:17:00 PM | HOME |
| 2:05:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:43:00 PM | HOME |
| 3:00:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:07:00 PM | HOME |

| |
|---|
| 971130-00015 |
| 971211-00024 |
| 971211-00010 |
| 971214-00017 |
| 971219-00032 |
| 971219-00023 |
| 971219-00022 |
| 971225-00007 |
| 971225-00011 |
| 971226-00008 |
| 971226-00041 |
| 971230-00035 |
| 971231-00041 |
| 971231-00032 |
| 980104-00035 |
| 980104-00024 |
| 980111-00028 |
| 980113-00027 |
| 980113-00033 |

| | | | |
|---|---|---|---|
| | LAHRMER,KEMLEY | | 1/18/98 |
| | EKBERG,ANN M | | 1/18/98 |
| | BRECKENRIDGE,AMPARO | | 1/19/98 |
| | HANCOCK,BRENDA | | 1/19/98 |
| | METCALF,CASANDRA E | | 1/20/98 |
| | TINDELL,GABRIELA | | 1/20/98 |
| | SHOCKEY,KERRY | | 1/20/98 |
| January 1998 | JOHNSON,DALE R | 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 | 1/20/98 |
| | CALHOUN,MARIA N. | | 1/20/98 |
| | MARTINEZ,ANTONIO | | 1/20/98 |
| | MANGUAL,DAYANA | | 1/23/98 |
| | DOMINICK,SHANE A. | | 1/24/98 |
| | RAMIREZ,ROCIO M | | 1/24/98 |
| 111 April 1998 | WILLIAMS,RUFUS OSTELL | 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 | 4/26/98 |
| 121 May 1998 | JAVIER,IRENE | 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 | 5/2/98 |
| | HARRIS,RIANSIMONE O | | 5/3/98 |
| | JOHNSON,JASON R | 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 | 5/3/98 |
| | MAYCOCK,MICHELLE C | 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 | 5/6/98 |
| | MAI,PUKONAKONA WEST | 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 | 5/6/98 |

| | | | | |
|---|---|---|---|---|
| 12:26:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:58:00 PM | HOME |
| 11:57:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:32:00 PM | HOME |
| 8:21:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:27:00 PM | HOME |
| 9:23:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 3:08:00 PM | REF |
| 1:49:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:12:00 PM | HOME |
| 10:18:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:27:00 PM | HOME |
| 12:16:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:44:00 PM | HOME |
| 1:25:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:10:00 PM | LWBS |
| 11:08:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 5:05:00 PM | ADMT |
| 5:39:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 11:15:00 PM | HOME |
| 10:49:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:35:00 AM | TRAN |
| 11:58:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:05:00 AM | HOME |
| 9:58:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:21:00 AM | HOME |
| 1:22:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:15:00 AM | TRAN |
| 11:16:00 AM | WEBSTER,WILMA | AMBULANCE | 4:38:00 PM | TRAN |
| 10:27:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:38:00 PM | HOME |
| 10:02:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:58:00 PM | ADMT |
| 10:25:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:38:00 AM | FULL |
| 9:06:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:50:00 AM | FULL |

| |
|---|
| 980118-00030 |
| 980118-00023 |
| 980119-00011 |
| 980119-00017 |
| 980120-00034 |
| 980120-00015 |
| 980120-00028 |
| 980120-00030 |
| 980120-00020 |
| 980120-00043 |
| 980123-00039 |
| 980124-00043 |
| 980124-00039 |
| 980426-00001 |
| 980502-00012 |
| 980503-00013 |
| 980503-00012 |
| 980506-00034 |
| 980506-00032 |

| | | |
|---|---|---|
| PEREZ,JEFFREY M | 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 | 5/6/98 |
| SEVERIN,DAVID M | | 5/6/98 |
| ESTERLINE,ZULEIKA I | | 5/6/98 |
| ESTERASPALOS,RAUL | 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 | 5/6/98 |
| MENDEZ,AUDINA C | | 5/6/98 |
| HONORE,KYREE M | | 5/7/98 |
| SCOTT,BRICEIDA S | | 5/12/98 |
| BURDEN,LETICIA A | | 5/12/98 |
| TORRES,ERIC | | 5/12/98 |
| SALAZARMUNOZ,EDILMER OSMER | 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 | 5/12/98 |
| KOHL,MICHELLE LYNN | 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 | 5/13/98 |
| MAYCOCK,MICHELLE C | 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 | 5/13/98 |
| GONZALEZ,SALLY L. | | 5/14/98 |
| WOLFORD,RYAN JAMES | 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 | 5/14/98 |

| | | | | |
|---|---|---|---|---|
| 6:22:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 10:45:00 PM | HOME |
| 7:09:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:14:00 AM | LWBS |
| 10:13:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 2:32:00 AM | HOME |
| 6:24:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 11:30:00 PM | HOME |
| 4:16:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 9:15:00 PM | REF |
| 12:01:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 4:35:00 AM | HOME |
| 3:20:00 PM | WEBSTER,WILMA | OTHER | 8:00:00 PM | HOME |
| 3:16:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 7:24:00 PM | TRAN |
| 7:27:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:20:00 PM | ADMT |
| 2:28:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 6:29:00 PM | FULL |
| 9:07:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:42:00 PM | FULL |
| 8:14:00 AM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 1:31:00 PM | HOME |
| 8:35:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:48:00 AM | HOME |
| 7:30:00 PM | WEBSTER,WILMA | PRIVATELY OWNED VEHICLE | 12:18:00 AM | FULL |

954