# ADMINISTRATIVE (AFBCMR) RECORDS

Wilma P. Webster, 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

Docket Number BC-2002-01487

## VOL 3 OF 3

(pgs 875-1506)

PRIVACY ACT DATA OF 1974

*****

Under the Privacy Act of 1974, information reflected (including attachments) must be safeguarded. Disclosure of information is IAW AFI 33-119, AFI 33-127, AFI 33-129, AFI 33-332, AFI 33-219, and PL 93-579. For Official Use Only (FOUO)

*****

# United States [illegible] of America

## DEPAR[illegible]NT OF THE AIR FORCE

Andrews AFB, Maryland, February 8, 2006

I HEREBY CERTIFY [illegible] m the official custodian of all Air Force records and material on file in the office of t[illegible] Force Board for Correction of Military Records, and that the papers attached hereto a[illegible]ntic copies of Air Force records and material contained in said files relative to the cas[illegible]LMA P. WEBSTER, 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, AFBCMR Case File Number BC-2002-01487.

MACK M. BURTON
Executive Director
Air Force Board for Correction
of Military Records

I HERE[illegible]TIFY that MACK M. BURTON, who signed the foregoing certificate, is the Executiv[illegible] of the Air Force Board for Correction of Military Records and OFFICIAL CUSTO[illegible]d that to his certification as such, full faith and credit are and ought to be given.

IN TESTIMONY WHEREOF, Michael W. Wynne, Secretary of the Air Force, have hereunto caused the seal of the Department of the Air Force to be affixed and my name to be subscribed by the Administrative Assistant to the Secretary of the Department, at the city of Arlington, State of Virginia.

this 18th day of February, 2006.

MICHAEL W. WYNNE
*Secretary of the Air Force.*

By ______________________
*Administrative Assistant.*

# VOLUME III

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 24TH MEDICAL GROUP (
HOWARD AFB, PANAMA

**PRIMARY CARE CLINIC**

TYPE OF VISIT/SERVICE Sport Physical DATE 2 Feb 98

Please Circle Applicable Items: Active Duty Retired (Dependent) Civilian

USAF USA (USN) USMC Coast Guard

## AVAILABILITY / ACCESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Accessibility of telephone lines | 5 | (4) | 3 | 2 | 1 |
| Availability of appointments | 5 | 4 | (3) | 2 | 1 |
| Availability of providers | 5 | 4 | 3 | 2 | (1) |
| Availability of services | 5 | 4 | 3 | 2 | (1) |

## TIMELINESS

| | | | | | |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | (3) | 2 | 1 |
| Waiting time before screening | 5 | (4) | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | (1) |
| Length of appointment | 5 | 4 | 3 | 2 | (1) |

## STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Clinic staff courtesy | 5 | (4) | 3 | 2 | 1 |
| Clinic staff helpfulness | 5 | (4) | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | (4) | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | (1) |

## PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | (4) | 3 | 2 | 1 |
| Cleanliness of clinic areas | 5 | (4) | 3 | 2 | 1 |
| Ease of finding the providers' offices | 5 | (4) | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | 4 | 3 | (2) | 1 |

## CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | (3) | 2 | 1 |
| Care received from staff | 5 | 4 | (3) | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

275

(OVER)

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

# Emergency Room

**Please Circle Applicable Items:** Active Duty USAF | Guard USA | Reserve USN | Retired USMC | Dependent USCG | Civilian

## AVAILABILITY

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Availability of medical records | 5 | 4 | 3 | 2 | 1 |
| Availability of ambulance services | 5 | 4 | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Promptness of reception | 5 | 4 | 3 | 2 | 1 |
| Waiting time to initial screening | 5 | 4 | 3 | 2 | 1 |
| Waiting time to see provider and/or technician | 5 | 4 | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

## STAFF SENSITIVITY

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Courtesy and friendliness of staff | 5 | 4 | 3 | 2 | 1 |
| Helpfulness and thoroughness of staff | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition/treatment | 5 | 4 | 3 | 2 | 1 |
| Confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Adequacy of parking | 5 | 4 | 3 | 2 | 1 |
| Adequacy of waiting areas | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of facility | 5 | 4 | 3 | 2 | 1 |
| Location of facility | 5 | 4 | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| How well the care provided met your needs | 5 | 4 | 3 | 2 | 1 |
| Overall quality of care and services received | 5 | 4 | 3 | 2 | 1 |

Did you receive any advice about ways to stay healthy and avoid injury? Yes ☐ No ☐

Please comment on the rating you gave above for "Overall quality of care and services received." ________

326

Who gave you really outstanding service? ________

Who gave you poor or inadequate service? Dr. Webster. Is she really a Doctor?

P.01

IAFG-D(FWD)

7 February 1998

MEMORANDUM THRU Commander D'Co (Fwd) 202d Military Intelligence Battalion

FOR COL TOUR

SUBJECT: Medical Care

On February 3 1998, I, SGT Silbaugh, John D., upon waking up for work had severe pain in my stomache. I then procceded to get a driver from my company to accompany me to Howard Clinic. When I arrived at Howard I tried to go to the emergancy room. The Airman at the desk told me to go upstairs to sick call. I then waited upstairs for 15 minutes. After having my vitals taken, Dr. Webster attended me. She asked me a few questions and examined the area of concern. She told me to go to the LAB for a urinalysis. Upon completion I went back to her office. DR. Webster proceded to write me a profile. While she was preparing the paperwork she made a mistake. She then began to cry. I was kind of nervous at this point so I tried to comfort her by saying "What's wrong mam?". She then replied with "I hate this job." She began to explain herself by saying that the work she was doing could put her in jail. After the conversation I went back to work as the profile stated.

The next morning I awoke to go to work and again felt the pain so once again I went to Howard Clinic. This time when I arrived I had my vitals taken and was shown directly to Dr. Luff. Dr. Luff then proceded to tell me that the urinalysis from the day before had shown that I had some blood in my urin. He then told me that I possibly had kidney stones and instructed his people to give me an IV. After the IV, I was given a shot, prescribed medication and sent home on two days quarters with instructions to return the next day for X-RAY's and see DR. Pierce.

The next day I took the X-RAY's and saw DR. Pierce. He checked me out, asked me numerous questions, and prescribed more medication. He then sent me back to work.

JOHN D. SILBAUGH
SGT, USA

HEARING EXHIBIT______

2 Feb 98

I had made an appointment to see Dr. Lopez two weeks prior to this appointment Today I found out he was not at Howard, but at Clayton. However I was not informed of this until about twenty-five minutes after my arrival. I was screened as usual, and your staff is all very professional and courteous. The appointment was originally for 1115 and one hour later I was still waiting to be seen. Major Webster was the provider that was to see me. At about 1225, she came out with her patient and I was her next patient; however she walked behind the primary care counter and disappeared. About ten minutes later I approached the counter and asked if she was eating lunch and was told that she was. I then told the technician that I had been waiting over and hour and it was not right that she had just left me there (along with someone else that was to see her after me) without even saying anything to us. Not even out of common courtesy!

I was finally seen at 1230 by Dr Mendez and was on my way shortly thereafter. My complaint is not the switch of providers, but that I was left there waiting, and if I had not asked I probably would have been left there until Major Webster was done eating.

If you have any questions, please call Edna V. Martinez at 284-4516/5345. I appreciate your attention to this matter.

Edna V. Martinez

**DEPARTMENT OF THE A[illegible]ORCE**
**24TH MEDICAL OPERATIONS SQUAD[illegible] (ACC)**
**HOWARD AFB, PANAMA**

Howard AFB, 4 February 1998.

MEMORANDUM FOR: Maj.(Dr) Wilma P. Webster

FROM: Teodoro Mendez, M.D.
Chief, Primary Care Clinics Flight

SUBJECT: Letter of Counseling

1. On 29 January 1998 you were informed by Maj (Dr) Burkett, Chief of Family Practice that you needed to finish the medical care of your patients before leaving the clinic for lunch. He also stated that while the FPC routine/acute appointments are every 15 minutes yours are every 30 minutes allowing you time to become acustomed to the different work environment. Your response was "anger laden, loud, physically demonstrative and antagonist".

2. On 2 February 1998 you left your 1100 and 1130 patients waiting for more than an hour while you had lunch at noon. Those patients were seen by the Flight Chief at 1245. At 1800 there was one patient still waiting for you in the lobby of the outpatient clinic; the patient informed the FPC NCOIC that you asked him to wait for you, but you were not in the facility. This constitutes patient abandonment and is not an acceptable provider behaviour.

3. On 3 February 1998 you left your work area, in Primary Care Clinic, to "take lunch" for more than an hour leaving your 1100 and 1130 patients waiting- the same as the day before.

4. Your unprofessional and demonstrative response in public display to the Chief of Family Practice and your attitude towards patient relations and inter-personal relationships are unacceptable for an Air Force Officer and a physician. This behavior will not be tolerated in our organization.

[signature]
Teodoro Mendez, M.D.
Chief, Primary Care Clinics Flight.

cc: Lt Col Martha Addison, Commander, 24th MDOS
Lt Col Mark Robbins, Chief of Medical Staff, 24th MDG

1st Endorsement:
I acknowlegde receipt of above.

Wilma P. Webster 05 FEB 98
Signature Date
See my response

279

Hearing Exhibit 24

# FIELD GRADE OFFICER PERFORMANCE REPORT

**I. RATEE IDENTIFICATION DATA** *(Read AFI 36-2402 carefully before filling in any item)*

| 1. NAME (Last, First, Middle Initial) | 2. SSN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| WEBSTER, WILMA P. | 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 | MAJ | 44E3 |

| 5. PERIOD OF REPORT | 6. NO. DAYS SUPERVISION | 7. REASON FOR REPORT |
|---|---|---|
| From: 29 Jul 97 Thru: 28 Jul 98 | 297 | Annual |

| 8. ORGANIZATION, COMMAND, LOCATION | 9. PAS CODE |
|---|---|
| 24th Medical Operations Squadron (ACC), Howard Air Force Base, Panama | AF1CFNN2 |

**II. UNIT MISSION DESCRIPTION**

To support the interests of the United States of America in daily and contingency operations by optimizing the health of our beneficiaries and establishing a United States Southern Command (USSOUTHCOM) community-based health care delivery system. Coordinates health care services, aeromedical evacuation, medical contingency, and integrated medical logistics support for 20,000 beneficiaries in all Latin America.

**III. JOB DESCRIPTION**

1. DUTY TITLE:
Emergency Services Element Physician

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES: Prepares patient histories, performs physical examinations, performs therapeutic and diagnostic procedures, orders diagnostic tests, directs therapy and accurately documents medical records for emergency department (ED) averaging over 10,000 visits annually from a mixed community of US military, government personnel, and dependents. Coordinates overall ED patient care, verifies treatment protocols, patient transfer agreements and addresses patient complaints. Supervises overall ambulance services in the area, ED nurses, and technicians while on duty. Deputy Director, Emergency Services (ES). Member of the Pharmacy and Therapeutics and the Scope of Care committees.

**IV. IMPACT ON MISSION ACCOMPLISHMENT**

- A provider strongly oriented to the administrative and organizational aspects of the daily routine of the ED
  -- Wrote 24 MDG guidelines making detection of family member abuse routine consideration in facility
  -- Researched and wrote Scope of Care needed to fulfill the Joint Commission on Accreditation of Health Care Organizations (JCAHO) requirements for the 24th Medical Group's Emergency Services Element
  -- Participated in writing the overall JCAHO Scope of Care Document
- This officer is functional teaching and performing duties which involve non-urgent activities
- Her primary assigned duty was the Emergency Room; she was re-assigned to Primary Care Clinic and had difficulty adjusting, was subsequently re-assigned to the 24th Wing Health and Wellness Center
- Community-oriented; wrote newspaper article to advertise and attract people to smoking cessation classes

| V. PERFORMANCE FACTORS | DOES NOT MEET STANDARDS | MEETS STANDARDS |
|---|---|---|
| **1. Job Knowledge**<br>Has knowledge required to perform duties effectively.<br>Strives to improve knowledge.<br>Applies knowledge to handle nonroutine situations. | | X |
| **2. Leadership Skills**<br>Sets and enforces standards. Motivates subordinates. Works well with others. Fosters teamwork. Displays initiative. Self-confident. Has respect and confidence of subordinates. Fair and consistent in evaluation of subordinates. | X | |
| **3. Professional Qualities**<br>Exhibits loyalty, discipline, dedication, integrity, honesty, and officership.<br>Adheres to Air Force standards. Accepts personal responsibility.<br>Is fair and objective. | | X |
| **4. Organizational Skills**<br>Plans, coordinates, schedules, and uses resources effectively.<br>Schedules work for self and others equitably and effectively.<br>Anticipates and solves problems. Meets suspenses. | X | |
| **5. Judgement and Decisions**<br>Makes timely and accurate decisions. Emphasizes logic in decision making. Retains composure in stressful situations.<br>Recognizes opportunities and acts to take advantage of them. | X | |
| **6. Communication Skills**<br>Listens, speaks, and writes effectively. | | X |

**VI. RATER OVERALL ASSESSMENT**

- A review of documented patient-relations problems, interviews with patients she cared for, interviews with Maj Webster, and personal observations of her style in the Emergency Room caused group commander to lose confidence in her as an Emergency Room and Primary Care Clinic provider
- This officer strongly believes in patient education as essential to care and really emphasizes its importance
  -- Wrote patient instruction sheets for animal bites, bronchitis, constipation, corneal abrasion, gastroenteritis, head injury, muscle strain, non-specific arthritis, swimmer's ear and wound care
  -- Produced eight medical articles for the World of Wellness column of local base newspaper; articles on snakebite avoidance, lightning, hemochromatosis, drowning, heat, eye protection, cholesterol control
  -- Volunteered as facilitator for six-week smoking cessation class at geographically separated Army site

Last performance feedback was accomplished on: 16 Apr 98 *(consistent with the direction in AFI 36-2402.)*
*(If not accomplished, state the reason)*

| NAME, GRADE, BR OF SVC, ORGN, COMD & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| TEODORO MENDEZ, NE-13<br>24th Medical Operations Squadron (ACC)<br>Howard Air Force Base, Panama | Chief, Primary Care Clinics Flight | | 10 Sep 98 |
| | SSN<br>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 | SIGNATURE | |

**VII. ADDITIONAL RATER OVERALL ASSESSMENT** — [X] CONCUR — [ ] NONCONCUR

I have carefully considered Major Wilma Webster's comments to the referral memo of 30 September 98
I concur with rater's assessment, Major Webster has been working in the Health and Wellness Center

| NAME, GRADE, BR OF SVC, ORGN, COMD & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| KENNETH J. REMINGTON, Lt Col, USAF, NC<br>24th Medical Operations Squadron (ACC)<br>Howard Air Force Base, Panama | Commander | | 6 Nov 98 |
| | SSN<br>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 | SIGNATURE | |

**VIII. REVIEWER** — [X] CONCUR — [ ] NONCONCUR

| NAME, GRADE, BR OF SVC, ORGN, COMD & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| GREGORY L. TREBON, Colonel, USAF<br>24th Wing (ACC)<br>Howard Air Force Base, Panama | Commander | | 10 Nov 98 |
| | SSN<br>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 | SIGNATURE | |

**Instructions**

**All:** Recommendations must be based on performance and the potential based on that performance. Promotion recommendations are prohibited. Do not comment on completion of or enrollment in PME, advanced education, previous or anticipated promotion recommendations on AF Form 709, OER indorsement levels, family activities, marital status, race, sex, ethnic origin, age, or religion.

**Rater:** Focus your evaluation in Section IV on what the officer did, how well he or she did it and how the officer contributed to mission accomplishment. Write in concise "bullet" format. Your comments in Section VI may include recommendations for augmentation or assignment.

**Additional Rater:** Carefully review the rater's evaluation to ensure it is accurate, unbiased and uninflated. If you disagree, you may ask the rater to review his or her evaluation. You may not direct a change in the evaluation. If you still disagree with the rater, mark "NON-CONCUR" and explain. You may include recommendations for augmentation or assignment.

**Reviewer:** Carefully review the rater's and additional rater's ratings and comments. If their evaluations are accurate, unbiased and uninflated, mark the form "CONCUR" and sign the form. If you disagree with previous evaluators, you may ask them to review their evaluations. You may not direct them to change their appraisals. If you still disagree with the additional rater, mark "NONCONCUR" and explain in Section VIII. Do not use "NONCONCUR" simply to provide comments on the report.

**IX. ACQUISITION EXAMINER/AIR FORCE ADVISOR** *(Indicate applicable review by marking the appropriate box(es).)* — [ ] ACQUISITION EXAMINER *(If applicable)* — [ ] AIR FORCE ADVISOR *(If applicable)*

| NAME, GRADE, BR OF SVC, ORGN, COMD & LOCATION | SIGNATURE | DATE |
|---|---|---|
| | | |



298

# LWOBS

| | Oct. 97 | Nov. 97 | Dec. 97 | Jan. 98 | Feb. 98 | Mar. 98 | April 98 | May 98 |
|---|---|---|---|---|---|---|---|---|
| Webster | 1 | 13 | 5 | 2 | ---- | ---- | 1 | 6 |
| McCr | 2 | 3 | 7 | 6 | 2 | 0 | 1 | 0 |
| Tall | 0 | 2 | 0 | 0 | 1 | 3 | 1 | 4 |
| Li | 1 | ---- | 3 | 5 | 1 | 2 | 1 | 1 |
| Luff | 4 | 0 | 6 | 1 | 5 | 2 | 3 | 0 |
| Ulloa | 0 | 1 | ---- | ---- | 0 | 2 | 0 | 0 |
| Lopez | 0 | ---- | 0 | ---- | 0 | 0 | ---- | ---- |
| Teran | 0 | ---- | ---- | 4 | 0 | ---- | ---- | ---- |
| Mend | 0 | 0 | 0 | 0 | 0 | ---- | ---- | ---- |
| Burket | 0 | 0 | 0 | 0 | 1 | 0 | ---- | ---- |
| Diez | 0 | ---- | ---- | 0 | ---- | ---- | ---- | ---- |
| Robbi | 1 | ---- | ---- | ---- | 0 | ---- | ---- | ---- |
| Sherc | 0 | ---- | ---- | ---- | 0 | ---- | ---- | ---- |
| MacN | 0 | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Garda | 0 | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Pat | ---- | 0 | 0 | ---- | ---- | 0 | ---- | ---- |
| Quint | ---- | 0 | 0 | ---- | ---- | ---- | ---- | ---- |
| NGO | ---- | 0 | 0 | ---- | 0 | ---- | ---- | ---- |
| Gran | ---- | 0 | 0 | ---- | ---- | ---- | ---- | ---- |
| Gore | ---- | ---- | ---- | 0 | ---- | 0 | ---- | ---- |
| Rinn | ---- | ---- | ---- | 0 | ---- | ---- | ---- | ---- |
| Pierce | ---- | ---- | ---- | 0 | ---- | ---- | ---- | ---- |
| Castr | ---- | ---- | ---- | ---- | 0 | 0 | 0 | 0 |
| Otero | ---- | ---- | ---- | ---- | 0 | 0 | 0 | 0 |
| Amad | ---- | ---- | ---- | ---- | 0 | 0 | 0 | 0 |
| Stand | ---- | ---- | ---- | ---- | 0 | 0 | ---- | ---- |
| Hend | ---- | ---- | ---- | ---- | 0 | ---- | 0 | ---- |
| Copp | ---- | ---- | ---- | ---- | ---- | 0 | ---- | ---- |
| Jordan | ---- | ---- | ---- | ---- | ---- | 0 | 0 | ---- |
| Byro | ---- | ---- | ---- | ---- | ---- | 0 | ---- | ---- |
| Vellar | ---- | ---- | ---- | ---- | ---- | ---- | 0 | ---- |
| Crosb | ---- | ---- | ---- | ---- | ---- | ---- | ---- | 1 |
| Range | 1-4 | 1-13 | 3-7 | 1-6 | 1-5 | 2-3 | 1-3 | 1-6 |

Hearing Exhibit 26 302

# PERCENTAGE OF LWOBS TO PATIENTS SEEN

| | Oct. 97 | Nov. 97 | Dec. 97 | Jan. 98 | Feb. 98 | Mar. 98 | Apr. 98 | May. 98 |
|---|---|---|---|---|---|---|---|---|
| Webster | 1/157 = .6% | 13/326=4% | 5/235=2% | 2/215 = .9% | --- | --- | 1/108 = .9% | 6/138=4% |
| McCr | 2/212 = .9% | 3/245=1% | 7/275=2.5% | 6/362=1.7% | 2/192=1% | 0/179 | 1/175 = .6% | 0/176 |
| Tall | 0/173 | 2/291 = .7% | 0/254 | 0/259 | 1/224 = .4% | 3/203=1.5% | 1/148 = .7% | 4/132=3% |
| Li | 1/15=6.7% | --- | 3/261=1.1% | 5/280=1.8% | 1/161 = .6% | 2/216 = .9% | 1/191 = .5% | 1/207 = .5% |
| Luff | 4/270=1.5% | 0/368 | 6/305=2% | 1/298 = .3% | 5/227=2.2% | 2/252 = .8% | 3/248=1.2% | 0/2 |
| Ulloa | 0/342 | 1/310 = .3% | --- | --- | 0/41 | 2/272 = .7% | 0/95 | 0/48 |
| Teran | 0/33 | --- | --- | 4/48=8.3% | 0/59 | --- | --- | --- |
| Burket | 0/36 | 0/3 | 0/3 | 0/19 | 1/25=4% | 0/2 | --- | --- |
| Robbi | 1/24=4.2% | --- | --- | --- | 0/17 | --- | --- | --- |
| Crosb | --- | --- | --- | --- | --- | --- | --- | 1/134 = .7% |
| Range | .6%-6.7% | .3%-4% | 1.1%-2.5% | .3%-8.3% | .4%-4% | .7%-1.5% | .5%-1.2% | .5%-4% |

Hearing Exhibit 27

To: Wilma L. Webster@SSOF@HOWA
Cc:
Bcc:
From: <MarkLfpdoc@aol.com>
Subject: Re: The letter
Date: Wednesday, February 17, 1999 at 9:42:23 am EST
Attach:
Certify: N

---

To whom it may concern:

Re: Webster, Wilma

I had the opportunity to work in the emergency room during the latter portion of 1997 until May of 1998 with Maj. Webster. She was always punctual for work and had a caring patient attitude. I never had the opportunity to work side by side with her, but rather, worked single manning shifts and would have contact with her during shift change-over. She always was insistent on completing all work on her patients prior to leaving. Unlike other doctors, she would frequently stay after her shift awaiting lab results or xrays and was not one to turn patients over at the end of a shift. Please let me know if I may be of further assistance. My number at Fort Sherman is 289-6655, and I would gladly answer any further questions to the best of my ability.

Capt. Mark A. Luff, MD
Family Practice Physician
24th Medical Group, Panama

884

28

29 May 98

TO WHOM IT MAY CONCERN
SUBJECT: DR WEBSTER

I believe that Dr. Webster is an exceptional doctor. I have been inspired to strive a little harder and become as knowledgeable and experienced as Dr. Webster. She is an irreplaceable asset to the Air Force, 24th Medical Group, and it would be a deeply felt loss to lose such a medical doctor.

In my opinion, she is a pleasant person to work with and to be around. Her dedication to her patients has driven her to work long hours proving her dedication and unselfishness to duty.

Stacey L. Lindgren
Stacey L. Lindgren, SrA, USAF
Emergency Room Technician

29 May 1998

MEMORANDUM FOR COLONEL TERRENCE O'NEIL

FROM: 24th MDG/SGOMX
UNIT 0530
APO AA 34001-5300

SUBJECT: Letter of Recommendation

1. Major Wilma Webster is a diligent worker a compassionate and committed professional. I have had the privilege of working with Major Webster over the past few months, and I have found her to be an energetic producer, who clearly excels. I am absolutely sure that Major Webster will quickly become a highly successful and valued asset to the 24th Medical Group.

2. The 24th Medical Group provides direct care and support for the 24th Wing Howard Air Force Base, Panama. This support requires commitment and dedication from individuals like Major Webster. She provided our customers, her patient's with quality services and enhanced the positive image of our medical facility. Central to our successful support is an uninterrupted Emergency Room Operation. Major Webster quickly achieved a solid rapport with her fellow co-workers and staff personnel. This rapport enabled her to familiarize both our staff, and base population thoroughly on emergency room operations and the use of the health care system. I am highly dependent on her abilities. Major Webster has exceptional work quality, and a "can-do" attitude. It's her personal stamp of excellence on everything she does.

3. Major Webster is a pace setter who leads by example. Her aggressive pursuit with follow-up care and documentation greatly enhanced our ability to deliver complete medical care. Her enthusiastic participation and teaching ability aided immensely during our monthly disaster team training. Major Webster has put forth a great deal of effort to get where she is today, and I am confident she will continue to excel.

4. It is difficult, in one letter, to adequately credit an individual of Major Webster's high caliber. She is truly an impressive individual who can and will make a positive difference. Thank you for your consideration. If you desire additional information, please contact me at 284-5696.

THOMAS J. SONDEREGGER, TSgt, USAF
NCOIC, Patient Administration
(17 years active duty)

**DEPARTMENT OF THE AIR FORCE**
24TH MEDICAL SUPPORT SQUADRON (ACC)
HOWARD AFB, PANAMA

17 September 1998

MEMORANDUM FOR RECORD

FROM: 24 MDSS/SGSTA

SUBJECT: Wilma Webster, Maj, USAF

1. 15 September 1998, Maj. Webster came to the Aeromedical Evacuation (A/E) office to pick up medical TDY orders. She conveyed to me that she was very upset about having to go A/E to Wilford Hall Medical Center. Maj Webster also took the time to share a "dream" with me. Apparently she dreamt that she, "shot everyone." After shooting everyone, "I was over whelmed with an orgasmic feeling and had an orgasm." At this point she was also physically expressing her "feeling." Maj Webster then sat up straight and continued with the dream sequence. "When I was done I heard sirens coming closer to get me." She asked, "what do you think the penalty would be for something like that." Troubled by the entire episode I ignored the statement and attempted to give some instructions regarding the A/E flight. At this point she stood up and started out of my office, inquiring once again on my insight into the repercussions of, "shooting everyone." Maj Webster was smiling through out the dream sequence and did not appear to be a physical threat at that time.

2. 16 September 1998, the morning of the A/E mission. The A/E patients were all in the conference room preparing for flight. During the A/E brief Maj. Webster was upset that she had a, "Freudian slip and forgot to bring medical records." While I was giving the briefing she said, " I just want to blow the plane up." My immediate concern was the reaction of the other patients to the comment. I smiled and asked, "You did go through the metal detector this morning?" To which she replied, " yes but, they have those new plastic bombs that can not be detected." At this point I had to look to Capt Krier for advice on how to handle the situation. I informed a crewmember of the situation and the information was conveyed to the Medical Crew Director (MCD). The initial response was not to allow her on the flight. I then did a thorough search of her checked bag. I did not find anything out of the ordinary. A nurse then spoke with Maj. Webster to assess her current state of mind. I was told that, "she is very angry and additionally anxious about the flight. She does not appear to be a physical threat but, could get out of hand." I offered to call Maj. Webster's referring physician, Dr. Fey. The nurse then requested, "please ask for a heavy sedative, for example, xanax." I spoke with Dr. Fey and he ordered 2mg-ativan po prn. The nurse explained to Maj. Webster the magnitude of the comments made and mentioned the ativan that had been ordered for flight. Maj. Webster apparently refused to take the medication, making it clear that it would only make her angrier.

The MCD made the decision to allow Maj. Webster to remain on the flight because; "there are enough of us to hold her down if it come to that." I have not had any further contact with Maj. Webster or the medical crew. All assumptions are that the flight was completed without complication. She conveyed to me that she was very upset about having to go A/E to Wilford Hall Medical Center.

KRISTEN GOODE, SrA, USAF
Aeromedical Evacuation Coordinator

USGPO: 1996 420-374

# AEROMEDICAL EVACUATION PATIENT RECORD

## PATIENT IDENTIFICATION

1. NAME (Last, First, Middle Initial): Webster, Wilma P.
2. SSN: 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
3a. STATUS: AD
3b. SERVICE: USAF
4. PRECEDENCE: U P R — X (R)
5. GRADE: O04
6. AGE: 57
7. SEX: Male / Female — X Female
8. WEIGHT: 150
9. BLOOD TYPE: O+
10. CLASSIFICATION (1A-5F): 5A — X AMBULATORY / LITTER
11. ACCEPTING PHYSICIAN: Cambell / Gronseth
12. CITE/AUTHORITY NO.: 82535016
13. APPT/SURG DATE: 17 Sep 98 @ 0800 / 18 Sep @ 0900
14a. ORIGINATING FACILITY: Howard AFB
14b. ORIGINATING FACILITY PHONE NUMBER: 313-284-6410 (DSN)
15a. DESTINATION FACILITY: Lackland AFB (Wilford Hall)
15b. DESTINATION FACILITY PHONE NUMBER: 312-554-7100 (DSN)
16. NUMBER OF ATTENDANTS: 16a. MEDICAL: 0 — 16b. NON MED: 0

cambell

17. DIAGNOSIS
r/o Cognitive Disorder Not Otherwise Specified 2949 — mmr
r/o ADHD, inattentive type 31401 — mmn
MS → 340 mmn

18. BE / BATTLE CASUALTY / X DISEASE / NON-BATTLE INJURY

19. CLINICAL ISSUES (Please indicate Yes or No on clinical issues. Explain YES comments in Section 23)

| | YES | NO | ISSUE | | YES | NO | ISSUE | | YES | NO | ISSUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | | ✓ | HYPERTENSION | f. | | ✓ | MOTION SICKNESS | k. | | ✓ | AMBULATORY |
| b. | | ✓ | CARDIAC HX | g. | | ✓ | VISION IMPAIRED | l. | | ✓ | AMBULATORY AID |
| c. | | ✓ | DIABETES | h. | | ✓ | VOIDING PROBLEMS | m. | | ✓ | SELF-MEDS |
| d. | | ✓ | RESPIRATORY | i. | | ✓ | BOWEL PROBLEMS | n. | | ✓ | ADEQUATE SUPPLY OF MEDS |
| e. | | ✓ | EARS/SINUS | j. | | ✓ | SELF-CARE | o. | | ✓ | OTHER |

20. PHYSICIANS ORDERS
20a. DATE: 14 Aug 1998
20b. TIME:
20c. ALLERGIES:
20d. DIET: X REG / NA / CARDIAC / DIABETIC ____ CALS
RENAL ____ Gm pr or ____ Gm Na ____ Meq K ____ mg PO4
TUBE ____ TYPE ____ cc/hr, 1/2, 3/4, FULL STRENGTH
PEDIATRIC: AGE ____ OTHER (Specify)
TPN: Change to D10 at ____ cc/hr for max of ____ days
TUBE FEEDING ____ at ____ strength/mat ____ cc/hr
20e. IV/BLOOD
20f. SPECIAL EQUIPMENT: TRACTION / ORTHOPEDIC BRACES / SUCTION / IV PUMP / CHEST TUBE/HEIMLICH / NG TUBE / TRACH / RESTRAINTS / STRYKER FRAME / MONITOR / OTHER (Explain in 23) / INCUBATOR / FOLEY
20g. O2: LITERS: ROUTE:
VENTILATOR SETTINGS
20h. ALTITUDE RESTRICTION:
20i. RECORDS TO ACCOMPANY PATIENT: X OUTPATIENT RECORDS / X-RAYS / FINANCIAL / INPATIENT RECORDS / OB RECORDS / OTHER (Specify) / NARRATIVE SUMMARY / DENTAL RECORDS
20j. MEDICATIONS, TREATMENTS
Timoptic drops (Glaucoma)
16 Sep 98 Ativan 1mg PO prn anxiety. If not relieved in 1/2 1 hour - May repeat x1 1.0 FS

32

21. PRE-FLIGHT VITALS
21a. DATE/TIME | 21b. TEMP | 21c. PULSE | 21d. RESP | 21e. BP

22. BRIEF NARRATIVE

23. ASSESSMENT/PROGRESS

DATE/TIME — NOTES
~~16 SEP 98 Kelly AFB TX → enroute~~
16 SEP 98 Howard AFB → Kelly AFB TX
Pt interviewed in holding area. Seems very nervous, anxious. States she is very angry while smiling. Stated she did not want to go to CONUS & was resisting it. Overheard by aero staffing: "I hope the plane blows up". Admitted this to me & apologized profusely. With possibility of her being cancelled from trip she promised full cooperation & would refrain (be careful) of what she said even jokingly. Offered PO ativan but refused at this time. Personal hand carried items & luggage re-searched. 1600L / 1600Z Calmer & quieter. Less anxious. Interacting appropriately. SOC followed per Ap. Sup. 1645 Ortiz Capt S. Gent

24. STAMP AND SIGNATURE OF ATTENDING PHYSICIAN
[signature]

25. STAMP AND SIGNATURE OF FLIGHT SURGEON
[signature] ... Grigescu, Capt, USAF, MC, FS — SSN: 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

389

AF FORM 3899, MAR 9?

Williams Exhibit 3

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

17 Sep 98

MEMORANDUM FOR MDG/CC

FROM: CDE

SUBJECT: Officer's Behavior

1. **ISSUE:** Officer's Peculiar Behavior

On Wednesday 9 September at approximately 1730, I witnessed a sad scene on the third floor stairway of building 186 on Howard, outside the conference room door. Major Webster was standing on the landing crying and mumbling to herself. I asked her if she was Ok, but she acknowledged me with a nod. And proceeded down to the next landing still mumbling. I did not distinguish any words.

2. **CONCERNS:**

a. Major Webster was a student in a Customer Care University Class in July. I experienced some hardship keeping the class focused due to Major Webster's continuous participation using derogatory remarks, about the 24 MDG leadership, in front of 16 other students. Her interventions became disruptive to include crying. Most of the students in the class were newcomers. On breaks and after the class, some of the students commented on how uncomfortable they felt with her behavior.

b. After the above experience I decided to try doing some mentoring and spoke with Major Webster in my office. Some of her comments to me, were somewhat disheartening, Comments, such as, "These guys at the top are all jerks, and I feel like killing all of them." I immediately said. "Are you serious about what you just said?" She immediately responded, "no, of course not. I was just kidding". I did tell her that a comment like that is reportable.

3. **CONCLUSION:** None

4. **RECOMMENDATIONS:** Exercise Organization Risk Management Guidelines.

T. Callender
TEDDY CALLENDER
Director, Business Excellence

2 Attachments
1. ORM Guidelines
2. ORM Pamphlet

890

STATEMENT

On 12 January I was bitten by a stray cat at my quarters at Ft. Clayton. I went to the emergency room at Howard and was seen by Dr. Webster. After examining the wound, Dr. Webster said that I should go to Public Health the next day and that she would give me "some pills." We left the examining room and went to the front desk, where she proceeded to write in my medical record. I asked, "Don't I need a tetanus shot?" She said that I probably did, but obviously had not thought of that on her own. She called the technician over (he was preparing to clean the wound with betadine) and told him to give me the shot. While he was preparing the examining room for the shot and cleaning of the wound, I stood with Dr. Webster while she continued to write in my file. She looked up and asked, "Has she had a tetanus shot?" I reminded her that she had just told the technician to give me one. She then went into a side room to get my medication and I went with the technician to the examining room. She came in and gave me a bottle of pills. I noticed that the bottle said that I could not have any dairy products while taking the medication. I asked her if that meant that I could not take the pills with milk or if it meant that I could not have dairy products for ten days. She looked puzzled and said, "What? Oh, I didn't mean to give you that." She took the bottle and came back a few minutes later with amoxicillan. She said that that was what she had meant to give me.

On 13 January I went to the Public Health Office on Howard. I was told that a panel of doctors had determined that I should receive the rabies series. I asked to speak to one of the doctors, but the technician was unable to reach anyone. Having noticed that no order had been written for the medication, the Public Health technician went to the emergency room and waited approximate 45 minutes to have the order written. The immunization technician told me that I would need approximately four globulin shots and one rabies vaccination the first day and then one rabies on each of several subsequent dates. She explained that she would estimate that I would need approximately eight cc of globulin. It required multiple shots because the medication is too thick to be absorbed by the muscle in one dose. I decided to wait to start the series until the next day because I knew we had a good chance of catching the cat. We did catch the cat that evening, but by that time I had decided to start the series. My husband had reached Dr. O'Neil, who had strongly advised that I begin the series as soon as possible.

On 14 January I reported to Public Health at Ft. Clayton Health Clinic. The technician took me to immunization, who was expecting me. They went to one of the doctors at the clinic to have the dose of globulin calculated. I had weighed myself and told them that I weigh 103 pounds. When they were preparing to give me the first shots I asked Airman Drake, the immunization technician, how many globulin shots would be required. He said only one, because it was only .5 cc. Having spoken to the people at Howard the day before, I questioned the amount and asked him to recheck the dose. When he calculated it, he determined that I would require 6.2 cc. He went to verify this with another doctor. Had I not questioned the dose, I would have received only one twelfth of the amount that I needed.

HEARING EXHIBIT 3

301