Sept 14, 1998 - Scheduled
= Rational
= Stressed out

Sept 17, 1998 Aerial C [illegible]
"She could blow up
the whole place"

Sept 30, 1998 = Agreed [illegible]
Explained [illegible]

Dec 8, 1998 [illegible]
[illegible]

Sept 14, 1998 - Scheduled
= Retention (
= Stressed-Out

Sept 17, 1998 Aerobic [illegible] )
"She could blow up
the whole place"

Sept 30, 1998 - Arrest Out
Explosive Statement [illegible]

Dec 8, 1998 - [illegible]
[illegible]

96
1_

Sept 14, 1998 - Scheduled
- [illegible]
- Stressed out

Sept 17, 1998 [illegible]
"She could blow up
the whole place"

Sept 30, 1998 - [illegible]
[illegible]

Dec 8 1998 [illegible]
[illegible]

Dr Fey's Tx of
[illegible] Dr. Webster
[illegible]
[illegible]
[illegible]
July 22, 1998
- Results of Dr. LaMarche's [illegible]
Refer to OPR

Aug 10, 1998
"Life [illegible] this [illegible] up"
No Risk [illegible]
[illegible]

Aug 13, 1998 [illegible]
[illegible]
[illegible]