
Referral OPR




97

12

Dr Fey's Tx of [illegible]

[illegible]

July 2, 1998

= Results of Dr [illegible]

Referral OPR

Aug 14, 1998

"[illegible]"

[illegible]

Aug 13, 1998 [illegible]

[illegible]

97

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

20 JANUARY , 1999.

MEMORANDUM TO : WHOM IT MAY CONCERN.

FROM: MARTA C OLMOS DE MENDEZ.

SUBJECT: DR. WILMA WEBSTER.

1. I HAVE HAD PROFESSIONAL CONTACT FOR APPROXIMATELLY ONE YEAR WITH DR. WILMA WEBSTER.
2. SHE HAS REFFERED TO ME PATIENTS.
3. I HAVE NEVER HAD ANY SORT DIFICULTY WITH HER WORK AS A PHYSICIAN CONCERNING HER MEDİCAL CARE TO THE PATIENTS SHE HAS SENT.

THANK YOU,

Marta C. Olmos De Mendez, MD
24th [illegible] Group, OB/GYN Clinic
Howard AFB, Panama [illegible]4001-5000
PA 0000776

ORIGINAL

DEPARTMENT OF THE AIR FORCE
24TH Medical Group (ACC)
Howard AFB, Panama

MEMORANDUM FOR CREDENTIALS FUNCTION MEMBERS

FROM: SGH

SUBJECT: Minutes of the Credentials Function (Ad-Hoc)

1. PLACE: Bldg 192, Dental Conference Room

2. DATE & TIME: 18 Nov 98, 1630

3. ATTENDANCE:

a. Members present:

| | |
|---|---|
| Maj Edwin Burkett | Chairperson |
| Lt Col Scott Rodgers | BSC |
| Lt Col Robert Granville | MC |
| Lt Col David Gore | DC |
| Lt Col Santa Ngo | MC |
| Lt Col Wanda Velez-Bustos | NC |
| Maj Gerry Brower | MC |
| Capt Ian G. Haycock | MC |
| Capt Pat Phermsangngam | MC |

b. Guest:

| | |
|---|---|
| Maj Richard LaMacchia | BSC |
| Capt Gregory Fey | MC |

4. NEW BUSINESS:

a. The purpose of this Credentials Function is to determine if any or all clinical privileges of Maj (Dr) Wilma Webster should be modified.

b. A detailed discussion of Maj Webster's neurologist, psychologist and neuro-psycologist evaluations. Capt Fey, psychiatrist and Maj LaMacchia, psychologist gave their professional evaluations and explained in detailed the nature of the impairment. Lt Col Velez Bustos also commented on Maj Webster's personal, social, incidents and administrative actions that have occurred. The board then discussed the processes and final decision.

c. The meeting was adjourned at 1830 till 19 Nov at 1615 in Command Conference room.

HEARING EXHIBIT 57

**THIS DOCUMENT CONTAINS QUALITY ASSURANCE MATERIAL.
DATA WILL NOT BE FURTHER RELEASED UNDER PENALTIES OF USA 1102.***

5. 19 Nov, 1615 Command Conference Room.

a. Members present:

| | | |
|---|---|---|
| Lt Col Santa Ngo | MC | |
| Lt Col Scott Rodgers | BSC | |
| Lt Col David Gore | DC | |
| Lt Col Robert Granville | MC | |
| Lt Col Gerry Brower | MC | |
| Maj Edwin Burkett | MC | Chairperson |
| Capt Ian Haycock | MC | |
| Capt Pat Phermsangngam | MC | |

b. Members absent:

| | | |
|---|---|---|
| Lt Col Velez-Bustos | NC | Excused |

c. Maj Burkett reviewed Maj Webster credentials file, (school diploma, current licenses, internship) etc. Then reviewed her Emergency Medicine Privilege and Family Practice, Aerospace Medicine and Primary Care Privilege.

d. The members discussed in detail the content of their decision. Maj Burkett talked about what is the basis of the provider. Examples: can she take a history, apply the history to a physical exam reliably, can she take care of medical problem, pediatrics, prescribe correct medication dosage, CPR, ACLS response to Code intubation, procedures, minor surgery etc.

e. The credentials function may recommend one of the following:

Recommend privileges be reinstated or that no action be taken to limit or revoke the provider's privileges.

Recommend specific monitoring and evaluation (M&E) of the provider to the MFC, including the nature and duration of the M & E.

Recommend limiting clinical privileges.

Recommend revoking clinical privileges.

f. Her Family Practice, Primary Care and Aerospace Medicine privileges and Emergency Medicine privileges were reviewed thoroughly and voted separately.

g. Family Practice, Primary Care and Aerospace Medicine privileges,the members voted on the following:

No votes for no action.

No votes for limited privileges

No votes for monitoring and evaluation.

Seven (7) YES votes for revoking clinical privileges.

The credentials chairperson abstained from voting.

**THIS DOCUMENT CONTAINS QUALITY ASSURANCE MATERIAL.
DA... WILL NOT BE FURTHER RELEASED UNDER PENALTIES OF USA 1102.***

h. Emergency Medicine privileges the members voted on the following:
No votes for no action.
No votes for limited privileges
No votes for monitoring and evaluation.
Seven (7) YES votes for revoking clinical privileges.
The credentials chairperson abstained from voting.

i. The Chairperson discussed IAW 44-119, if the MDG/CC concur with the recommendations, Maj Webster has 30 calendar days after his decision to request a hearing. The credentials chairperson will give a written notice of the hearing within 3 duty days. She can request a delay in the hearing with a good reason. She can have her lawyer, her witnesses, which she needs to arrange herself.

j. The conclusion: A DD Form 2499 (Health Care Provider Action Report) will be made completed. If the MDG/CC concur it will be send to HQ AFMOA/SGPC and HQ MAJCOM/SG, a written notification to Maj Webster will also be made.

6. RECOMMENDATION TO THE COMMANDER: The Credentials Function members by unanimous votes. Recommend revoking all clinical privileges for Maj (Dr) Wilma Webster.

7. The meeting was adjourned at 1700.

EDWIN K. BURKETT, MAJ, USAF, MC
Committee Chairperson

ELVIRA DE LEON
Recorder

1st Ind

TO: Commander

APPROVED/DISAPPROVED.

TERRENCE JAY O'NEIL, COL, USAF, MC
Commander

**THIS DOCUMENT CONTAINS QUALITY ASSURANCE MATERIAL.
DATA WILL NOT BE FURTHER RELEASED UNDER PENALTIES OF USA 1102.***

(written 24 OCTOBER 1997)

977

# EMERGENCY ROOM PROVIDER SCHEDULE

NOVEMBER 1997

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 30<br>WEBSTER 4 1/2 hrs NFO p̄<br>MCCRARY midnight | 1 DEC<br>Surgery | | | | | 1<br>LUFF<br>ULLOA 12-8 worked 6PM-6AM<br>~~MCCRARY~~ WEBSTER |
| LUFF<br>ULLOA 12-8<br>TALL | 3 Panamanian holiday.<br>LUFF<br>TALL | 4<br>WEBSTER<br>ULLOA 12-8<br>TALL 14 hrs | 5<br>WEBSTER<br>ULLOA 12-8<br>MCCRARY | 6<br>WEBSTER<br>MCCRARY | 7 furniture delivered!<br>TALL (in toastmaster) toastmasters<br>ULLOA 12-8 5 pm at Canal [illegible] Center<br>MCCRARY | 8<br>TALL<br>WEBSTER 12 hrs |
| 9<br>TALL<br>WEBSTER 13 hrs | 10<br>MCCRARY<br>ULLOA 12-8<br>WEBSTER (?) 14 hrs | 11<br>LUFF<br>ULLOA 12-8<br>MCCRARY | 12<br>LUFF<br>TALL | 13<br>WEBSTER<br>TALL worked 14 hrs | 14<br>WEBSTER<br>ULLOA 12-8 Farewell dinner for Maj Buckles<br>TALL [illegible] Dedi Retr | 15 !! train Los muelles !!<br>LUFF<br>ULLOA 12-8<br>MCCRARY |
| 16<br>LUFF<br>ULLOA 12-8<br>MCCRARY | 17<br>LUFF<br>ULLOA 12-8<br>TALL | 18 Call Bill Wing 283-4419 or 4353<br>WEBSTER<br>TALL 14 hrs | 19<br>*WEBSTER<br>ULLOA 12-8 13 hrs<br>MCCRARY | 20 freight 4 hrs Staff Briefing<br>LUFF<br>ULLOA 12-8 [illegible] 3:00<br>MCCRARY | 21 to San Francisco [illegible]<br>LUFF<br>TALL Toastmasters | 22<br>WEBSTER<br>ULLOA 12-8<br>TALL |
| 23<br>~~TALL~~ Webster<br>ULLOA 12-8<br>~~WEBSTER~~ Tall | 24<br>LUFF<br>ULLOA 12-8<br>MCCRARY | 25 Appt Dr Harley 10:00<br>LUFF<br>ULLOA 12-8<br>MCCRARY | 26<br>WEBSTER<br>ULLOA 12-8 15 hrs<br>LUFF | 27<br>TALL<br>ULLOA 12-8<br>LUFF | 28<br>WEBSTER<br>MCCRARY | 29 pier 17 at 07:30 for trip across canal!<br>LUFF<br>MCCRARY |

AF FORM 3153, SEP 85 *(EF)*

**GENERAL PURPOSE** *(11 x 8 1/2")*

NOVEMBER

58

TO WHOM IT MAY CONCERN:

Sacramento, California
January 30, 1999

Today I received a phone call from Dr. Wilma P. Webster from Panama. She stated that on her record with the Air Force she is said to be "anti-social". Nothing could be further from the truth!

I am Wilma's aunt. Here are the facts about her social life:

Wilma does, in fact, have friends all over the globe that she keeps in touch with regularly through phone calls, letters and e-mail. She recently attended a wedding in India of two of her good friends that are native of that country. A year or so ago her cousin, my husband and myself met her in Hawaii where she has a friend that she knew many years ago who showed us all over the Island of Oahu.

Wilma is close to her family even though she has not been close physically to us. She is active in all family reunions. In 1997 she participated in our 40th Wedding anniversary party in Sacramento where her son and family attended; she constantly has e-mail relationships with all or most of her 8 cousins; she also participates in Christmas, sending myself and my husband Christmas gifts. She is loved and respected by the whole family.

To say that she is anti-social is one of the worst misnomers you could use to describe Wilma! She is probably one of the most social people I know!

I hope you will remove that description from her records.

Very truly yours,

Alice R. Gamble

Alice R. Gamble
5391 - 78th St.
Sacramento CA 95820-6702

(916)381-2299

Monday, February 15, 1999

To whom it may concern:

My name is Frank Dean Weber. I am Wilma Webster's cousin . I am 47 years old and am a mechanical engineer. I have known Wilma my whole life. Wilma told me that a psychologist claimed that she was antisocial, histrionic and had narcissistic personality traits. This description could not be further from the truth as I know it. I am writing this letter on her behalf to explain the Wilma that I know.

Wilma is one of the most sociable people that I know. She has always shown the highest interest in the other people in our extended family. When I was very young (7 or 8) she used to spend hours with me, having me do special art and writing projects and giving me very positive encouragement to build up my self esteem. Even now, when we live very far apart (I live in San Diego, CA) she has made an effort to make it to our family gatherings when she can and has introduced me to the ICQ Internet service so that we can keep in touch and "chat" when we are both on-line.

As far as being histrionic, I have never seen Wilma lose her temper. She has always shown a perfect grasp of reality, but with a remarkable ability to put life (which has not always been kind to her) into a positive context. She is very energetic and can be animated at times. She often speaks using hand gestures, a habit that I believe she picked up during her many years of living in Mexico City.

Wilma is definitely not narcissistic. On the contrary, she has always shown sincere interest and concern for me and my family. She has also been a source of stability and support (both emotionally and monetarily) for her brothers and sisters who have not necessarily coped as well with life as she has. Wilma shows much devotion to her sons and to her grandchildren. She has sent pictures of her grandchildren several times. Her original academic interest was in languages. This reflects her interests in peoples of varied cultures and backgrounds. I know from talks with her that meeting and interacting with a variety of people was also a major factor in her decision to enter military service.

Wilma has shown an amazing ability to overcome adversity in her life. She has an indomitable spirit, and faces life as an adventure and a challenge which she has met by continual self improvement. Some examples of this include obtaining a medical degree, practicing martial arts, jogging, involvement with Toastmasters, and joining first the army reserves and then the Air Force. I consider these to be very good traits for which I admire her very much.

I have a very profound respect for Wilma. She has made a very positive contribution to my life and to the lives of others that I know. She is a very unusual person in the sense that I do not know anyone else with her particular mix of positive traits: energy, gregariousness, perseverance, intelligence, humor, and honor (among others). Wilma is one of those truly remarkable people who does not necessarily fit our preconceived expectations. Please accept this letter as my sincere and honest beliefs about Wilma. Feel free to contact me at home if you have any further questions.

Frank Dean Weber
619-484-3996

8941 Allenbrook Way
San Diego, CA 92129

60

979

**DEPARTMENT OF THE AIR FORCE**
**24TH MEDICAL OPERATIONS SQUADRON (ACC)**
**HOWARD AFB, PANAMA**

05 Feb 1999

MEMORANDUM FOR WHOM IT CONCERNS

FROM: Capt Phyllis F. Jones
Nurse Manager, Ft Clayton Clinic

SUBJECT: Letter on behalf of Major Wilma Webster

I am writing this letter on the behalf of Major Wilma Webster, MD. While assigned as a Registered Nurse in the Howard Emergency Room in 1997 I had the opportunity to work with Major Webster for a couple of months. During the brief period of co-assignment in the ER I was able to observe Major Webster's interaction with the staff and patients. My personal working relationship as Registered Nurse to Physician, as well as Captain to Major, was strictly professional in nature. My observation was that Dr. Webster maintained the most appropriate professional and military bearing at all times. I found that she managed and treated her patients with care and expertise. If one word were to be used to describe Dr. Webster's patient care, it would have to be "thorough". She spent considerable time on the patient's assessment, diagnosis, and care. As a registered nurse, I never felt a need to question or doubt her management, treatment, or care she administered to her patients.

Phyllis F. Jones

PHYLLIS F. JONES, Capt, USAF, NC
Nurse Manager, Ft Clayton Clinic

01 October, 1998

Col. Terrence Jay O'Neil
Commander
24th Medical Group
Howard AFB, Panama

Dear Sir,

This letter is in support of Maj. Wilma Webster. She consulted me on a number of patients when she was working in the Emergency Department. I always observed that she cared for the patients with genuine concern. She provided good medical care and often stayed extra hours to complete the care of a patient. In addition, Maj Webster keeps current with her medical journals yet is open minded to discuss and accept recommendations of current pediatric care.

Santa e. Ngo
SANTA NGO, LT COL, USAF, MC
Pediatrician

981
G2

24 Jun 98

To Whom It May Concern:

This letter is in support of Major Wilma Webster. I am a patient of Dr Webster and my visits with her have been satisfying ones. She was very caring and willing to listen to my concerns. I realize first impressions are everlasting, but I also feel that people should not judge someone on that first impression. I have found myself in similar situations and what was originally a bad beginning turned out to be a lasting friendship after the second encounter.

When I first met Maj Webster our personalities were very different. Then I worked with her at the emergency tent for Earth Day where I sat down and got to know her. She is a very unique, caring, and funny lady who I feel has been judged wrongly. I realize that we're in a position that first impressions should be without a doubt caring, understanding and a willingness to give the best medical care possible. Unfortunately some patients are unhappy with these results. I empathize with all the unhappy patients, but on other occasions I have been an unhappy patient and a family member. These unhappy occasions led to educating myself and becoming a better person as a whole.

If there has been a problem with patient sensitivity I feel consideration should be provided with working on her interpersonal skills thus enhancing the total quality of patient care.

Sincerely,

Jodi L. McMasters

Jodi L. McMasters

JODI L. McMASTERS, SrA, USAF
Medical Service Journeyman
7 Years total active duty

63 982

To: Commander 24th Medical Group Col. Terrence J. O'Neil
From: John S. Best Network Specialist 24th MDG SGSI
Subject: Letter of Appreciation

Sir,
I would like to thank Maj. Wilma Webster for the prompt, courteous, and professional medical care that she has provided to my family and myself since her arrival. We have seen her on several occasions and have been very impressed with the care she provided especially in an emergency room environment. She and the other professionals in the ER have been very caring about our health concerns. Thank you and the medical staff for the excellent care.

John S. Best
John S. Best
SFC USA (Retired) 20 Years Active Duty

GX 98

Federation of State Medical Boards
of the United States, Inc.

# Fax Cover Sheet

Date: Friday, 11 May, 2001

To: Major Robinson

Phone:

Fax: 202 404 4043

From: Dixie Riddel

Phone: 817 868 4074

Fax: 817 868 4099

Message: Second request: Our organization recently received an order from one of our reporting state boards that took action against a *DR. WILMA WEBSTER* based on a final adverse action taken by the Air Force. In order to update this file, I am requesting a copy of the Air Force action. I would greatly appreciate your assistance in this matter. Thank you in advance for your help.

Dixie Riddel
Coordinator, Quality Assurance

NOTICE: The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, please be advised that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by telephone to the sender shown above. We also would appreciate your returning the original message to us at the address listed via U.S. mail. Thank you for

Number of Pages (including cover sheet): 1

Federation Place • 400 Fuller Wiser Road • Suite 300
Euless, Texas 76039-3855
Tel: 817 . 868 . 4000 • www.FSMB.org

934

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS UNITED STATES AIR FORCE
WASHINGTON DC

JUN 1 1 [illegible]

AFMOA/SGZC
110 Luke Avenue, Room 405
Bolling AFB, DC 20332-7050

Dixie Riddel
Federation of State Medical Boards
Federation Place
400 Fuller Wiser Road, Suite 300
Euless, TX 76039-3855

Dear Ms. Riddel

This letter is in response to your request for information regarding action taken against Dr. Wilma Webster. Per our conversation, attached is a copy of the National Practitioner Data Bank (NPDB) report. If you require further information, please contact me at the address above or (202)767-4140

Sincerely

Kimberly J Robinson

KIMBERLY J. ROBINSON, Maj, USAF, BSC
Chief, Professional Staff Actions
Air Force Medical Operations Agency
Office of the Surgeon General

Attachment:
NPDB Report

QA documents protected
from disclosure by
10 U.S.C. 1102

98

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395



# ADVERSE ACTION REPORT

Report #: 5500000015888312

## A: REPORTING ENTITY IDENTIFICATION

Entity ID Number (EIN): [redacted]
Entity Name: AFMOA SGOC
Address: 110 LUKE AVENUE, ROOM 405
BOLLING AFB, DC 20332-7050
Telephone:
Reporting Agent:
Agent Phone:

## B: PRACTITIONER IDENTIFIED IN THE REPORT

Practitioner Name: WEBSTER, WILMA P
Other Name Used:
Gender: FEMALE

Organization Name: 24TH MEDICAL GROUP
Work Address: 2501 CAPEHART ROAD
OFFUTT AFB, NE 68113-2160

Home Address:

Social Security #: 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
Date of Birth: 07/06/1941
Professional School(s) & Grad. Year:
UNIVERSIDAD NACIONAL AUTONOMA DE MEXICO 1979
License #, State, Field Code:

| | | |
|---|---|---|
| 4301044199 | MI | 010 |
| MD032126-E | PA | 010 |
| 26210 | WI | 010 |
| CFE 42836 | CA | 010 |

Drug Enforcement #(DEA #):



986

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395



ADVERSE ACTION REPORT

C: INFORMATION REPORTED TO THE NPDB

Date of Report: 01/18/2000
Type of Action Taken: LOSS OF CLINICAL PRIVILEGES
Action Classification: RCP - Physical Impairment (610.80)
Date of Action: 03/24/1999
Length of Action: Permanent
Effective Date: 12/12/1999

Reporter's Description of Action:
DR. WILMA WEBSTER'S CLINICAL PRIVILEGES IN EMERGENCY MEDICINE WERE REVOKED FOR A MEDICAL CONDITION THAT COULD IMPACT HER ABILITY TO RENDER PATIENT CARE. DIAGNOSED WITH A COGNITIVE DISORDER THAT IMPARIS HER ABILITY TO MANAGE MULTIPLE COMPLEX TASKS SIMULTANEOUSLY. THE EMERGENCY ROOM ENVIRONMENT WAS CONSIDERED TOO HIGH RISK. IN ADDITION, HER PRIVILEGES IN FAMILY PRACTICE MEDICINE WERE RESTRICTED TO 100% SUPERVISION.

D: PRACTITIONER STATEMENT

The practitioner identified in Section B of this report has submitted the following unedited statement concerning this report:

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395

DCN# 5500000015888312
AAR Process Date: 01/14/2000
Page: 1

---

# ADVERSE ACTION REPORT

---

Report #: 5500000015888312

---

A: REPORTING ENTITY IDENTIFICATION

Entity ID Number (EIN): 213115300000032
Entity Name: AFMOA SGOC
Address: 110 LUKE AVENUE, ROOM 405
BOLLING AFB, DC 20332-7050
Telephone:
Reporting Agent:
Agent Phone:

---

B: PRACTITIONER IDENTIFIED IN THE REPORT

Practitioner Name: WEBSTER, WILMA P
Other Name Used:
Gender: FEMALE

Organization Name: 24TH MEDICAL GROUP
Work Address: 2501 CAPEHART ROAD
OFFUTT AFB, NE 68113-2160

Home Address:

Social Security #: 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
Date of Birth: 07/06/1941
Professional School(s) & Grad. Year:
UNIVERSIDAD NACIONAL AUTONOMA DE MEXICO 1979
License #, State, Field Code:

| | | |
|---|---|---|
| 4301044199 | MI | 010 |
| MD032126-E | PA | 010 |
| 26210 | WI | 010 |
| CFE 42836 | CA | 010 |

Drug Enforcement #(DEA #):

---



988

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395



## ADVERSE ACTION REPORT

C: INFORMATION REPORTED TO THE NPDB

Date of Report: 01/18/2000
Type of Action Taken: LOSS OF CLINICAL PRIVILEGES
Action Classification: RCP - Physical Impairment (610.80)
Date of Action: 03/24/1999
Length of Action: Permanent
Effective Date: 12/12/1999

Reporter's Description of Action:
DR. WILMA WEBSTER'S CLINICAL PRIVILEGES IN EMERGENCY MEDICINE WERE REVOKED FOR A MEDICAL CONDITION THAT COULD IMPACT HER ABILITY TO RENDER PATIENT CARE. DIAGNOSED WITH A COGNITIVE DISORDER THAT IMPARIS HER ABILITY TO MANAGE MULTIPLE COMPLEX TASKS SIMULTANEOUSLY. THE EMERGENCY ROOM ENVIRONMENT WAS CONSIDERED TOO HIGH RISK. IN ADDITION, HER PRIVILEGES IN FAMILY PRACTICE MEDICINE WERE RESTRICTED TO 100% SUPERVISION.

D: PRACTITIONER STATEMENT

The practitioner identified in Section B of this report has submitted the following unedited statement concerning this report:

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395



# ADVERSE ACTION REPORT

## E: REPORT STATUS

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395

Process Date: 01/14/2000
Page: 1

## ADVERSE ACTION REPORT

A: REPORTING ENTITY IDENTIFICATION

Entity ID Number (EIN): 213115300000032
Entity Name: AFMOA SGOC
Address: 110 LUKE AVENUE, ROOM 405
BOLLING AFB, DC 20332-7050
Telephone: (202)767-4140

B: PRACTITIONER IDENTIFIED IN THE REPORT

Practitioner Name: WEBSTER, WILMA P
Other Name Used:
Gender: FEMALE

Organization Name: 24TH MEDICAL GROUP
Work Address: 2501 CAPEHART ROAD
OFFUTT AFB, NE 68113-2160

Home Address:

Social Security #: 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
Date of Birth: 07/06/1941
Deceased:
Professional School(s) & Grad. Year:
UNIVERSIDAD NACIONAL AUTONOMA DE MEXICO 1979
License #, State, Field Code:
26210 WI 010

CONFIDENTIAL DOCUMENT - FOR AUTHORIZED USE ONLY

991

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395



## ADVERSE ACTION REPORT

| | | |
|---|---|---|
| MD032126-E | PA | 010 |
| 4301044199 | MI | 010 |
| CFE 42836 | CA | 010 |

Drug Enforcement #(DEA #):
Hospital Affiliation(s):

| | |
|---|---|
| 24TH MEDICAL GROUP HOWARD AFB | AA |
| 55TH MEDICAL GROUP OFFUTT AFB | NE |

FOR ENTITY AND STATE LICENSING BOARD USE ONLY. DO NOT SEND TO NPDB

992

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395



## ADVERSE ACTION REPORT

C: INFORMATION REPORTED TO THE NPDB

Date of Report: 01/14/2000
Type of Action Taken: LOSS OF CLINICAL PRIVILEGES
Action Classification: RCP - Physical Impairment (610.80)
Date of Action: 03/24/1999
Length of Action: Permanent
Effective Date: 12/12/1999

Reporter's Description of Action:

DR. WILMA WEBSTER'S CLINICAL PRIVILEGES IN EMERGENCY MEDICINE WERE REVOKED FOR A MEDICAL CONDITION THAT COULD IMPACT HER ABILITY TO RENDER PATIENT CARE. DIAGNOSED WITH A COGNITIVE DISORDER THAT IMPARIS HER ABILITY TO MANAGE MULTIPLE COMPLEX TASKS SIMULTANEOUSLY. THE EMERGENCY ROOM ENVIRONMENT WAS CONSIDERED TOO HIGH RISK. IN ADDITION, HER PRIVILEGES IN FAMILY PRACTICE MEDICINE WERE RESTRICTED TO 100% SUPERVISION.

National Practitioner Data Bank
P.O. Box 10832
Chantilly, VA 20151

Voice: (800) 767-6732
FAX: (703) 802-4109
TDD: (703) 802-9395



## ADVERSE ACTION REPORT

E: REPORT STATUS

994

CONFIDENTIAL DOCUMENT - FOR AUTHORIZED USE ONLY

National Practitioner Data Bank
Healthcare Integrity and Protection Data Bank
P.O. Box 10832
Chantilly, VA 20153-0832

www.npdb-hipdb.com

DCN# 5500000016090559
Process Date: 02/07/2000, 11:40
Page: 1 of 1

For authorized use by:
AFMOA SGOC

Webster

**To:** PAULA A. LEWIS, MAJOR, USAF
CHIEF, RISK MANAGEMENT OPERATIONS
AFMOA SGOC

110 LUKE AVENUE, ROOM 405

BOLLING AFB, DC 20332-7050

**From:** **National Practitioner Data Bank**

**Re:** **Report Revised, Voided, or Status Changed**

# SENSITIVE INFORMATION ENCLOSED

You previously received a copy of report #5500000015888312 on (WILMA P WEBSTER) from the NPDB. The content or status of this report has changed as indicated below. Please disregard and destroy the previous report and any copies of it, and replace it with the enclosed, current version. You are receiving this updated copy of the report for the following reason:

**The subject has filed a dispute with the Data Bank(s) concerning the information contained in the report (see Section E), and has added a statement to the report to explain or comment on the report (see Section D of the report). The reporting entity indentified in Section A of the enclosed report and the subject identified in Section B are responsible for settling the dispute. Only the reporting entity can change or void this report.**

All information from the NPDB is considered confidential and must be used solely for the purpose for which it was disclosed. ANY PERSON WHO VIOLATES THE CONFIDENTIALITY PROVISIONS AS SPECIFIED IN TITLE IV OF PUBLIC LAW 99-660, AS AMENDED, IS SUBJECT TO A CIVIL MONEY PENALTY O UP TO $11,000 FOR EACH VIOLATION. Subjects of reports who obtain information about themselves from the NPDB are permitted to share that information wi anyone they choose.

If you require further assistance, please contact the NPDB-HIPDB web site at www.npdb-hipdb.com, or
The NPDB-HIPDB Help Line at
1-800-767-6732 (TDD: 1-703-802-9395).

**CONFIDENTIAL DOCUMENT - FOR AUTHORIZED USE ONLY**

**
**

995