19 May 98 0800

Another Interesting Conversation c̄ Dr webster.
2 peds were checked in. Both were pre-booked Appts
@ 0920 and 1000. Notes on chart for Dr to
Screen / Triage & refer if Indicated. At Same
Time there is a Pt c̄ Abd pain (I.V ordered)
and Pt c̄ New knee trauma (waiting) and Pt with
Diverticulitis (Tilt pos, waiting). Dr webster
opted to see both peds first. when I asked her
about this she said:

1) She did not Realize what order the patients arrived
2) she had not looked over the charts to assess urgency, she Just grabbed a chart
3) She would Rather not turn anyone away and felt they could just wait.
4) she wanted the techs to make patients take appointments without her involvement

- I told we offer & encourage but its up to the MD to Refer if patient insists on ER

- I told her of Importance of utilizing Appointments If available & appropriate. She said she would try to Refer Patients in future.

CAPT [illegible]

MEMORANDUM FOR RECORD 20 May, 1998

FROM: MDOS/SGOPE

SUBJECT: Maj Wilma P. Webster/unsatisfactory performance as ER provider

1. 14 Oct 97: Customer survey rating of unsatisfactory by AD USA, provider mentioned by name, pt c/o 4 hr wait and providers poor operation of data entry system. (attch#1)

2. 27 Oct 97: Customer survey rating of unsatisfactory by Dep USAF, provider mentioned by name, pt c/o 6 hr wait, very dissatisfied, called provider "absent minded". (attch#2)

3. 11 Nov 97: Customer survey rating of unsatisfactory by AD USAF, provider mentioned by name, pt c/o provider's unwillingness to listen to their problems. (attch#3)

4. 12 Nov 97: Customer survey rating of unsatisfactory by AD USN, provider mentioned by name, provider described as "very, very forgetful", also c/o 8 hr stay in ER, questions of providers competency (attch#4)

5. 12 Nov 97: LtCol Robbins places memo in PAF, noting non-compliance with standard documentation on downtown consults. (attch#5)

6. 30 Nov 97: Chief Emergency Services (ES) has verbal counseling session. see attch#6

7. 25 - 26 Apr 98: Nurse manager documents several cases in which provider showed poor judgment. see attch#7

8. 6 May 98: Received customer care complaint from AD hospital personnel calling provider ".....the most unprofessional and untrained physician I have ever been treated by.". see attch#10

9. 19 May 98: Nurse manager documents problems communicating with provider. see attch#11

10. 15 May 98: Chief ES asked about two LWOBS patient on the previous night shift, providers response was "so what.........who cares?"

11. Provider has over 3 times higher rate of LWOBS than the average. Total from 13Oct97 - 15May98= 28/1086 (2.6%) Also of importance is a similar amount of decline in LWOBS rates and increased patient satisfaction during a period which the provider was not practicing in the ER.

12. Several other non-documented incidents with this provider have occurred in the ER, as well as problems she encountered while in Primary care.

13. As her immediate supervisor I have little confidence in her effectiveness as an emergency provider.

JAMES E. MCCRARY, MAJ, USAF, MC
CHIEF, EMERGENCY SERVICES

# DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

22 May 1998
Second Copy Delivered
26 May 1998

MEMORANDUM FOR Major Wilma P. Webster

FROM: 24MDG/CC (Col O'Neil)

SUBJECT: Relief From Emergency Room Duties Due to Performance

1. I regret that I must act effective today to relieve you of your emergency room duties. This action is taken based on a pattern of unacceptable duty performance beginning November 1997. Specifically; on a number of occasions you have received negative customer feedbacks documenting disorganization, lack of willingness to listen to patient problems, and inappropriate emotional outbursts. You have a rate of patients choosing to leave the emergency room without being seen three times higher than the average for other 24MDG E.R. physicians, despite having no higher patient count on your duty periods. You stated during a Code Blue procedure in my presence that your wrist was too weak to successfully intubate a patient. You then later told me that you had mis-spoken; that your wrist really was not the cause of the problem. You consistently did not follow established documentation procedures on consults for downtown civilian providers. In the case of a cat-bite, you did not assure proper follow-up to assure that both rabies anti-globulin and counseling regarding rabies vaccine were given. On another occasion, you handed a patient diphenhydramine instead of acetaminophen syrup for her child.

2. You have been counseled in November 1997 by the Chief of Emergency Services, by the Chief of the Medical Staff, LtCol Robbins, and recently by Capt Shercliffe regarding the lack of an orderly and systematic approach to dealing with E.R. patients. Maj Mc Creary has also spoken with you on several occasions, including one formally-documented counseling session 30 Nov 97 regarding problems. Despite these opportunities to self-correct or seek help, you have continued a pattern of duty performance which has resulted in my losing confidence in you as an Emergency Room physician.

3. This is not an adverse credentialing action.

4. You will continue to serve in the 24th Medical Group, in a capacity to be decided in concert with your Medical Operations Squadron Commander.

5. You are encouraged to seek legal as well as stress/emotional/psychiatric counseling in order to help you deal constructively with this episode. You have three duty days to submit a written response to this action for my consideration. You are free to seek any and all authorized means of appeal.

6. You will acknowledge receipt of this letter by signing below.

TERRENCE JAY O'NEIL, Col, USAF, MC
Commander

1st Indorsement: I acknowledge receipt of this letter.

WILMA P. WEBSTER, Major, USAF, MC

AFD=c:\medgroup\complain\webster\relief.doc

2nd Indorsement: 3 duty days in by COB
29 May 98



1040

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

26 May 1998

MEMORANDUM FOR RECORD

FROM: 24MDG/CC (Col O'Neil)

SUBJECT: Maj Webster's Response to My Letter of 21 May 98

1. Maj Webster walked-in to my office at 1105 this AM. She asked if I had received her written response "which I placed in your mailbox this morning". I had received a memo dated 24 May, which was a photocopy, titled "Command Directed Mental health Evaluation". It bore no indication that it was a global response to my actions of 22 May. I indicated to her that I would review the memo carefully and reply to her in writing regarding my decision.

2. She then commented "I had no idea that there were that many patient complaints. I guess what we have to do is give the patients anything they want so they don't complain….antibiotics for diarrhea even if it's only one time, if that's what they want". I told her that if that was an incorrect interpretation of what she was intended to take from this event. I recommended that she look over her Provider Activity File (PAF) in Credentials, and ask her Chief of Medical Staff, LtCol Rodriguez-Vasquez or one of the Associate SGH's (Dr. Teodoro Mendez or Dr. Burkett) if she had any questions. I told her that I would read her letter carefully and respond to it in writing.

4. I reminded her that I needed to have a photocopy back of the 22 May memorandum with both of our signatures which relieved her of E.R. duties. I reminded her that she had signed the original of that memo in the presence of Dr. Rodriguez-Vasquez on the afternoon I hand-delivered it to her and read it to her paragraph-by-paragraph in my office. She stated that she would go to her car and get the letter and make me a copy.

5. A few minutes later she returned to my office with a memorandum from LtCol Addison, advising her of her Command-Directed Mental Health Evaluation. I asked why she was bringing me that document. She stated that it was the only one she had. I showed her a new computer-generated original of the 22 May document which had relieved her of her E.R. duties. She looked at it in surprise and said "This is the first time I have seen this". I reminded her that I had sat with her and Dr. Rodriguez in my office and read it to her paragraph-by-paragraph. Her response was "I must have been in shock---I don't remember it. I don't remember seeing this."

6. I printed up another new original of the 22 May memorandum, added an annotation that it was a second copy delivered 26 May 98, initialed the note, and signed it. I then had Maj Webster sign it in the presence of Shawna, one of the Squadron Support secretaries, and

AFD=c:\medgroup\complain\webster\22may2nd.doc

immediately made her a photocopy, indicating that she had three duty days from today, 26 May, through close of business 29 May to respond in writing.

7. Periodically, throughout the interaction, Maj Webster repeated that she had no idea that patients were upset with her or her style of practice, that this was the first she had heard of any of this, and that she was shocked.

8. Maj Webster was polite and controlled throughout the interaction. As she left, I reminded her that I would be here on Friday 29 May to receive her written response to the letter relieving her of E.R. duties.

TERRENCE JAY O'NEIL, Col USAF, MC
Commander

AFD=c:\medgroup\complain\webster\22may2nd.doc

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

31 May 1998

MEMORANDUM FOR LtCol Wilma Webster

FROM: 24MDG/CC (Col O'Neil)

SUBJECT: Your Letter of 29 May 1998; Relief from Emergency Room Duties

1. I have carefully considered the matters you present in appeal of my decision to relieve you of Emergency Room duties. I also considered the letters of support you presented from colleagues and associates.

2. You raise several worthwhile points to consider. However, I must consider the sum and whole, and not just the individual parts. In reviewing all the information available to me, I find that I do not have confidence in your performance in the E.R. at Howard. I therefore cannot in good faith return you to Emergency Room duties at the 24th Medical Group. I bear you no personal animosity in doing so.

3. I have asked HQACC/SG Office for their assistance in determining a fair and equitable way to permit you to continue your professional service to the United States Air Force.

TERRENCE JAY O'NEIL, Col USAF, MC
Commander

CC: MDOS/CC (LtCol Addison)
~~SGH (LtCol Rodriquez-Vasquez)~~

A ?D=c:\medgroup\complain\webster\finlcnjd.doc

*Global Power For America*

1043

**24th MEDICAL GROUP (ACC)**
**Howard Air Force Base, Panama**
**Office of the Commander**

31 May 98

To: MDOS/CC (Lt Col Addison)

In the data he presented to me, Dr McCreary stated that Dr Webster had 3x the number of LWOBS of other providers. This data submitted in appeal suggests otherwise — Please have someone look at the data dispassionately to determine what the facts are.

... current chart since I got here. These are the results. Please note Dr. McClary had 6 LWBS in January while I had only 2 that month. WW

MAY 1998

| | Webs | McCra | Tall | Li | Luff | Ulloa | Amad | Castr | Otero | Crosb | Jorda | Copp | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 | | | | 1 | 6 | | | | | | | 0 |
| 2 | 20 | 8 | | | | | | | | | 1 | | W |
| 3 | 19 | 11 | | | | | | | | | | | 0 |
| 4 | | 16 | | 7 | | | | | | | | | 0 |
| 5 | | 7 | | 11 | | | | | | | | | 0 |
| 6 | 16 | 1 | | 15 | | | | | | | | | WWW |
| 7 | 1 | 9 | | | | 13 | | | | | | | 0 |
| 8 | | 11 | | | | 15 | | | | | | | 0 |
| 9 | | 2 | | 17 | | 12 | 8 | | | | | | 0 |
| 10 | | 9 | | 18 | | 2 | 9 | | | | | | 0 |
| 11 | | 3 | | 12 | | | | 5 | 18 | | | | Cr |
| 12 | 13 | | | | 1 | | | | 11 | | | | 0 |
| 13 | 20 | | 19 | | | | | | 2 | | | | T |
| 14 | 12 | 18 | 3 | | | | | | | | | | W W |
| 15 | 2 | 15 | | | | | | | | 12 | | | 0 |
| 16 | | | 10 | | | | | 5 | | 11 | | | 0 |
| 17 | | | 15 | | | | | 17 | | 8 | | | T |
| 18 | | 20 | | 8 | | | | | | 2 | | | 0 |
| 19 | 17 | | | 17 | | | | | | | | 1 | Li |
| 20 | | 9 | | 17 | | | | | | | | | 0 |
| 21 | | 5 | 10 | 4 | | | | | | | | | 0 |
| 22 | | 2 | 17 | | | | | | | 11 | | | 0 |
| 23 | | | 22 | | | | | | | 15 | 4 | | T T |
| 24 | | | | 14 | | | | | | 18 | 9 | | 0 |
| 25 | | | | 27 | | | | | | 16 | 8 | | 0 |
| 26 | | 18 | | 17 | | | | | | 1 | | | 0 |
| 27 | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |

LWBS

Webster - 6
Crosbie - 1
Tall - 4
Li - 1

1045

APRIL 1998

| | Webs | McCr | Tall | Li | Luff | Ulloa | Amad | Castr | Otero | Hend | Jorda | Vellar | Copp | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | 0 |
| 5 | | | | | 10 | 23 | | 10 | | | | | | 0 |
| 6 | | | | 14 | 2 | 17 | | | | | | | | 0 |
| 7 | | 16 | 16 | | | | | | | | | | | Luf |
| 8 | | 8 | 8 | 6 | 14 | | 4 | | | | | | | 0 |
| 9 | | | | 22 | 3 | | | | | | 10 | | | 0 |
| 10 | | 19 | 19 | | 17 | | | | 12 | | | | | T |
| 11 | | | | | 20 | | | | | | 5 | | | 0 |
| 12 | | | | | 11 | | | | | | | | | 0 |
| 13 | | | | 12 | 4 | 14 | | | | | | | | 0 |
| 14 | | 2 | 2 | 21 | | 17 | | | | 1 | | | | 0 |
| 15 | | | | | 21 | 3 | | | | | | | | Lu Lu |
| 16 | | | | | 15 | | | | | | | | | 0 |
| 17 | | 1 | 1 | | 15 | | | | 4 | | | | | 0 |
| 18 | 17 | 19 | 19 | | | | | | 8 | | | | | W |
| 19 | 18 | 10 | 10 | | | | | | | | | | | 0 |
| 20 | 15 | | | 25 | | | | | | | | | | 0 |
| 21 | 1 | 18 | 18 | 14 | | | | | | | | | | 0 |
| 22 | | 1 | 10 | 15 | | | | | | | | | | Li |
| 23 | 8 | 7 | 1 | 8 | | | | | | | | | | 0 |
| 24 | 5 | 4 | 7 | | 21 | | | | | | | 3 | | 0 |
| 25 | 13 | | 4 | | 19 | | | | | | | | | 0 |
| 26 | 9 | | | | 15 | | | | | 1 | | | | 0 |
| 27 | 17 | | | 13 | | | | | | | | | | 0 |
| 28 | 4 | 14 | 14 | 8 | | | | | | | | | | 0 |
| 29 | | 2 | 2 | 8 | 18 | | | | | | | | | |
| 30 | | | | 13 | 21 | | | | | | | | | |

Luff 3
Li 1
Webster 0

1046

# MARCH

| | WEBSTER | McCrary | Tall | Li | Luff | Ulloa | Amado | Burkett | Castro | Pat | [illegible] | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 32 | 78 | 2 | 1 | | | TT UU |
| | | | 21 | | [illegible] | | | | | | | 0 |
| 1 | | | 16 | | 13 | | | | | | | 0 |
| 2 | | | | | | 23 | | | | 1 | | 0 |
| | | 4 | 11 | | | 18 | | | | | | 0 |
| 3 | | 10 | 3 | 7 | | | | | | | | 0 |
| 4 | | | | 10 | 14 | | | | | | | 0 |
| 5 | | 18 | | 11 | 19 | | | | | | | Li Li |
| 6 | | 17 | 7 | 13 | 26 | | | | | | | Li |
| 7 | | 1 | 7 | 13 | 26 | | | | | | [illegible] 1 | T |
| 8 | | 1 | 16 | 22 | | | | | | | [illegible] 1 | 0 |
| 9 | | 2 | | | | 13 | | | | | [illegible] 1 | 0 |
| 10 | | 19 | 2 | | | 14 | | | | | [illegible] 4 | 0 |
| | | | | 6 | | | 1 | | 6 | | | |
| 11 | | 8 | | 7 | 14 | | | | | | | 0 |
| 12 | | 11 | | | | 18 | | | | | | 0 |
| | | | 6 | 6 | | | | | | | | 0 |
| 13 | | | | | | 23 | | | | | | |
| | | | 11 | 11 | | | | | 12 | | | 0 |
| 14 | | | | | | 18 | | | | | | 0 |
| | | | 7 | | | | | | | | | |
| 15 | | | 3 | 16 | 9 | | | | | | | Luff |
| 16 | | 2 | | | 15 | | | | | | | 0 |
| 17 | | 18 | | 4 | 6 | | | | | | | 0 |
| | | 5 | | | 5 | 15 | | | | | | 0 |
| 18 | | | 11 | 11 | | 25 | | | | | | 0 |
| 19 | | | 8 | 8 | | 17 | | | | | Ortho 13 | 0 |
| 20 | | | 11 | 14 | | | | | | | [illegible] 13 | Luff |
| 21 | | | 2 | | 10 | | | | Steele 13 | | | |
| 22 | | 18 | | 8 | 16 | | | | | | | ø |
| 23 | | 10 | | 4 | 14 | 18 | | | | | | 0 |
| | | 4 | | | 18 | | 21 | | | | | |
| 24 | | | | 11 | | | | | | | | 0 |
| 25 | | | | 14 | 1 | | | | | | | 0 |
| | | 7 | 21 | 11 | 13 | | | | | | | 0 |
| 26 | | 11 | | | | 24 | | | | | | |
| 27 | | | | 6 | | | | | | | | T |
| | | 13 | | | | 14 | 10 | | | | | |
| 28 | | 1 | 16 | | | | | | | | | 0 |
| 29 | | | 8 | 13 | 13 | | | | | | | 0 |
| 30 | | | 10 | 3 | 23 | | | | | | | [illegible] |

LWBS

Tall 3
Li = 4
Ulloa - 2
Luff 2

# FEBRUARY 1998

| | Webst | McCra | Tall | Li | Luff | Ulloa | Burket | Mende | Lopez | Teran | Castr | Otero | Ngo | Robb | Amad | Stand | Hend | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 25 | 11 | | | | | | 10 | | | | | | | | 0 |
| 2 | | 8 | 21 | 17 | | | | | | 2 | | | | | | | | 0 |
| 3 | | | 21 | | | | | | | 16 | | | | | | | | 0 |
| 4 | | | | | 13 | | | | | 2 | | | | 13 | 15 | | | 0 |
| 5 | | | | | 13 | | | 13 | | | | | | 3 | 18 | | | 0 |
| 6 | | 13 | | | 12 | | | 1 | | | | | | | | | | 0 |
| 7 | | 12 | | | 23 | | | | | | | | | | | | | L L |
| 8 | | 5 | | | | | | | | 29 | | | | | | | | O |
| 9 | | | 8 | | | | | | | 19 | | | | | | 1 | | 0 |
| 10 | | | 9 | | | | | | | 15 | | | | | | | | 0 |
| 11 | | | 13 | | | | | | | 19 | | | | | | | 1 | 0 |
| 12 | | 16 | | | 23 | | | | | | | | | | | | | 0 |
| 13 | | 18 | | | 16 | | | | | | | | | | | | | L M |
| 14 | | 18 | | | | | 24 | | | | | | | | | | | M B |
| 15 | | 15 | 14 | | | | | | | | 13 | | | | | | | 0 |
| 16 | | 2 | | 17 | | | | | 10 | 17 | 31 | | | | | | | 0 |
| 17 | | | 20 | 13 | 24 | | | | 1 | 3 | | | | 1 | | | | L T |
| 18 | | | 24 | | 14 | | | | | | | | | | | | | 0 |
| 19 | | 9 | 7 | 13 | | | | | | | | | | | | | | 0 |
| 20 | | 6 | 9 | 9 | 14 | | | | | | | | | | 1 | | | 0 |
| 21 | | 24 | | 15 | 3 | 10 | | 2 | | | | | | | | | 2 | 0 |
| 22 | | | 28 | 5 | | 7 | | | | | | 14 | | | | | | 0 |
| 23 | | | 19 | 21 | 15 | | | | | | | | 2 | | | | | L |
| 24 | | | | | 19 | | | | | | | | | | | | | L |
| 25 | | 12 | | 10 | 3 | | | | | | | | | | | | | 0 |
| 26 | | 12 | | 10 | 13 | | | | | | | | | | | | | 0 |
| 27 | | 16 | | 7 | 17 | | | | | | 15 | 2 | | | | | | 0 |
| 28 | | 4 | 5 | 12 | | 24 | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |

<LWBS>
Li = 6 10%
McCrary - 2
Tall - 1

JANUARY 1998

| | Webst | McCra | Tall | Li | Luff | Teran | Burket | Mende | Gore | Pierce | Rinne | Diez | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 21 | | | 18 | | | | | | | | L M |
| 2 | | 32 | | 17 | 25 | | 3 | | | | | | 0 |
| 3 | | 22 | | 15 | 42 | | | | | | | | 0 |
| 4 | 11 | | 35 | | | | | | | | | | 0 |
| 5 | 16 | | 23 | 15 | | | | | | | | | L L T T T T |
| 6 | 11 | 22 | | 14 | | | | | | | | | M M |
| 7 | 10 | 24 | | 18 | | | | | 1 | | | | L |
| 8 | 2 | 22 | | 13 | | | | | | 1 | | | O |
| 9 | | | 20 | 11 | | | | | | | | | 0 |
| 10 | | | 26 | | | | | | | | | | 0 |
| 11 | 6 | | 20 | 10 | 25 | | | | | | | | 0 |
| 12 | 10 | 19 | | 14 | 28 | | | | | | | | M |
| 13 | 23 | 29 | | | | | | | | | | | 0 |
| 14 | 4 | 21 | 12 | | | | | | | | | | 0 |
| 15 | | | 18 | 10 | 19 | | | | | | | | 0 |
| 16 | | | 16 | 12 | 14 | | | | | | | | L |
| 17 | | 13 | 2 | | 19 | | 2 | 3 | | | 1 | | 0 |
| 18 | 24 | 14 | | 19 | | | | | | | | | L |
| 19 | 22 | 11 | | 11 | | | | | | | | | T W |
| 20 | 41 | 1 | 14 | | 27 | | | | | | | | 0 |
| 21 | | 5 | 17 | 2 | | | 14 | | | | | 15 | 0 |
| 22 | | | 13 | 10 | | | | 16 | | | | | 0 |
| 23 | 5 | | 2 | 11 | | | | | | | | | W |
| 24 | 11 | 32 | | | 25 | | | | | | | | M M |
| 25 | 7 | 22 | | 11 | 16 | | | | | | | | 0 |
| 26 | 6 | | 9 | 11 | | | | | | | | | 0 |
| 27 | | | 13 | 14 | 10 | | | | | | | | 0 |
| 28 | | 19 | 17 | | 1 | | | | | | | | 0 |
| 29 | | 8 | 2 | 11 | 28 | 11 | | | | | | | 0 |
| 30 | | 19 | | 12 | | 12 | | | | | | | 0 |
| 31 | | | | 14 | | 21 | | | | | | | |

Li - 6
McCary - 6
Tall - 5
Webster - 2

1049

DECEMBER 1997

| | Webst | McCra | Tall | Li | Luff | Ulloa | Burket | Mende | Lopez | Teran | Pat | Quint | Ngo | Gran | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1 | 28 | 17 | 12 | | | | | | | | | | 0 |
| 2 | | | 26 | 10 | 12 | | 3 | | | | | | 3 | | Li |
| 3 | | | 17 | | 16 | | | | | | | | | | 0 |
| 4 | | 20 | | | 20 | | | | | | | | | | L |
| 5 | | 27 | | | 2 | | | | | | | | | | 0 |
| 6 | | 20 | 9 | 23 | | | | | | | | | | | 0 |
| 7 | | 22 | 16 | | | | | | | | | | | | 0 |
| 8 | | 9 | 2 | 23 | 19 | | | | | | 1 | | | | 0 |
| 9 | | 15 | | | 31 | | | | | | | | | | 0 |
| 10 | | 13 | 1 | 20 | 15 | | | | | | | | | | 0 |
| 11 | 23 | 1 | 9 | | | | | | | | | | | 1 | W |
| 12 | 15 | | 19 | 16 | | | | | | | | | | | 0 |
| 13 | 33 | 1 | 9 | | | | | | | | | | | | W |
| 14 | 16 | | 13 | 25 | | | | | | | | | | | 0 |
| 15 | | | | | | | | | | | | | | | 0 |
| 16 | | 27 | | | 15 | | | | | | | | | | 0 |
| 17 | | 26 | | | 18 | | | 2 | | | | | | | L L L L M M |
| 18 | | | | 14 | 2 | | | 2 | | | | | | | 0 |
| 19 | 30 | | 17 | | | | | | | | | | | | W |
| 20 | 18 | | 12 | 20 | | | | | | | | | | | 0 |
| 21 | | | 13 | | 34 | | | 2 | | | | | | | 0 |
| 22 | | 11 | 9 | | 16 | | | | | | | | | | 0 |
| 23 | | | 16 | | 19 | | | | | | | | | | 0 |
| 24 | 13 | | 7 | 9 | | | | | | | | | | | 0 |
| 25 | 6 | | 10 | 10 | | | | | | | 1 | | | | 0 |
| 26 | 22 | | 15 | 28 | | | | | | | | | | | L L |
| 27 | | 17 | 3 | | 28 | | | | | | | | | | L L M |
| 28 | 6 | 2 | | 7 | 12 | | | | | | | 6 | | | 0 |
| 29 | 14 | | | 17 | 18 | | | | | | | | | | 0 |
| 30 | 19 | 20 | | | | | | | | | | | | | W |
| 31 | 15 | 24 | | | | | | | | 2 | | | | | M M M W |

McCrary = 6
Li - 1
Webster 4
Luff - 9

NOVEMBER 1997

| | Webst | McCra | Tall | Li | Luff | Ulloa | Burket | Mende | Lopez | Teran | Castro | Otero | Pat | Quint | Ngo | Gran | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | | 2 | | 18 | 13 | | | | | | | | | | | 0 |
| 2 | 4 | | 15 | | 25 | 28 | 3 | | | | | | | | 3 | | 0 |
| 3 | | | 19 | | 42 | | | | | | | | | | | | T T |
| 4 | 17 | | 15 | | | 28 | | | | | | | | | | | 0 |
| 5 | 16 | 16 | 6 | | | 22 | | | | | | | | | | | 0 |
| 6 | 15 | 13 | | | | | | | | | | | | | | | W |
| 7 | | 15 | 26 | | | 13 | | | | | | | | | | | 0 |
| 8 | 12 | 2 | 30 | | | | | | | | | | 1 | | | | O |
| 9 | 19 | | 31 | | | | | | | | | | | | | | W |
| 10 | 16 | 20 | | | | 23 | | | | | | | | | | | 0 |
| 11 | 6 | 14 | | | 25 | 25 | | | | | | | | | | 1 | U |
| 12 | | 3 | 18 | | 28 | | | | | | | | | | | | 0 |
| 13 | 27 | | 17 | | | | | | | | | | | | | | 0 |
| 14 | 13 | | 18 | | | 13 | | | | | | | | | | | 0 |
| 15 | | 11 | 4 | | 19 | 11 | | | | | | | | | | | 0 |
| 16 | | 7 | | | 14 | 14 | | | | | | | | | | | 0 |
| 17 | | 7 | 16 | | 19 | 13 | | | | | | | | | | | 0 |
| 18 | 26 | 26 | 3 | | | | | | | | | | | | | | MMM WW |
| 19 | 17 | 17 | | | | 11 | | | | | | | | | | | 0 |
| 20 | | 26 | | | 27 | | | | | | | | | | | | 0 |
| 21 | | | 9 | | | 17 | | 2 | | | | | | | | | 0 |
| 22 | 23 | | 16 | | | 17 | | | | | | | | | | | 0 |
| 23 | 27 | | 12 | | | 26 | | | | | | | | | | | 0 |
| 24 | | 17 | 2 | | 25 | 15 | | | | | | | | | | | 0 |
| 25 | | 2 | 12 | | 16 | | | | | | | | 1 | | | | 0 |
| 26 | | | missing charts | | | | | | | | | | | | | | 0 |
| 27 | | | 17 | | 10 | 6 | | | | | | | | | | | 0 |
| 28 | 33 | 9 | | | 1 | | | | | | | | | 6 | | | WWW |
| 29 | | 16 | | | 28 | | | | | | | | | | | | 0 |
| 30 | 21 | 21 | | | | | | | | | | | | | | | WWWWWWW |

LWBS.
W = 13
McCrary - 3
Tall - 2
Ulloa - 1

15

ctob

CWBS
Luff=4
Webster=1
McCrary 2
Lopez 1
Robbins=1

| Dat | Webster | McCrary | Tall | L1 | Luff | Ulloa | Lopez | Jeran | Other | LWS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 11 | 17 | 6 | | | 0 |
| 2 | | | | | 19 | 19 | 4 | | | |
| 3 | | | | | 1 | 27 | 5 | | Burkett 22 | 0 |
| 4 | | 12 | 23 | | 3 | | | 17 | | 0 |
| 5 | | 15 | 18 | | 5 | | | 16 | | 0 |
| 6 | | 10 | | | 6 | 27 | 13 | | Shuff 2 | 0 |
| 7 | | | 13 | | 4 | 1 | 23 | | Dies 20 Mendez 2 | 0 |
| 8 | | 15 | 15 | | | 7 | 14 | | | 0 |
| 9 | | | | | 24 | 6 | | | Burkett 14 Dies 3 | 0 |
| 10 | | 7 | | | | 21 | 18 | | Robbins 11 | R |
| 11 | | 7 | | | | 23 | 12 | | Robbins 6 | 0 |
| 12 | | missing | | | | 31 | 25 | | | 0 |
| 13 | 14 | 7 | | | 4 | | 31 | | Gardner 2 Mendez 4 Sam[illegible] | Lopez =1 |
| 14 | 22 | | 2 | | 15 | | | | | Luff |
| 15 | 11 | 20 | 4 | | 12 | 19 | | | | 0 |
| 16 | 10 | | 7 | | | 16 | 4 | | | 0 |
| 17 | 5 | 13 | 13 | | 16 | 17 | 7 | | | 0 |
| 18 | | | 12 | | 23 | 16 | 2 | | | 0 |
| 19 | | | 16 | | 15 | | 3 | | | 0 |
| 20 | | 5 | | | 2 | | 20 | | | 0 |
| 21 | 8 | 12 | | | 17 | 14 | | | | 0 |
| 22 | | 12 | 13 | | | 4 | 13 | | | 0 |
| 23 | 12 | | 14 | | 25 | 3 | | | | Luff Luff Luff |
| 24 | 9 | 14 | 5 | | 19 | | | | | 0 |
| 25 | 7 | 11 | | | 20 | | | | | 0 |
| 26 | 10 | 12 | 6 | | | | 19 | | MacNeil 1 | M W |
| 27 | 17 | 15 | 10 | | | 18 | 17 | | | 0 |
| 28 | 11 | | 2 | | | | | | | |
| 29 | | missing | | | 10 | | 10 | | | M |
| 30 | 10 | 6 | | 14 | | 19 | | | | 0 |
| 31 | 10 | 4 | | | | | | | | |

1057

**24th MEDICAL GROUP (ACC)**
**Howard Air Force Base, Panama**
**Office of the Commander**

6 June 98

To: MDOS/CC

Here is another copy of the "data" provided by Dr Webster — purporting to show she was not excessive in LWOBS.

I cannot make out the meaning of the numbers in the columns. Do they make sense to you?

In your read of the available data, was the LWOBS ~~statement~~ backed by the numbers?

MAY 1998

| | Webs | McCr | Tall | Li | Luff | Crosb | Amad | Castr | Otero | Ulloa | Jordan | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 | | | | 1 | | | | | 6 | | 0 |
| 2 | 20 | 8 | | | | | | | | | 1 | W |
| 3 | 19 | 11 | | 7 | | | | | | | | 0 |
| 4 | | 16 | | 11 | | | | | | | | 0 |
| 5 | | 7 | | 15 | | | | | | | | 0 |
| 6 | 16 | 1 | | | | | | | | | | W W W |
| 7 | 1 | 9 | | | | | | | | 13 | | 0 |
| 8 | | 11 | | 17 | | | | | | 15 | | 0 |
| 9 | | 2 | | 18 | | | 8 | | | 12 | | 0 |
| 10 | | 9 | | 12 | | | 9 | | | 2 | | 0 |
| 11 | | 3 | | | | | | 5 | 18 | | | Cr |
| 12 | 13 | | | | 1 | | | | 11 | | | 0 |
| 13 | 20 | | 19 | | | | | | 2 | | | T |
| 14 | 12 | 18 | 3 | | | | | | | | | W W |
| 15 | 2 | 15 | | | | 12 | | | | | | 0 |
| 16 | | | 10 | | | 11 | | 5 | | | | 0 |
| 17 | | | 15 | | | 8 | | 17 | | | | T |
| 18 | | 20 | | 8 | | 2 | | | | | | 0 |
| 19 | 17 | | | 17 | | | | | | | | Li |
| 20 | | 9 | | 17 | | | | | | | | 0 |
| 21 | | 5 | 10 | 4 | | | | | | | | 0 |
| 22 | | 2 | 17 | | | 11 | | | | | 4 | T T |
| 23 | | | 22 | | | 15 | | | | | 9 | 0 |
| 24 | | | | 14 | | 18 | | | | | 8 | 0 |
| 25 | | | | 27 | | 16 | | | | | | 0 |
| 26 | | 18 | | 17 | | 1 | | | | | | 0 |
| 27 | | 2 | 15 | | | 11 | | | | | | 0 |
| 28 | | | 8 | | | 15 | | | | | | 0 |
| 29 | | | 10 | | | 13 | | | | | | 0 |
| 30 | | 10 | | 22 | | 1 | | | | | | 0 |
| 31 | | | | | | | | | | | | |

LWBS: WEBSTER 6, TALL 4, LI 1, CROSBIE 1

Col O'Neil –
Here is a clean copy of the pts seen & the LWBS since I've been here. This is to show you how untrue the statement McCrary made about my LWBS was. MW

1054

APRIL 1998

| | Webs | McCr | Tall | Li | Luff | Ulloa | Amad | Castr | Otero | Hend | Jorda | Vellar | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 4 | 4 | 19 | 10 | | | | | | | 0 |
| 2 | | 11 | | | | 8 | | | | | | | 0 |
| 3 | | 16 | 6 | | | 3 | 4 | | | | | | 0 |
| 4 | | 16 | 11 | 7 | | | | | | | | | Mc |
| 5 | | | 2 | | 10 | 23 | | 10 | | | | | 0 |
| 6 | | | | 14 | 2 | 17 | | | | | | | 0 |
| 7 | | 16 | 17 | | | | | | | | | | 0 |
| 8 | | 8 | 3 | 6 | 14 | | | | | | | | Lu |
| 9 | | | 10 | 22 | 3 | | 4 | | | | | | 0 |
| 10 | | 19 | 4 | | 17 | | | | | | 10 | | 0 |
| 11 | | | 19 | | 20 | | | | 12 | | | | T |
| 12 | | | 20 | | 11 | | | | | | 5 | | 0 |
| 13 | | | | 12 | 4 | 14 | | | | | | | 0 |
| 14 | | 2 | | 21 | | 17 | | | | 1 | | | 0 |
| 15 | | | 13 | | 21 | 3 | | | | | | | 0 |
| 16 | | | 23 | | 15 | | | | | | | | Lu Lu |
| 17 | | 1 | 13 | | 15 | | | | | | | | 0 |
| 18 | 17 | 19 | 2 | | | | | | 4 | | | | 0 |
| 19 | 18 | 10 | | | | | | | 8 | | | | W |
| 20 | 15 | | | 25 | | | | | | | | | 0 |
| 21 | 1 | 18 | | 14 | | | | | | | | | 0 |
| 22 | | 10 | | 15 | | | | | | | | | 0 |
| 23 | 8 | 1 | | 8 | | | | | | | | | Li |
| 24 | 5 | 7 | | | 21 | | | | | | | | 0 |
| 25 | 13 | 4 | | | 19 | | | | | | | 3 | 0 |
| 26 | 9 | | | | 15 | | | | | | | | 0 |
| 27 | 17 | | | 13 | | | | | | 1 | | | 0 |
| 28 | 4 | 14 | | 8 | | | | | | | | | 0 |
| 29 | | 2 | | 8 | 18 | | | | | | | | 0 |
| 30 | | | | 13 | 21 | | | | | | | | 0 |

LWBS: LUFF 3, TALL 1, LI 1, WEBSTER 1, McCRARY 1

1055

MARCH 1998

| | McCra | Tall | Li | Luff | Ulloa | Burket | Amad | Lopez | Copp | Castro | Otero | Pat | Gore | Stand | Jorda | Byro | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 21 | | | 32 | | | | | | | | | | | | T T U U |
| 2 | | 16 | | 13 | | 2 | | | | 1 | | | | | | | 0 |
| 3 | 4 | 11 | | | 23 | | | | | | | | | | | | 0 |
| 4 | 10 | 3 | 7 | | 18 | | | | | | | 1 | | | | | 0 |
| 5 | 18 | | 10 | 14 | | | | | | | | | | | | | 0 |
| 6 | 17 | | 11 | 19 | | | | | | | | | | | | | 0 |
| 7 | 1 | 7 | 13 | 26 | | | | | | | | | | | | | Li Li |
| 8 | | 13 | | 23 | | | | | | | | 1 | | | 1 | | O |
| 9 | 2 | 16 | 22 | | | | | | 1 | | | | | | | | T |
| 10 | 19 | 2 | | | 13 | | | | | | | | 1 | | | | 0 |
| 11 | 8 | | 6 | | 14 | | | | | | 1 | | | | | | 0 |
| 12 | 11 | | 7 | 14 | | | 1 | 4 | | 6 | | | | | | | 0 |
| 13 | | 6 | 6 | | 18 | | | | | | | | | | | | 0 |
| 14 | | 11 | 11 | | 23 | | | | | | | | | | | | 0 |
| 15 | | 7 | | | 18 | | | | | 12 | | | | | | | 0 |
| 16 | 2 | 3 | 6 | 9 | | | | | | | | | | | | | 0 |
| 17 | 18 | | | 15 | | | | | | | | | | | | | Lu |
| 18 | 5 | | 4 | 6 | | | | | | | | | | | | | 0 |
| 19 | | 11 | 11 | 5 | 15 | | | | | | | | | | | | 0 |
| 20 | | 8 | 8 | | 25 | | | | | | | | | | | | 0 |
| 21 | | 11 | 14 | | 17 | | | | | | | | | | | | 0 |
| 22 | 18 | 2 | | 10 | | | | | | | 13 | | | | | | 0 |
| 23 | 10 | | 8 | 16 | | | | | | | | | | 1 | | 1 | Lu |
| 24 | 4 | | 4 | 14 | 18 | | | | | | | | | | | | 0 |
| 25 | | | 11 | 18 | | | 21 | | | | | 1 | | | | | 0 |
| 26 | 7 | 21 | 14 | 1 | | | | | | | | | | | | | 0 |
| 27 | 11 | | 11 | 13 | | | | | | | | | | | | | 0 |
| 28 | 13 | | 6 | | 24 | | | | | | | | | | | | 0 |
| 29 | 1 | 16 | | | 14 | | 10 | | | | | | | | | | T |
| 30 | | 8 | 13 | 13 | | | | | | | | | | | | | 0 |
| 31 | | 10 | 3 | 23 | | | | | | | | | | | | | 0 |

LWBS: TALL 4, LI 2, LUFF 2, ULLOA 2

1056