FEBRUARY 1998

| | McCra | Tall | Li | Luff | Ulloa | Burket | Mende | Lopez | Teran | Castr | Otero | Ngo | Robb | Amad | Stand | Hend | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 25 | 11 | | | | | | 10 | | | | | | | | 0 |
| 2 | 8 | 21 | 17 | | | | | | 2 | | | | | | | | 0 |
| 3 | | 21 | | | | | | | 16 | | | | | | | | 0 |
| 4 | | | | 13 | | | | | 2 | | | | 13 | 15 | | | 0 |
| 5 | | | | 13 | | | 13 | | | | | | 3 | 18 | | | 0 |
| 6 | 13 | | | 12 | | | 1 | | | | | | | | | | 0 |
| 7 | 12 | | | 23 | | | | | | | | | | | | | Lu Lu |
| 8 | 5 | | | | | | | | 29 | | | | | | | | O |
| 9 | | 8 | | | | | | | 19 | | | | | | 1 | | 0 |
| 10 | | 9 | | | | | | | 15 | | | | | | | | 0 |
| 11 | | 13 | | | | | | | 19 | | | | | | | 1 | 0 |
| 12 | 16 | | | 23 | | | | | | | | | | | | | 0 |
| 13 | 18 | | | 16 | | | | | | | | | | | | | Lu Mc |
| 14 | 18 | | | | | 24 | | | | | | | | | | | Mc B |
| 15 | 15 | 14 | | | | | | | | 13 | | | | | | | 0 |
| 16 | 2 | | 17 | | | | | 10 | 17 | 31 | | | | | | | 0 |
| 17 | | 20 | 13 | 24 | | | | 1 | 3 | | | | 1 | | | | Lu T |
| 18 | | 24 | | 14 | | | | | | | | | | | | | 0 |
| 19 | 9 | 7 | 13 | | | | | | | | | | | 1 | | | 0 |
| 20 | 6 | 9 | 9 | 14 | | | | | | | | | | | | 2 | 0 |
| 21 | 24 | | 15 | 3 | 10 | | 2 | | | | | | | | | | 0 |
| 22 | | 28 | 5 | | 7 | | | | | | 14 | | | | | | 0 |
| 23 | | 19 | 21 | 15 | | | | | | | | 2 | | | | | Li |
| 24 | | | | 19 | | | | | | | | | | | | | Lu |
| 25 | 12 | | 10 | 3 | | | | | | | | | | | | | 0 |
| 26 | 12 | | 10 | 13 | | | | | | | | | | | | | 0 |
| 27 | 16 | | 7 | 17 | | | | | | 15 | 2 | | | | | | 0 |
| 28 | 4 | 5 | 12 | | 24 | | | | | | | | | | | | 0 |

LWBS: LUFF 5, LI 1, McCRARY 2, BURKETT 1

1057

JANUARY 1998

| | Webst | McCra | Tall | Li | Luff | Teran | Burket | Mende | Gore | Pierce | Rinne | Diez | LWBS Lu Mc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 21 | | | 18 | | | | | | | | 0 |
| 2 | | 32 | | 17 | 25 | | 3 | | | | | | 0 |
| 3 | | 22 | | 15 | 42 | | | | | | | | 0 |
| 4 | 11 | | 35 | | | | | | | | | | Li Li T T T |
| 5 | 16 | | 23 | 15 | | | | | | | | | Mc Mc |
| 6 | 11 | 22 | | 14 | | | | | 1 | | | | Li |
| 7 | 10 | 24 | | 18 | | | | | | 1 | | | 0 |
| 8 | 2 | 22 | | 13 | | | | | | | | | 0 |
| 9 | | | 20 | 11 | | | | | | | | | 0 |
| 10 | | | 26 | | | | | | | | | | 0 |
| 11 | 6 | | 20 | 10 | 25 | | | | | | | | Mc |
| 12 | 10 | 19 | | 14 | 28 | | | | | | | | 0 |
| 13 | 23 | 29 | | | | | | | | | | | 0 |
| 14 | 4 | 21 | 12 | | | | | | | | | | 0 |
| 15 | | | 18 | 10 | 19 | | | | | | | | 0 |
| 16 | | | 16 | 12 | 14 | | | | | | 1 | | Li |
| 17 | | 13 | 2 | | 19 | | 2 | 3 | | | | | Li |
| 18 | 24 | 14 | | 19 | | | | | | | | | T W |
| 19 | 22 | 11 | | 11 | | | | | | | | | 0 |
| 20 | 41 | 1 | 14 | | 27 | | 14 | | | | | 15 | 0 |
| 21 | | 5 | 17 | 2 | | | | 16 | | | | | 0 |
| 22 | | | 13 | 10 | | | | | | | | | W |
| 23 | 5 | | 2 | 11 | | | | | | | | | Mc Mc |
| 24 | 11 | 32 | | | 25 | | | | | | | | 0 |
| 25 | 7 | 22 | | 11 | 16 | | | | | | | | 0 |
| 26 | 6 | | 9 | 11 | | | | | | | | | 0 |
| 27 | | | 13 | 14 | 10 | | | | | | | | 0 |
| 28 | | 19 | 17 | | 1 | | | | | | | | 0 |
| 29 | | 8 | 2 | 11 | 28 | 11 | | | | | | | 0 |
| 30 | | 19 | | 12 | | 12 | | | | | | | |
| 31 | | | | 14 | | 21 | | | | | | | |

LWBS: WEBSTER 2, McCRARY 6, LUFF 1, Li 5, TALL 5

1058

DECEMBER 1997

| | Webst | McCra | Tall | Li | Luff | Ulloa | Burket | Mende | Lopez | Teran | Pat | Quint | Ngo | Gran | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1 | 28 | 17 | 12 | | | | | | | | 3 | | 0 |
| 2 | | | 26 | 10 | 12 | | 3 | | | | | | | | Li |
| 3 | | | 17 | | 16 | | | | | | | | | | 0 |
| 4 | | 20 | | | 20 | | | | | | | | | | Lu |
| 5 | | 27 | | | 2 | | | | | | | | | | 0 |
| 6 | | 20 | 9 | 23 | | | | | | | | | | | 0 |
| 7 | | 22 | 16 | | | | | | | | 1 | | | | 0 |
| 8 | | 9 | 2 | 23 | 19 | | | | | | | | | | 0 |
| 9 | | 15 | | | 31 | | | | | | | | | | 0 |
| 10 | | 13 | 1 | 20 | 15 | | | | | | | | | 1 | 0 |
| 11 | 23 | 1 | 9 | | | | | | | | | | | | W |
| 12 | 15 | | 19 | 16 | | | | | | | | | | | 0 |
| 13 | 33 | 1 | 9 | | | | | | | | | | | | W |
| 14 | 16 | | 13 | 25 | | | | | | | | | | | 0 |
| 15 | | 12 | 3 | 19 | 10 | | | | | | | | | | Mc |
| 16 | | 27 | | | 15 | | | 2 | | | | | | | 0 |
| 17 | | 26 | | | 18 | | | 2 | | | | | | | Lu Lu Lu Mc Mc |
| 18 | | | | 14 | 2 | | | | | | | | | | 0 |
| 19 | 30 | | 17 | | | | | | | | | | | | W |
| 20 | 18 | | 12 | 20 | | | | 2 | | | | | | | 0 |
| 21 | | | 13 | | 34 | | | | | | | | | | 0 |
| 22 | | 11 | 9 | | 16 | | | | | | | | | | 0 |
| 23 | | | 16 | | 19 | | | | | | | | | | 0 |
| 24 | 13 | | 7 | 9 | | | | | | | 1 | | | | 0 |
| 25 | 6 | | 10 | 10 | | | | | | | | | | | 0 |
| 26 | 22 | | 15 | 28 | | | | | | | | | | | Li Li |
| 27 | | 17 | 3 | | 28 | | | | | | | 6 | | | Lu Lu Mc |
| 28 | 6 | 2 | | 7 | 12 | | | | | | | | | | 0 |
| 29 | 14 | | | 17 | 18 | | | | | | | | | | 0 |
| 30 | 19 | 20 | | | | | | | 2 | | | | | | W |
| 31 | 15 | 24 | | | | | | | | | | | | | Mc Mc Mc W |

LWBS: WEBSTER 5, McCRARY 6, LUFF 7, Li 3

1059

NOVEMBER 1997

| | Webst | McCra | Tall | Li | Luff | Ulloa | Burket | Mende | Pat | Quint | Ngo | Gran | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | | 2 | | 18 | 13 | | | | | | | 0 |
| 2 | 4 | | 15 | | 25 | 28 | 3 | | | | 3 | | 0 |
| 3 | | | 19 | | 42 | | | | | | | | T T |
| 4 | 17 | | 15 | | | 28 | | | | | | | 0 |
| 5 | 16 | 16 | 6 | | | 22 | | | | | | | 0 |
| 6 | 15 | 13 | | | | | | | | | | | W |
| 7 | | 15 | 26 | | | 13 | | | | | | | 0 |
| 8 | 12 | 2 | 30 | | | | | | 1 | | | | O |
| 9 | 19 | | 31 | | | | | | | | | | W |
| 10 | 16 | 20 | | | | 23 | | | | | | | 0 |
| 11 | 6 | 14 | | | 25 | 25 | | | | | | 1 | U |
| 12 | | 3 | 18 | | 28 | | | | | | | | 0 |
| 13 | 27 | | 17 | | | | | | | | | | 0 |
| 14 | 13 | | 18 | | | 13 | | | | | | | 0 |
| 15 | | 11 | 4 | | 19 | 11 | | | | | | | 0 |
| 16 | | 7 | | | 14 | 14 | | | | | | | 0 |
| 17 | | 7 | 16 | | 19 | 13 | | | | | | | 0 |
| 18 | 26 | 26 | 3 | | | | | | | | | | Mc Mc Mc W W |
| 19 | 17 | 17 | | | | 11 | | | | | | | 0 |
| 20 | | 26 | | | 27 | | | | | | | | 0 |
| 21 | | | 9 | | | 17 | | 2 | | | | | 0 |
| 22 | 23 | | 16 | | | 17 | | | | | | | 0 |
| 23 | 27 | | 12 | | | 26 | | | | | | | 0 |
| 24 | | 17 | 2 | | 25 | 15 | | | | | | | 0 |
| 25 | | 2 | 12 | | 16 | | | | 1 | | | | 0 |
| 26 | | | 1 | | 11 | 14 | | | | | | | 0 |
| 27 | 13 | | 17 | | 10 | 6 | | | | | | | 0 |
| 28 | 33 | 9 | | | 1 | | | | | 6 | | | W W W |
| 29 | | 16 | | | 28 | | | | | | | | 0 |
| 30 | 21 | 21 | | | | | | | | | | | W W W W W W |

LWBS: WEBSTER: 13, McCRARY 3, TALL 2, ULLOA 1

OCTOBER 1997

| | Webs | McCr | Tall | Li | Luff | Ulloa | Lopez | Teran | Mend | Burke | Diez | Robbi | Sherc | MacN | Gardn | LWBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 11 | 17 | 6 | | | | | | | | | 0 |
| 2 | | | | | 19 | 19 | 4 | | | | | | | | | 0 |
| 3 | | | | | 1 | 27 | 5 | | | 22 | | | | | | 0 |
| 4 | | 12 | 23 | | 3 | | | 17 | | | | | | | | 0 |
| 5 | | 15 | 18 | | 5 | | | 16 | | | | | 2 | | | 0 |
| 6 | | 10 | | | 6 | 27 | 13 | | | | | | | | | 0 |
| 7 | | | 13 | | 4 | 1 | 23 | | 2 | | 20 | | | | | 0 |
| 8 | | 15 | 15 | | | 7 | 14 | | | | | | | | | 0 |
| 9 | | | | | 24 | 6 | | | | 14 | 3 | | | | | 0 |
| 10 | | 7 | | | | 21 | 18 | | | | | 11 | | | | R |
| 11 | | 7 | | | | 23 | 12 | | | | | 6 | | | | 0 |
| 12 | | 7 | | | | 23 | 12 | | | | | 6 | | | | 0 |
| 13 | 14 | 7 | | | | 31 | 25 | | | | | | | | | 0 |
| 14 | 22 | | 2 | | 4 | | 31 | | 4 | | | | | | 2 | Lo |
| 15 | 11 | 20 | 4 | | 15 | | | | | | | | | | | Lu |
| 16 | 10 | | 7 | | 12 | 19 | | | | | | | | | | 0 |
| 17 | 5 | 13 | | | | 16 | 4 | | | | | | | | | 0 |
| 18 | | | 13 | | 16 | 17 | 7 | | | | | | | | | 0 |
| 19 | | | 12 | | 23 | 16 | 2 | | | | | | | | | 0 |
| 20 | | 5 | 16 | | 15 | | 3 | | | | | | | | | 0 |
| 21 | 8 | 12 | | | 2 | | 20 | | | | | | | | | 0 |
| 22 | | 12 | 13 | | 17 | 14 | | | | | | | | | | 0 |
| 23 | 12 | | 14 | | | 4 | 13 | | | | | | | | | 0 |
| 24 | 9 | 14 | | | 25 | 3 | | | | | | | | | | Lu Lu Lu |
| 25 | 7 | 11 | 5 | | 19 | | | | | | | | | | | 0 |
| 26 | 10 | 12 | 6 | | 20 | | | | | | | | | | | 0 |
| 27 | 17 | 15 | 10 | | | | 19 | | 1 | | | | | | | Mc W |
| 28 | 11 | | 2 | | | 18 | 17 | | | | | | | 1 | | 0 |
| 29 | | 6 | | | 15 | 14 | 20 | | | | | | | | | U |
| 30 | 10 | 6 | | | 10 | | 10 | | | | | | | | | Mc |
| 31 | 10 | 4 | | 14 | | 19 | | | | | | | | | | 0 |

LWBS: WEBSTER 1, McCRARY 2, LI 1, LUFF 4, LOPEZ 1, ULLOA 1, ROBBINS 1.

1061

# EMERGENCY ROOM
## LEFT WITHOUT BEING SEEN-STATISTICAL REPORT
## MAR-MAY 98

| | MARCH | APRIL | MAY | TOTAL PER DOCTOR |
|---|---|---|---|---|
| CROSBIE | 0 | 0 | 1 | 1 |
| LI | 2 | 1 | 1 | 4 |
| LUFF | 2 | 3 | 0 | 5 |
| MCCRARY | 0 | 1 | 0 | 1 |
| TAHI | 4 | 1 | 4 | 9 |
| ULLOA | 2 | 0 | 0 | 2 |
| WEBSTER | 0 | 1 | 6 | 7 |
| TOTAL PER MONTH | 10 | 7 | 12 | |

1062

# EMERGENCY ROOM

## LEFT WITHOUT BEING SEEN-STATISTICAL REPORT

## MAR-MAY 98

| | MARCH | APRIL | MAY | TOTAL PER DOCTOR |
|---|---|---|---|---|
| CROSBIE | 0 | 0 | 1 | 1 |
| [illegible] | 2 | 1 | 1 | 4 |
| LUFF | 2 | 3 | 0 | 5 |
| McCRARY | 0 | 1 | 0 | 1 |
| [illegible] | 4 | 1 | 4 | 9 |
| [illegible] | 2 | 0 | 0 | 2 |
| WEBSTER | 0 | 1 | 6 | 7 |
| TOTAL PER MONTH | 10 | 7 | 12 | |

1062

**24th MEDICAL GROUP (ACC)**
HOWARD AFB, PANAMA
**Office of the Commander**

12 June 98

To: MDOS/CC
From: Gal O'Neil
Please consider the contents of the attach note and determine if any action is needed.

[signature]

done, sir. sorry for delay. Dr McCrary TDY last week. LtCol A 23 June 98



1069

12 JUNE 98

MEMORANDUM FOR: COL TERRENCE JAY O'NEIL

FROM: MAJ WILMA WEBSTER

SUBJECT: MAJ JAMES McCRARY

1. Sir, I have had a number of concerns about the behavior of Maj James McCrary and I would like to take the liberty of voicing them to you right now:

2. I noticed very soon after I met him that he seems to be in a continuous state of disorganization. You may often see this evidenced by multiple papers, books and other debris in disarray about his work place. I believe the organization of the ER has taken longer because of his lack of organization. It appears to be a personality characteristic seen even in the disarray of his handwriting.

3. Instead of immediately embracing the Air Force policy of the SOAPP notes, he resisted, even telling me once when I was supporting their use, that he was "a rebel". As Emergency Department Chief, he should support Air Force policies; it is not the time to be a rebel.

4. A leader should set an example and demonstrate his personal integrity to be above suspicion. The way that Maj McCrary gave himself better holiday time than his co-workers and his preference for the easier shifts, throws doubt on his personal integrity. In contrast, it shows selfishness and a disregard for the feelings of his co-workers.

5. Other breaches of integrity were the untruths that he wrote about me in the letter about my performance. In his letter he said I had three times the LWBS of other ER physicians. However the data I provided you on spreadsheets disproves that, and I am sure you have the ability to check out my figures with your computer and can verify who is telling the truth.

6. On one occasion, when e-mailing me a note about the ER schedule from his home, he showed a lack of respect for our supervisor, Dr. Mendez, by using the vulgar term "jacking around with the schedule", which I found inappropriate. As ER Chief he should show more respect. See annexed e-mail message.

7. In that e-mail he spoke of a 'Panic Book'. This was 12 printed pages on different subjects, with no cover letter, and no author noted. When I received 'The Panic Book', I did not know who sent it. I doubted its credibility because of such statements as "give 0.3 cc epi, 1:1000 sub Q *at any site*", which implies that epi can be given anywhere, even in a toe or a finger. As we all know, epi given in sites with end arterioles, can cause severe damage and must be avoided. He should be careful not to give out such erroneous information and should provide coversheets and sign handouts he produces.

8. Most worrisome, and in direct contradiction to the stated goals of the 24th Medical Group, is is dictatorial form of leadership. The American College of Emergency Physicians itself espouses a more democratic form of leadership as proposed in their book, <u>Managing the Emergency Department, a Team Approach</u>. Not only is he a dictator, but a cruel one at that, as evidenced by his way of attacking my professional ability, apparently to get me out of the way. I also think the aforementioned vulgar e-mail message displays an envy of any who would share his power.

9. I believe Maj James McCrary has some major personality flaws that seriously impair his function as Chief of the Emergency Department. I would suggest that once you have completed my evaluation that you also seriously consider a psychiatric evaluation of Maj James McCrary. This is not because I would still want to replace him because I am happy in the Health and Wellness Center, but because I am concerned about the good function of the department.

WILMA P. WEBSTER, MAJ, USAF, MC
Physician, Health and Wellness Center

1065

**From:** mccrarje <mccrarje@panama.c-com.net>
**To:** Wilma Webster <drww@panama.c-com.net>
**Date:** Sunday, April 26, 1998 7:47 AM
**Subject:** Re: ER meeting

Wilma, thanks for the reminder . I want to cover the following subjects:

1. HAFB/ER "Where we've been and where we're going"
2. Quality Indicators/Peer chart reviews
3. Departmental Changes and updates
4. "Panic Book" - a list of high profile events/procedures
5. Interesting cases
6. Roundtable

Mike comes back on the 10th. Mendez is still jacking around with the schedule. After it comes out lets look at a meeting date/time.
Thanks, Jim

> **---Original Message-----**
> **From:** Wilma Webster <drww@panama.c-com.net>
> **To:** mccrarje@panama.c-com.net <mccrarje@panama.c-com.net>
> **Date:** Friday, April 24, 1998 11:27 PM
> **Subject:** ER meeting
>
> Jim, what happened? I'm still waiting for the list of subjects we have to discuss at the ER meeting. How can I get out the agenda for the meeting without your input? Wilma

# MOD'S PANIC PACK

## TABLE OF CONTENT


| PAGE | |
|---|---|
| 1 | CODE BLUE PROCEDURES |
| 2 | SUSPECTED CHILD ABUSE/NEGLECT |
| 3 | SUSPECTED SPOUSE ABUSE |
| 4 | SEXUAL ASSAULT/RAPE |
| 5 | RABIES |
| 6 | DECOMPRESSION SICKNESS/ CO POISONING |
| 7 | HYDRAZINE/AMMONIA EXPOSURE |
| 8 | ADVERSE REACTIONS |
| 9 | SNAKE BITES |
| 10 | CONFINEMENT PHYSICALS |
| 11 | AMA |
| 12 | DEATH |

RECOGNITION AND TX OF ADVERSE REACTIONS

SYSTEMIC ALLERGIC REACTIONS AND ANAPHYLAXIS: S/S: URTICARIA, PRURITIS, ERYTHEMA, RHINO-CONJUCTIVITIS, ANGIO-EDEMA, GASTRIC UPSET, LARYNGEAL EDEMA, BRONCHO SPASM, HYPOTESION.

1. SUMMON HELP, E.R. TO INITIATE CODE BLUE FOR SHOCK PTS.
2. GIVE 0.3 CC EPI, 1:1000 SUB Q AT ANY SITE (0.1 CC FOR CHILDREN)
3. GIVE 0.1 CC EPI, 1:1000 AT SITE CAUSING REACTION.
4. GIVE 50 MG BENEDRYL DEEP I.M.(DON'T GIVE TO KID UNTIL DOCS ORDER)
5. GIVE 02 15 LPM VIA MASK AND PLACE PT. IN POSTION OF COMFORT IF NOT HYPOTENSIVE.
6. ENSURE A CRASH CART IS NEAR PT.
7. CONSIDER IV EPI IF ABOVE MEASURES FAIL, ADMIT TO HOSPITAL IF USED.

VASOVAGAL AND SYNCOPAL REACTIONS: S/S: MOTOR WEAKNESS, NAUSEA AND/OR VOMITTING, ANXIOUS, INCREASED PERSPIRATION, PALE/ASHEN SKIN, COLD EXTREMITIES TO TOUCH, DIZZIENESS,ETC.

1. LIE PATIENT DOWN IN SUPINE POSTION, PROTECT THE AIRWAY
2. RECORD SEVERAL SETS OF VITAL SIGNS AND ORTHOSTATIC CHANGES, BE PREPARED FOR RESUSCITATIVE MEASURES IF NEEDED
3. IF PATIENT FELL TO GROUND, EXAMINE CAREFULLY FOR SIGNS OF TRAUMA AND NEUROLOGIC CHANGES.
4. AFTER RECOVERY, EXPLAIN TO THE PATIENT S/S AND HOW TO PREVENT RECURRENCES.

22 JUN 98

MEMORANDUM FOR COL TERRENCE J. O'NEIL

FROM: MAJ JAMES E. MCCRARY

SUBJECT: REPLY TO MAJ WILMA WEBSTER

1. Sir, if Maj Webster had a number of concerns about my behavior, why didn't she convey them to anyone before now? My feeling is that her letter is a feeble attempt to discredit me, so that my memorandum concerning her actions will look less damaging. I will never-the-less answer her points as requested by Lt Col Addison.

2. It is true that my work area is sometimes stacked with papers, books, etc. It may look to be in a state of disorganization to the untrained eye, however, its the way I work, and I am very efficient. I have several duties and I can work on several things at the same time. I call it organized disorganization. ('You' may not know where things are, or what I'm doing, but I do) Maj Webster's suggestion that any delay in the ER's organization can be related to my lack of organization, is ridiculous. Any such delay stemmed from first, a delay in choosing a Director, than second by me constantly having to put out brush fires in the ER. (Many caused by Maj Webster)

3. I'm sorry to say that I must have missed the handwriting analysis course in med school, but I don't recall hearing about any analogy between handwriting and personality characteristics from my professors! Anyway, even if my personality traits are different (and they probably are), if they have no negative impact on patient care and/or customer service, they should be of no concern to Maj Webster or anyone else.

4. I along with other providers have gone on record with dis-satisfaction with the broad use of the SOAPP notes. However, I support Air Force policies even if I disagree with certain aspects of a policy. I don't recall any conversation with Maj Webster calling myself "a rebel", although I may have used a similar term or phrase referring to some abstract reference in a conversation that she was party to. I have instructed all ER providers to use the second P, and I do so myself. We don't have 100% compliance in the ER due to the nature of some cases, but we're trying. This type of petty nit-picking is typical of Maj Webster, she has always seemed to me to be more concerned about things like SOAPP notes than patients.

5. It pains me to see a so called professional stoop to attacking another by name calling. Maj Webster attacks my integrity in writing. This looks like liable to me. I will be contacting legal on the matter. She can not prove true anything she says about giving myself better holiday time, easier shifts or disregard for my co-workers. It can be shown that most if not all of the dates she has voiced concern over in the past, were not

Atch 2 106

scheduled by me, but by my supervisor! More to come on this one in particular, after I speak to legal.

6. I'm not sure what data Maj Webster gave you, but the data I complied from CHCS, as well as more recent (and more vivid) data from Capt Shercliffe indeed shows Maj Webster's LWOBS average to be about three time the normal. See attachments.

7. I resent the fact that Maj Webster used this item. First, this was a reply to an e-mail that she sent me at my home, I personally ask her not to discuss any business related topics on my personal e-mail. Secondly, she mistakes a "Eubonics" phrase for a vulgar term. The term "jacking around with....." simply means messing around with or changing things around. I'm not sure what she thinks it means, anyway I can tell you that it was a personal message and not meant to show lack of respect for my supervisor. (For whom I have great respect)

8. The Panic Book is collection of "guidelines" from existing OI's and standards, not anything I made up. I made it clear at our providers meeting that it was to be used only as a starting block for those "high profile" cases. I also personally told Maj Webster the same and that I purposely didn't make it an official document for the above reasons. P.S. With any guideline you must use common sense and clinical judgment.

9. Most worrisome indeed. I compiled all written documentation on Maj Webster concerning her performance in the ER. I stated facts that were already documented, and as her supervisor commented on my lack of confidence in her ability as an ER provider. I'm sorry that she feels that this was an "attack". I would also like to state that I am not a dictator but I am the Chief/OIC/Director of the ER and operate within my rights as such.

10. I'm appalled at Maj Webster's last statement/suggestion. But given what she going through presently, I understand it.

JAMES E. MCCRARY, Maj, USAF, MC
CHIEF, EMERGENCY SERVICES
24TH MDG, HOWARD AFB, PANAMA

107c

| TOTAL NUMBER OF LWOBS VISITS FOR THE ER AND EACH MD | | | | | | | |
|---|---|---|---|---|---|---|---|
| MD | Nov | Dec | Jan | Feb | Mar | Apr | May |
| Total | 22 | 28 | 19 | 11 | 10 | 6 | 12 |
| McCrary | 5 | 5 | 5.5 | 2 | 0.5 | 0.5 | 0 |
| Webster | 14 | 7 | 2.5 | 0 | 0 | 1 | 7 |
| Luff | 2 | 7 | 2.5 | 5.5 | 1.5 | 2 | 0 |
| Tall | 0 | 2 | 4 | 2 | 4.5 | 0.5 | 2 |
| Li | 0 | 2 | 6.5 | 0.5 | 1.5 | 1.5 | 0 |
| Ulloa | 1 | 0 | 0 | 0 | 1.5 | 0 | 0 |
| Crosbie | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Amado | 0 | 0 | 0 | 0 | 0.5 | 0 | 0 |
| Otero | 0 | 0 | 0 | 0 | 0 | 0.5 | 0 |
| Castro | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Burkett | 0 | 0 | 0 | 1 | 0 | 0 | 0 |

| PERCENTAGE OF LWOBS VISITS FOR THE ER AND EACH MD | | | | | | | |
|---|---|---|---|---|---|---|---|
| MD | Nov | Dec | Jan | Feb | Mar | Apr | May |
| Total | 1.46 | 2.07 | 1.28 | 0.94 | 0.79 | 0.58 | 1.19 |
| McCrary | 2.02 | 1.95 | 1.54 | 0.96 | 0.27 | 0.28 | 0 |
| Webster | 4.43 | 2.95 | 1.17 | 0 | 0 | 0.9 | 5.6 |
| Luff | 0.62 | 2.34 | 0.88 | 2.24 | 0.57 | 0.78 | 0 |
| Tall | 0 | 0.69 | 1.36 | 0.83 | 2.1 | 0.34 | 1.2 |
| Li | 0 | 0.75 | 2.19 | 0.32 | 0.69 | 0.78 | 0 |
| Ulloa | 0.32 | 0 | 0 | 0 | 0.51 | 0 | 0 |
| Crosbie | 0 | 0 | 0 | 0 | 0 | 0 | 1.2 |
| Amado | 0 | 0 | 0 | 0 | 1.72 | 0 | 0 |
| Otero | 0 | 0 | 0 | 0 | 0 | 2.08 | 0 |
| Castro | 0 | 0 | 0 | 0 | 0 | 0 | 3.7 |
| Burkett | 0 | 0 | 0 | 1.69 | 0 | 0 | 0 |

% of each MDs encounters that are LWOBS

example In Nov McCrary saw ≈ 250 pt had 5 LWOBS hence 2.02 % LWBOS Rate

Atch 1



107

Chart4


Percentage of LWBS visits Provider vs ER Total
Total
McCrary
Webster
Luff
Tall
Li
Percent
6.5
5.5
4.5
3.5
2.5
1.5
0.5
-0.5
Nov
Dec
Jan
Feb
Mar
Apr
May

Chart1

## ER LWBS per provider






10

24th Medical Operations Squadron
Howard AFB, PA

23 Jun 1998

MEMORANDUM FOR COL TERRANCE JAY O'NEIL

FROM: LT COL MARTHA W. ADDISON

SUBJECT: RESPONSE TO DR. WEBSTER'S CONCERNS REGARDING DR. McCRARY

Sir, I appreciate the opportunity to respond to Dr. Webster's concerns regarding Dr. McCrary as addressed in her letter to you dated 12 June 1998. I have written feedback from Dr. McCrary, which is attached, and I have interviewed Dr. Teddy Mendez, the Primary Care Flight Commander. These comments, along with mine, will be included to address her concerns. I will address them in the same fashion that she did for continuity's sake.

1. Dr. Webster's comments about the continuous state of disorganization in the ER cannot be laid entirely upon the feet of Dr. McCrary but has to be looked at in part as being caused by the system. Both Drs. Webster and McCrary came into the ER with the thought that they were going to be the ER director. I informed the then SGH, Dr. Robbins, and Dr. Mendez that were would see how both members worked out prior to naming an ER director as they seemed so close on the files that I was privy to. After observing both in their work environment, I made the decision to put Dr. McCrary in charge as Dr. Webster seemed to have problems getting organized from the first day. She arrived without uniforms (stated that she had mailed them and couldn't believe that they had not arrived) and while she certainly seemed eager to work, did not have what I consider to be officer-like qualities. Some specific examples are in our very first encounters. On our initial one on one conversation she let me know that she had not washed her hair as the hotel did not have shampoo. I mentioned to the ER staff several times that their uniforms were not meeting standards. She was approached by Col Trebon who told her that she needed a name tag on her BDUs after I had informed her that her uniforms were not within standards. One particular am I saw her in the ER and again told her that she needed to smarten up her uniforms. She informed me that she had worked all night and that was why they were wrinkled. After being in the military for 20 plus years, I know the difference between uniforms that have not seen heat versus wrinkled ones. Once we finally sorted out who was working the ER, things seemed to smooth out more. Dr. Webster never let me forget that she felt slighted because she was not put in charge of the ER and even went as far as insinuating that Dr. McCrary had arrived first and consequently had the opportunity to gain favor and thus was given the position. A lot of Dr. Webster's concerns are based upon the fact that she was not the ER director. As far as her observation of Dr. McCrary's handwriting, she has a good point, as unfortunately, it is hard to interpret a lot of the provider's handwritings. Dr. Rodriquez has addressed the actual documentation to include writing along the sides of the 558, etc. This area seems to be improving.

2. Dr. McCrary and most of the other providers are resistant to change to include the SOAPP. While this is not consistently done anywhere in the facility, it is catching on. Prevention has purchased reminders like pens, mouse pads, etc. Quality checks are going on in various areas to check for compliance. If Dr. McCrary made these comments to Dr. Webster, I certainly can understand her concern for him not reinforcing the policy.

3. I agree that in the beginning when he was making the schedule, Dr. McCrary gave the appearance of looking after self more than coworkers. Dr. Mendez added to this confusion as he did not seem to understand scheduling rules. I got together with both of them, showed them how to do a cyclic schedule that is fair, consistent and predictable. On 12 hour shifts this schedules allows every other weekend off unless leave, TDYs, etc come into play. The unit is trying to adopt this schedule but has not done so completely. In the last few months, and after several sit down sessions with Dr. McCrary by myself and Dr. Mendez, I think things are improving in the ER. I also made the suggestion to Dr. McCrary that someone besides himself do the schedule. It is my understanding that this is what is happening now.

107

4. Dr. Webster shows different stats on LWBS that were given to me by Capt Shercliffe when he was asked to look at this data. Attachment 2 addresses this. This chart takes into consider the fact that a patient could present during the duty time of one provider and leave during the shift of the second provider. In this case, both providers are credited with 0.5 of a LWBS. Dr. Webster does average the highest.

5. Again, she addresses Dr. McCrary's lack of respect in his email from home stating that Dr. Mendez was "jacking around with the schedule". While this certainly is not a show of respect, I wonder about the "vulgar term". I have discussed with Dr. McCrary the expressing of his opinion. His feelings are that the fact that he sent this out on his personal PC does not make it official; I disagree. I also find it hard to believe that any of us never said less that desirable things about our superiors. I guess the difference is putting it in writing.

6. The panic book which I have seen is to be used by ER providers as a guide. I feel that there is an overreaction to the Epi and #2 addresses to give 0.3 Epi, 1:1000 sub q at any site but any person who is authorized to give drugs, to include technicians, know what sub q means. I can see Dr. Webster pointing this out but I certainly would not exact a seasoned ER doctor to give this medication in a site with an end arteriole. It's kind of sad to think that everything has to be spelled out but maybe this is the case.

7. Dr. Webster's comments on Dr. McCrary's form of leadership may have some merit. Dr. McCrary certainly is a somewhat "no nonsense type" person and initially he did seem to want to control all the functioning within the ER. Dr. Mendez and I have discussed this with him, more times than one, and I see some changes. One example is the other doctors getting involved in scheduling, doing the agenda for staff meetings, writing policies, OIs, etc. Dr. Webster has volunteered for several of these things and has done the same. Dr. McCrary, like most of us, certainly has room for improvement but in light of who is available and willing to be the ER director, he continues to be my choice. I still have one on one discussions with him to ensure that he understands what I mean by leadership, being the unit director, etc.

8. Dr. Webster's last statement about Dr. McCrary being considered for a psychiatric evaluation after her's is completed is without warrant. While he certainly has had some patient complaints and I have acknowledged that he needs to continue to work on his leadership style, this is not the same type thing that I have witnessed with Dr. Webster. I have been present during a Code Blue with Dr. Webster where I still question her skills as an ER provider, I have been approached by several staff members and patients with concerns regarding her abilities and emotional status. This is a sad situation as I know that Dr. Webster truly desires to be an outstanding Air Force officer and contribute positively, however, what I see in terms of her practice and the outcomes, leaves me to believe otherwise.

9. Sir, while I tried to answer Dr. Webster's concerns and to be objective, please consider this for what it is worth. As I have deliberately given my opinions and observations, this alone may color my objectivity, but I have tried to be as fair as I can. Please direct any questions to myself and again, thank you for the opportunity to answer Dr. Webster's concerns.

Martha W Addison

MARTHA W. ADDISON, Lt Col, USAF, NC
Commander, Medical Operations Squadron

107

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

24 June 1998

MEMORANDUM FOR RECORD

FROM: 24MDG/CC (Col O'Neil)

SUBJECT: Review of Documentation Regarding Dr. Webster and Dr. McCreary

1. I have reviewed a series of memos regarding the relationship between Major Wilma Webster and Maj James McCrary. These include a memo from Maj Webster to me (12Jun98), a memo from LtCol Martha Addison to me (23Jun98), a table showing the total number of episodes of patients leaving without being seen (LWOBS) which is undated, and a memo from Maj McCrary to me dated 22Jun98.

2. Judged against the background, Maj Webster's memo lacks sufficient substance to justify altering or amending my actions. Maj Webster intensely wanted the job of E.R. director; sufficiently so to have an appointment with me shortly after Dr. MrCrary was selected by LtCol Addison to dispute her choice. Dr. Webster was relieved of her Emergency Room duties by me in May as a result of repeated episodes of disorganized behavior and a clinical style which elicited concern and lack of trust. This community lack of trust reached as far as the office of the Theater Support Brigade Commander, the 24[th] Wing Commander, and the Air Combat Command Surgeon. There appear to be areas where Dr. McCrary is not perfect. However, on balance, he continues to maintain my trust. The E.R. staff and the patient population continue to react favorably to his care and his management of the E.R. This is in sharp contrast to the multiplicity of concerns raised to me about Dr. Webster's clinical management style.

3. No individual---myself included---always does everything perfectly. However, I continue to believe that my actions in relieving Dr. Webster and validating LtCol Addison's decision to continue Dr. McCrary in his present capacity are justifiable based on objective and verifiable patterns of behavior and performance, after reviewing the documentation attached and considering the historical context that the documents were created in.

TERRENCE JAY O'NEIL, Col USAF, MC
Commander

4 Atch:
1. memo from Maj Webster to me (12Jun98)
2. memo from LtCol Martha Addison to me (23Jun98)
3. undated table showing total no. episodes of patients leaving without being seen (LWOBS)
4. memo from Maj McCrary to me dated 22Jun98

AFD=c:\aamdgrp1\complain\webster\24jun98.doc

*Global Power For America*

107