Who gave you outstanding service? ________________ poor service? Webster

Please tell us how: waited 21 hrs for paperwork that took 5 mins. she was unaware of how to operate the computer was only doctor available

If you could change something about your visit, what would it be? ________________

If you wish to be contacted regarding your visit, please write your name and telephone number below.

(E: ________________ TELEPHONE NUMBER: ________________

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

---------------------------FOLD HERE---------------------------

MPS

SGOPE
UNIT 0530
APO AA 34001

1157

**DEPARTMENT OF THE AIR FORCE**
**24TH MEDICAL OPERATIONS SQUADRON (ACC)**
**HOWARD AFB, PANAMA**

**Department of Emergency Services**

**TYPE OF VISIT/SERVICE** Sun high fever x 3 days **DATE** 27 OCT 97

Please circle applicable items: Active Duty Retired Dependent Civilian

USAF USA USN USMC Coast Guard

| TIMELINESS | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | 3 | 2 | 1 |
| Waiting time before screening | 5 | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | 1 |

**STAFF SENSITIVITY**

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | 3 | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |

**PHYSICAL ENVIRONMENT**

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of area | 5 | 4 | 3 | 2 | 1 |
| Availiability of reading material | 5 | 4 | 3 | 2 | 1 |

**CUSTOMER SATISFACTION**

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

1153

Who gave you outstanding service? ______________ poor service? The whole staff

Please tell us how: we arrived at noon did not recieve service until 1700. then waited another hour. Doctor Webster was absent minded, our son of 9 mon running a temperature over a hundred and not recieving proper attention.

VERY Dissatisfied waited over 6 hours for servic

If you could change something about your visit, what would it be? NOT Have waisted my time till gotten a billingual friend to take me to a more efficient panamanian hospital. yes and payd for it.

If you wish to be contacted regarding your visit, please write your name and telephone number below.

NAME: Kenneth R. Teel TELEPHONE NUMBER: 269-1069 #716

PLEASE CALL ME!!!

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

FOLD HERE

MPS

SGOPE
UNIT 0530
APO AA 34001

1159

 1012

**DEPARTMENT OF THE AIR FORCE**
**24TH MEDICAL OPERATIONS SQUADRON (ACC)**
**HOWARD AFB, PANAMA**

## Department of Emergency Services

**TYPE OF VISIT/SERVICE** Sx high fever x 3 days **DATE** 27 OCT 97

Please circle applicable items: **Active Duty** Retired **Dependent** Civilian

**USAF** USA USN USMC Coast Guard

### TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | 3 | 2 | **1** |
| Waiting time before screening | 5 | 4 | 3 | 2 | **1** |
| Promptness of provider | 5 | 4 | 3 | 2 | **1** |

### STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | **3** | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | **2** | 1 |
| Respect for confidentiality and privacy | 5 | 4 | **3** | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | **2** | 1 |

### PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | **1** |
| Cleanliness of area | 5 | 4 | **3** | 2 | 1 |
| Availiability of reading material | 5 | 4 | 3 | 2 | **1** |

### CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | **2** | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

1160

Who gave you outstanding service? ______________ poor service? The whole staff

Please tell us how: we arrived at noon did not recieve service until 1700. then waited another hour. Doctor Webster was absent minded, our son of 9 mon running a temperature over a hundred and not recieving propper attention.

VERY Dissatisfied waited over 6 hours for servi[illegible]

If you could change something about your visit, what would it be? NOT Have waisted my time I'd gotten a billingual friend to take me to a more efficient panamanian hospital yes and payd for it.

If you wish to be contacted regarding your visit, please write your name and telephone number below.

[NAM]E: Kenneth R. Teel TELEPHONE NUMBER: 269-1069 #716

PLEASE CALL ME !!!

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

FOLD HERE

**MPS**

**SGOPE**
**UNIT 0530**
**APO AA 34001**

1161

1017

# DEPARTMENT OF THE AIR FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

## Department of Emergency Services

TYPE OF VISIT/SERVICE ____________ DATE 11 NOV 97

Please circle applicable items: Active Duty (circled) Retired Dependent Civilian

USAF (circled) USA USN USMC Coast Guard

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | (4) | 3 | 2 | 1 |
| Waiting time before screening | 5 | (4) | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | (3) | 2 | 1 |

## STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | (4) | 3 | 2 | 1 |
| Staff helpfulness | 5 | (4) | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | (4) | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | (3) | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | (4) | 3 | 2 | 1 |
| Cleanliness of area | 5 | (4) | 3 | 2 | 1 |
| Availiability of reading material | 5 | (4) | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | (3) | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | (2) | 1 |

(OVER)

1163

**Who gave you outstanding service?** ______ **poor service?** Major Webster

**Please tell us how:** The provider was unwilling to ~~[illegible]~~ listen to what I was saying. I have Hayfever and I'm fully aware of what's going on with my body. I requested the same medicine I've been taking for 10 years. She told me it wasn't available at that time. I explained to her I work nights and would appreciate if she would into the computer a prescription so I wouldn't have to go to sick call. She refused

**If you could change something about your visit, what would it be?** The Provider

**If you wish to be contacted regarding your visit, please write your name and telephone number below.**

**NAME:** Brian Denmark **TELEPHONE NUMBER:** 2699984

**Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.**

----------FOLD HERE----------

**MPS**

**SGOPE**
**UNIT 0530**
**APO AA 34001**

1163

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

PRIMARY CARE CLINIC

DATE 11-12-97

TYPE OF VISIT/SERVICE ER

Please Circle Applicable Items: Active Duty Retired Dependent Civilian USAF USA **USN** USMC Coast Guard

| AVAILABILITY / ACCESS | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Accessibility of telephone lines | 5 | 4 | **3** | 2 | 1 |
| Availability of appointments | 5 | 4 | **3** | 2 | 1 |
| Availability of providers | 5 | 4 | **3** | 2 | 1 |
| Availability of services | 5 | **4** | 3 | 2 | 1 |

| TIMELINESS | | | | | |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | **4** | 3 | 2 | 1 |
| Waiting time before screening | 5 | **4** | 3 | 2 | 1 |
| Promptness of provider | **5** | 4 | 3 | 2 | 1 |
| Length of appointment | 5 | **4** | 3 | 2 | 1 |

| STAFF SENSITIVITY | | | | | |
|---|---|---|---|---|---|
| Clinic staff courtesy | **5** | 4 | 3 | 2 | 1 |
| Clinic staff helpfulness | 5 | **4** | 3 | 2 | 1 |
| Respect for confidentiality and privacy | **5** | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | **3** | 2 | 1 |

| PHYSICAL ENVIRONMENT | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | **4** | 3 | 2 | 1 |
| Cleanliness of clinic areas | **5** | 4 | 3 | 2 | 1 |
| Ease of finding the providers' offices | **5** | 4 | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | **4** | 3 | 2 | 1 |

| CUSTOMER SATISFACTION | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | **1** |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |
| | **5** | 4 | 3 | 2 | 1 |

Who gave you really outstanding service? MENdez ... poor service? Webster

Please tell us how: Dr. Webster was very, very forgetful and [illegible] waiting in emergency room from 3:30 pm to 11:30 pm it was not call for wrong dinost and medinc. need Better Doctor who know what they are doing

If you could change something about your visit what would it be? Please get someone in the Clinic who Known All! going on. Because I'm a long long way from Home. If she cant get the job done please get someone who Know what they are doing Thank you.

If you wish to be contacted regarding your visit, please write your name and telephone number:

NAME: SAmanthA Horster TELEPHONE NUMBER: 2843535

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

Please contacted soon as you can

FOLD HERE

**MPS**

**SGOFMG**

**UNIT 0530**
**APO AA 34001**

FOLD HERE

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

**PRIMARY CARE CLINIC**

TYPE OF VISIT/SERVICE Follow up - Primary Care DATE 2 Feb 98

Please Circle Applicable Items: Active Duty Retired (Dependent) (Civilian) (USAF) USA USN USMC Coast Guard

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| **AVAILABILITY / ACCESS** | | | | | |
| Accessibility of telephone lines | 5 | (4) | 3 | 2 | 1 |
| Availability of appointments | 5 | 4 | (3) | 2 | 1 |
| Availability of providers | 5 | 4 | (3) | 2 | 1 |
| Availability of services | 5 | 4 | (3) | 2 | 1 |
| **TIMELINESS** | | | | | |
| Waiting time for registration | 5 | 4 | (3) | 2 | 1 |
| Waiting time before screening | 5 | 4 | (3) | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | (1) |
| Length of appointment | 5 | 4 | 3 | 2 | 1 |
| **STAFF SENSITIVITY** | | | | | |
| Clinic staff courtesy | 5 | (4) | 3 | 2 | 1 |
| Clinic staff helpfulness | 5 | (4) | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | (4) | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |
| **PHYSICAL ENVIRONMENT** | | | | | |
| Adequacy of waiting area | 5 | (4) | 3 | 2 | 1 |
| Cleanliness of clinic areas | 5 | (4) | 3 | 2 | 1 |
| Ease of finding the providers' offices | 5 | (4) | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | (4) | 3 | 2 | 1 |
| **CUSTOMER SATISFACTION** | | | | | |
| Professionalism of staff | 5 | (4) | 3 | 2 | 1 |
| Care received from staff | 5 | (4) | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

2 Feb 98

I had made an appointment to see Dr. Lopez two weeks prior to this appointment Today I found out he was not at Howard, but at Clayton. However I was not informed of this until about twenty-five minutes after my arrival. I was screened as usual, and your staff is all very professional and courteous. The appointment was originally for 1115 and one hour later I was still waiting to be seen. Major Webster was the provider that was to see me. At about 1225, she came out with her patient and I was her next patient; however she walked behind the primary care counter and disappeared. About ten minutes later I approached the counter and asked if she was eating lunch and was told that she was. I then told the technician that I had been waiting over and hour and it was not right that she had just left me there (along with someone else that was to see her after me) without even saying anything to us. Not even out of common courtesy!

I was finally seen at 1230 by Dr Mendez and was on my way shortly thereafter. My complaint is not the switch of providers, but that I was left there waiting, and if I had not asked I probably would have been left there until Major Webster was done eating.

If you have any questions, please call Edna V. Martinez at 284-4516/5345. I appreciate your attention to this matter.

Edna V. Martinez

MPS

M2
PSC1 Box 2541

DOD OFFICIAL
INTRA-THEATER MAIL

SGOFMG
Unit 0530
APO AA 34001

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

PRIMARY CARE CLINIC

TYPE OF VISIT/SERVICE Sport Physical DATE 2 Feb 98

Please Circle Applicable Items: Active Duty Retired (Dependent) Civilian

USAF USA (USN) USMC Coast Guard

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| **AVAILABILITY / ACCESS** | | | | | |
| Accessibility of telephone lines | 5 | (4) | 3 | 2 | 1 |
| Availability of appointments | 5 | 4 | (3) | 2 | 1 |
| Availability of providers | 5 | 4 | 3 | 2 | (1) |
| Availability of services | 5 | 4 | 3 | 2 | (1) |
| **TIMELINESS** | | | | | |
| Waiting time for registration | 5 | 4 | (3) | 2 | 1 |
| Waiting time before screening | 5 | (4) | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | (1) |
| Length of appointment | 5 | 4 | 3 | 2 | (1) |
| **STAFF SENSITIVITY** | | | | | |
| Clinic staff courtesy | 5 | (4) | 3 | 2 | 1 |
| Clinic staff helpfulness | 5 | (4) | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | (4) | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | (1) |
| **PHYSICAL ENVIRONMENT** | | | | | |
| Adequacy of waiting area | 5 | (4) | 3 | 2 | 1 |
| Cleanliness of clinic areas | 5 | (4) | 3 | 2 | 1 |
| Ease of finding the providers' offices | 5 | (4) | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | 4 | 3 | (2) | 1 |
| **CUSTOMER SATISFACTION** | | | | | |
| Professionalism of staff | 5 | 4 | (3) | 2 | 1 |
| Care received from staff | 5 | 4 | (3) | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

Who gave you really outstanding service? ______ poor service? Maj. [illegible]

Please tell us how: I waited for over an hour after my appt. time & finally had to leave.

If you could change something about your visit what would it be? ______

If you wish to be contacted regarding your visit, please write your name and telephone number:

NAME: ______ TELEPHONE NUMBER: ______

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

---FOLD HERE---

MPS

SGOFMG

UNIT 0530
APO AA 34001

---FOLD HERE---

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

PRIMARY CARE CLINIC

TYPE OF VISIT/SERVICE Sport Physical DATE 2/6/98

Please Circle Applicable Items: Active Duty Retired **Dependent** Civilian

USAF USA **USN** USMC Coast Guard

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| **AVAILABILITY / ACCESS** | | | | | |
| Accessibility of telephone lines | 5 | **4** | 3 | 2 | 1 |
| Availability of appointments | 5 | 4 | **3** | 2 | 1 |
| Availability of providers | 5 | 4 | 3 | **2** | 1 |
| Availability of services | 5 | 4 | **3** | 2 | 1 |
| **TIMELINESS** | | | | | |
| Waiting time for registration | 5 | 4 | **3** | 2 | 1 |
| Waiting time before screening | **5** | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | **1** |
| Length of appointment | 5 | 4 | 3 | 2 | **1** |
| **STAFF SENSITIVITY** | | | | | |
| Clinic staff courtesy | 5 | 4 | **3** | 2 | 1 |
| Clinic staff helpfulness | 5 | 4 | **3** | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |
| **PHYSICAL ENVIRONMENT** | | | | | |
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of clinic areas | 5 | 4 | 3 | 2 | 1 |
| Ease of finding the providers' offices | 5 | 4 | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | 4 | 3 | 2 | 1 |
| **CUSTOMER SATISFACTION** | | | | | |
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

Please tell us how: This is the 2nd time I have made an appointment & have had to wait over an hour to be seen.

If you could change something about your visit what would it be? I would be seen in a timely manner.

If you wish to be contacted regarding your visit, please write your name and telephone number:

NAME: ______________________ TELEPHONE NUMBER: ______________

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

FOLD HERE

MPS

SGOFMG

UNIT 0530
APO AA 34001

FOLD HERE

IAFG-D(FWD) 20 FEB 98 7 February 1998

MEMORANDUM THRU Commander D Co (Fwd) 202d Military Intelligence Battalion

FOR COL TOUR

SUBJECT: Medical Care

On February 3 1998, I, SGT Silbaugh, John D., upon waking up for work had severe pain in my stomache. I then procceded to get a driver from my company to accompany me to Howard Clinic. When I arrived at Howard I tried to go to the emergancy room. The Airman at the desk told me to go upstairs to sick call. I then waited upstairs for 15 minutes. After having my vitals taken, Dr. Webster attended me. She asked me a few questions and examined the area of concern. She told me to go to the LAB for a urinalysis. Upon completion I went back to her office. DR. Webster proceded to write me a profile. While she was preparing the paperwork she made a mistake. She then began to cry. I was kind of nervous at this point so I tried to comfort her by saying "What's wrong mam?". She then replied with "I hate this job." She began to explain herself by saying that the work she was doing could put her in jail. After the conversation I went back to work as the profile stated.

The next morning I awoke to go to work and again felt the pain so once again I went to Howard Clinic. This time when I arrived I had my vitals taken and was shown directly to Dr. Luff. Dr. Luff then proceded to tell me that the urinalysis from the day before had shown that I had some blood in my urin. He then told me that I possibly had kidney stones and instructed his people to give me an IV. After the IV, I was given a shot, prescribed medication and sent home on two days quarters with instructions to return the next day for X-RAY's and see DR. Pierce.

The next day I took the X-RAY's and saw DR. Pierce. He checked me out, asked me numerous questions, and prescribed more medication. He then sent me back to work.

John D Silbaugh

JOHN D. SILBAUGH
SGT, USA

**DEPARTMENT OF THE AIR FORCE**
**24TH MEDICAL SUPPORT SQUADRON (ACC)**
**HOWARD AFB, PANAMA**

May 6, 1998

**MEMORANDUM FOR 24 MDOS/CC** Lt Col Addison,

**FROM: 24 MDSS/SGSL**

**SUBJECT:** Customer Care Complaint

On 2 May 1998, I visited the Emergency Clinic at Howard. SrA Vargas immediately greeted me, and my vital signs were taken. I was the only patient in the waiting room. It took around 30 minutes to be seen by a physician. I was seen by Maj. Webster. She was undoubtedly the most unprofessional and untrained physician I have ever been treated by. Following is the run down of care I received from her.

I explained that I have had two prior knee surgeries and had seen Dr Anderson (filling in for Dr Granville) on 15 Apr. He subsequently sent me to physical therapy on 28 Apr 98. I was doing the physical therapy exercises on the night before, (1 May 98) and felt something happen to my knee. I indicated I was in extreme pain and could not walk. She checked the pulse in my foot and felt the top of my knee for fluid. (She never checked my reflexes or compared knees for swelling). She told me to go to XRay and get films taken. I asked her how I was supposed to get there since it hurt so much to walk. She told me there was a wheel chair in the hall and asked if I knew how to push one. I proceeded to the hall and got a wheel chair and started to push myself to XRay. As I passed the front desk, SrA Vargas said he would take me to XRay. After I was done, the XRay technician called and the ER tech (Patrick) came and got me and took me back to the ER lobby. My XRays were given to Maj. Webster. I sat in the lobby while she saw another patient. Capt. Shercliffe told her my XRays were in the room, and she said she knew, and proceeded to see another patient. After she was done seeing that patient, she came out to the lobby, told me the XRays were fine and there was nothing wrong with my knee. She said since I had an appointment with Dr Granville on the 26 May, I could just wait until then. I asked her if she could do something for the pain, because it was very difficult to put weight on the knee, (still in the lobby), and she said she would give me an ace bandage and some crutches. I asked her what I should take for pain and she told me to continue with the Voltaren I was taking. I tried to make her understand the pain was very bad and she insisted the Voltaren would suffice. She told me to put heat on the knee and I asked if ice wouldn't be better because it was swollen. She told to use what ever felt the best. I was frustrated and gave up because she did not seem qualified or informed to help me, and I went home. I spent the rest of Saturday and all of Sunday in extreme pain. By Monday it was somewhat better. I called SSgt StLouis in orthopedics and explained the situation to her and she got me an appointment with Dr Granville on Tuesday 5 May 98. Dr. Granville told me that I had torn the meniscus and scheduled me for an arthroscope on 5 Jun. I

was extremely disappointed with the service and care provided by Maj. Webster, especially when she told me nothing was wrong with my knee. I would not feel very confident if a life-threatening emergency occurred while she was the attending Emergency Physician. As an employee of the 24th Medical Group, I am concerned the impression we are portraying is not a favorable one, when the populace is given the appearance of substandard care from one of our providers.

I would like to point out that the only person I have a complaint about is Maj. Webster. Capt. Shercliffe, SrA Vargas, and Patrick were very professional, extremely courteous, and concerned about my welfare.

Michelle K. Schroder

MICHELLE K. SCHRODER
284-5150

MEDICAL QUALITY ASSURANCE DOCUMENT
PROTECTED FROM DISCOVERY UNDER TITLE 10, U.S.C. SECTION 1102
NOT FOR RELEASE WITHOUT PERMISSION OF THE COMMANDER

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

18 May, 1998

MEMORANDUM FOR MAJOR WEBSTER

FROM: SGH

SUBJECT: Patient Concern

1. Please review attached letter sent by Mrs. Michelle K. Schroder concerning her experience while receiving care in the emergency room on 02 May 98. There seems to be a discrepancy in the physical she describes you performed and the one documented in the SF 558.

2. Of concern to me is the way she relates how the whole episode of care happened; the wheelchair, the explanation of her injury, medications, and disposition. Please be prepared to discuss these issues with me.

3. I would appreciate if you could provide me with a written response not later than close of business on 20 May, 98.

Jose E. Rodriguez-Vazquez, LtCol, USAF, MC,SFS
Chief, Medical Staff

cc. Maj McCrary

Attachment:
1. SF 558
2. Concerned letter

PS: please return the whole package to my office