DEPARTMENT OF THE AIR FORCE
48TH FIGHTER WING (USAFE)

9 Nov 95

MEMORANDUM FOR 48 MDOS/SGOPE
ATTN: Maj Wilma P. Webster

FROM: 48 MDG/SG

SUBJECT: Award of Regular Privileges and Medical Staff Appointment

1. Your credentials were reviewed for award of regular privileges and a medical staff appointment IAW AFI 44-119.

2. The Credentials Function of the 48th Medical Group Executive Committee of the Medical Staff met on 8 Nov 95 and recommended **award of Regular Privileges in Emergency Medicine/SCU** and an active medical staff appointment.

3. The award is based on a transfer brief from your last base and contingent upon receipt of your original Providers Credential File from Yakota AB, Japan.

4. As a staff practitioner, you have certain obligations as outlined in AFI 44-119.

a. If you want additional privileges, you must apply through your supervisor and service chief to the SGH, for review and approval by the facility commander.

b. You must continue to comply with the medical facility regulations and with the continuing health education standards for your specialty IAW AFI 44-119. Copies of certificates of training must be sent to SGHQ/Credentials for posting to your credentials file.

c. You must ensure that your credentials meet the standards of the medical academy, board, or other professional body you are certified with.

d. You must maintain current training in BLS, ACLS, ATLS, and PALS as appropriate.

e. You must send to SGHQ/Credentials a quarterly summary of:

(1) Attendance at conferences (date, place, sponsor, topic, and CME hours)
(2) Lectures given (with same data as above)
(3) Papers published (journal, date, topic)
(4) Special activities
(5) Exams taken and results

119

(6) Temporary duties to practice your clinical privileges

f. If on flying status, maintain a flight log (USAFE policy).

5. Please acknowledge your agreement with this action or your intent to appeal by signing at the endorsement.

PAUL B. CHRISTIANSON, Col, USAF, MC, FS
Commander

1st Ind, 48 AMDS/SGOPE

MEMORANDUM FOR MDG/SG

I have reviewed the award of regular privileges and an active medical staff appointment recommended by the Credentials Function and approved by the medical group commander. I understand the limitations set down and I **do/~~do not~~** concur with this action. ~~I do~~/**do not** intend to appeal this action.

WILMA P. WEBSTER, Maj, USAF, MC

13 NOV 95
DATE

# APPLICATION FOR CLINICAL PRIVILEGES

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Section 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## APPLICANT COMPLETES SECTION I THROUGH IX

### I. IDENTIFICATION

| NAME (Last, First, Middle, Initial) | GRADE | SSN | DATE |
|---|---|---|---|
| Webster Wilma P. | 04 | 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 | 30 Oct 95 |

| HOME ADDRESS (City, State, and Zip Code) | DUTY PHONE NO. | HOME PHONE NO. |
|---|---|---|
| PSC #41 BOX 3482 APO AE 09464-3482 | 4226 | 01284 723531 ~~6794~~ |

| MEDICAL FACILITY/UNIT OF ASSIGNMENT | PRIMARY/SECONDARY AFSC | SPECIALTY | CORPS |
|---|---|---|---|
| 48 MDG / SGOPE | 044E3A/44M3 | ~~Emergency Med~~ Int. Med | M.C. |

### II. PROFESSIONAL EDUCATION

| NAME OF PROFESSIONAL SCHOOL | LOCATION | DATES ATTENDED FROM | DATES ATTENDED TO | DEGREE |
|---|---|---|---|---|
| Universidad Nacional Autónoma de México | Mexico DF | April 1973 | 1979 | Medico Cirujano (MD) |
| | | | | |
| | | | | |
| | | | | |

### III. POST GRADUATE TRAINING (Internship, Residency, Fellowship)

| NAME OF HOSPITAL OR INSTITUTION | LOCATION | TYPE OF PROGRAM (Residency, etc) | DATES ATTENDED FROM | DATES ATTENDED TO |
|---|---|---|---|---|
| Providence Hospital | Southfield, Michigan | Residency | 01 JUL 80 | 30 JUN 83 |
| | | | | |
| | | | | |

### IV. PRESENT AND PREVIOUS MILITARY AND CIVILIAN ASSIGNMENTS (Continue on Reverse)

| NAME OF HOSPITAL OR ORGANIZATION | LOCATION | SERVICE OR SPECIALTY TO WHICH ASSIGNED | DATES ATTENDED FROM | DATES ATTENDED TO |
|---|---|---|---|---|
| 300th Field Hospital | Ashley, Pennsylvania | USAR (ER/Int Med) | 10 JUL 89 | 92 |
| 300th Field Hospital | Saudi Arabia | (activated USAR) 3rd Army (ER/IM) | '91 | June '9[illegible] |
| 374th Med. group | Yokota Air Base, Japan | USAF (ER) | '92 | Oct 95 |
| | | | | |
| | | | | |
| | | | | |



1770

**[PR]ESENT AND PREVIOUS MILITARY AND CI[VILIA]N ASSIGNMENTS** *(Continued) (If additional space is ne[eded] continue on a separate sheet of paper)*

| [N]AME OF HOSPITAL OR ORGANIZATION | LOCATION | SERVICE OR SPECIALTY TO WHICH ASSIGNED | DATES ATTENDED FROM | TO |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CERTIFICATION/LICENSURE** *(List all, If additional space is needed continue on separate sheet)*

| [BOARD] QUALIFIED *(Specialty Board)* | BOARD ~~ELIGIBLE IN~~ prepared |
|---|---|
| [I]nternal Medicine | Emergency Medicine |

| BOARD CERTIFICATION BY *(Specialty Board)* | CERTIFICATE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| [I]nternal Medicine | | '85 | indefinite |
| | | | |

| STATE LICENSURE *(Name of State)* | LICENSE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| [Pen]nsylvania | MD032126-E | | 31 DEC 96 |
| [Mic]higan | 4301044199 | | 31 JAN 97 |
| [Wi]sconsin | 26210 | | 01 NOV 97 |
| [Ca]lifornia | CFE 42836 | | 31 JUL 96 |

**MEMBERSHIP IN PROFESSIONAL SOCIETIES** *(If additional space is needed continue on a separate sheet of paper)*

| NAME OF SOCIETY | STATUS *(Member, Fellow, etc.)* |
|---|---|
| AMA | member |
| ACEP | member |
| AMSUS | member |

**REFERENCES** *(Every practitioner MUST list three references. Two must be the former Chief of Professional Services and service chief at your previous facility, if you had them)*

| NAME | ADDRESS *(City/Base, State, Zip Code)* | TELEPHONE NUMBER |
|---|---|---|
| [Pe]rez de Taglia, Susan, MAJ (Service Chief) | Yokota Air Base, Japan 374 MDG APO AP 96328 | DSN: 225-3600 |
| [Bur]ke, Winston, Col MDOS Squadron C | " " Yokota Air Base, Japan | DSN: 225-3600 |
| [Sa]nders, George, Col (SGH) | " " Yokota Air Base, Japan | DSN: 225-3601 |

**CREDENTIALS ACTION HISTORY** *(If answer to any of the following questions is "YES", give full details in "Remarks" or separate sheet of paper.)*

| | YES | NO |
|---|---|---|
| [A. HA]S YOUR LICENSE TO PRACTICE MEDICINE IN ANY [JU]RISDICTION EVER BEEN LIMITED, SUSPENDED [O]R REVOKED? | | X |
| [B. H]AVE YOU EVER BEEN REFUSED MEMBERSHIP IN HOSPITAL MEDICAL STAFF? | | X |
| [C. H]AS YOUR REQUEST FOR ANY SPECIFIC CLINICAL [P]RIVILEGES EVER BEEN DENIED OR GRANTED WITH [ST]ATED LIMITATIONS? | | X |
| [D. HA]VE YOUR PRIVILEGES AT ANY INSTITUTION [EV]ER BEEN LIMITED, RESTRICTED OR REVOKED? | | X |
| [E. HA]S YOUR NARCOTIC LICENSE EVER BEEN SUSPENDED [OR] REVOKED? | | X |
| [F. HA]VE YOU EVER BEEN DENIED MEMBERSHIP OR [REN]EWAL THEREOF, OR BEEN SUBJECT TO DISCIPLINARY [AC]TION IN ANY MEDICAL ORGANIZATION? | | X |

| | YES | [NO] |
|---|---|---|
| G. HAVE YOU EVER BEEN ARRESTED OR TREATED FOR DRUG AND ALCOHOL ABUSE? | | ✓ |
| H. HAVE YOU EVER BEEN CHARGED IN A FELONY CASE? | | ✓ |
| I. HAVE YOU EVER BEEN A DEFENDANT OR THE SUBJECT OF A MEDICAL MALPRACTICE LIABILITY CLAIM, SETTLEMENT, JUDICIAL OR ADMINISTRATIVE ADJUDICATION, OR ANY OTHER RESOLVED OR OPEN CHARGES OF INAPPROPRIATE, UNETHICAL, UNPROFESSIONAL, OR SUBSTANDARD CARE? | | ✓ |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |
| J. HAVE YOU EVER HAD OR PRESENTLY HAVE A SIGNIFICANT MEDICAL *(including mental health)* PROBLEM? | | ✓ |



1201

IX. STATEMENT OF APPLICANT
*(PLEASE READ CAREFULLY BEFORE SIGNING)*

All information submitted by me in this application is true to the best of my knowledge and belief. In making this application for clinical privileges at this hospital, I acknowledge my obligation to provide continuos care and supervision of my patients, to accept committee assignments, to accept consultation assignments, and to participate in staffing the emergency area and other specialty care units.

I certify that any false or incomplete information knowingly provided on or with this application may be grounds for not employing or accessing me, or for dismissing or releasing me if I am already employed or serving. I understand that knowingly providing false or incomplete information is punishable by fine or imprisonment under U.S. Code Title 18, Section 1001.

I hereby authorize the hospital, its medical staff, and their representatives to consult with administrators and members of the medical staff of other hospitals or institutions with which I have been associated and with other who have information bearing on my professional competence, character and ethical qualifications. I hereby further consent to the inspection by the hospital, its medical staff, and its representatives of all documents, including medical records at other hospitals, that may be material to an evaluation of my professional qualifications and competence to carry out the clinical privileges requested as well as my moral and ethical qualifications for staff membership.

I hereby release from liability any and all individuals and organizations who provide information to the hospital, or its staff, in good faith and without malic concerning my professional competence, ethics, character, and other qualifications for clinical privileges, and hereby consent to the release of such information. I further agree to release and hold harmless from any liability the United States and any and all persons who participate within the scope of their duties in good faith and without malice in the review if any action or recommendation relating to my professional competence, ethics, character, and other qualifications. I hereby further authorize the hospital to communicate to other hospitals and to other persons or organizations with a legitimate interest therein any information concerning my professional competence, character, and ethics that the hospital may have or acquire, and, where such communication is made in good faith and without malice, I consent thereto and agree to hold the hospital and its authorized representatives free form liability, therefor, I understand and agree that I, as an applicant for clinical privileges, have the burden of producing adequate information for proper evaluation of my professional competence, character, ethics, and other qualifications and for resolving any doubts about such qualifications. I further acknowledge that I am familiar with the principles and standards of the Joint Commission on Accreditation (JCAH) and will cooperate with the hospital in maintaining JCAH standards for the hospital. I also agree to conduct any practice according to high ethical traditions. I particularly agree to subject my clinical performance to, and faithfully participate in, the hospital's quality assurance programs as the same shall from time to time be in effect.

SIGNATURE OF APPLICANT: *Wilma P. Webster* DATE: *30 Oct 95*

**FOR CREDENTIAL COMMITTEE USE ONLY**

X. REVIEW

RECOMMEND ☐ APPROVAL ☐ DISAPPROVAL ☒ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF SERVICE CHIEF: *[signature]* DATE: *8 Nov '95*

RECOMMEND ☐ APPROVAL ☐ DISAPPROVAL[1] ☑ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF DEPARTMENT CHAIRPERSON: *William L Wrichs* DATE: *8 Nov 95*

XI ☐ PROVISIONAL ☐ COURTESY, OR ☐ CONSULTING PRIVILEGES — DATE FROM / TO

☐ APPROVAL ☐ DISAPPROVAL[1] ☐ APPROVAL WITH MODIFICATION[1] — *Section Not Used gP*

SIGNATURE OF MEDICAL FACILITY COMMANDER OR DESIGNATED REPRESENTATIVE — DATE

XII. CREDENTIALS COMMITTEE RECOMMENDATION

~~DEFINED~~ PRIVILEGES *gP Regular* ☐ APPROVAL ☐ DISAPPROVAL[1] ☑ APPROVAL WITH MOFICATION *See 2800 series Forms*

SIGNATURE OF CREDENTIALS COMMITTEE CHAIRPERSON: *[signature]* DATE: *9 Nov 95*

XIII. MEDICAL FACILITY COMMANDER APPROVAL

☐ APPROVAL ☐ DISAPPROVAL[1] ☒ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF MEDICAL FACILITY COMMANDER (MAJCOM Surgeon if MFC is not a physician): *[signature]* DATE: *9 Nov 95*

REMARKS

*See modifications on AF form 2821 WRM Per AFI 44-119 dated 1 Oct 95, "defined privileges are changed to "regular" privileges.*

1 Explain in "Remarks".

1202

DEPARTMENT OF THE AIR FORCE
48TH FIGHTER WING (USAFE)

MEMORANDUM FOR 48TH MEDICAL GROUP
ATTN: Maj Webster (ER)

FROM: 48 MDG/SGH

SUBJECT: Voluntary Relinquishment of License or Privileges

1. The Air Force Form 1540, Application for Clinical Privileges, does not include important information that is required by Joint Commission on Accreditation of Healthcare Organizations (JCAHO) standards. Under the JCAHO Medical Staff Standards 5.5.1 and 5.5.2, each applicant for privileges must state whether or not there was a voluntary relinquishment of a license to practice or any voluntary limitation, reduction, or loss of clinical privileges.

2. Please complete the required information by answering the questions in the endorsement below.

DANIEL L. COHEN, Col, USAF, MC, FS
Chief of the Medical Staff

1st Ind

MEMORANDUM FOR 48 MDG/SGH

1. The following questions are answered as requested:

a. Have there been any previously successful or currently pending challenges to any licensure or registration (state or district, Drug Enforcement Administration) or the voluntary relinquishment of such licensure or registration? YES ____ NO ✓

b. Have you voluntarily terminated or involuntarily been terminated of any medical staff membership, or voluntarily or involuntarily had your clinical privileges at any hospital limited, reduced, or revoked? YES ____ NO ✓

2. All "YES" answers are explained on the reverse side of this letter.

PRACTITIONERS SIGNATURE

27 DEC 95
DATE

## CRED[…]ALS PRIVILEGE LIST – EMERGE[…] [ME]DICINE

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

### INSTRUCTIONS

Part I, List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege. Each block must have a code number. The practitioner signs and dates the form and sends it to his or her supervisor.

Part II, Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander *(MFC)* for approval. After approval the Credentials Committee Chairperson makes the change in pen, initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

**CODES:**
1. Perform without consultation.
2. Perform with consultation.
3. Not requested/approved due to lack of facility support/policy.
4. Not requested/approved due to lack of expertise.

| NAME OF PRACTITIONER *(Last, First, Middle Initial)* | NAME OF MEDICAL FACILITY |
| --- | --- |
| Webster, Wilma P. | 48 th Medical Group |

### LIST OF PRIVILEGES – EMERGENCY MEDICINE

**1.**

| Requested | Approved | |
| --- | --- | --- |
| 1 | 1 | A. Provide initial emergency care as is appropriate in true life-threatening emergencies |
| | | B. Provide initial management without consultation |
| 1 | 1 | 1. Minor lacerations |
| 1 | 1 | 2. Major lacerations |
| 1 | 1 | 3. Minor respiratory illness |
| 1 | 1 | 4. Acute respiratory illness |
| 1 | 1 | 5. Pulmonary embolism |
| 1 | 1 | 6. Minor gastrointestinal illness |
| 1 | 1 | 7. Acute abdominal illness |
| 1 | 1 | 8. Minor burns |
| 1 | 1 | 9. Critical burns *(emergency care only)* |
| 1 | 1 | 10. Minor musculoskeletal trauma |
| 1 | 1 | 11. Minor dermatologic illness |
| 1 | 1 | 12. Minor gynecologic problems |
| 1 | 1 | 13. Acute cardiac emergencies including acute myocardial infarction, arrhythmias and heart failure |
| 1 | 1 | 14. Poisonings |
| 1 | 1 | 15. Near drowning |
| 1 | 1 | 16. Severe allergic reactions |
| 1 | 1 | 17. Nose bleeds |
| 1 | 1 | 18. Hypothermia |
| 1 | 1 | 19. Hyperthermia |
| 1 | 1 | 20. Patients with altered level of consciousness |
| 1 | 1 | 21. Multiple trauma |
| 1 | 1 | 22. Acute psychiatric illness |
| 1 | 1 | 23. Alcohol detoxification and drug withdrawal |
| 1 | 1 | 24. Animal and human bites |
| 1 | 1 | 25. Eye trauma and illness |
| 1 | 1 | 26. Hand infections |
| 1 | 1 | 27. Seizure disorders |
| 1 | 1 | 28. Gastrointestinal bleeding |

| Requested | Approved | |
| --- | --- | --- |
| 1 | 1 | 30. Urinary calculi |
| 1 | 1 | 31. Urinary tract infections |
| 1 | 1 | 32. Screening of ambulance calls |
| 1 | 1 | 33. Minor pediatric illnesses |
| | | C. Procedures |
| 1 | 1 | 1. Oral/nasopharyngeal airway insertion |
| 1 | 1 | 2. Endotracheal intubation |
| 1 | 1 | 3. Nasotracheal intubation |
| 1 | ~~1~~ 3 WP | 4. Esophageal obturator airway insertion |
| 1 | 1 | 5. Trans-tracheal suctioning |
| 1 | 1 | 6. Needle cricothyroidotomy |
| 1 | 1 | 7. Cricothyroidotomy |
| 2 | 2 | 8. Emergency tracheostomy |
| 1 | 1 | 9. Direct laryngoscopy |
| 1 | 1 | 10. Indirect laryngoscopy |
| 1 | 1 | 11. Removal of upper airway foreign body |
| 1 | 1 | 12. Ventilation management |
| 1 | 1 | 13. Interpretation of electrocardiograms |
| 1 | 1 | 14. Central venous line insertion |
| 1 | 1 | 15. Peripheral venipuncture |
| 1 | 1 | 16. Peripheral venous cutdown |
| | | 17. Placement of emergency electrical pacemaker |
| 1 | 1 | (a) transvenous |
| 1 | 1 | (b) transthoracic |
| 1 | 1 | (c) external |
| 1 | 1 | 18. Defibrillation and synchronized cardioversion |
| 1 | 1 | 19. Pericardiocentesis |
| 1 | 1 | 20. Intracardiac injection |
| 1 | 1 | 21. Emergency thoracotomy |
| 1 | 1 | 22. Thoracentesis |
| 1 | 1 | 23. Tube thoracostomy |
| 1 | 1 | 24. Needle thoracostomy |
| 1 | 1 | 25. Arterial puncture |
| 1 | 1 | 26. Arterial cannula placement |

LIST OF PRIVILEGES – EMERGENCY MEDICINE (Continued) [illegible]

| Requested | Approved | |
|---|---|---|
| 1 | 1 | 27. Closed c... massage |
| 1 | 1 | 28. Internal cardiac massage |
| 1 | 1 | 29. Use of MAST trousers |
| 1 | 1 | 30. Treatment of burns |
| 1 | 1 | 31. Debridement and repair of minor lacerations |
| 1 | 1 | 32. Diagnostic peritoneal lavage |
| 2 | 3 | 33. Peritoneal dialysis |
| 1 | 1 | 34. Excision of thrombosed external hermorrhoids |
| 1 | 1 | 35. Incision and drainage of abscesses |
| 1 | 1 | 36. Reduction of hernias |
| 2 | 2 | 37. Sigmoidoscopy |
| 1 | 2 | 38. Suprapubic cystotomy |
| 1 | 1 | 39. Urinary catheter placement |
| 1 | 1 | 40. Reduction of paraphimosis, phimosis |
| 1 | 1 | 41. Culdocentesis |
| 1 | 1 | 42. Emergency vaginal deliveries |
| 1 | 1 | 43. Rape exam |
| 1 | 1 | 44. Emergency retrograde cystogram, IVP |
| 1 | 1 | 45. Nasogastric intubation |
| 1 | 1 | 46. Gastric lavage |
| 1 | 3 | 47. Sengstaken-Blakemore tube placement |
| 1 | 1 | 48. Lumbar puncture |
| 1 | 1 | 49. Removal of corneal foreign body |
| 1 | 1 | 50. Schiotz tonometry |
| 1 | 1 | 51. Anterior nasal packing |
| 1 | 1 | 52. Posterior nasal packing |
| 1 | 1 | 53. Cautery *(electrical/chemical)* of acute mucosal bleeding |

| Requested | Approved | |
|---|---|---|
| 1 | 1 | 54. Reduction of temporal-mandibular joint dislocation |
| 1 | 1 | 55. Reduction of simple closed dislocations |
| 1 | 1 | 56. Reduction of simple closed fractures |
| 1 | 1 | 57. Placement of molded splints |
| | | 58. Arthrocentesis |
| 1 | 1 | (a) diagnostic |
| 1 | 1 | (b) therapeutic |
| 1 | 2 | 59. Extensor tendon repair |
| 1 | 1 | 60. Nail trephination/removal |
| 1 | 2 (3) | 61. Application of cervical traction tongs |
| 2 | 2 | 62. Simple split thickness grafting |
| 1 | 1 | 63. Local infiltrative anesthesia |
| 2 | 2 | 64. Regional block anesthesia |
| 1 | 1 | 65. Pediatric resuscitation |
| 1 | 3 | 66. Interpret transmitt3d electrocargiogram rhythm strips |
| 1 | 1 | 67. Heimlich maneuver |
| 1 | 1 | 68. Slit lamp exam |
| 2 | 2 | 69. Bier block |
| | | D. Other |
| | | 1. |
| | | 2. |
| | | 3. |
| | | 4. |
| | | 5. |
| | | 6. |
| | | 7. |

SIGNATURE OF PRACTITIONER: William P. Webster (signature)

DATE: 30 OCT 95

## II. SUPERVISOR'S RECOMMENDATION

☐ RECOMMEND APPROVAL

☑ RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

☐ RECOMMEND DISAPPROVAL *(Specify below)*

38, 59, 61 - last credentials privilege list showed a 2 so approved at that level - upgrading can be applied for.

33, 47, 66 - not approved due to lack of facility support.

63 - includes digital blocks and trigeminal division blocks

SIGNATURE OF SUPERVISOR: William L Michols (signature) Col USAF MC

DATE: 8 Nov 95

**DEPARTMENT OF THE AIR FORCE**
**48TH FIGHTER WING (USAFE)**

29 Mar 96

**MEMORANDUM FOR ALL 48 MDG PHYSICIANS**

**FROM:** 48 MDG/SGH/Credentials

**SUBJECT:** Change in Facility Codes - Emergency Medicine

1. At the 27 Mar 96 ECMS meeting, the changes to the master privilege list for Emergency Medicine, AF Form 2821, were approved. The following procedures reflect Code 3, Not requested/approved due to lack of facility support, to/from Code 1, Perform unsupervised:

| Procedure # | Procedure Title | From | To |
|---|---|---|---|
| C.4. | Procedures: Esophageal obturator airway insertion | 1 | 3 |
| C.61 | Prodedures: Application of cervical traction tongs | 1 | 3 |

2. As you are privileged to provide care in Emergency Medicine, please acknowledge this change by signing this letter at the below endorsement and initialing next to these sections on your privilege list. A copy of this letter will be placed in your provider credentials file for reference.

3. Should you have any questions regarding this change, please contact Ms Julie Piper, Credentials Manager, at ext 6026.

DANIEL L. COHEN, Col, USAF, MC, FS
Chief of the Medical Staff

1206

1st Ind to 48 MDG/SGH/Credentials Ltr, Change in Facility Codes - Emergency Medicine

MEMORANDUM FOR 48 MDG/SGH

Committee Action Approved.

PAUL B. CHRISTIANSON, Col, USAF, MC, FS
Commander

2d Ind,

MEMORANDUM FOR 48 MDG/SGH

I acknowledge the changes to the Emergency Medicine privilege list.

PRACTITIONER'S SIGNATURE

19 APR 96
DATE

# 48 MDG Special Care Unit (SCU) Admission Privileges Form

Supplement to AF Form 2821 *(docs\credents\scuprivs.doc)*

This form is to be used when requesting privileges to admit and thus have primary responsibility for patients in the SCU. **All physicians and oral surgeons must read and sign this form.** The approval of the request for admission privileges applies only to medical/surgical conditions for which physicians/oral surgeons have been awarded privileges with a code of "1" on AF Form 2821 or specialty specific 2800 series or AF 244 forms.

Providers not requesting admission privileges may still enter the SCU to perform evaluations and invasive procedures as approved on the above referenced forms. Because of the higher risk nature of care and procedures provided/performed in the SCU, providers awarded privileges to perform invasive procedures with a code of "2" must be directly supervised by a colleague with privileges of "1" when performing such procedures except when confronted with a life and limb/death emergency.

**Name/Rank:** Maj. Wilma Webster **Specialty/AFSC:** 044E3/Emergency Medic

1. I ~~do~~/(do not) request SCU admission privileges for management of illnesses/performance of procedures with privilege codes as approved on AF Form 2821 and my specialty specific AF 2800 series or AF 244 form. (If admission privileges are not requested, advance to #3)

2. In addition to admission privileges, I also request privileges to perform the following additional procedures not specifically listed on the previously referenced forms: (Indicate "1" - perform unsupervised, or "2" - perform with supervision in the "requested" column)

| Privilege | Requested | Approved |
|---|---|---|
| 1. Pulmonary Artery Placement (Swan Ganz) | | |
| 2. | | |
| 3. | | |

3. **Provider Signature** [signature] Date 14 MAR 96

Recommend: Admission Privileges: ☐ Yes ☒ No
Additional SCU Procedure Privileges: ☐ Approved ☐ Approved w/modification:

[signature]
KIMBERLY P. MAY, Maj, USAF, MC
Medical Director, SCU/OIC Internal Med Element
Date: 20 Mar 96

[signature]
DANIEL L. COHEN, Col, USAF, MC, FS
Chief of the Medical Staff
Date: 27 MAR 1996

[signature]
PAUL B. CHRISTIANSON, Col, USAF, MC, FS
Commander
Date: 28 MAR 1996

Approved by ECMS - 28 Feb 96/48 MDG/SGHQ/Credentials

1208

(6) Temporary duties to practice your clinical privileges

f. If on flying status, maintain a flight log (USAFE policy).

5. Please acknowledge your agreement with this action or your intent to appeal by signing at the endorsement.

PAUL B. CHRISTIANSON, Col, USAF, MC, FS
Commander

1st Ind, 48 AMDS/SGOPE

MEMORANDUM FOR MDG/SG

I have reviewed the award of regular privileges and an active medical staff appointment recommended by the Credentials Function and approved by the medical group commander. I understand the limitations set down and I **do/~~do not~~** concur with this action. ~~I~~ **~~do~~/do not** intend to appeal this action.

WILMA P. WEBSTER, Maj, USAF, MC

13 NOV 95
DATE

48 MD[illegible] CARE UNIT (SCU) PRIVILE[illegible] FORM

NAME: Wilma P. Webster

DATE: 30 OCT 95

ACLS CERTIFIED: X YES ____ NO

DATE CERTIFIED: 07 SEP 95

1995 JCAHO Standards require that clinical privileges be specifically delineated and that we determine the circumstances under which consultation and care is rendered at the Special Care Unit. The purpose of this SCU Privilege List is to: A) Allow providers to request admission and management privileges for patients with specific conditions requiring specialized or further intensive care, and delineate invasive procedures which they are qualified to perform in an elective or emergency or emergency setting; and B) Allow providers not requesting admission privileges to the SCU, to identify those procedures they are qualified to perform in either an emergent or elective setting if called upon. This Privilege List is above and beyond those privileges for emergency admission and care granted on AF Form 2821, "Emergency Medicine". All providers requesting primary responsibility for critically ill patients must be ACLS trained. Please refer to the list of procedures and conditions below and indicate the level of care requested.

✓ I request admission privileges to the SCU for the conditions and procedures listed below:

____ I do not request admission privileges to the SCU but do identify the procedures I am qualified to perform in an emergency.

____ I also identify procedures that I may be called upon to do electively in the SCU.

USE LETTER DESIGNATION BELOW IN CONJUNCTION WITH NUMBERS

| REQ | APP | CONDITION |
|---|---|---|
| 1 | 1 | Shock |
| 1 | 1 | Cardiac Disease/Failure |
| 1U | 3E | Renal Disease/Failure |
| 1 | 1 | GI Hemorrhage |
| 1 | 1 | Closed Head Injury |
| 1 | 1U3E | Multiple Trauma |
| 1 | 1 | Respiratory Disease/Failure |
| 1 | 1 | Liver Disease/Failure |
| 1 | 1 | Drug Overdose/Alcohol Withdrawal |
| 1 | 1 | Burns |
| 1 | 1 | Surgical Post-Op In ____________ |
| 1U | 1U3E | Status Epilepticus |
| 1 | 1 | Diabetic Ketoacidosis |
| 1 | 1 | Acute MI/Cardiac Dysrhythmias |
| 1 | 1 | Coma |
| 1 | 1U3E | Maxillofacial Trauma |
| 1 | 1 | Intraosseous Catheter |
| 1U | 1U3E | Pericardiocentesis |

| REQ | APP | CONDITION |
|---|---|---|
| 1U | 1U3E | Surgical Airway (i.e. Cricothyroidotomy) |
| 1U | 1U3E | Mechanical Ventilation |
| 1U | 1U3E | Endotracheal Intubation |
| 1U | 1U3E | Central Venous Cannulation |
| 1U | 1U3E | Pulmonary Artery Cath (Swan-Ganz) |
| 1 | 1 | Arterial Blood Gas |
| 1U | 1U3E | Temporary Transvenous Pacemaker |
| 1 | 1 | External Pacemaker |
| 1U | 1U3E | Chest Tube Placement |
| 1U | 1U3E | Paracentesis |
| 1 | 1 | Thoracentesis |
| 1 | 1 | Spinal Tap |
| 1U | 1U3E | Cardioversion |
| 1U | 1U3E | Streptokinase Administration |
| 1U | 1U3E | Administration of Vasoactive Drugs |
| 1U | 1U3E | Administration of Magnesium Sulfate or IV Ritodrine in Pregnancy |
| 1 | 1 | Intraosseous Catheter |

NUMBER/LETTER CODES
1 - Perform Unsupervised
2 - Perform With Supervision
3 - Care With Consultation
4 - Not Requested
U - Urgent/Emergent
E - Elective

Wilma P. Webster
PRACTITIONER SIGNATURE

KIMBERLY P. MAY, MAJ,USAF,MC
MEDICAL DIRECTOR SCU/OIC INTERNAL MED ELEMENT

DANIEL L. COHEN, Col, USAF, MC
Chief of the Medical Staff

PAUL B. CHRISTIANSON, Col, USAF, MC, FS
Commander

1210

EXEMPT FROM DISCOVERY UNDER 10 U.S

# CLINICAL PRIVILEGES EVALUATION SUMMARY

*(Use additional paper, if necessary, to fully explain any comments)*

| | | |
|---|---|---|
| 1. NAME OF PROVIDER WEBSTER, WILMA P. | 2. SSAN 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 | 3. MTF 374th Medical Group |
| 4. DEPARTMENT/SERVICE Emergency | 5. PERIOD OF EVALUATION FROM 29 Dec 93 TO Present 5 MAY 94 | 6. PURPOSE OF EVALUATION ☒ RENEWAL Define ☐ REASSIGNMENT/SEPARATION ☐ ADVERSE ACTION |

7. ACTIVITY DATA *(Provide average monthly data for each item, as applicable)*

( ) AMBULATORY CARE VISITS *(excluding emergency department)* 2401 EMERGENCY DEPARTMENT VISITS

( ) ADMISSIONS ( ) SURGICAL PROCEDURES ( ) DELIVERIES

8. IS THERE ANY ASPECT OF THE PROVIDER'S HEALTH STATUS WHICH THE CREDENTIALS FUNCTION SHOULD CONSIDER IN AWARDING PRIVILEGES?

☒ NO ☐ YES *(explain)*

9. IS THE PROVIDER'S LICENSE AND SPECIALTY CERTIFICATION CURRENT?

☒ YES ☐ NO *(explain)*

10. IS THE PROVIDER'S ATTENDANCE AND PARTICIPATION IN STAFF AND COMMITTEE MEETINGS ACCEPTABLE?

☒ YES ☐ NO *(explain)*

11. ARE THE PROVIDER'S INTERPERSONAL SKILLS WITH BOTH PATIENTS AND STAFF ACCEPTABLE?

☒ YES ☐ NO *(explain)*

12. APPRAISAL OF PRIVILEGES *(As applicable, explain any patterns of care demonstrated through the following functions)*

A. ANTIBIOTIC USAGE REVIEW

No adverse trends or occurences identified through P&T Committee, Quality Improvement, Risk Management Processes or Medical Records Review.

B. BLOOD PRODUCTS UTILIZATION REVIEW

No negative reaction/complication reported through TTT Committee.

C. SURGICAL CASE REVIEW

No negative trends or occurences reported through surgical QI function on records review.

D. RECORDS REVIEW

After review of 617 charts over three consecutive months an opportunity for improvement in the care of febrile infants was noted. No adverse outcomes occured.

E. PHARMACY AND THERAPEUTICS REVIEW

No adverse trends or occurences identified through P & T Committee,Quality Improvement, Risk Management monitoring processes or records review committee.

F. MORBIDITY/MORTALITY REVIEW

No adverse trends identified through Quality Improvement/Risk Management Monitoring.

G. INFECTION CONTROL

No adverse trends identified through Infection Control Committee,Quality Improvement/ Risk Management, monitoring processes or records review.

H. UTILIZATION REVIEW

...es reported from Quality Improvement monitoring processes

211

:MPT FROM DISCOVERY UNDER 102

I. ANCILLARY *(Support Services)* RE...EW

No deficiencies reported from Ancillary QI, No deficiencies identified in personnel supplies or equipment utilization.

J. OCCURRENCE SCREENING

No negative occurences in patient treatment identified through Quality Improvement/ Management monitoring processes.

K. RISK MANAGEMENT

No medical records sequestered.

L. DEPARTMENT/SERVICE SPECIFIC REVIEWS

No negative trends identified through department QI.

13. REMARKS

| DATE | GRADE/NAME OF EVALUATOR | SIGNATURE OF EVALUATOR | EVALUATION REVIEWED PROVIDER ☐ YES ☐ NO |
|---|---|---|---|
| | | [signature] | 12/2 |

## APPLICATION FOR CLINICAL PRIVILEGES

*THORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*NCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical acities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions perform certain medical procedures.*
*UTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor fessional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying staff privileges during or after separating from the service.*
*SCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

### APPLICANT COMPLETES SECTION I THROUGH IX

### IDENTIFICATION

| | | | |
|---|---|---|---|
| 16 Jul 41 DOB<br>NAME (Last, First, Middle Initial)<br>WEBSTER, WILMA P. | GRADE<br>0-4 | SSN<br>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 | DATE<br>29 Dec 93 |
| HOME ADDRESS (City, State and ZIP Code)<br>Bldg 413 Rm 310 | | DUTY PHONE NO.<br>225-7740 | HOME PHONE NO.<br>227-2434 |
| MEDICAL FACILITY/UNIT OF ASSIGNMENT<br>374th Medical Group | DUTY SECTION<br>Emergency Service | PRIMARY/SECONDARY AFSC<br>9391A | SPECIALTY<br>Emergency Services |
| CORPS<br>MC | | | |

### PROFESSIONAL EDUCATION

| NAME OF PROFESSIONAL SCHOOL | LOCATION | DATES ATTENDED FROM | DATES ATTENDED TO | DEGREE |
|---|---|---|---|---|
| Universidad Nacional Autonoma de Mexico | Ciudad Universitaria Mexico DF | Jan 73 | 16 Jul 79 | Medico Cirujano |
| | | | | |
| | | | | |
| | | | | |

### POST GRADUATE TRAINING *(Internship, Residency, Fellowships)*

| NAME OF HOSPITAL OR INSTITUTION | LOCATION | TYPE PROGRAM *(Residency, etc.)* | DATES ATTENDED FROM | DATES ATTENDED TO |
|---|---|---|---|---|
| Providence Hospital | 16001 W. Nine Mile Rd Southfield MI 48037 | Internal Medicine Residency | 01 Jul80 | 30 Jun 83 |
| | | | | |
| | | | | |

### PRESENT AND PREVIOUS MILITARY AND CIVILIAN ASSIGNMENTS *(Continue on Reverse)*

| NAME OF HOSPITAL OR ORGANIZATION | LOCATION | SERVICE OR SPECIALTY TO WHICH ASSIGNED | DATES ATTENDED FROM | DATES ATTENDED TO |
|---|---|---|---|---|
| 374 th Medical Group | Yokota ABS Japan | Emergency Service | 31 AUG 92 | ~~07 AUG 93~~ |
| St Joseph Medical Center | North Church St. Hazleton, PA 18201 | Ambulatory Care Center (OR) | 01 AUG 87 | 31 JUL 92 |
| Muncy Valley Hospital | 215 E Water St Muncy PA 17756 | Emergency Department | 07 MAR 88 | 31 JUL 92 |
| 20th Field Hospital USAR | Stewart Rd Ashley PA | Emergency Med / Int. Med | 10 JUL 89 | 20 JUN 92 |
| 20th Field Hospital-USAR | Saudi Arabia | Emergency Med / Int Med | 16 JAN 90 | 09 JUN 91 |
| [illegible] | [illegible] | Emergency Physician | 01 JUN 87 | 30 SEP 87 |

| | | | | |
|---|---|---|---|---|
| ORGANIZATION | | | | |
| e Bloomsburg Hospital | 459 Fair St. Bloomsburg, PA 17815 | Acting Director Emergency Department Physician | 01 SEP 84 (except 23-29 APR) | 30 JUN 87 |
| BM-Hopewell Junction NY | Industrial physician (Locum Tenens position) | ↔ Hopewell Junction, NY | 06 APR 84 | 13 JUL 84 |
| | | Internal Medicine Specialist (Locum Tenens position) | 23 APR 84 | 29 APR 84 |
| Clare Hospital | Baraboo, Wisconsin | | | |
| ARKRIDGE HOSPITAL | 1555 Long Pond Rd. Rochester, NY | Emergency Dept | 28 AUG 83 | 31 JAN 84 |

**CERTIFICATION/LICENSURE** *(List all. If additional space is needed continue on separate sheet of paper.)*

| LLY QUALIFIED *(Specialty)* | BOARD ELIGIBLE IN |
|---|---|
| Internal Medicine | |

| BOARD CERTIFICATION BY *(Specialty Board)* | CERTIFICATE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| American Board of Internal Medicine | 98002 | 11 Sep 85 | No expiration date |
| | | | |

| STATE LICENSURE *(Name of State)* | LICENSE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| California | C 042836 | 2 Oct 81 ~~31 Jul 92~~ | 7-31-96 |
| Michigan | 044199 | 14 Oct 81 ~~31 Jan 94~~ | 1-31-97 |

**MEMBERSHIP IN PROFESSIONAL SOCIETIES** *(If additional space is needed continue on separate sheet of paper.)*

| NAME OF SOCIETY | STATUS *(Member, Fellow, etc.)* |
|---|---|
| merican Medical Association | Member |
| ennsylvania Medical Society | Member |
| olumbia County Medical Society | Member |
| merican College of Emergency Physician | Member |

**REFERENCES** *(Every practitioner MUST list three references. Two must be the former Chief of Professional Services and service chief at your previous facility, if you had them.)*

| NAME | ADDRESS *(City/Base, State, Zip Code)* | TELEPHONE NUMBER |
|---|---|---|
| tan Schwartz | Muncy Vally Hospital<br>215 E Water St Muncy PA | (717) 546-8282 |
| ernard C. Rudegeair | R.R. #2 Box 374<br>Bryant Pond Maine 04219 | (207) 364-4364 |
| ohn Amentler MD | Hazleton St Joseph Med Center<br>North Church St Hazleton PA 18201 | (717) 459-4500 |

(If additional space is needed continue on separate sheet of paper.)

**I. CREDENTIALS ACTION HISTORY** *(If answer to any of the following questions is "YES," give full details in "Remarks" or on separate sheet of paper.)*

| | YES | NO |
|---|---|---|
| HAS YOUR LICENSE TO PRACTICE MEDICINE IN ANY JURISDICTION EVER BEEN LIMITED, SUSPENDED OR REVOKED? | | X |
| HAVE YOU EVER BEEN REFUSED MEMBERSHIP IN A HOSPITAL MEDICAL STAFF? | | X |
| HAS YOUR REQUEST FOR ANY SPECIFIC CLINICAL PRIVILEGES EVER BEEN DENIED OR GRANTED WITH STATED LIMITATIONS? | | X |
| HAVE YOUR PRIVILEGES AT ANY INSTITUTION EVER BEEN LIMITED, RESTRICTED, OR REVOKED? | | X |
| HAS YOUR NARCOTICS REGISTRATION EVER BEEN SUSPENDED OR REVOKED? | | X |
| HAVE YOU EVER BEEN DENIED MEMBERSHIP OR RENEWAL THEREOF, OR BEEN SUBJECT TO DISCIPLINARY ACTION IN ANY MEDICAL ORGANIZATION? | | X |
| G. HAVE YOU EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | X |
| H. HAVE YOU EVER BEEN CHARGED IN A FELONY CASE? | | X |
| I. HAVE YOU EVER BEEN A DEFENDANT OR THE SUBJECT OF A MEDICAL MALPRACTICE LIABILITY CLAIM, SETTLEMENT, JUDICIAL OR ADMINISTRATIVE ADJUDICATION, OR ANY OTHER RESOLVED OR OPEN CHARGES OF INAPPROPRIATE, UNETHICAL UNPROFESSIONAL, OR SUBSTANDARD CARE? | | X |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |
| J. HAVE YOU EVER HAD OR PRESENTLY HAVE A SIGNIFICANT MEDICAL *(including mental health)* PROBLEM? | | |



ORM 1540, NOV 86

121

IX. (PLEASE READ CAREFULLY)

All information submitted by me in this application is true to the best of my knowledge and belief. In making this application for clinical privileges at this hospital, I acknowledge my obligation to provide continuous care and supervision of my patients, to accept committee assignments, to accept consultation assignments, and to participate in staffing the emergency area and other specialty care units.

I certify that any false or incomplete information knowingly provided on or with this application may be grounds for not employing or accessing me, or for dismissing or releasing me if I am already employed or serving. I understand that knowingly providing false or incomplete information is punishable by fine or imprisonment under U.S. Code Title 18, Section 1001.

I hereby authorize the hospital, its medical staff, and their representatives to consult with administrators and members of the medical staff of other hospitals or institutions with which I have been associated and with others who have information bearing on my professional competence, character, and ethical qualifications. I hereby further consent to the inspection by the hospital, its medical staff, and its representative of all documents, including medical records at other hospitals, that may be material to an evaluation of my professional qualifications and competence to carry out the clinical privileges requested as well as my moral and ethical qualifications for staff membership.

I hereby release from liability any and all individuals and organizations who provide information to the hospital, or its staff, in good faith and without malice concerning my professional competence, ethics, character, and other qualifications for clinical privileges, and hereby consent to the release of such information. I further agree to release and hold harmless from any liability the United States and any and all persons who participate within the scope of their duties in good faith and without malice in the review of or any action or recommendations relating to my professional competence, ethics, character, and other qualifications. I hereby further authorize the hospital to communicate to other hospitals and to other persons or organizations with a legitimate interest therein any information concerning my professional competence, character, and ethics that the hospital may have or acquire, and, where such communication is made in good faith and without malice, I consent thereto and agree to hold the hospital and its authorized representatives free from liability, therefor. I understand and agree that I, as an applicant for clinical privileges, have the burden of producing adequate information for proper evaluation of my professional competence, character, ethics, and other qualifications and for resolving any doubts about such qualifications. I further acknowledge that I am familiar with the principles and standards of the Joint Commission on Accreditation (JCAH) and will cooperate with the hospital in maintaining JCAH standards for the hospital. I also agree to conduct any practice according to high ethical traditions. I particularly agree to subject my clinical performance to, and faithfully participate in, the hospital's quality assurance programs as the same shall from time to time be in effect.

SIGNATURE OF APPLICANT: *Wilma P. Webster* — DATE: 29 DEC 93

## FOR CREDENTIAL COMMITTEE USE ONLY

### REVIEW

X.

RECOMMEND ☒ APPROVAL ☐ DISAPPROVAL[1] ☐ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF SERVICE CHIEF: *(signature)* — DATE: original letter written 29 Dec 93

RECOMMEND ☒ APPROVAL ☐ DISAPPROVAL[1] ☐ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF DEPARTMENT CHAIRPERSON: *(signature)* — DATE: 30 Dec 93

XI. ☒ PROVISIONAL, ☐ COURTESY, OR ☐ CONSULTING PRIVILEGES — DATE FROM 12-29-93 TO 3-29-94

☒ APPROVAL ☐ DISAPPROVAL[1] ☐ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF MEDICAL FACILITY COMMANDER OR DESIGNATED REPRESENTATIVE: *(signature)* — DATE: 30 Dec 93

### CREDENTIALS COMMITTEE RECOMMENDATION

XII.

DEFINED PRIVILEGES ☒ APPROVED ☐ DISAPPROVED[1] ☐ APPROVED WITH MODIFICATION[1]

SIGNATURE OF CREDENTIALS COMMITTEE CHAIRPERSON: *James Pollard III* — DATE: 15 May 94

### MEDICAL FACILITY COMMANDER APPROVAL

XIII.

CLINICAL PRIVILEGES ☒ APPROVED ☐ DISAPPROVED[1] ☐ APPROVED WITH MODIFICATION[1]

SIGNATURE OF MEDICAL FACILITY COMMANDER *(MAJCOM Surgeon if MFC is not a physician)*: *(signature)* — DATE: 15 May 94

REMARKS

1215

[1] *Explain in "Remarks".*

AUTHORITY: Title 10, U.S.C. Chapter 55 and ... To evaluate each practitioner's formal education, training, ... with regard to the practitioner's competence to ...
PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, ... to assist the Credentials Committee in making recommendations with regard to the practitioner's competence ... capacities and to ... organizations if needed to license or monitor ... where the practitioner is applying
perform certain medical procedures.
ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations ... professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations ... for staff privileges during or after separating from the service.
DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.

## INSTRUCTIONS

Part I, List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege. Each block must have a code number. The practitioner signs and dates the form and sends it to his or her supervisor.

Part II, Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander (MFC) for approval. After approval the Credentials Committee Chairperson makes the change in pen, initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

CODES:
1. Perform without consultation.
2. Perform with consultation.
3. Not requested/approved due to lack of facility support/policy.
4. Not requested/approved due to lack of expertise.

| NAME OF PRACTITIONER (Last, First, Middle Initial) | NAME OF MEDICAL FACILITY |
|---|---|
| WEBSTER, WILMA P. | 374th MEDICAL GROUP |

## LIST OF PRIVILEGES — EMERGENCY MEDICINE

I.

| Requested | Approved | |
|---|---|---|
| / | / | A. Provide initial emergency care as is appropriate in true life-threatening emergencies |
| | | B. Provide initial management without consultation |
| / | / | 1. Minor lacerations |
| / | / | 2. Major lacerations |
| / | / | 3. Minor respiratory illness |
| / | / | 4. Acute respiratory illness |
| / | / | 5. Pulmonary embolism |
| / | / | 6. Minor gastrointestinal illness |
| / | / | 7. Acute abdominal illness |
| / | / | 8. Minor burns |
| / | / | 9. Critical burns *(emergency care only)* |
| / | / | 10. Minor musculoskeletal trauma |
| / | / | 11. Minor dermatologic illness |
| / | / | 12. Minor gynecologic problems |
| / | / | 13. Acute cardiac emergencies including acute myocardial infarction, arrhythmias and heart failure |
| / | / | 14. Poisonings |
| / | / | 15. Near drowning |
| / | / | 16. Severe allergic reactions |
| / | / | 17. Nose bleeds |
| / | / | 18. Hypothermia |
| / | / | 19. Hyperthermia |
| / | / | 20. Patients with altered level of consciousness |
| / | / | 21. Multiple trauma |
| / | / | 22. Acute psychiatric illness |
| / | / | 23. Alcohol detoxification and drug withdrawal |
| / | / | 24. Animal and human bites |
| / | / | 25. Eye trauma and illness |
| / | / | 26. Hand infections |
| / | / | 27. Seizure disorders |
| / | / | 28. Gastrointestinal bleeding |
| / | / | 29. Acute endocrinological emergencies |

| Requested | Approved | |
|---|---|---|
| / | / | 30. Urinary calculi |
| / | / | 31. Urinary tract infections |
| / | / | 32. Screening of ambulance calls |
| / | / | 33. Minor pediatric illnesses |
| | [illegible] | C. Procedures |
| / | / | 1. Oral/nasopharyngeal airway insertion |
| / | / | 2. Endotracheal intubation |
| / | / | 3. Nasotracheal intubation |
| / | / | 4. Esophageal obturator airway insertion |
| / | / | 5. Trans-tracheal suctioning |
| / | / | 6. Needle cricothyroidotomy |
| / | / | 7. Cricothyroidotomy |
| / | / | 8. Emergency tracheostomy |
| / | / | 9. Direct laryngoscopy |
| / | / | 10. Indirect laryngoscopy |
| / | / | 11. Removal of upper airway foreign body |
| / | / | 12. Ventilation management |
| / | / | 13. Interpretation of electrocardiograms |
| / | / | 14. Central venous line insertion |
| / | / | 15. Peripheral venipuncture |
| / | [illegible] | 16. Peripheral venous cutdown |
| / | [illegible] | 17. Placement of emergency electrical pac[emaker] |
| / | / | (a) transvenous |
| / | [illegible] | (b) transthoracic |
| / | / | (c) external |
| / | / | 18. Defibrillation and synchronized cardi[oversion] |
| / | / | 19. Pericardiocentesis |
| / | / | 20. Intracardiac injection |
| / | / | 21. Emergency thoracotomy |
| / | / | 22. Thoracentesis |
| / | / | 23. Tube thoracostomy |
| / | / | 24. Needle thoracostomy |
| / | / | 25. Arterial puncture |
| / | / | 26. Arterial cannula placement |

1216

| | | | | | |
|---|---|---|---|---|---|
| / | / | 27. Closed chest massage | / | / | 55. Reduction of simple closed dislocations |
| / | / | 28. Internal cardiac massage | / | / | 56. Reduction of simple closed fractures |
| / | / | 29. Use of MAST trousers | / | / | 57. Placement of molded splints |
| / | / | 30. Treatment of burns | / | / | 58. Arthrocentesis |
| / | / | 31. Debridement and repair of minor lacerations | / | / | (a) diagnostic |
| / | / | 32. Diagnostic peritoneal lavage | / | / | (b) therapeutic |
| 2 | 3 USE 2 | 33. Peritoneal dialysis 931229 | 2 | 2 | 59. Extensor tendon repair |
| / | / | 34. Excision of thrombosed external hemorrhoids | / | / | 60. Nail trephination/removal |
| / | / | 35. Incision and drainage of abscesses | 2 | 2 | 61. Application of cervical traction tongs |
| / | / | 36. Reduction of hernias | 2 | 2 | 62. Simple split thickness grafting |
| 2 | 2 | 37. Sigmoidoscopy | / | / | 63. Local infiltrative anesthesia |
| 2 | 2 | 38. Suprapubic cystotomy | / | / | 64. Regional block anesthesia |
| / | / | 39. Urinary catheter placement | / | / | 65. Pediatric resuscitation |
| / | / | 40. Reduction of paraphimosis, phimosis | / | 3 | 66. Interpret transmitted electrocargiogram rhythm strips |
| / | / | 41. Culdocentesis | / | / | 67. Heimlich maneuver |
| / | / | 42. Emergency vaginal deliveries | / | / | 68. Slit lamp exam |
| / | / | 43. Rape exam | 2 | 2 | 69. Bier block |
| / | / | 44. Emergency retrograde cystogram, IVP | | | D. Other |
| / | / | 45. Nasogastric intubation | | | 1. |
| / | / | 46. Gastric lavage | | | 2. |
| / | / | 47. Sengstaken-Blakemore tube placement | | | 3. |
| / | / | 48. Lumbar puncture | | | 4. |
| / | / | 49. Removal of corneal foreign body | | | 5. |
| / | / | 50. Schiotz tonometry | | | 6. |
| / | / | 51. Anterior nasal packing | | | 7. |
| / | / | 52. Posterior nasal packing | | | |
| / | / | 53. Cautery *(electrical/chemical)* of acute mucosal bleeding | | | |

SIGNATURE OF PRACTITIONER
Wilma P. Webster

DATE
29 DEC 93

**SUPERVISOR'S RECOMMENDATION**

II.

☐ RECOMMEND APPROVAL

☒ RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

☐ RECOMMEND DISAPPROVAL *(Specify below)*

#33 not approved due to lack of facility support.

THE SCOPE OF PRACTICE OF THESE EMERGENCY MEDICINE PRIVILEGES IS MEANT TO INCLUDE: INITIAL CARE AND RESUSCITATION, PREPARATION FOR ADMISSION, STABILIZATION AND TRANSFER, AND/OR THE INITIATION OF OUTPATIENT THERAPY WITH EXPECTED FOLLOW UP IN THE APPROPRIATE CLINIC. IT ASSUMES THAT APPROPRIATE SPECIALTY BACKUP IS AVAILABLE AND CAN ASSUME FULL CASE MANAGEMENT WITHIN 30-60 MINUTES, IF REQUESTED.

Wilma P. Webster
WILMA P. WEBSTER, Maj, USAF, MC

James C. Funderburg
29 DEC 93
JAMES C. FUNDERBURG, Lt Col, USAF, MC
Acting Chairperson, Credentials Function

Capt USAF MC
Acting Chief EMS

SIGNATURE OF SUPERVISOR
Dan Burns

DATE
29Dec93

1217