28 DEC 93

FROM: Maj Wilma P. Webster
374th Medical Group
Yokota ABS, Japan

SUBJ: Request for privileges, and explanation for not practicing medicine from 07 AUG 93 to the present

TO: LtC James Pollard III
Director, Medical Operations
374th Medical Group
Yokota ABS, Japan

1. On 07 AUG 93 I was sent TDY to Travis AFB, CA for a Medical Evaluation Board because of a tentative diagnosis of Multiple Sclerosis. While at Travis AFB, I was considered a patient, and not allowed to work. I proceeded through MEB and Physical Examination Board at Travis AFB, and finally went to the formal PEB at Lackland AFB, Texas.

2. The final decision of the formal PEB was that the diagnosis of MS could NOT be substantiated and that the episode of diplopia had been caused by "decompensated phoria".

3. Although I did not practice medicine during those dates, I did take leave to go to the American College of Physicians 1993 Scientific Assembly in Chicago, Illinois, earning 29 hours of category I credit. I also completed an ACLS course, and continued my usual journal reading (JAMA, Annals of Emergency Medicine, New England Journal of Medicine, and Morbidity, Mortality Weekly Reports). In addition, I thoroughly researched MS and diseases that can be confused with it (especially Sjogren's Disease and Lyme Disease). The total number of hours spent studying medicine was approximately 25 hours per week. I also took and passed the exam for the Air Command and Staff College course (36A).

4. My health has always been, and continues to be good. I feel I am capable of returning to work in my capacity as Director of Emergency Medicine at Yokota Air Base, and request that I be given clinical privileges.

Wilma P. Webster

Wilma P. Webster, MAJ, USAF, MC

1218

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**I. TO BE COMPLETED BY PRACTITIONER**

| 1. NAME *(Last, First, Middle Initial)* | 2. SSN |
|---|---|
| WEBSTER Wilma P. | 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 |

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

| 3. SIGNATURE | 4. DATE |
|---|---|
| (signature) | 14 JUL 93 |

**II. TO BE COMPLETED BY EVALUATOR**

| 5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED | 6. DATES AT INSTITUTION FROM | TO |
|---|---|---|
| HQ, 374th Medical Group | 31 Aug 92 | 30 Aug 93 |

| 7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)* | 8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY |
|---|---|
| Staff | Emergency Medicine |

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | ✓ | | |
| B. PROFESSIONAL JUDGMENT | | | ✓ | | |
| C. SENSE OF RESPONSIBILITY | | | ✓ | | |
| D. ETHICAL CONDUCT | | | ✓ | | |
| E. COMPETENCE AND SKILL | | | ✓ | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | ✓ | | |
| G. HISTORY AND PHYSICAL EXAM | | | ✓ | | |
| H. RECORD KEEPING | | | ✓ | | |
| I. CASE PRESENTATIONS | | | ✓ | | |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER - PATIENT RELATIONS | | | ✓ | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | ✓ | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | ✓ | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | ✓ | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.
*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |

| | YES | NO |
|---|---|---|
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

1219

AF Form 1562, FEB 86 PREVIOUS EDITION IS OBSOLETE.

No problems noted

J. OCCURRENCE SCREENING

No problems noted

K. RISK MANAGEMENT

No problems noted

L. DEPARTMENT/SERVICE SPECIFIC REVIEWS

No problems noted

13. REMARKS

| DATE | GRADE, NAME OF EVALUATOR | SIGNATURE OF EVALUATOR | EVALUATION REVIEWED PROVIDER |
| --- | --- | --- | --- |
| 15 Jul 93 | HEIDI F. MABATID, LtCol, USAF, MC<br>Chief, Outpatient Flight | Mabatid | ☐ YES ☐ NO |

122

| | | | |
|---|---|---|---|
| 1. NAME OF PROVIDER<br>Webster, Wilma P | | 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 | 374th Medical Group |
| 4. DEPARTMENT/SERVICE<br>USAF | 5. PERIOD OF EVALUATION<br>FROM 31 Aug 92 TO 30 Aug 93 | 6. PURPOSE OF EVALUATION<br>☐ REASSIGNMENT/SEPARATION | ☐ RENEWAL<br>☐ ADVERSE ACTION |

7. ACTIVITY DATA *(Provide average monthly data for each item, as applicable)*

( ) AMBULATORY CARE VISITS *(excluding emergency department)*
( ) ADMISSIONS
( ) SURGICAL PROCEDURES
(X) EMERGENCY DEPARTMENT VISITS
( ) DELIVERIES

8. IS THERE ANY ASPECT OF THE PROVIDER'S HEALTH STATUS WHICH THE CREDENTIALS FUNCTION SHOULD CONSIDER IN AWARDING PRIVILEGES?

☐ NO ☐ YES *(explain)*

9. IS THE PROVIDER'S LICENSE AND SPECIALTY CERTIFICATION CURRENT?

☐ YES ☐ NO *(explain)*

10. IS THE PROVIDER'S ATTENDANCE AND PARTICIPATION IN STAFF AND COMMITTEE MEETINGS ACCEPTABLE?

☒ YES ☐ NO *(explain)*

11. ARE THE PROVIDER'S INTERPERSONAL SKILLS WITH BOTH PATIENTS AND STAFF ACCEPTABLE?

☒ YES ☐ NO *(explain)*

12. APPRAISAL OF PRIVILEGES *(As applicable, explain any patterns of care demonstrated through the following functions)*

A. ANTIBIOTIC USAGE REVIEW

No problems noted

B. BLOOD PRODUCTS UTILIZATION REVIEW

NA

C. SURGICAL CASE REVIEW

NA

D. RECORDS REVIEW

No problems noted

E. PHARMACY AND THERAPEUTICS REVIEW

No problems noted

F. MORBIDITY/MORTALITY REVIEW

No problems noted

G. INFECTION CONTROL

No problems noted

H. UTILIZATION REVIEW

No problems noted

I. ANCILLARY (Support Servi...

See 4

J. OCCURRENCE SCREENING

No occurrence observed.

K. RISK MANAGEMENT

No incidents or malpractice claims reported and/or patient complaints.

L. DEPARTMENT/SERVICE SPECIFIC REVIEWS

13. REMARKS QUALITY ASSESSMENT AND OR OTHER MONITORING FUNCTIONS REVIEWS RESULTS:

| | FAIL | MARGINAL | PASS | N/A |
|---|---|---|---|---|
| OVERALL PERFORMANCE | | | ✓ | |
| MEDICAL RECORDS, QUALITY | | | ✓ | |
| MEDICAL RECORDS, TIMELINESS | | | ✓ | |
| MEETING ATTENDANCE | | | ✓ | |
| GENERAL BEHAVIOR | | | ✓ | |
| GENERAL HEALTH STATUS | | | ✓ | |
| EMOTIONAL STABILITY | | | ✓ | |
| APPEARANCE | | | ✓ | |
| RAPPORT WITH COLLEAGUES | | ✓ | | |
| RAPPORT WITH PATIENTS | | | ✓ | |

CONTINUING EDUCATION TOTAL HOURS FOR YEAR OF 1991 1992 # of hours 47

VALIDATED EVENTS ? YES ____ NO ✓ # OF ____ ; TRENDS ? YES ____ NO ✓ EXPLAIN YES

COMMENTS - MANDATORY (include administrative/leadership abilities)

Initial problems with one colleague in particular, and with staff; has improved with peri[odic]
feedback sessions.

I RECOMMEND CREDENTIALS BE APPROVED WITHOUT MODIFICATION. YES ✓ NO ____. (explain NO)

| DATE | GRADE/NAME OF EVALUATOR | SIGNATURE OF EVALUATOR | EVALUATION REVIEWED BY PROVIDER |
|---|---|---|---|
| 31 Jan 93 | Lt Col Heid F. Mabatid, USAF, MC | [signature] | ☐ YES ☐ NO |

CL[illegible]ICAL PRIVILEGES [illegible]
(Use additional paper, if necessary, to fully explain any comments)

1. NAME OF PROVIDER: WEBSTER, WILMA P.
2. SSAN: 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
3. MTF: 374th [illegible] Yokota AB
4. DEPARTMENT/SERVICE: Emergency Services
5. PERIOD OF EVALUATION: FROM 10 Sept 92 TO 28 Feb 93
6. PURPOSE OF EVALUATION: [X] ~~RENEWAL~~ DEFINE[illegible] [ ] REASSIGNMENT/SEPARATION [ ] ADVERSE ACTION

7. ACTIVITY DATA (Provide average monthly data for each item, as applicable)
( ) AMBULATORY CARE VISITS (excluding emergency department) (X) EMERGENCY DEPARTMENT VISITS
( ) ADMISSIONS ( ) SURGICAL PROCEDURES ( ) DELIVERIES

8. IS THERE ANY ASPECT OF THE PROVIDER'S HEALTH STATUS WHICH THE CREDENTIALS FUNCTION SHOULD CONSIDER IN AWARDING PRIVILEGES?
[ ] NO [ ] YES (explain)

9. IS THE PROVIDER'S LICENSE AND SPECIALTY CERTIFICATION CURRENT?
[X] YES [ ] NO (explain) MI - 31 January 1994

10. IS THE PROVIDER'S ATTENDANCE AND PARTICIPATION IN STAFF AND COMMITTEE MEETINGS ACCEPTABLE?
[X] YES [ ] NO (explain)

11. ARE THE PROVIDER'S INTERPERSONAL SKILLS WITH BOTH PATIENTS AND STAFF ACCEPTABLE?
[ ] YES [ ] NO (explain)

12. APPRAISAL OF PRIVILEGES (As applicable, explain any patterns of care demonstrated through the following functions)

A. ANTIBIOTIC USAGE REVIEW
Appropriate usage observed.

B. BLOOD PRODUCTS UTILIZATION REVIEW
N/A

C. SURGICAL CASE REVIEW
N/A

D. RECORDS REVIEW
No delinquent records identified.

E. PHARMACY AND THERAPEUTICS REVIEW
No inappropriate use of medications.

F. MORBIDITY/MORTALITY REVIEW
No morbidity/mortality resulting from care rendered in the Emergency Room.

G. INFECTION CONTROL
No infections reported.

H. UTILIZATION REVIEW
Appropriate utilization of ancillary support.

12

REVIEWED PRIVILEGE LIST FROM

☐ AIR FORCE RECRUITING PERSONNEL

☑ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN *(Describe in "Remarks.")*

8. UPON REVIEW OF THE PRIVILEGE LIST, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

☐ YES *(If yes, please explain in "Remarks.")* ☑ NO

NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

6 mo.

13. BEST TELEPHONE NUMBER TO CONTACT YOU

225-3627

REMARKS *(Please add any other information you think appropriate in evaluating this applicant.)*

Dr. Webster is a competent Emergency physician. She has had some difficulty dealing with one of the other ER physicians who at times is difficult. ~~to~~ She is adapting to military life gradually, but appears highly motivated to succeed. Dr Mabatid (outpatient flight leader) is working with her to improve her interpersonal skills with encouraging success much to Dr. Webster's credit

NAME AND TITLE OF EVALUATOR

JAMES POLLARD, III, Lt Col, USAF, MC

Director of Medical Operations

SIGNATURE

James Pollard III

17. DATE

22 Feb 93

1562, Feb 86 (Reverse)

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**I. TO BE COMPLETED BY PRACTITIONER**

1. NAME *(Last, First, Middle Initial)*: WEBSTER, Wilma P.

2. SSN: 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

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

3. SIGNATURE: Wilma P. Webster, MAJ USAF

4. DATE: 31 Jan 93

**II. TO BE COMPLETED BY EVALUATOR**

5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED: 374th Medical Group, Yokota AB, Japan

6. DATES AT INSTITUTION — FROM: 10 September 1992 TO: 28 February 1993

7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)*: Staff

8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: Emergency Medicine Physician

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE (Mark "X" in appropriate block for each item listed) | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | ✓ | | |
| B. PROFESSIONAL JUDGMENT | | ✓ | | | |
| C. SENSE OF RESPONSIBILITY | | | ✓ | | |
| D. ETHICAL CONDUCT | | | ✓ | | |
| E. COMPETENCE AND SKILL | | ✓ | | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | ✓ | | |
| G. HISTORY AND PHYSICAL EXAM | | | ✓ | | |
| H. RECORD KEEPING | | | ✓ | | |
| I. CASE PRESENTATIONS | | | ✓ | | |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER - PATIENT RELATIONS | | ✓ | | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | ✓ | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | ✓ | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | ✓ | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |

| | YES |
|---|---|
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | |
| IF "YES" WAS THE MATTER: | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | |
| (2) JUDGEMENT RENDERED BY COURT? | |
| (3) DEFENDANT FOUND LIABLE? | |
| (4) MATTER STILL PENDING? | |

122

...WED PRIVILEGE LIST FROM
...R FORCE RECRUITING PERSONNEL
PRACTITIONER'S AIR FORCE CREDENTIAL FILE
☐ OTHER CIVILIAN *(Describe in "Remarks.")*

...UPON RE... RESERVATIONS ABOUT THE PRACTITIO... PRIVILEGES LISTED?
☐ YES *(If yes, please explain in "Remarks.")* ☒ NO

...BER OF YEARS YOU HAVE KNOWN THE APPLICANT
12 Months

13. BEST TELEPHONE NUMBER TO CONTACT YOU
225-8864

...ARKS *(Please add any other information you think appropriate in evaluating this applicant.)*

Maj Webster has expended a lot of effort in revising/improving the instructions hand-outs for patients in the Emergency Services. She is new to the military and is learning the ways of the company. She has had some problems with dealing with one colleague in particular, and with some of the staff, but this has improved with feedback sessions.

...AND TITLE OF EVALUATOR
DI F. MABATID, Lt Col, USAF, ...
patient Flight Leader

16. SIGNATURE
[signature]

17. DATE
31 Jan 93

...1562, Feb 86 (Reverse)

CREDENTIALS EV[ALU]ATION OF HEALTH CARE PRACTITIONER

*AUTHORITY: Title 10 U.S.C. Chapter 55 and Section 8067 and 8012*

*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethica[l] capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*

*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monit[or] professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applyi[ng] for staff privileges during or after separating from the service.*

*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**I. TO BE COMPLETED BY PRACTITIONER**

| 1. NAME (Last, First, Middle Initial) | 2. SSN |
|---|---|
| WEBSTER Wilma P. | 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 |

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

| 3. SIGNATURE | 4. DATE |
|---|---|
| Wilma P. Webster | 14 JUL 93 |

**II. TO BE COMPLETED BY EVALUATOR**

| 5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED | 6. DATES AT INSTITUTION FROM | TO |
|---|---|---|
| HQ, 374th Medical Group | 31 Aug 92 | 30 Aug 93 |

| 7. STATUS OF PRACTITIONER (Staff, Resident, etc.) | 8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEG[ES] IN AT THIS FACILITY |
|---|---|
| Staff | Emergency Medicine |

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or he[r] level of training, experience and background:

| PERFORMANCE (Mark "X" in appropriate block for each item listed) | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERV[ED] |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | ✓ | | |
| B. PROFESSIONAL JUDGMENT | | | ✓ | | |
| C. SENSE OF RESPONSIBILITY | | | ✓ | | |
| D. ETHICAL CONDUCT | | | ✓ | | |
| E. COMPETENCE AND SKILL | | | ✓ | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | ✓ | | |
| G. HISTORY AND PHYSICAL EXAM | | | ✓ | | |
| H. RECORD KEEPING | | | ✓ | | |
| I. CASE PRESENTATIONS | | | ✓ | | |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER - PATIENT RELATIONS | | | ✓ | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | ✓ | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | ✓ | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | ✓ | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional spa[ce] is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |

| | YES |
|---|---|
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | |
| IF "YES" WAS THE MATTER: | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | |
| (2) JUDGEMENT RENDERED BY COURT? | |
| (3) DEFENDANT FOUND LIABLE? | |
| (4) MATTER STILL PENDING? | |

P274

☐ AIR FORCE RECRUITING PERSONNEL
☒ PRACTITIONER'S AIR FORCE CREDENTIAL FILE
☐ OTHER CIVILIAN (Describe in "Remarks.")

☐ YES (If yes, please explain in "Remarks.") ☐ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT
TEN ~~SIX~~ MONTHS

13. BEST TELEPHONE NUMBER TO CONTACT YOU

14. REMARKS (Please add any other information you think appropriate in evaluating this applicant.)

15. NAME AND TITLE OF EVALUATOR
HEIDI F. MABATID, LtCol USAF, MC
Chief, Outpatient Fligh

16. SIGNATURE

17. DATE
12?

AF Form 1562, Feb 86 (Reverse)

★ U.S.G.P.O.: 1986-490-962

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**TO BE COMPLETED BY PRACTITIONER**

I.

| 1. NAME (Last, First, Middle Initial) | 2. SSN |
|---|---|
| WEBSTER, Wilma P. | 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 |

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

| 3. SIGNATURE | 4. DATE |
|---|---|
| Wilma P. Webster | 31 Jan 93 |

**TO BE COMPLETED BY EVALUATOR**

II.

| 5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED | 6. DATES AT INSTITUTION FROM | TO |
|---|---|---|
| 374th Medical Group, Yokota AB, Japan | 10 September 1992 | 28 February 1993 |

| 7. STATUS OF PRACTITIONER (Staff, Resident, etc.) | 8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY |
|---|---|
| Staff | Emergency Medicine Physician |

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE (Mark "X" in appropriate block for each item listed) | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERV |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | ✓ | | |
| B. PROFESSIONAL JUDGMENT | | | ✓ | | |
| C. SENSE OF RESPONSIBILITY | | | ✓ | | |
| D. ETHICAL CONDUCT | | | ✓ | | |
| E. COMPETENCE AND SKILL | | | ✓ | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | ✓ | | | |
| G. HISTORY AND PHYSICAL EXAM | | | | | ✓ |
| H. RECORD KEEPING | | | ✓ | | |
| I. CASE PRESENTATIONS | | | | | ✓ |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER - PATIENT RELATIONS | | ✓ | | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | ✓ | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | ✓ | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | ✓ | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional spa[ce] is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |

| | YES |
|---|---|
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | |
| IF "YES" WAS THE MATTER: | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | |
| (2) JUDGEMENT RENDERED BY COURT? | |
| (3) DEFENDANT FOUND LIABLE? | |
| (4) MATTER STILL PENDING? | |

122

A. REVIEWED PRIVILEGE LIST FROM

☐ AIR FORCE CREDENTIALING PERSONNEL

☒ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN (Describe in "Remarks.")

B. UPON REVIEW, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER'S PRIVILEGES LISTED?

☐ YES (Describe in "Remarks.") ☒ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

6 mo.

13. BEST TELEPHONE NUMBER TO CONTACT YOU

225-3627

14. REMARKS (Please add any other information you think appropriate in evaluating this applicant.)

Dr. Webster is a competent emergency physician. She has had some difficulty dealing with one of the other ER physicians who at times is difficult. ~~to~~ She is adapting to military life gradually, but appears highly motivated to succeed. Dr Mabatid (outpatient flight leader) is working with her to improve her interpersonal skills with encouraging success much to Dr. Websters credit

1229

15. NAME AND TITLE OF EVALUATOR

JAMES POLLARD, III, Lt Col, USAF, MC
Director of Medical Operatio[illegible]

16. SIGNATURE

James Pollard III

17. DATE

22 Feb 93

AF Form 1562, Feb 86 (Reverse)

Expiration Date: 30 Jun 88

# CREDENTIALS EVALUATION OF HEALTH CARE PRACTITIONERS

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**TO BE COMPLETED BY PRACTITIONER**

**I.**

**1. NAME** *(Last, First, Middle Initial)*
WEBSTER, Wilma P.

**2. SSN**
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

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

**3. SIGNATURE** Wilma P. Webster MAJ USAF

**4. DATE** 31 Jan 93

**TO BE COMPLETED BY EVALUATOR**

**II.**

**5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED**
374th Medical Group, Yokota AB, Japan

**6. DATES AT INSTITUTION**
FROM: 10 September 1992
TO: 28 February 1993

**7. STATUS OF PRACTITIONER** *(Staff, Resident, etc.)*
Staff

**8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY**
Emergency Medicine Physician

**9.** The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE • *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | ✓ | | |
| B. PROFESSIONAL JUDGMENT | | ✓ | | | |
| C. SENSE OF RESPONSIBILITY | | | ✓ | | |
| D. ETHICAL CONDUCT | | | ✓ | | |
| E. COMPETENCE AND SKILL | | ✓ | | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | ✓ | | |
| G. HISTORY AND PHYSICAL EXAM | | | ✓ | | |
| H. RECORD KEEPING | | | ✓ | | |
| I. CASE PRESENTATIONS | | | ✓ | | |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER - PATIENT RELATIONS | | ✓ | | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | ✓ | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | ✓ | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | ✓ | | |

**10.** If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | ✓ |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | ✓ |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | ✓ |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

11/40

REVIEWED PRIVILEGE LIST FROM

☐ AIR FORCE RECRUITING PERSONNEL

☒ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN *(Describe in "Remarks.")*

8. UPON REVIEW OF THE PRIVILEGE LIST, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

☐ YES *(If yes, please explain in "Remarks.")* ☒ NO

NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

12 Months

13. BEST TELEPHONE NUMBER TO CONTACT YOU

225-8864

REMARKS *(Please add any other information you think appropriate in evaluating this applicant.)*

Maj Webster has expended a lot of effort in revising/improving the instructions hand-outs for patients in the Emergency Services. She is new to the military and is learning the ways of the company. She has had some problems with dealing with one colleague in particular, and with some of the staff, but this has improved with feedback sessions.

AND TITLE OF EVALUATOR

OI.F. MABATID, Lt Col, USAF, MC

Inpatient Flight Leader

16. SIGNATURE

17. DATE

31 Jan 93

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**TO BE COMPLETED BY PRACTITIONER**

**I.**

**1. NAME** *(Last, First, Middle Initial)*: WEBSTER, Wilma P.

**2. SSN**: 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

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

**3. SIGNATURE**: Wilma P. Webster MAJ USAF

**4. DATE**: 31 Jan 93

**TO BE COMPLETED BY EVALUATOR**

**II.**

**5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED**: 374th Medical Group, Yokota AB, Japan

**6. DATES AT INSTITUTION** — FROM: 10 September 1992 — TO: 28 February 1993

**7. STATUS OF PRACTITIONER** *(Staff, Resident, etc.)*: Staff

**8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY**: Emergency Medicine Physician

**9.** The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERV |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | | ✓ | |
| B. PROFESSIONAL JUDGMENT | | | | ✓ | |
| C. SENSE OF RESPONSIBILITY | | | | ✓ | |
| D. ETHICAL CONDUCT | | | | ✓ | |
| E. COMPETENCE AND SKILL | | | | ✓ | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | | ✓ | |
| G. HISTORY AND PHYSICAL EXAM | | | | ✓ | |
| H. RECORD KEEPING | | | | ✓ | |
| I. CASE PRESENTATIONS | | | | ✓ | |
| J. PATIENT MANAGEMENT | | | | ✓ | |
| K. PRACTITIONER - PATIENT RELATIONS | | | | ✓ | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | | ✓ | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | ✓ | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | ✓ | |

**10.** If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |

| | YES |
|---|---|
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | |
| IF "YES" WAS THE MATTER: | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | |
| (2) JUDGEMENT RENDERED BY COURT? | |
| (3) DEFENDANT FOUND LIABLE? | |
| (4) MATTER STILL PENDING? | |

1232

A. REVIEWED PRIVILEGE LIST FROM

☐ AIR FORCE RECRUITING PERSONNEL

☐ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN (Describe in "Remarks.")

PRIVILEGES LISTED?

☒ YES (If yes, please explain in "Remarks.") ☐ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

13. BEST TELEPHONE NUMBER TO CONTACT YOU

14. REMARKS (Please add any other information you think appropriate in evaluating this applicant.)

123

15. NAME AND TITLE OF EVALUATOR
DOYLE K. LANSFORD, Colonel, USAF, MC
Chairperson, Department of Family Medicine

16. SIGNATURE

17. DATE
19 Feb 93

★ U.S.G.P.O.: 1986—490-962/4

AF Form 1562, Feb 86 (Reverse)

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical ... and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain condition and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or mo professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is app for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

6 54 ( 41 **APPLICANT COMPLETES SECTION I THROUGH IX** 204 26

## I. IDENTIFICATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | DATE |
|---|---|---|---|
| WEBSTER, WILMA P. | 04 | 572543446 | 03 SEP |
| HOME ADDRESS (City, State and ZIP Code) | | DUTY PHONE NO. | HOME PHONE N |
| | | 225-2740 | |

| MEDICAL FACILITY/UNIT OF ASSIGNMENT | DUTY SECTION | PRIMARY/SECONDARY AFSC | SPECIALTY | CORPS |
|---|---|---|---|---|
| 374 Medical Group | ER | 9391A | Emergency Medicine | MC |

## II. PROFESSIONAL EDUCATION

| NAME OF PROFESSIONAL SCHOOL | LOCATION | DATES ATTENDED FROM | DATES ATTENDED TO | DEGREE |
|---|---|---|---|---|
| Universidad Nacional Autónoma de México | Ciudad Universitaria Mexico DF | JAN 73 | 16 JUL 79 | Médico Ciru |
| | | | | |
| | | | | |
| | | | | |

## III. POST GRADUATE TRAINING *(Internship, Residency, Fellowships)*

| NAME OF HOSPITAL OR INSTITUTION | LOCATION | TYPE PROGRAM (Residency, etc.) | DATES ATTENDED FROM | DATES ATTENDED TO |
|---|---|---|---|---|
| Providence Hospital 16001 W. Nine Mile Rd Southfield, MI 48037 | 16001 W. Nine Mile Rd Southfield, MI 48037 | Internal Medicine Residency | 01 JUL 80 | 30 Ju |
| | | | | |
| | | | | |

## IV. PRESENT AND PREVIOUS MILITARY AND CIVILIAN ASSIGNMENTS *(Continue on Reverse)*

| NAME OF HOSPITAL OR ORGANIZATION | LOCATION | SERVICE OR SPECIALTY TO WHICH ASSIGNED | DATES ATTENDED FROM | DATES ATTENDED T |
|---|---|---|---|---|
| St Joseph Medical Center | North Church St. Hazleton PA 18201 | Ambulatory Care Center (ER) | 9 AUG 87 | 31 d |
| Muncy Valley Hospital | 215 E Water St Muncy PA 17756 | Emergency Department | 07 MAR 88 | 31 Ju |
| 300th Field Hospital | USAR - Stewart Rd Ashley, PA (and in Saudi Arabia) | Emergency Med / Int. Med | 10 JUL 89 | 20 S |
| 300th Field Hospital | Saudi Arabia | Emergency Med / Int Med | 16 JAN 90 | 09 J |
| Berwick Hosp Center | 701 E 16th St, Berwick PA | Emergency Physician | 01 JUN 87 | 30 S |
| The Bloomsburg Hospital | 459 Fair St Bloomsburg, PA 17815 | (acting) Director Emergency Dept. Emergency physician | 01 SEP 84 | 30 Ju |

| | | | | |
|---|---|---|---|---|
| IBM - Hopewell Junction NY | NY | Locum Tenens position | (Locum 23 x APR to 24 APR | 24 APR 8 |
| St CLARES HOSPITAL | Baraboo Wisconsin | Internal Medicine specialist (Locum Tenens) | | |
| PARK RIDGE HOSPITAL | 1555 Long Pond Rd Rochester, NY | Emergency Dept. | 28 Nov 83 | 31 JAN 8 |

**V. CERTIFICATION/LICENSURE** *(List all. If additional space is needed continue on separate sheet of paper.)*

| FULLY QUALIFIED *(Specialty)* | BOARD ~~ELIGIBLE IN~~ PREPARED |
|---|---|
| INTERNAL MEDICINE | EMERGENCY MEDICINE |

| BOARD CERTIFICATION BY *(Specialty Board)* | CERTIFICATE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE | 98002 | 11 SEP 85 | No Expiration DOES NOT APPLY |
| | | | |

| STATE LICENSURE *(Name of State)* | LICENSE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| CALIFORNIA | C 042836 | 07/31/92 | ~~07/31/92~~ |
| MICHIGAN | 044199 | 01/31/94 | |

**VI. MEMBERSHIP IN PROFESSIONAL SOCIETIES** *(If additional space is needed continue on separate sheet of paper.)*

| NAME OF SOCIETY | STATUS *(Member, Fellow, etc.)* |
|---|---|
| American Medical Association | member |
| Pennsylvania Medical Society | member |
| Colombia County Medical Society | member |
| American College of Emergency physicians | member |

**VII. REFERENCES** *(Every practitioner MUST list three references. Two must be the former Chief of Professional Services and service chief at your previous facility, if you had them.)*

| NAME | ADDRESS *(City/Base, State, Zip Code)* | TELEPHONE NUMBER |
|---|---|---|
| STAN SCHWARTZ MD | MUNCY VALLEY HOSPITAL 215 E WATER ST, MUNCY PA | (717) 546 8282 |
| GERHARD C. RUGGEAIR ~~DENISE WILSON MD~~ | R.R. #2 BOX374$, Bryant Pond, Maine 04219 | (207) 364-4364 |
| JOHN AMENTLER MD | HAZLETON ST JOSEPH MED. CENTER NORTH CHURCH ST. HAZLETON PA 18201 | (717) 459 45 00 |

**VIII. CREDENTIALS ACTION HISTORY** *(If answer to any of the following questions is "YES," give full details in "Remarks" or on separate sheet of paper.)*

| | YES | NO |
|---|---|---|
| A. HAS YOUR LICENSE TO PRACTICE MEDICINE IN ANY JURISDICTION EVER BEEN LIMITED, SUSPENDED OR REVOKED? | | X |
| B. HAVE YOU EVER BEEN REFUSED MEMBERSHIP IN A HOSPITAL MEDICAL STAFF? | | X |
| C. HAS YOUR REQUEST FOR ANY SPECIFIC CLINICAL PRIVILEGES EVER BEEN DENIED OR GRANTED WITH STATED LIMITATIONS? | | X |
| D. HAVE YOUR PRIVILEGES AT ANY INSTITUTION EVER BEEN LIMITED, RESTRICTED, OR REVOKED? * see below | | X |
| E. HAS YOUR NARCOTICS REGISTRATION EVER BEEN SUSPENDED OR REVOKED? | | X |
| F. HAVE YOU EVER BEEN DENIED MEMBERSHIP OR RENEWAL THEREOF, OR BEEN SUBJECT TO DISCIPLINARY ACTION IN ANY MEDICAL ORGANIZATION? | | X |

| | YES | NO |
|---|---|---|
| G. HAVE YOU EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | |
| H. HAVE YOU EVER BEEN CHARGED IN A FELONY CASE? | | |
| I. HAVE YOU EVER BEEN A DEFENDANT OR THE SUBJECT OF A MEDICAL MALPRACTICE LIABILITY CLAIM, SETTLEMENT, JUDICIAL OR ADMINISTRATIVE ADJUDICATION, OR ANY OTHER RESOLVED OR OPEN CHARGES OF INAPPROPRIATE, UNETHICAL UNPROFESSIONAL, OR SUBSTANDARD CARE? | | |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |
| J. HAVE YOU EVER HAD OR PRESENTLY HAVE A SIGNIFICANT MEDICAL *(including mental health)* PROBLEM? | | |



AF FORM 1540, NOV 86

* I lost job at Park Ridge Hospital January

1235

Case 1:05-cv-01333-CCM Document 10-17 Filed 04/10/2006 Page 20 of 20

All information submitted by me in this application is true to the best of my knowledge and belief. In making this application for clinical privileges at this hospital, I acknowledge my obligation to provide continuous care and supervision of my patients, to accept committee assignments, to accept consultation assignments, and to participate in staffing the emergency area and other specialty care units.

I certify that any false or incomplete information knowingly provided on or with this application may be grounds for not employing or accessing me, or for dismissing or releasing me if I am already employed or serving. I understand that knowingly providing false or incomplete information is punishable by fine or imprisonment under U.S. Code Title 18, Section 1001.

I hereby authorize the hospital, its medical staff, and their representatives to consult with administrators and members of the medical staff of other hospitals or institutions with which I have been associated and with others who have information bearing on my professional competence, character, and ethical qualifications. I hereby further consent to the inspection by the hospital, its medical staff, and its representative of all documents, including medical records at other hospitals, that may be material to an evaluation of my professional qualifications and competence to carry out the clinical privileges requested as well as my moral and ethical qualifications for staff membership.

I hereby release from liability any and all individuals and organizations who provide information to the hospital, or its staff, in good faith and without malice concerning my professional competence, ethics, character, and other qualifications for clinical privileges, and hereby consent to the release of such information. I further agree to release and hold harmless from any liability the United States and any and all persons who participate within the scope of their duties in good faith and without malice in the review of or any action or recommendations relating to my professional competence, ethics, character, and other qualifications. I hereby further authorize the hospital to communicate to other hospitals and to other persons or organizations with a legitimate interest therein any information concerning my professional competence, character, and ethics that the hospital may have or acquire, and, where such communication is made in good faith and without malice, I consent thereto and agree to hold the hospital and its authorized representatives free from liability, therefor. I understand and agree that I, as an applicant for clinical privileges, have the burden of producing adequate information for proper evaluation of my professional competence, character, ethics, and other qualifications and for resolving any doubts about such qualifications. I further acknowledge that I am familiar with the principles and standards of the Joint Commission on Accreditation (JCAH) and will cooperate with the hospital in maintaining JCAH standards for the hospital. I also agree to conduct any practice according to high ethical traditions. I particularly agree to subject my clinical performance to, and faithfully participate in, the hospital's quality assurance programs as the same shall from time to time be in effect.

SIGNATURE OF APPLICANT: Wilma Pauline Webb — DATE: 03 SEPT 92

## FOR CREDENTIAL COMMITTEE USE ONLY

**X. REVIEW**

RECOMMEND ☐ APPROVAL ☒ DISAPPROVAL[1] ☐ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF SERVICE CHIEF: Alan Metcalf — DATE: 9 Sept 92

RECOMMEND ☒ APPROVAL ☐ DISAPPROVAL[1] ☐ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF DEPARTMENT CHAIRPERSON: [signature] — DATE: 9 Sep 92

**XI.** ☒ PROVISIONAL, ☒ COURTESY, OR ☐ CONSULTING PRIVILEGES

☒ APPROVAL ☐ DISAPPROVAL[1] ☐ APPROVAL WITH MODIFICATION[1]

DATE: FROM 10 Sept 92 TO 28 Feb 93

SIGNATURE OF MEDICAL FACILITY COMMANDER OR DESIGNATED REPRESENTATIVE: ~~Alan Metcalf~~ James Pollard III — DATE: 10 Sept 92

**XII. CREDENTIALS COMMITTEE RECOMMENDATION**

DEFINED PRIVILEGES ☒ APPROVED ☐ DISAPPROVED[1] ☐ APPROVED WITH MODIFICATION[1]

SIGNATURE OF CREDENTIALS COMMITTEE CHAIRPERSON: James Pollard III — DATE: 22 Feb 93

**XIII. MEDICAL FACILITY COMMANDER APPROVAL**

CLINICAL PRIVILEGES ☒ APPROVED ☐ DISAPPROVED[1] ☐ APPROVED WITH MODIFICATION[1]

SIGNATURE OF MEDICAL FACILITY COMMANDER *(MAJCOM Surgeon if MFC is not a physician)*: [signature] — DATE: 26 Feb 93

JAMES G. CALENE, COLONEL, USAF, MC
Commander

REMARKS

1235

[1] Explain in "Remarks".