*AUTHORITY: Title 10 U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## INSTRUCTIONS

Part I. List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege. Each block must have a code number. The practitioner signs and dates the form and sends it to his or her supervisor.

Part II. Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander *(MFC)* for approval. After approval the Credentials Committee Chairperson makes the change in pen, initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

**CODES:**
1. **Perform without consultation.**
2. **Perform with consultation.**
3. **Not requested/approved due to lack of facility support/policy.**
4. **Not requested/approved due to lack of expertise.**

NAME OF PRACTITIONER *(Last, First, Middle Initial)*: WEBSTER, WILMA P.

NAME OF MEDICAL FACILITY: 374 MEDICAL GROUP

## LIST OF PRIVILEGES – EMERGENCY MEDICINE

I.

| Requested | Approved | |
|---|---|---|
| ✓ | 1 | A. Provide initial emergency care as is appropriate in true life-threatening emergencies |
| | | B. Provide initial management without consultation |
| ✓ | 1 | 1. Minor lacerations |
| ✓ | 1 | 2. Major lacerations |
| ✓ | 1 | 3. Minor respiratory illness |
| ✓ | 1 | 4. Acute respiratory illness |
| ✓ | 1 | 5. Pulmonary embolism |
| ✓ | 1 | 6. Minor gastrointestinal illness |
| ✓ | 1 | 7. Acute abdominal illness |
| ✓ | 1 | 8. Minor burns |
| ✓ | 1 | 9. Critical burns *(emergency care only)* |
| ✓ | 1 | 10. Minor musculoskeletal trauma |
| ✓ | 1 | 11. Minor dermatologic illness |
| ✓ | 1 | 12. Minor gynecologic problems |
| ✓ | 1 | 13. Acute cardiac emergencies including acute myocardial infarction, arrhythmias and heart failure |
| ✓ | 1 | 14. Poisonings |
| ✓ | 1 | 15. Near drowning |
| ✓ | 1 | 16. Severe allergic reactions |
| ✓ | 1 | 17. Nose bleeds |
| ✓ | 1 | 18. Hypothermia |
| ✓ | 1 | 19. Hyperthermia |
| ✓ | 1 | 20. Patients with altered level of consciousness |
| ✓ | 1 | 21. Multiple trauma |
| ✓ | 1 | 22. Acute psychiatric illness |
| ✓ | 1 | 23. Alcohol detoxification and drug withdrawal |
| ✓ | 1 | 24. Animal and human bites |
| ✓ | 1 | 25. Eye trauma and illness |
| ✓ | 1 | 26. Hand infections |
| ✓ | 1 | 27. Seizure disorders |
| ✓ | 1 | 28. Gastrointestinal bleeding |
| ✓ | 1 | 29. Acute endocrinological emergencies |

| Requested | Approved | |
|---|---|---|
| ✓ | 1 | 30. Urinary calculi |
| ✓ | 1 | 31. Urinary tract infections |
| ✓ | 1 | 32. Screening of ambulance calls |
| ✓ | 1 | 33. Minor pediatric illnesses |
| | | C. Procedures |
| ✓ | 1 | 1. Oral/nasopharyngeal airway insertion |
| ✓ | 1 | 2. Endotracheal intubation |
| ✓ | 1 | 3. Nasotracheal intubation |
| ✓ | 1 | 4. Esophageal obturator airway insertion |
| ✓ | 1 | 5. Trans-tracheal suctioning |
| ✓ | 1 | 6. Needle cricothyroidotomy |
| ✓ | 1 | 7. Cricothyroidotomy |
| ✓ | 1 | 8. Emergency tracheostomy |
| ✓ | 1 | 9. Direct laryngoscopy |
| ✓ | 1 | 10. Indirect laryngoscopy |
| ✓ | 1 | 11. Removal of upper airway foreign body |
| ✓ | 1 | 12. Ventilation management |
| ✓ | 1 | 13. Interpretation of electrocardiograms |
| ✓ | 1 | 14. Central venous line insertion |
| ✓ | 1 | 15. Peripheral venipuncture |
| ✓ | 1 | 16. Peripheral venous cutdown |
| ✓ | 1 | 17. Placement of emergency electrical pace |
| ✓ | 1 | (a) transvenous |
| ✓ | 1 | (b) transthoracic |
| ✓ | 1 | (c) external |
| ✓ | 1 | 18. Defibrillation and synchronized cardio |
| ✓ | 1 | 19. Pericardiocentesis |
| ✓ | 1 | 20. Intracardiac injection |
| ✓ | 1 | 21. Emergency thoracotomy |
| ✓ | 1 | 22. Thoracentesis |
| ✓ | 1 | 23. Tube thoracostomy |
| ✓ | 1 | 24. Needle thoracostomy |
| ✓ | 1 | 25. Arterial puncture |
| ✓ | 1 | 26. Arterial cannula placement |

1236

LIS… PRIVILEGES

| Requested | Approved | |
|---|---|---|
| 1 | 1 | 27. Closed chest massage |
| 1 | 1 | 28. Internal cardiac massage |
| 1 | 1 | 29. Use of MAST trousers |
| 1 | 1 | 30. Treatment of burns |
| 1 | 1 | 31. Debridement and repair of minor lacerations |
| 1 | 1 | 32. Diagnostic peritoneal lavage |
| 3 | 3 | 33. Peritoneal dialysis |
| 1 | 1 | 34. Excision of thrombosed external hermorrhoids |
| 1 | 1 | 35. Incision and drainage of abscesses |
| 1 | 1 | 36. Reduction of hernias |
| 2 | 2 | 37. Sigmoidoscopy |
| 2 | 2 | 38. Suprapubic cystotomy |
| 1 | 1 | 39. Urinary catheter placement |
| 1 | 1 | 40. Reduction of paraphimosis, phimosis |
| 1 | 1 | 41. Culdocentesis |
| 1 | 1 | 42. Emergency vaginal deliveries |
| 1 | 1 | 43. Rape exam |
| 1 | 1 | 44. Emergency retrograde cystogram, IVP |
| 1 | 1 | 45. Nasogastric intubation |
| 1 | 1 | 46. Gastric lavage |
| 3 | 3 | 47. Sengstaken-Blakemore tube placement |
| 1 | 1 | 48. Lumbar puncture |
| 1 | 1 | 49. Removal of corneal foreign body |
| 1 | 1 | 50. Schiotz tonometry |
| 1 | 1 | 51. Anterior nasal packing |
| 1 | 1 | 52. Posterior nasal packing |
| 1 | 1 | 53. Cautery *(electrical/chemical)* of acute mucosal bleeding |

| Requested | Approved | |
|---|---|---|
| 1 | 1 | 54. Reduction of temporal-mandibular joint dislocation |
| 1 | 1 | 55. Reduction of simple closed dislocations |
| 1 | 1 | 56. Reduction of simple closed fractures |
| 1 | 1 | 57. Placement of molded splints |
| 1 | 1 | 58. Arthrocentesis |
| 1 | 1 | (a) diagnostic |
| 1 | 1 | (b) therapeutic |
| 2 | 2 | 59. Extensor tendon repair |
| 1 | 1 | 60. Nail trephination/removal |
| 2 | 2 | 61. Application of cervical traction tongs |
| 2 | 2 | 62. Simple split thickness grafting |
| 1 | 1 | 63. Local infiltrative anesthesia |
| 1 | 1 | 64. Regional block anesthesia |
| 1 | 1 | 65. Pediatric resuscitation |
| 1 | 1 | 66. Interpret transmitted electrocargiogram rhythm strips |
| 1 | 1 | 67. Heimlich maneuver |
| 1 | 1 | 68. Slit lamp exam |
| 2 | 2 | 69. Bier block |
| | | D. Other |
| | | 1. |
| | | 2. |
| | | 3. |
| | | 4. |
| | | 5. |
| | | 6. |
| | | 7. |

SIGNATURE OF PRACTITIONER: William P. Noble (signature)

DATE: 03 SEP 92

## SUPERVISOR'S RECOMMENDATION

I.

[X] RECOMMEND APPROVAL

[ ] RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

[ ] RECOMMEND DISAPPROVAL *(Specify below)*

DOYLE K. LANSFORD
Col, USAF, MC, FS
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 9346

30 Nov 92

Alan G. McNabb
Capt, USAF, MC
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 09341

SIGNATURE OF SUPERVISOR (signatures)

DATE: 3 Sep 92

1237

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## INSTRUCTIONS

Part I, List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege. Each block must have a code number. The practitioner signs and dates the form and sends it to his or her supervisor.

Part II, Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander (MFC) for approval. After approval the Credentials Committee Chairperson makes the change in pen, initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

**CODES:**
1. **Perform unsupervised**
2. **Perform with supervision**
3. **Not requested/approved due to lack of facility support**
4. **Not requested/approved due to lack of expertise**

NAME OF PRACTITIONER *(Last, First, Middle Initial)*: Webster, Wilma P.

NAME OF MEDICAL FACILITY: Muncy Valley Hospital

### LIST OF PRIVILEGES – INTERNAL MEDICINE

| Requested | Approved | |
|---|---|---|
| | | A. INTERNAL MEDICINE |
| 1 | 1 | 1. Lumbar puncture |
| 3 | 3 | 2. Marrow aspiration |
| 1 | 1 | 3. Read EKGs |
| 1 | 1 | 4. Insert central venous catheter |
| 1 | 1 | 5. Perform venous cutdown |
| 1 | 1 | 6. Naso/gastric intubation |
| 3 | 3 | 7. Proctosigmoidoscopy |
| 4 | 4 | 8. Biopsy, rectosigmoid |
| 4 | 4 | 9. Transtracheal aspiration |
| 4 | 4 | 10. Bernstein test |
| 4 | 4 | 11. Synovial fluid crystallography |
| 1 | 1 | 12. Peripheral nerve blocks |
| 1 | 1 | 13. Pacemaker insertion *(temporary)* transthoracic, venous |
| 1 | 1 | 14. Thoracentesis |
| [illegible] | 3 | 15. Insert Swan Ganz catheter |
| [illegible] | 3 | 16. PFT interpretation |
| | | B. HEMATOLOGY – ONCOLOGY |
| 3 | 3 | 1. Marrow biopsy and interpretation |
| 4 | 4 | 2. Plasma exchange |
| 4 | 4 | 3. Cytopheresis |
| 4 | 4 | 4. Chemotherapy |
| | | C. CARDIOLOGY |
| 4 | 4 | 1. Read vectorcardiograms |
| 4 | 4 | 2. Read phonocardiograms |
| [illegible] | 4 | 3. Cardiac catheterization |
| 4 | 4 | 4. Exercise testing |
| 4 | 4 | 5. Echocardiography |
| | | 6. Cardioverson |
| | | D. RENAL |
| 4 | 4 | 1. Renal biopsy |
| | 3 | 2. Dialysis, peritoneal |
| 4 | 4 | 3. Hemodialysis |

| Requested | Approved | |
|---|---|---|
| | | E. GASTROENTEROLOGY |
| 4 | 4 | 1. Liver biopsy |
| 4 | 4 | 2. Insert esophageal balloon |
| 4 | 4 | 3. Biopsy, small intestine *(capsule or hydraulic suction type)* |
| 4 | 4 | 4. Gastroscopy, esophagoscopy with/without biopsy or polypectomy |
| 4 | 4 | 5. Peritoneoscopy with/without biopsy |
| 4 | 4 | 6. Esophageal motility |
| 4 | 4 | 7. Endoscopic retrograde cholangio-pancreatography |
| 4 | 4 | 8. Placement of intestinal catheters for enteric infusion by endoscopic means |
| 4 | 4 | 9. Esophageal dilation *(mercury weighted and wire guided)* |
| 4 | 4 | 10. Secretin test |
| 4 | 4 | 11. Biliary drainage intubation |
| 4 | 4 | 12. Pneumatic dilatation of esophagus |
| 4 | 4 | 13. Esophageal prosthesis placement |
| 3 | 3 | 14. Proctosigmoidoscopy - rigid, flexible |
| 4 | 4 | 15. Esophageal sclerotherapy |
| 4 | 4 | 16. Endoscopic therapeutic electro-coagulation |
| 4 | 4 | 17. Colonoscopy with/without biopsy or polypectomy |
| | | F. PULMONARY |
| 4 | 4 | 1. Bronchoscopy - fiberoptic |
| 4 | 4 | 2. Lung biopsy |
| 4 | 4 | 3. Pleural biopsy |
| 4 | 4 | 4. Mecholyl challenge |
| | | G. ENDOCRINE |
| 4 | 4 | 1. Fine needle thyroid biopsy |
| 4 | 4 | 2. Insulin tolerance testing |

1228

| | | | | | |
|---|---|---|---|---|---|
| 4 | 4 | 1. Skin testing (Allergen) | | | 2. |
| 4 | 4 | 2. Inhalation allergen challenge | | | 3. |
| | | I. RHEUMATOLOGY | | | 4. |
| 4 | 4 | 1. Synovial needle biopsy | | | 5. |
| 1 | 1 | 2. Intra-articular injections | | | 6. |
| 1 | 1 | 3. Bursal injections | | | 7. |
| 4 | 4 | 4. Arthroscopy | | | |

SIGNATURE OF PRACTITIONER Wilma P. Webber

DATE 1/27/92

II. SUPERVISOR'S RECOMMENDATION

☑ RECOMMEND APPROVAL

☐ RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

☐ RECOMMEND DISAPPROVAL *(Specify below)*

SIGNATURE OF SUPERVISOR William [illegible] M.D.

Chai...an Dept Of Internal Medicine

DATE 1/27/92 1230

REVERSE OF AF FORM 2815, MAY 84

☆U.S. G.P.O. 1985-460-983/

Health Professions ...
BLOOMSBURG UNIVERSITY
Bloomsburg, Pennsylvania 17815

Department of Languages and Cultures
717–389–4246
PANET–472–4246

Faculty of Medicine
Secretariat of Planning
and Scholastic Services

(University Seal)
NATIONAL AUTONOMOUS
UNIVERSITY OF MEXICO

Wilma P. Webster M.D.
159 Clifton Drive
Bloomsburg, PA 17815
U.S.A.

At the request of Dr. Wilma Pauline Webster Harvey, I inform that she was a student at this Faculty and covered completely the subjects of the Plan of Studies of the profession of Medical Surgeon.

She performed her undergraduate rotating internship from January 1 to December 31 of 1977 at the Mexican Institute of Social Security, rotating through the areas of: Internal Medicine, Pediatrics, Gineco-obstetrics and General Surgery with a duration of 3 months in each one.

This is issued at University City, Federal District on the 5th day of June of one thousand nine hundred and eighty seven.

Attentively,

(University motto)

Dr. Humberyo Gasca Gonzalez
Secretary of Planning and
Scholastic Services

(University Seal)
Faculty of Medicine
Secretariat of Planning
and Scholastic Services

I certify that I am proficient in both Spanish and English and the the above is a true and correct translation of the original and I am putting my signature to a xerox copy of it.

124

DENNIS C. CHANEY, TSgt, USAF
Health Professions REcruiter

SECRETARIA DE PLANEACION
Y SERVICIOS ESCOLARES

VERSIDAD NACIONAL
AVTONOMA DE
MEXICO

WILLMA P. WEBSTER, M.D.
159 Clifton Drive
Bloomsburg, PA 17815
U.S.A.

A solicitud de la DRA. WILMA PAULINE WEBSTER HARVEY, me permito informar que fué alumna de esta Facultad, cubrió íntegramente con las asignaturas del Plan de Estudios de la Carrera de Médico Cirujano.

Realizó su Internado Rotatorio de Pregrado del 1o. de enero al 31 de diciembre de 1977, en el Instituto Mexicano del Seguro Social, rotando por las áreas de: Medicina Interna, Pediatría, Gineco-Obstetricia y Cirugía General, con duración de 3 meses cada una de ellas.

Se extiende la presente en Ciudad Universitaria, Distrito Federal a los cinco días del mes de junio de mil novecientos ochenta y siete.

A T E N T A M E N T E
"POR MI RAZA HABLARA EL ESPIRITU"

DR. HUMBERTO GASCA GONZALEZ
SECRETARIO DE PLANEACION Y SERVICIOS ESCOLARES.

FACULTAD DE MEDICINA
SECRETARIA DE PLANEACION
Y SERVICIOS ESCOLARES

HGG/mlvd

12

DENNIS C. CHANEY, TSgt, USAF
Health Professions Recruiter

BLOOMSBURG UNIVERSITY
Bloomsburg, Pennsylvania 17815

Department of Languages
and Cultures
717-389-4246
PANET-472-4246

NATIONAL AUTONOMOUS UNIVERSITY OF MEXICO
SCHOOL OF MEDICINE
INTERNSHIP SECTION

(University Seal)
ıtional Autonomous University of
ːxico

School of Medicine

National Autonomous
University of Mexico

General Coordination
Cycles IX and X

Dr. Humberto Gasca Gonzalez
Secretary, Office of Scholastic Services
School of Medicine
U.N.A.M.

I hereby advise you that the student of the IX and X cycles of this School of Medicine, WEBSTER HARVEY WILMA PAULINE took her undergraduate rotating internship at the Institute located in Tlanepantla, State of Mexico, having Obtained the average grade of MB (Very Good).

Sincerely,

"POR MI RAZA HABLARA EL ESPIRITU" (University Motto)
University City, D.F., December 31st , 1977
Gen. Coordinator of Cycles IX and X

Dr. David Campuzano Loza

DCL'lfg.

I certify that I am proficient in both Spanish and English and that the above is a true and correct translation of the original, and I am putting my signature to a xerox copy of it.

Dr. Jorge A. Topete

1243

UNIVERSIDAD NACIONAL AUTONOMA DE MEXICO

FACULTAD DE MEDICINA

SECCION DE INTERNADO

Universidad Nacional Autónoma de México

Dr. Humberto Gasca González
Secretario de Servs. Escolares
Facultad de Medicina
U. N. A. M.

Facultad de Medicina

Universidad Nacional Autónoma de México
Coordinación General Ciclos IX y X

Por el presente, me permito comunicar a usted que el alumno de los Ciclos IX y X de esta Facultad [redacted] realizó su Internado rotatorio de pregrado en el I.M.S.S. ubicado en TLANEPANTLA, EDO DE MEXICO. habiendo obtenido una calificación de [redacted].

A t e n t a m e n t e
"POR MI RAZA HABLARA EL ESPIRITU"
Cd. Universitaria, D.F., 31 de DIC. 1977
COORD. GRAL. DE LOS CICLOS IX Y X

DR. DAVID CAMPUZANO LOZA

DCL'lfg.

124

Case 1:05-cv-01333-GCM Document 40-18 Filed 04/10/2006 Page 9 of 20

BLOOMSBURG UNIVERSITY Bloomsburg, Pennsylvania 17815

Department of Languages
and Cultures
717 – 389 – 4246
PANET – 472 – 4246

(University Seal)
National Autonomous
University of Mexico

Faculty of Medicine
Secretariat of Planning and
Scholastic services

BOARD OF MEDICAL QUALITY ASSURANCE
1430 Howe Avenue
Sacramento, California 95825

At the request of Dr. Wilma Pauline Webster Harvey I permit myself to inform you that she was a student of this Faculty during the scholastic period 1973-1977, having obtained a general average of 9.23 on a scale that goes from 6 to 10.

She took and passed the Professional Exam for Medical Surgeon the 22nd of January of 1978. The Professional Degree was issued on July 16, 1979.

Likewise, a list of the clinical subjects taken during 1975-1976 is attached.

Dr. Webster Harvey during her stay in this Faculty observed good conduct.

This document is drawn up at University City, Federal District on the twelfth of the month of March of one thousand nine hundred eighty seven.

Attentively

(University Seal) "POR MI RAZA HABLARA EL ESPIRITU" (University motto)

Faculty of Medicine
Secretariat of Planning
and Scholastic Services

Dr. Humberto Gasca Gonzalez
Secretary of Planning and Scholastic Services

I certify that I am proficient in both Spanish and English, and that the above is a true and correct translation of the original, and I am putting my signature to a xerox copy of it.

Dr. Jorge A. Topete

124

UNIVERSIDAD NACIONAL
AUTONOMA DE
MEXICO

BOARD OF MEDICAL QUALITY ASSURANCE
1430 Howe Avenue
Sacramento, California 95825

A solicitud de la DRA. WILMA PAULINE WEBSTER HARVEY me permito informar que fué alumna de esta Facultad, durante el período escolar 1973-1977 habiendo obtenido un promedio general de 9.23 en una escala aprobatoria que va del 6 al 10.

Presentó y aprobó su Examen Profesional de Médico Cirujano el 22 de enero de 1978. El Título Profesional le fué expedido el 16 de julio de 1979.

Asimismo se anexa listado de las asignaturas clínicas cursadas durante 1975-1976.

La DRA. WEBSTER HARVEY, durante su estancia en esta Facultad observó buena conducta.

Se extiende la presente en Ciudad Universitaria, Distrito Federal a los doce días del mes de marzo de mil novecientos ochenta y siete.

A T E N T A M E N T E
"POR MI RAZA HABLARA EL ESPIRITU"

FACULTAD DE MEDICINA
SECRETARIA DE PLANEACION
Y SERVICIOS ESCOLARES

DR. HUMBERTO GASCA GONZALEZ
SECRETARIO DE PLANEACION Y SERVICIOS
ESCOLARES.

HGG/mlvc

120

*capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to ... and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## INSTRUCTIONS

Part I, List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege. Each block must have a code number. The practitioner signs and dates the form and sends it to his or her supervisor.

Part II, Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander (MFC) for approval. After approval the Credentials Committee Chairperson makes the change in p initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

**CODES:**
1. **Perform unsupervised**
2. **Perform with supervision**
3. **Not requested/approved due to lack of facility support**
4. **Not requested/approved due to lack of expertise**

| NAME OF PRACTITIONER *(Last, First, Middle Initial)* | NAME OF MEDICAL FACILITY |
|---|---|
| Webster, Wilma P | Hazleton St-Joseph Medical Center - A.C.U. |

I. **LIST OF PRIVILEGES – INTERNAL MEDICINE**

| Requested | Approved | |
|---|---|---|
| | | A. INTERNAL MEDICINE |
| 1 | 1 | 1. Lumbar puncture |
| 3 | 3 | 2. Marrow aspiration |
| 1 | 1 | 3. Read EKGs |
| 1 | 1 | 4. Insert central venous catheter |
| 1 | 1 | 5. Perform venous cutdown |
| 1 | 1 | 6. Naso/gastric intubation |
| 3 | 3 | 7. Proctosigmoidoscopy |
| 4 | 4 | 8. Biopsy, rectosigmoid |
| 1 | 1 | 9. Transtracheal aspiration |
| 4 | 4 | 10. Bernstein test |
| 4 | 4 | 11. Synovial fluid crystallography |
| 3 | 3 | 12. Peripheral nerve blocks |
| 1 | 1 | 13. Pacemaker insertion *(temporary)* transthoracic, venous |
| 1 | 1 | 14. Thoracentesis |
| 3 | 3 | 15. Insert Swan Ganz catheter |
| 4 | 4 | 16. PFT interpretation |
| | | B. HEMATOLOGY – ONCOLOGY |
| 4 | 4 | 1. Marrow biopsy and interpretation |
| 4 | 4 | 2. Plasma exchange |
| 4 | 4 | 3. Cytopheresis |
| 4 | 4 | 4. Chemotherapy |
| | | C. CARDIOLOGY |
| 4 | 4 | 1. Read vectorcardiograms |
| 4 | 4 | 2. Read phonocardiograms |
| 4 | 4 | 3. Cardiac catheterization |
| 4 | 4 | 4. Exercise testing |
| 4 | 4 | 5. Echocardiography |
| 3 | 3 | 6. Cardioverson |
| | | D. RENAL |
| 4 | 4 | 1. Renal biopsy |
| 3 | 3 | 2. Dialysis, peritoneal |
| 4 | 4 | 3. Hemodialysis |

| Requested | Approved | |
|---|---|---|
| | | E. GASTROENTEROLOGY |
| 4 | 4 | 1. Liver biopsy |
| 4 | 4 | 2. Insert esophageal balloon |
| 4 | 4 | 3. Biopsy, small intestine *(capsule or hydraulic suction type)* |
| 4 | 4 | 4. Gastroscopy, esophagoscopy with/without biopsy or polypectomy |
| 4 | 4 | 5. Peritoneoscopy with/without biopsy |
| 4 | 4 | 6. Esophageal motility |
| 4 | 4 | 7. Endoscopic retrograde cholangio-pancreatography |
| 4 | 4 | 8. Placement of intestinal catheters for enteric infusion by endoscopic means |
| 4 | 4 | 9. Esophageal dilation *(mercury weighted and wire guided)* |
| 4 | 4 | 10. Secretin test |
| 4 | 4 | 11. Biliary drainage intubation |
| 4 | 4 | 12. Pneumatic dilatation of esophagus |
| 4 | 4 | 13. Esophageal prosthesis placement |
| 4 | 4 | 14. Proctosigmoidoscopy - rigid, flexible |
| 4 | 4 | 15. Esophageal sclerotherapy |
| 4 | 4 | 16. Endoscopic therapeutic electro-coagulation |
| 4 | 4 | 17. Colonoscopy with/without biopsy or polypectomy |
| | | F. PULMONARY |
| 4 | 4 | 1. Bronchoscopy - fiberoptic |
| 4 | 4 | 2. Lung biopsy |
| 4 | 4 | 3. Pleural biopsy |
| 4 | 4 | 4. Mecholyl challenge |
| | | G. ENDOCRINE |
| 4 | 4 | 1. Fine needle thyroid biopsy |
| 4 | 4 | 2. Insulin tolerance testing |

| Requested | Approved | | | | J. OTHER |
|---|---|---|---|---|---|
| | | H. ALLERGY | | | 1. |
| 4 | 4 | 1. Skin testing *(Allergen)* | | | 2. |
| 4 | 4 | 2. Inhalation allergen challenge | | | 3. |
| | | I. RHEUMATOLOGY | | | 4. |
| 4 | 4 | 1. Synovial needle biopsy | | | 5. |
| 4 | 4 | 2. Intra-articular injections | | | 6. |
| 4 | 4 | 3. Bursal injections | | | 7. |
| 4 | 4 | 4. Arthroscopy | | | DATE 23 Jan 92 |

SIGNATURE OF PRACTITIONER [signature illegible]

**SUPERVISOR'S RECOMMENDATION**

☒ RECOMMEND APPROVAL

☐ RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

☐ RECOMMEND DISAPPROVAL *(Specify below)*

As an internist & Dr Wilson
have worked for ACU in the
same past 4 years. Demonstrates
sound clinical knowledge and
patient care. Triage exp in
emergency room work. Recommend
Wilson's privileges per internal
medicine standpoint

1247

SIGNATURE OF SUPERVISOR [signature illegible]

DATE 23 JAN 92

# CREDENTIALS PRIVILEGE LIST – EMERGENCY MEDICINE

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## INSTRUCTIONS

Part I. List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege. Each block must have a code number. The practitioner signs and dates the form and sends it to his or her supervisor.

Part II. Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander *(MFC)* for approval. After approval the Credentials Committee Chairperson makes the change in pen, initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

**CODES:**
1. **Perform without consultation.**
2. **Perform with consultation.**
3. **Not requested/approved due to lack of facility support/policy.**
4. **Not requested/approved due to lack of expertise.**

| NAME OF PRACTITIONER *(Last, First, Middle Initial)* | NAME OF MEDICAL FACILITY |
|---|---|
| WEBSTER, WILMA P. | Muncy Valley Hospital E.R. |

**I. LIST OF PRIVILEGES – EMERGENCY MEDICINE**

| Requested | Approved | |
|---|---|---|
| | | A. Provide initial emergency care as is appropriate in true life-threatening emergencies |
| 1 | 1 | B. Provide initial management without consultation |
| 1 | 1 | 1. Minor lacerations |
| 1 | 1 | 2. Major lacerations |
| 1 | 1 | 3. Minor respiratory illness |
| 1 | 1 | 4. Acute respiratory illness |
| 1 | 1 | 5. Pulmonary embolism |
| 1 | 1 | 6. Minor gastrointestinal illness |
| 1 | 1 | 7. Acute abdominal illness |
| 1 | 1 | 8. Minor burns |
| 1 | 1 | 9. Critical burns *(emergency care only)* |
| 1 | 1 | 10. Minor musculoskeletal trauma |
| 1 | 1 | 11. Minor dermatologic illness |
| 1 | 1 | 12. Minor gynecologic problems |
| 1 | 1 | 13. Acute cardiac emergencies including acute myocardial infarction, arrhythmias and heart failure |
| 1 | 1 | 14. Poisonings |
| 1 | 1 | 15. Near drowning |
| 1 | 1 | 16. Severe allergic reactions |
| 1 | 1 | 17. Nose bleeds |
| 1 | 1 | 18. Hypothermia |
| 1 | 1 | 19. Hyperthermia |
| 1 | 1 | 20. Patients with altered level of consciousness |
| 1 | 1 | 21. Multiple trauma |
| 1 | 1 | 22. Acute psychiatric illness |
| 1 | 1 | 23. Alcohol detoxification and drug withdrawal |
| 1 | 1 | 24. Animal and human bites |
| 1 | 1 | 25. Eye trauma and illness |
| 1 | 1 | 26. Hand infections |
| 1 | 1 | 27. Seizure disorders |
| 1 | 1 | 28. Gastrointestinal bleeding |
| 1 | 1 | 29. Acute endocrinological emergencies |

| Requested | Approved | |
|---|---|---|
| 1 | | 30. Urinary calculi |
| 1 | 1 | 31. Urinary tract infections |
| 1 | 1 | 32. Screening of ambulance calls |
| 1 | 1 | 33. Minor pediatric illnesses |
| 1 | 1 | C. Procedures |
| 1 | 1 | 1. Oral/nasopharyngeal airway insertion |
| 1 | 1 | 2. Endotracheal intubation |
| 1 | 1 | 3. Nasotracheal intubation |
| 1 | 1 | 4. Esophageal obturator airway insertion |
| 1 | 1 | 5. Trans-tracheal suctioning |
| 1 | 1 | 6. Needle cricothyroidotomy |
| 1 | 1 | 7. Cricothyroidotomy |
| 1 | 1 | 8. Emergency tracheostomy |
| 1 | 1 | 9. Direct laryngoscopy |
| 1 | 1 | 10. Indirect laryngoscopy |
| 1 | 1 | 11. Removal of upper airway foreign body |
| 1 | 1 | 12. Ventilation management |
| 1 | 1 | 13. Interpretation of electrocardiograms |
| 1 | 1 | 14. Central venous line insertion |
| 1 | 1 | 15. Peripheral venipuncture |
| 1 | 1 | 16. Peripheral venous cutdown |
| 1 | 1 | 17. Placement of emergency electrical pacemaker |
| 1 | 1 | (a) transvenous |
| 1 | 1 | (b) transthoracic |
| 1 | 1 | (c) external |
| 1 | 1 | 18. Defibrillation and synchronized cardioversion |
| 1 | 1 | 19. Pericardiocentesis |
| 1 | 1 | 20. Intracardiac injection |
| 1 | 1 | 21. Emergency thoracotomy |
| 1 | 1 | 22. Thoracentesis |
| 1 | 1 | 23. Tube thoracostomy |
| 1 | 1 | 24. Needle thoracostomy |
| 1 | 1 | 25. Arterial puncture |
| 1 | 1 | 26. Arterial cannula placement |

1148

LIST OF PRIVILEGES – EMERGENCY MEDICINE *(Continued)*

| Requested | Approved | | Requested | Approved | |
|---|---|---|---|---|---|
| / | / | 27. Closed chest massage | / | / | 54. Reduction of temporal-mandibular joint dislocation |
| / | / | 28. Internal cardiac massage | | | |
| / | / | 29. Use of MAST trousers | / | / | 55. Reduction of simple closed dislocations |
| / | / | 30. Treatment of burns | / | / | 56. Reduction of simple closed fractures |
| / | / | 31. Debridement and repair of minor lacerations | / | / | 57. Placement of molded splints |
| / | / | 32. Diagnostic peritoneal lavage | / | / | 58. Arthrocentesis |
| / | / | 33. Peritoneal dialysis | / | / | (a) diagnostic |
| / | / | 34. Excision of thrombosed external hermorrhoids | / | / | (b) therapeutic |
| / | / | 35. Incision and drainage of abscesses | / | / | 59. Extensor tendon repair |
| / | / | 36. Reduction of hernias | / | / | 60. Nail trephination/removal |
| / | / | 37. Sigmoidoscopy | / | / | 61. Application of cervical traction tongs |
| / | / | 38. Suprapubic cystotomy | / | / | 62. Simple split thickness grafting |
| / | / | 39. Urinary catheter placement | / | / | 63. Local infiltrative anesthesia |
| / | / | 40. Reduction of paraphimosis, phimosis | / | / | 64. Regional block anesthesia |
| / | / | 41. Culdocentesis | / | / | 65. Pediatric resuscitation |
| / | / | 42. Emergency vaginal deliveries | / | / | 66. Interpret transmitted electrocargiogram rhythm strips |
| / | / | 43. Rape exam | | | |
| / | / | 44. Emergency retrograde cystogram, IVP | / | / | 67. Heimlich maneuver |
| / | / | 45. Nasogastric intubation | / | / | 68. Slit lamp exam |
| / | / | 46. Gastric lavage | 2 | 2 | 69. Bier block |
| / | / | 47. Sengstaken-Blakemore tube placement | | | D. Other |
| / | / | 48. Lumbar puncture | | | 1. |
| / | / | 49. Removal of corneal foreign body | | | 2. |
| / | / | 50. Schiotz tonometry | | | 3. |
| / | / | 51. Anterior nasal packing | | | 4. |
| / | / | 52. Posterior nasal packing | | | 5. |
| / | / | 53. Cautery *(electrical/chemical)* of acute mucosal bleeding | | | 6. |
| | | | | | 7. |

SIGNATURE OF PRACTITIONER: Wilma Pauline Nebel MD

DATE: 22 JAN 92

II. SUPERVISOR'S RECOMMENDATION

☒ RECOMMEND APPROVAL

☐ RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

☐ RECOMMEND DISAPPROVAL *(Specify below)*

SIGNATURE OF SUPERVISOR: Stan H. Swartz MD

DATE: 1/22/92

122

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience and competence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## INSTRUCTIONS

Part I, List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege. Each block must have a code number. The practitioner signs and dates the form and sends it to his or her supervisor.

Part II, Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander *(MFC)* for approval. After approval the Credentials Committee Chairperson makes the change in pen, initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

**CODES:**
1. **Perform without consultation.**
2. **Perform with consultation.**
3. **Not requested/approved due to lack of facility support/policy.**
4. **Not requested/approved due to lack of expertise.**

| NAME OF PRACTITIONER *(Last, First, Middle Initial)* | NAME OF MEDICAL FACILITY |
|---|---|
| WEBSTER, WILMA P. | Hazleton St. Joseph Medical Center - ACU |

## I. LIST OF PRIVILEGES – EMERGENCY MEDICINE

| Requested | Approved | |
|---|---|---|
| 1 | 1 | A. Provide initial emergency care as is appropriate in true life-threatening emergencies |
| | 1 | B. Provide initial management without consultation |
| 1 | 1 | 1. Minor lacerations |
| 1 | 1 | 2. Major lacerations |
| 1 | 1 | 3. Minor respiratory illness |
| 1 | 1 | 4. Acute respiratory illness |
| 1 | 1 | 5. Pulmonary embolism |
| 1 | 1 | 6. Minor gastrointestinal illness |
| 1 | 1 | 7. Acute abdominal illness |
| 1 | 1 | 8. Minor burns |
| 1 | 1 | 9. Critical burns *(emergency care only)* |
| 1 | 1 | 10. Minor musculoskeletal trauma |
| 1 | 1 | 11. Minor dermatologic illness |
| 1 | 1 | 12. Minor gynecologic problems |
| 1 | 1 | 13. Acute cardiac emergencies including acute myocardial infarction, arrhythmias and heart failure |
| 1 | 1 | 14. Poisonings |
| 1 | 1 | 15. Near drowning |
| 1 | 1 | 16. Severe allergic reactions |
| 1 | 1 | 17. Nose bleeds |
| 1 | 1 | 18. Hypothermia |
| 1 | 1 | 19. Hyperthermia |
| 1 | 1 | 20. Patients with altered level of consciousness |
| 1 | 1 | 21. Multiple trauma |
| 1 | 1 | 22. Acute psychiatric illness |
| 1 | 1 | 23. Alcohol detoxification and drug withdrawal |
| 1 | 1 | 24. Animal and human bites |
| 1 | 1 | 25. Eye trauma and illness |
| 1 | 1 | 26. Hand infections |
| 1 | 1 | 27. Seizure disorders |
| 1 | 1 | 28. Gastrointestinal bleeding |
| 1 | 1 | 29. Acute endocrinological emergencies |

| Requested | Approved | |
|---|---|---|
| 1 | 1 | 30. Urinary calculi |
| 1 | 1 | 31. Urinary tract infections |
| 1 | 1 | 32. Screening of ambulance calls |
| 1 | 1 | 33. Minor pediatric illnesses |
| | 1 | C. Procedures |
| 1 | 1 | 1. Oral/nasopharyngeal airway insertion |
| 1 | 1 | 2. Endotracheal intubation |
| 1 | 1 | 3. Nasotracheal intubation |
| 1 | 1 | 4. Esophageal obturator airway insertion |
| 1 | 1 | 5. Trans-tracheal suctioning |
| 1 | 1 | 6. Needle cricothyroidotomy |
| 1 | 1 | 7. Cricothyroidotomy |
| 1 | 1 | 8. Emergency tracheostomy |
| 1 | 1 | 9. Direct laryngoscopy |
| 1 | 1 | 10. Indirect laryngoscopy |
| 1 | 1 | 11. Removal of upper airway foreign body |
| 1 | 1 | 12. Ventilation management |
| 1 | 1 | 13. Interpretation of electrocardiograms |
| 1 | 1 | 14. Central venous line insertion |
| 1 | 1 | 15. Peripheral venipuncture |
| 1 | 1 | 16. Peripheral venous cutdown |
| 1 | 1 | 17. Placement of emergency electrical pacemaker |
| 1 | 1 | (a) transvenous |
| 1 | 1 | (b) transthoracic |
| 1 | 1 | (c) external |
| 1 | 1 | 18. Defibrillation and synchronized cardioversion |
| 1 | 1 | 19. Pericardiocentesis |
| 1 | 1 | 20. Intracardiac injection |
| 1 | 1 | 21. Emergency thoracotomy |
| 1 | 1 | 22. Thoracentesis |
| 1 | 1 | 23. Tube thoracostomy |
| 1 | 1 | 24. Needle thoracostomy |
| 1 | 1 | 25. Arterial puncture |
| 1 | 1 | 26. Arterial cannula placement |

## LIST OF PRIVILEGES – EMERGENCY MEDICINE *(Continued)*

| Requested | Approved | | Requested | Approved | |
|---|---|---|---|---|---|
| / | / | 27. Closed chest massage | / | / | 54. Reduction of temporal-mandibular joint dislocation |
| / | | 28. Internal cardiac massage | | | |
| / | / | 29. Use of MAST trousers | / | / | 55. Reduction of simple closed dislocations |
| / | / | 30. Treatment of burns | / | / | 56. Reduction of simple closed fractures |
| / | / | 31. Debridement and repair of minor lacerations | / | / | 57. Placement of molded splints |
| / | / | 32. Diagnostic peritoneal lavage | / | / | 58. Arthrocentesis |
| / | / | 33. Peritoneal dialysis | / | / | (a) diagnostic |
| / | / | 34. Excision of thrombosed external hermorrhoids | / | / | (b) therapeutic |
| / | / | 35. Incision and drainage of abscesses | / | / | 59. Extensor tendon repair |
| / | / | 36. Reduction of hernias | / | / | 60. Nail trephination/removal |
| / | / | 37. Sigmoidoscopy | / | / | 61. Application of cervical traction tongs |
| / | / | 38. Suprapubic cystotomy | / | / | 62. Simple split thickness grafting |
| / | / | 39. Urinary catheter placement | / | / | 63. Local infiltrative anesthesia |
| / | / | 40. Reduction of paraphimosis, phimosis | / | / | 64. Regional block anesthesia |
| / | / | 41. Culdocentesis | / | / | 65. Pediatric resuscitation |
| / | / | 42. Emergency vaginal deliveries | | | |
| / | / | 43. Rape exam | / | / | 66. Interpret transmitted electrocargiogram rhythm strips |
| / | / | 44. Emergency retrograde cystogram, IVP | / | / | 67. Heimlich maneuver |
| / | / | 45. Nasogastric intubation | / | / | 68. Slit lamp exam |
| / | / | 46. Gastric lavage | 2 | 2 | 69. Bier block |
| / | / | 47. Sengstaken-Blakemore tube placement | | | D. Other |
| / | / | 48. Lumbar puncture | | | 1. |
| / | / | 49. Removal of corneal foreign body | | | 2. |
| / | / | 50. Schiotz tonometry | | | 3. |
| / | / | 51. Anterior nasal packing | | | 4. |
| / | / | 52. Posterior nasal packing | | | 5. |
| / | / | 53. Cautery *(electrical/chemical)* of acute mucosal bleeding | | | 6. |
| | | | | | 7. |

SIGNATURE OF PRACTITIONER: Wilma Paulene Webb MD

DATE: 17 JAN 92

II. **SUPERVISOR'S RECOMMENDATION**

☒ RECOMMEND APPROVAL

☐ RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

☐ RECOMMEND DISAPPROVAL *(Specify below)*

SIGNATURE OF SUPERVISOR: [signature] MD
DIRECTOR, AMBULATORY CARE UNIT

DATE: 1/17/92

REVERSE OF AF FORM 2821, FEB 88

# CREDENTIALS EVALUATION OF HEALTH CARE PRACTITIONERS

Expiration Date: 30 Jun 88

*AUTHORITY:* Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## I. TO BE COMPLETED BY PRACTITIONER

1. NAME *(Last, First, Middle Initial)*: WEBSTER, WILMA P.

2. SSN: 57254-3446

### RELEASE OF LIABILITY

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

3. SIGNATURE: Wilma Pauline Webster MD

4. DATE: 16 DEC 91

## II. TO BE COMPLETED BY EVALUATOR

5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED: Muncy Valley Hospital

6. DATES AT INSTITUTION: FROM 1986 TO Present

7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)*: Emergency Physician

8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: Emergency Medicine

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | | X | |
| B. PROFESSIONAL JUDGMENT | | | X | | |
| C. SENSE OF RESPONSIBILITY | | | | X | |
| D. ETHICAL CONDUCT | | | | X | |
| E. COMPETENCE AND SKILL | | | X | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | | X | |
| G. HISTORY AND PHYSICAL EXAM | | | | X | |
| H. RECORD KEEPING | | | | X | |
| I. CASE PRESENTATIONS | | | X | | |
| J. PATIENT MANAGEMENT | | | X | | |
| K. PRACTITIONER - PATIENT RELATIONS | | | X | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | | X | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | X | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | X | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.
*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | X |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | X |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | X |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | X |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | X |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | X |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | X |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | X |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | X |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

1252

☐ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN (Describe in "Remarks.")

☐ YES (If yes, please explain in "Remarks.") ☒ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

3 1/2

13. BEST TELEPHONE NUMBER TO CONTACT YOU

(717) 546-4201

14. REMARKS (Please add any other information you think appropriate in evaluating this applicant.)

I have worked with Dr Webster closely the last 3 1/2 years, and feel she is very knowledgable / keeps current very well & is able to do anything she sets her mind to.

15. NAME AND TITLE OF EVALUATOR

STAN SCWARTZ / DIR EM MED

DIRECTOR OF EMERGENCY MEDICE DEPT

16. SIGNATURE

Stan H Swartz, MD

17. DATE

12/16/9

UTHORITY: Title 10, U.S.C. Chapter 55 and Se... ...067 and 8012.
RINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and clinical apacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions nd perform certain medical/dental procedures.
ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying or staff privileges during or after separating from the service.
DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.

**TO BE COMPLETED BY PRACTITIONER**

| . NAME (Last, First, Middle Initial) | 2. SSN |
|---|---|
| WEBSTER WILMA P. | 572543446 |

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts erformed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I ereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials f the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, ompetence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such nformation.

| . SIGNATURE | 4. DATE |
|---|---|
| Wilma Pauline Webster MD | 16 DEC 91 |

**TO BE COMPLETED BY EVALUATOR**

| . NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED | 6. DATES AT INSTITUTION FROM | TO |
|---|---|---|
| MUNCY VALLEY HOSPITAL | 07 MAR 88 | present |

| . STATUS OF PRACTITIONER (Staff, Resident, etc.) | 8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY |
|---|---|
| Emergency Physician | Emergency Medicine |

. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her evel of training, experience and backg: nd:

| PERFORMANCE (Mark "X" in appropriate block for each item listed) | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| | | | | ✓ | |
| . BASIC PROFESSIONAL KNOWLEDGE | | | | ✓ | |
| . PROFESSIONAL JUDGMENT | | | | ✓ | |
| . SENSE OF RESPONSIBILITY | | | | ✓ | |
| . ETHICAL CONDUCT | | | | ✓ | |
| . COMPETENCE AND SKILL | | | | ✓ | |
| . COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | | ✓ | |
| . HISTORY AND PHYSICAL EXAM | | | ✓ | | |
| . RECORD KEEPING | | | | ✓ | |
| CASE PRESENTATIONS | | | | ✓ | |
| . PATIENT MANAGEMENT | | | | ✓ | |
| . PRACTITIONER - PATIENT RELATIONS | | | | ✓ | |
| . ABILITY TO WRITE AND SPEAK ENGLISH | | | | | ✓ |
| . PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | ✓ | |
| . REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | | |

. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |

| | YES | NO |
|---|---|---|
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | ✓ |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | ✓ |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

Form 1562, FEB 86 PREVIOUS EDITION IS OBSOLETE.

1254

A. REVIEWED PRIVILEGE LIST FROM

☐ AIR FORCE RECRUITING PERSONNEL

☐ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN *(Describe in "Remarks.")*

B. UPON REVIEW OF THE PRIVILEGE LIST, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

☐ YES *(If yes, please explain in "Remarks.")* ☒ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

2

13. BEST TELEPHONE NUMBER TO CONTACT YOU

717-584-5144

14. REMARKS *(Please add any other information you think appropriate in evaluating this applicant.)*

MICHAEL GROSS DIR

NAME AND TITLE OF EVALUATOR

Michael Gross MD President, Medical Staff Muncy Valley Hosp Muncy PA

16. SIGNATURE

17. DATE

12/18/91 1255



* U.S.G.P.O. 1988- 490-962/514