CREDENTIALS EVALUATION OF HEALTH CARE PR...

AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.
PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.
ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.
DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.

**I. TO BE COMPLETED BY PRACTITIONER**

1. NAME (Last, First, Middle Initial): Webster, Wilma P.

2. SSN: 572-54 3446

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

3. SIGNATURE: Wilma Pauline Webster

4. DATE: 10 DEC 91

**II. TO BE COMPLETED BY EVALUATOR**

5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED: HAZLETON ST. JOSEPH MEDICAL CENTER

6. DATES AT INSTITUTION — FROM: 01 AUG 87 — TO: present

7. STATUS OF PRACTITIONER (Staff, Resident, etc.): Emergency Physician/Ambulatory Care Physician

8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: Emergency Medicine

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE (Mark "X" in appropriate block for each item listed) | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERV |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | | ✓ | |
| B. PROFESSIONAL JUDGMENT | | | ✓ | | |
| C. SENSE OF RESPONSIBILITY | | | | ✓ | |
| D. ETHICAL CONDUCT | | | | ✓ | |
| E. COMPETENCE AND SKILL | | | ✓ | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | ✓ | | |
| G. HISTORY AND PHYSICAL EXAM | | | | ✓ | |
| H. RECORD KEEPING | | | | ✓ | |
| I. CASE PRESENTATIONS | | | | ✓ | |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER - PATIENT RELATIONS | | ✓ | | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | | ✓ | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | ✓ | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | ✓ | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |

| | YES |
|---|---|
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | |
| IF "YES" WAS THE MATTER: | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | |
| (2) JUDGEMENT RENDERED BY COURT? | |
| (3) DEFENDANT FOUND LIABLE? | |
| (4) MATTER STILL PENDING? | |

1256

☐ AIR FORCE RECRUITING PERS...
☐ PRACTITIONER'S AIR FORCE CREDENTIAL FILE
☑ OTHER CIVILIAN (Describe in "Remarks.")

☐ YES (If yes, please explain in "Remarks.") ☑ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

5

13. BEST TELEPHONE NUMBER TO CONTACT YOU

7174594500

14. REMARKS (Please add any other information you think appropriate in evaluating this applicant.)

credentials at Ambulatory Care

| 15. NAME AND TITLE OF EVALUATOR | 16. SIGNATURE | 17. DATE |
|---|---|---|
| John P. AMENELER MEDICAL DIRECTOR AMBULATORY CARE | John P. Ameneler, MD | 12-10-9[illegible] |

AF Form 1562, Feb 86 (Reverse)

★ U.S.G.P.O.: 1986-49

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to manage certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**I. TO BE COMPLETED BY PRACTITIONER**

| 1. NAME (Last, First, Middle Initial) | 2. SSN |
|---|---|
| Webster, Wilma P. | 572543446 |

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

| 3. SIGNATURE | 4. DATE |
|---|---|
| Wilma Pauline Webster MD | 16 DEC 91 |

**II. TO BE COMPLETED BY EVALUATOR**

| 5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED | 6. DATES AT INSTITUTION FROM | TO |
|---|---|---|
| MUNCY VALLEY HOSPITAL | 01 AUG 87 | present |

| 7. STATUS OF PRACTITIONER (Staff, Resident, etc.) | 8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY |
|---|---|
| Emergency physician | EMERGENCY MEDICINE |

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE (Mark "X" in appropriate block for each item listed) | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | | | ✓ |
| B. PROFESSIONAL JUDGMENT | | | | | ✓ |
| C. SENSE OF RESPONSIBILITY | | | | | ✓ |
| D. ETHICAL CONDUCT | | | | | ✓ |
| E. COMPETENCE AND SKILL | | | | | ✓ |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | | | ✓ |
| G. HISTORY AND PHYSICAL EXAM | | | | | ✓ |
| H. RECORD KEEPING | | | | | ✓ |
| I. CASE PRESENTATIONS | | | | | ✓ |
| J. PATIENT MANAGEMENT | | | | | ✓ |
| K. PRACTITIONER - PATIENT RELATIONS | | | | | ✓ |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | | | ✓ |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | | ✓ |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | | ✓ |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | ✓ |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | ✓ |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | ✓ |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

A. REVIEWED PRIVILEGE LIST FROM

☐ AIR FORCE RECRUITING PERSONNEL

☐ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN *(Describe in "Remarks.")*

B. UPON REVIEW OF THE PRIVILEGE LIST, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

☐ YES *(If yes, please explain in "Remarks.")* ☑ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

1 year

13. BEST TELEPHONE NUMBER TO CONTACT YOU

(717)546-8282

14. REMARKS *(Please add any other information you think appropriate in evaluating this applicant.)*

15. NAME AND TITLE OF EVALUATOR

THOMAS F PREGENT
Chief Operating Officer

16. SIGNATURE

[signature]

17. DATE

12/19/91 1259

Form 1562, Feb 86 (Reverse)

Expiration Date: 30 Jun 88

# CREDENTIALS EVALUATION OF HEALTH CARE PRACTITIONERS

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## I. TO BE COMPLETED BY PRACTITIONER

1. NAME *(Last, First, Middle Initial)*: Webster, Wilma P.

2. SSN: 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

### RELEASE OF LIABILITY

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

3. SIGNATURE: Wilma Pauline Webster

4. DATE: 16 DEC 91

## II. TO BE COMPLETED BY EVALUATOR

5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED: Hazleton St Joseph Medical Center

6. DATES AT INSTITUTION: FROM 01 AUG 87 TO present

7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)*: Emergency Physician / ACU physician

8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: Emergency Medicine / Ambulatory Care Medicine

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| | | | | | ✓ |
| A. BASIC PROFESSIONAL KNOWLEDGE | | | | | ✓ |
| B. PROFESSIONAL JUDGMENT | | | | | ✓ |
| C. SENSE OF RESPONSIBILITY | | | | | ✓ |
| D. ETHICAL CONDUCT | | | | | ✓ |
| E. COMPETENCE AND SKILL | | | | | ✓ |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | | | ✓ |
| G. HISTORY AND PHYSICAL EXAM | | | | | ✓ |
| H. RECORD KEEPING | | | | | ✓ |
| I. CASE PRESENTATIONS | | | | | ✓ |
| J. PATIENT MANAGEMENT | | | | | ✓ |
| K. PRACTITIONER - PATIENT RELATIONS | | | | | ✓ |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | | | ✓ |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | | ✓ |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | ✓ |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | ✓ |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

1260

A. REVIEWED PRIVILEGE LIST FROM

- [ ] AIR FORCE RECRUITING PERSON
- [ ] PRACTITIONER'S AIR FORCE CREDENTIAL FILE
- [ ] OTHER CIVILIAN *(Describe in "Remarks.")*

PRIVILEGES ...TED?

- [ ] YES *(If yes, please explain in "Remarks.")*
- [x] NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

—

13. BEST TELEPHONE NUMBER TO CONTACT YOU

717-455-4766

14. REMARKS *(Please add any other information you think appropriate in evaluating this applicant.)*

15. NAME AND TITLE OF EVALUATOR

JOHN J. COYLE, MD
PRESIDENT MEDICAL STAFF

16. SIGNATURE

[signature]

17. DATE

12/10/96

★ U.S.G.P.O.: 1986-490-96

*AF Form 1562, Feb 86 (Reverse)*

1261

# CREDENTIALS EVALU[ATI]ON OF HEALTH CARE PRACTITI[ONE]RS

Expiration Date: 30 Jun 88

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## I. TO BE COMPLETED BY PRACTITIONER

1. NAME *(Last, First, Middle Initial)*: Webster, Wilma P.

2. SSN: 572543446

### RELEASE OF LIABILITY

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

3. SIGNATURE: Wilma Paulene Webster MD

4. DATE: 10 DEC 91

## II. TO BE COMPLETED BY EVALUATOR

5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED: HAZLETON ST JOSEPH MEDICAL CENTER

6. DATES AT INSTITUTION — FROM: 01 AUG 87 — TO: present

7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)*: EMERGENCY PHYSICIAN/AMBULATORY CARE PHYSICIAN

8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: Emergency Medicine

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | ✓ | | |
| B. PROFESSIONAL JUDGMENT | | | ✓ | | |
| C. SENSE OF RESPONSIBILITY | | | ✓ | | |
| D. ETHICAL CONDUCT | | | ✓ | | |
| E. COMPETENCE AND SKILL | | | ✓ | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | ✓ | | |
| G. HISTORY AND PHYSICAL EXAM | | | ✓ | | |
| H. RECORD KEEPING | | | ✓ | | |
| I. CASE PRESENTATIONS | | | ✓ | | |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER - PATIENT RELATIONS | | | ✓ | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | ✓ | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | ✓ | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | ✓ |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | ✓ |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | ✓ |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

1262

11. COMPLETE IF PRIVILEGE LIST REVIEWED

A. REVIEWED PRIVILEGE LIST FROM

- ☐ AIR FORCE RECRUITING PERSONNEL
- ☐ PRACTITIONER'S AIR FORCE CREDENTIAL FILE
- ☐ OTHER CIVILIAN *(Describe in "Remarks.")*

B. UPON REVIEW OF THE PRIVILEGE LIST, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

- ☐ YES *(If yes, please explain in "Remarks.")*
- ☒ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

13. BEST TELEPHONE NUMBER TO CONTACT YOU

717 459 4404

14. REMARKS *(Please add any other information you think appropriate in evaluating this applicant.)*

Bernard C. Rudegeair, President
Hazleton-St. Joseph Medical Center
687 N. Church St.
Hazleton, PA 18201

16. SIGNATURE

Bernard C. Rudegeair

17. DATE

12/10/91

1263

Form 1562, Feb 86 (Reverse)

AMERICAN BOARD OF EMERGENCY MEDICINE

200 WOODLAND PASS / SUITE D / EAST LANSING, MICHIGAN 48823 / (517) 332-4800

July 27, 1990

Wilma Pauline Webster, M.D.
159 Clifton Drive
Bloomsburg, PA 17815

Dear Doctor:

The American Board of Emergency Medicine is pleased to inform you that you have successfully completed the written portion of the certification examination held on May 30, 1990. Enclosed is a feedback report which gives you an analysis of your performance in regard to specific content areas.

Successful completion of the written exam makes you eligible for the oral examination. The oral exam utilizes the simulated patient encounter and simulated situation encounter formats.

Information on your specific oral exam assignment is enclosed. Assignments have been made and finalized for all seats of the October 15-17, 1990 (Chicago) and January 28-30, 1991 (Dallas) oral examinations. Candidates do not have a choice as to which exam they prefer, assignments are made based upon the postmark date in the candidate's file.

If you have any questions regarding this information, please contact the Board office.

Sincerely,

Michael V. Vance

Michael V. Vance, M.D.
Secretary-Treasurer

MVV/rgb
Enclosures: Feedback Report
Oral Exam Assignment Information

# THE UNIVERSITY OF THE STATE OF NEW YORK

## EDUCATION DEPARTMENT

"...copy is a certified copy of the original"
...C. Chaney 22 Jan 92
...IS C. CHANEY, TSgt, USAF
...th Profesions Recruiter

1265

BE IT KNOWN THAT

WILMA PAULINE WEBSTER

HAVING GIVEN SATISFACTORY EVIDENCE OF THE COMPLETION OF PROFESSIONAL AND OTHER REQUIREMENTS PRESCRIBED BY LAW IS QUALIFIED TO PRACTICE

MEDICINE AND SURGERY

IN THE STATE OF NEW YORK

IN WITNESS WHEREOF THE EDUCATION DEPARTMENT GRANTS THIS LICENSE UNDER ITS SEAL AT ALBANY, NEW YORK THIS FIFTEENTH DAY OF AUGUST, 1983.

PRESIDENT OF THE UNIVERSITY AND COMMISSIONER OF EDUCATION

LICENSE NUMBER 155471

CUSTOMER SERVICE UNIT
CULTURAL EDUCATION CENTER
ALBANY, NEW YORK 12230

DATE 01/24/

TO WHOM IT MAY CONCERN:

YOU HAVE INQUIRED AS TO WHETHER OR NOT A LICENSE TO PRACTICE MEDICINE IN NEW YORK STATE HAS EVER BEEN ISSUED TO: WEBSTER WILMA PAULINE

THIS PERSON IS LICENSED AND NOT CURRENTLY REGISTERED.

LICENSE NUMBER: 155471 LICENSURE DATE: 08/15/83.

LICENSE IS IN GOOD STANDING

M T Brady
VERIFICATION CLERK



1266

AMERICAN BOARD OF EMERGENCY MEDICINE ®

200 WOODLAND PASS / SUITE D / EAST LANSING, MICHIGAN 48823 / (517) 332-4800

March 16, 1990

Wilma Pauline Webster, M.D.
159 Clifton Drive
Bloomsburg, PA 17815

Dear Doctor:

A review of your application indicates that you have fulfilled the credential requirements of the American Board of Emergency Medicine.

The words "board eligible" are not to be used in regard to your status with the American Board of Emergency Medicine and your cooperation in this matter is appreciated. If you need verification that you have fulfilled the minimum credential requirements, this letter may be used.

The next regularly scheduled administration of the written exam has been scheduled for November 5, 1990 in eight locations: Arlington, Virginia (Washington, D.C. area); Atlanta, Georgia; Chicago, Illinois; Dallas, Texas; Dearborn (Detroit), Michigan; Los Angeles, California; Philadelphia, Pennsylvania; and San Francisco, California. Candidates are assigned to an exam site based upon geographic location. Individuals assigned to this exam will be mailed an assignment/invoice in early September 1990. The ABEM board of directors has set a one month cut-off date for scheduling candidates into a written examination. Therefore, you must accept seating to the exam <u>postmarked</u> no later than October 5, 1990.

The board is also holding a specially scheduled written exam on May 30, 1990, in the same eight locations as mentioned above. Seating is still available in this examination. Enclosed is assignment information for the May 30 examination. If you attempt the May examination and are unsuccessful you may then register for the November exam.

acceptance of May 30 exam c check sent on 3/26/90

— *TENTH ANNIVERSARY 1979-1989* —

**Executive Committee**
Joseph E. Clinton, M.D., *President*
Harvey W. Meislin, M.D., *Secretary-Treasurer*
Bruce D. Janiak, M.D., *President-Elect*
Richard I. Shader, M.D., *Member-at-Large*
Judith E. Tintinalli, M.D., *Immediate Past President*
Michael V. Vance, M.D., *Member-at-Large*

**Directors**
Michael Bishop, M.D.
Leonard D. Hudson, M.D.
Douglas Rund, M.D.
G. Richard Braen, M.D.
R. Scott Jones, M.D.
Richard L. Stennes, M.D.
Steven J. Davidson, M.D.
Robert Knopp, M.D.
Henry Thiede, M.D.
Gerald B. Healy, M.D.
Robert C. Neerhout, M.D.
Gerald P. Whelan, M.D.

**Executive Director**
Benson S. Munger, Ph.D.

The board requires activity in a candidate's file every three years. Activity is defined as an application having been approved or an exam taken. Candidate files are placed in an inactive status at the time an exam assignment is declined or an exam is failed. A three year lapse in activity will result in the file being closed. To begin the examination process again, a new application would need to be filed, reviewed and approved, fulfilling current credential requirements.

Sincerely,

Harvey W. Meislin, M.D.
Secretary-Treasurer

HWM/bjb
Enclosures

000794

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY

GEORGE DEUKMEJIAN, Governor

DEPARTMENT OF Consumer Affairs

# BOARD OF MEDICAL QUALITY ASSURANCE

1430 HOWE AVENUE, SACRAMENTO, CALIFORNIA 95825
(916) 920-6411

## REPORT OF JUNIOR YEAR CLINICAL ROTATIONS

| Clinical Area | Type* | Facility Name and Address | Dates of Attendance From—To | weeks/hours of Credit | Instructor or Supervisor | Program Director |
|---|---|---|---|---|---|---|
| 1. | R | Pulmonary Medicine, Hospital General de Mexico SSA | 7/28/75 to 10/3/75 | 10 weeks (380 hrs) | Dr Paul Scera Subido | |
| 2. | R | Forensic Medicine, Servicio Médico Forense DDF | 2/24/75 to 5/2/75 | 10 weeks (40 hours) | Dr Ramón Fernandez Perez | |
| 3. | R | Orthopedics and Traumatology, Hospital General de Mexico SSA | 4/24/75 to 5/2/75 | 10 weeks 350 hours | Dr Joaquin Martinez Torres | |
| 4. | R | Gastroenterology, Hospital General de Mexico SSA | 5/5/75 10 weeks to 7/11/75 450 hours | 10 weeks 550 hours | Dr Alfonso Acevedo Olvera | |
| 5. | R | Dermatology, Hospital General de Mexico SSA | 10 weeks 5/9/75 to 7/1/75 50 hours | 10 weeks 50 hours | Dr Fernando Latapi Contreras | |
| 6. | R | Otorhinolaryngology, Hospital de Pediatria Centro Medico Nacional | 7/28/75 to 10/3/75 | 10 weeks 350 hours | Dr José Smolen Bierbeifel | |
| 7. | R | Cardiology, Hospital General de Mexico SSA | 10/6/75 to 12/13/75 | 10 weeks 350 hours | Dr Salvador Trima Garcia | |
| 8. | R | Opthalmology, Hospital Nuestra Señora de la Luz | 10/6/75 to 12/13/75 | 10 weeks 50 hours | Dr. Enrique Graue Diaz Gonzalez | |
| 9. | | | | | | |
| 10. | | | | | | |

*Type "R" for rotation or "E" for required. Explanation[illegible]

NOTE—APPLICANT WILL SIGN THIS STATEMENT IN PRESENCE OF NOTARY PUBLIC

"I hereby declare under penalty of perjury under the laws of the State of California that the foregoing information contained in this document and any attachments are true and correct." [signature]

Signed and sworn to before me this 5th day of April 1987.

[SEAL] Signature of Notary Public [signature] My commission expires

RHEA T. CETKIN, Notary Public
Catawissa, Columbia County, Pa.
My Commission Expires Oct. 12, 1987

Address

LSA

C7A-100

000795

000795

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY

GEORGE DEUKMEJIAN, Governor

DEPARTMENT OF
Consumer Affairs

L5B

BOARD OF MEDICAL QUALITY ASSURANCE
1430 HOWE AVENUE, SACRAMENTO, CALIFORNIA 95825
(916) 920-6411

# REPORT OF SENIOR YEAR CLINICAL ROTATIONS

| | Clinical Area | Type* | Facility Name and Address | Dates of Attendance From—To | Weeks of Credit | Instructor or Supervisor | Program Director |
|---|---|---|---|---|---|---|---|
| 1. | Psychiatry | R | ISSSTE Tlatelolco Clinic | 1/12/76 to 2/13/76 | 5 weeks 190 hours | Dr. Augusto Vazquez Aguilar | |
| 2. | Neurology | R | Hospital Adolfo Lopez Mateos ISSTE | 2/16/76 to 3/19/76 | 5 weeks 190 hours | Dr. Juvencio Romero Bregarro | |
| 3. | Endocrinology | R | Hospital Dario Fernandez ISSTE | 3/22/76 to 5/29/76 | 5 weeks 190 hours | Dr. Jorge Vera Vallejo | |
| 4. | Infectious Disease | R | Hospital Infantil Ingurarcia DDF | 4/26/76 to 6/28/76 | 5 weeks 190 hours | Dr. Alfredo [illegible] Rivera | |
| 5. | Gynecology/Obstetrics | R | Hospital Gineco-Obstetricia IMSS | 7/?/76 to 5/29/76 | 10 weeks 350 hours | Dr. Carlos McGregor-Sirbuer | |
| 6. | Urology | R | Hospital General de Mexico SSA | 5/?/76 to 11/1/76 | 10 weeks 50 hours | Dr. Miguel A. [illegible] M. | |
| 7. | Pediatrics | R | Centro Hospital 20 de Noviembre ISSSTE | 6/21/76 to 8/20/76 | 10 weeks 410 hours | Dr. Sergio [illegible] Valero [illegible] | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |

* [illegible]

NOTE—APPLICANT WILL SIGN THIS STATEMENT IN PRESENCE OF NOTARY PUBLIC

"I hereby declare under penalty of perjury under the laws of the State of California that the foregoing information contained in this document and any attachments are true and correct." [signature]

Signed and sworn to before me this 8th day of [illegible] 19 87

[signature]

SEAL Signature of Notary Public

RHEA J. [illegible], Notary Public
Catawissa, Columbia County, Pa.
My Commission Expires Oct. 13, 1990

My commission expires

Address

000796

1270

000796

127

FACULTY OF MEDICINE
SECRETARIAT OF PLANNING AND SCHOLASTIC SERVICES
SUBJECTS OF THE PLAN OF STUDIES OF THE PROFESSION OF MEDICAL SURGEON

| SUBJECTS | WEEKS | HOURS | PERIOD | | |
|---|---|---|---|---|---|
| PULMONARY MEDICINE | 10 | 380 | July 28 to Oct. 3, 75 | General Hospital of Mexica SSA | Dr. Raul Sicero Sabido |
| OTURHINOLARYNGOLOGY | 10 | 80 | July 28 to Oct. 3, 75 | Pediatric Hospital CMN | Dr. Jose Scoler Berkowsky |
| CARIOLOGY | 10 | 380 | Oct. 6 to Dec. 13, 75 | General Hospital of Mexica SSA | Dr. Salvador Palma Garcia |
| OPHTHALMOLOGY | 10 | 80 | Oct. 6 to Dec. 13, 75 | Our Lady of the Light Hospital Priv. | Dr. Enrique Graue Diaz Gzalez |
| ORTHOPEDICS AND TRAUMATOLOGY | 10 | 380 | Feb. 24 to May 2, 75 | General Hospital of Mexico SSA | Dr. Joaquin Mar.inez Torres |
| GASTROENTEROLOGY | 10 | 380 | May 5 to July 11, 75 | General Hospital of Mexico SSA | Dr. Alfonso Acevedo Olv ra |
| DERMATOLOGY | 10 | 80 | May 5 to July 11, 75 | General Hospital of Mexico SSA | Dr. Fernando Latapi Contreras |
| FORENSIC MEDICINE | 10 | 40 | Feb. 24 to May 2, 75 | Forensic Medical Service DDF | Dr. Ramon Fernandez Perez |
| NEUROLOGY | 5 | 190 | Jan. 12 to Feb. 13, 76 | Adolfo Lopez Mateos Hospital ISSSTE | Dr. Juvencio Robles Pingarron |
| PSYCHIATRY | 5 | 190 | Jan 12 to Feb. 13, 76 | Tlatelolco Clinic ISSSTE | Dr. Augusto Vazquez Aguilar |
| INFECTIOUS DISEASE | 5 | 190 | April 26 to May 28, 76 | Inguaran Pediatric Hospital DDF | Dr. Alfredo Noyola Reyna |
| ENDOCRINOLOGY | .5 | 190 | March 22 to April 23, 76 | Dario Fernandez Hospital ISSSTE | Dr. Ignacio Vera Vallejo |
| GINECO-OBSTETRICS | 10 | 380 | March 22 to May 29, 76 | Gineco-Obstetric Hospital IMSS | Dr. Carlos Mc'Gregor Sanchez |
| UROLOGY | 10 | 80 | August 30 to Nov. 5, 76 | General Hospital of Mexico SSA | Dr. Miguel A. Quevedo M. |
| PEDIATRICS | 10 | 460 | June 21 to August 27, 76 | Clinic-Hospital 20th of November ISSSTE | Dr. Juan M. Valero Melgado |

DDF Department of the Federal District
IMSS Mexican Institute of Social Security
ISSSTE Institute of Security and Social Services of the Workers of the State
SSA Secretariat of Health and Assistance
PRIV Private

(University Seal)

BLOOMSBURG UNIVERSITY

WEBSTER HARVEY WILMA PAULINE

Faculty of Medicine
Secretariat of Planning
and Scholastic Services

I certify that I am proficient in both Spanish and English and that the above is a true and correct translation of the original, and I am putting my signature to a xerox copy of it.

DEPARTMENT
OF
LANGUAGES AND CULTURES

AUTHORITY: 10 U.S.C. Chapter 55 and Section 8067 and 8013 and EO 9397 ... and [illegible] ... activities and to assist the
PURPOSE: To evaluate each practitioner's formal education, training, clinical experience, and [illegible] and perform certain medical procedures.
ROUTINE USE: Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.
DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.

**APPLICANT COMPLETES SECTION I THROUGH IX**

**I. IDENTIFICATION**

| NAME (Last, First, Middle Initial) | DATE OF BIRTH | GRADE | SSN | DATE |
|---|---|---|---|---|
| Webster, Wilma P. | 06 JUL 41 | 04 | 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 | 06 OCT 97 |

| HOME ADDRESS (City, State, and ZIP Code) | DUTY PHONE | HOME PHONE |
|---|---|---|
| PSC #1 BOX 3178, APO AA 34001 | 284-3636 | |

| MEDICAL FACILITY/UNIT OF ASSIGNMENT | DUTY SECTION | PAFSC/2AFSC | SPECIALTY | CORPS |
|---|---|---|---|---|
| 24 MDG. | ER | | | MC |

**II. PROFESSIONAL EDUCATION**

| NAME OF PROFESSIONAL SCHOOL | LOCATION | DATES ATTENDED FROM | TO | DEGREE |
|---|---|---|---|---|
| Universidad Nacional Autónoma de México | Ciudad Universitaria MEXICO | 1973 | 1979 | Médico Cirujano |
| ~~Providence Hospital~~ | ~~Nine Mile Road Southfield, Michigan~~ | ~~1980~~ | ~~1981~~ | ~~post-grad training PGY-1~~ |
| ~~Providence Hospital~~ | " " | ~~1982~~ | ~~1983~~ | ~~PGY2-PGY3~~ |
| | | | | |

**III. POST GRADUATE TRAINING** *(Internship, Residency, Fellowships)*

| NAME OF HOSPITAL OR INSTITUTION | LOCATION | TYPE PROGRAM (Residency, etc.) | DATES ATTENDED FROM | TO |
|---|---|---|---|---|
| Providence Hospital | Nine Mile Road Southfield, Michigan | Residency PGY-1 | July 1980 | June 1981 |
| Providence Hospital | " " " | Residency PGY2-3 | July 1982 | June 1983 |
| | | | | |

**IV. PRESENT AND PREVIOUS MILITARY AND CIVILIAN ASSIGNMENTS** *(Continued on reverse)*

| NAME OF HOSPITAL OR ORGANIZATION | LOCATION | SERVICE OR SPECIALTY TO WHICH ASSIGNED | DATES ATTENDED FROM | TO |
|---|---|---|---|---|
| RAF Lakenheath | BRANDON, Suffolk, UK | E.R. | OCT 95 | 03 SEP 97 |
| 374 MED GROUP YOKOTA | YOKOTA AFB JAPAN | ER | SEP 92 | OCT 95 |
| 300TH FIELD HOSPITAL | USAR activated to go to SAUDI ARABIA | Activated USAR 3rd Army (ER/IM) | NOV 90 | June 91 |
| 300TH FIELD HOSPITAL | Ashley PA | ER/IM | JUL 89 | Aug 92 |
| HAZLETON-ST JOSEPH HOSPITAL | HAZLETON PA | ER | Aug 87 | July 92 |
| BLOOMSBURG HOSP | BLOOMSBURG PA | ER | SEP 84 | JULY 87 |

| NAME OF HOSPITAL OR ORGANIZATION | LOCATION | SERVICE OR SPECIALTY TO WHICH ASSIGNED | FROM | TO |
|---|---|---|---|---|
| PARKRIDGE HOSP | ROCHESTER NY | ER | Aug 83 | Jan 84 |
| IBM HOPEWELL JUNCTION | IBM HOPEWELL JUNCTION NY | INDUSTRIAL Physician | Feb '84 | JULY 84 |
| | | | | |
| | | | | |

## V. CERTIFICATION/LICENSURE *(List all, If additional space is needed continue on separate sheet of paper)*

FULLY QUALIFIED *(Specialty)*: Internal Medicine

BOARD ~~ELIGIBLE~~ IN PREPARED: EMERGENCY MEDICINE

| BOARD CERTIFICATION BY *(Specialty Board)* | CERTIFICATE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| Internal Medicine | | '85 | indefinite |
| | | | |

| STATE LICENSURE *(Name of State)* | LICENSE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| PA MD032126-E | | | 31 Dec 99 |
| MI 4301044199 | | | 31 Jan 00 |
| WI | 26210 | | 1 Nov 99 |
| CA | CFE 42836 | | 31 Jul 98 |

## VI. MEMBERSHIP IN PROFESSIONAL SOCIETIES *(If additional space is needed continue on separate sheet of paper)*

| NAME OF SOCIETY | STATUS *(Member, Fellow, etc.)* |
|---|---|
| AMA | member |
| ACEP | member |
| AMSUS | member |
| | |

## VII. REFERENCES *(Every practitioner MUST list three references. Two must be the former Chief of Professional Services and Service Chief at your previous facility, if you had them.)*

| NAME | ADDRESS (City/Base, State, Zip Code) | TELEPHONE NUMBER |
|---|---|---|
| Michels, William | 48 MDG RAF Lakenheath, UK | DSN 226 4226 |
| MORRELL, RON | 48 MDG RAF Lakenheath, UK | 226 4226 |
| Kadrmas Michael | 48 MDG RAF Lakenheath, UK | 226 4226 |

## VIII. MEMBERSHIP IN PROFESSIONAL SOCIETIES *(If answer to any of the following questions is "YES", give full details in "Remarks" or on separate sheet of paper.)*

| Question | YES | NO |
|---|---|---|
| A. Has your license to practice medicine in any jurisdiction ever been limited, suspended, revoked? | | X |
| B. Have you ever been refused membership in a hospital medical staff? | | X |
| C. Has your request for any specific clinical privileges ever been denied or granted with stated limitations? | | X |
| D. Have your privileges ever been limited, restricted, or revoked? | | X |
| E. Has your narcotics registration ever been suspended or revoked? | | X |
| F. Have you ever been denied membership or renewal thereof, or been subject to disciplinary action in any medical organization? | | X |

| Question | YES | NO |
|---|---|---|
| G. Have you ever been arrested or treated for drug or alcohol abuse? | | X |
| H. Have you ever been charged in a felony case? | | X |
| I. Have you ever been a defendant or the subject of a medical malpractice liability subject of a medical malpractice liability claim, settlement, judicial or administrative adjudication, or any other resolved or open charges of inappropriate, unethical, unprofessional, or substandard care? | | |
| IF "YES" WAS THE MATTER: | | |
| (1) Settled prior to final court action? | | |
| (2) Judgement rendered by court? | | |
| (3) Defendant found liable? | | |
| (4) Matter still pending? | | |
| J. Have you ever had or presently have a significant medical *(including mental health)* problem? | | X |



AF FORM 1540, NOV 86 *(EF-V1) (PerFORM PRO)*

knowledge and belief. In making this app... for clinical privileges at ... hospital, I acknowledge my obligation ... provide continuous care and supervision of my patients, to accept ... assignments, consultation assignments, and to participate in staffing the emergency area and other specialty care units.

I certify that any false or incomplete information knowingly provided on or with this application may be grounds for not employing or accessing me, or for dismissing or releasing me if I am already employed or serving. I understand knowingly providing false or incomplete information is punishable by fine or imprisonment under U.S. Code Title 18, Section 1001.

I hereby authorize the hospital, its medical staff, and their representatives to consult with administrators and members of the medical staff of other hospitals or institutions with which I have been associated and with others who have information bearing on my professional competence, character, and ethical qualifications. I hereby further consent to the inspection by the hospital, its medical staff, and its representative of all documents, including medical records at other hospitals, that may be material to an evaluation of my professional qualifications and competence to carry out the clinical privileges requested as well as my moral and ethical qualification for staff membership.

... malice concerning ... professional competence, ethics, character ... qualifications for clinical privileges, and hereby consent to the release of such information ... release and hold harmless from any liability the United States and any and all persons who participate within the scope of their duties in good faith and without malice in the review of or any action or recommendations relating to my professional competence, ethics, character, and other qualifications. I hereby further authorize the hospital to communicate to other hospitals and to other persons or organizations with a legitimate interest therein any information concerning my professional competence, character, and ethics that the hospital may have or acquire, and, where such communication is made in good faith and without malice, I consent thereto and agree to hold the hospital and its authorized representatives free from liability, therefor. I understand and agree that I, as an applicant for clinical privileges, have the burden of producing adequate information for proper evaluation of my professional competence, character, ethics, and other qualifications and for resolving any doubts about such qualifications. I further acknowledge that I am familiar with the principles and standards of the Joint Commission on Accreditation of Healthcare Organization *(JCAHO)* and will cooperate with the hospital in maintaining JCAHO standards for the hospital. I also agree to conduct any practice according to high ethical traditions. I particularly agree to subject my clinical performance to, and faithfully participate in, the hospital's quality assurance programs as the same shall from time to time be in effect.

SIGNATURE OF APPLICANT: *[signature]* MAJ — DATE: 08 OCT 9?

## FOR CREDENTIAL FUNCTION USE ONLY

### REVIEW

**X.** RECOMMEND ☐ APPROVAL ☐ DISAPPROVAL[1] ☒ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF SERVICE CHIEF: *[signature]* — DATE: 9 Oct 97

RECOMMEND ☐ APPROVAL ☐ DISAPPROVAL[1] ☐ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF SERVICE CHIEF — DATE

XI. A. Medical Staff Appointment
__ Initial __ Affiliate
(X) Active __ Temporary

B. Privilege Category
(X) Regular
__ Temporary
Supervised

## CREDENTIALS FUNCTION RECOMMENDATION

**XII.** PRIVILEGES ☐ APPROVAL ☐ DISAPPROVAL[1] ☒ APPROVAL WITH MODIFICATION[1] *Jan 2821*

SIGNATURE OF CREDENTIALS FUNCTION CHAIRPERSON: *Mark P. R... DO SGH* — DATE: 09 Oct 97

## MEDICAL FACILITY COMMANDER APPROVAL

**XIII.** CLINICAL PRIVILEGES ☐ APPROVAL ☐ DISAPPROVAL[1] ☒ APPROVAL WITH MODIFICATION[1]

SIGNATURE OF MEDICAL FACILITY COMMANDER: *[signature]* — DATE: 10 OCT 97

REMARKS

[1] *Explain in "Remarks".*



AF FORM 1540, NOV 86 *(EF-V1) (PerFORM PRO)*

A. PRACTITIONER ACKNOWLEDGEMENT

☐ YES[1] ☐ NO HAVE THERE BEEN ANY CHANGES IN ANSWERS TO ANY QUESTION IN SECTION VIII SINCE YOU LAST COMPLETED IT?

☐ YES ☐ NO[1] I HAVE REVIEWED MY PRIVILEGE LIST AND APPLIED FOR ANY CHANGES I BELIEVE ARE WARRANTED PRIOR TO THIS REVIEW.

☐ YES ☐ NO[1] I AM OR HAVE PARTICIPATED IN OFF DUTY EMPLOYMENT DURING THIS REVIEW PERIOD AND EMPLOYMENT WAS APPROVED ACCORDING TO AIR FORCE POLICY. *(If no, explain in "Remarks")*

| SIGNATURE OF PRACTITIONER | DATE |
|---|---|
| | |

B. PRIVILEGES EVALUATION *(Performance data for this practitioner has been reviewed as follows)*

☐ AUTOMATED INPATIENT DATA SYSTEM *(7109)* REPORTS
☐ OTHER *(Describe briefly)*
☐ OCCURRENCE SCREENING REPORTS
☐ DATA FROM OTHER REVIEWS OF THE FACILITY QA/RM PROGRAM

| SIGNATURE OF CREDENTIALS FUNCTION CHAIRPERSON OR DESIGNEE | DATE |
|---|---|
| | |

| RECOMMEND RENEWAL | SIGNATURES | DATE |
|---|---|---|
| ☐ YES ☐ NO[1] ☐ WITH MODIFICATION[1] | SERVICE CHIEF | |
| ☐ YES ☐ NO[1] ☐ WITH MODIFICATION[1] | DEPARTMENT CHAIRPERSON | |
| ☐ YES ☐ NO[1] ☐ WITH MODIFICATION[1] | CREDENTIALS FUNCTION CHAIRPERSON | |
| ☐ APPROVAL ☐ DISAPPROVAL ☐ APPROVED WITH MODIFICATION[1] | MEDICAL FACILITY COMMANDER | |

A. PRACTITIONER ACKNOWLEDGEMENTS

☐ YES[1] ☐ NO HAVE THERE BEEN ANY CHANGES IN ANSWERS TO ANY QUESTION IN SECTION VIII SINCE YOU LAST COMPLETED IT?

☐ YES ☐ NO[1] I HAVE REVIEWED MY PRIVILEGE LIST AND APPLIED FOR ANY CHANGES I BELIEVE ARE WARRANTED PRIOR TO THIS REVIEW.

☐ YES ☐ NO[1] I AM OR HAVE PARTICIPATED IN OFF DUTY EMPLOYMENT DURING THIS REVIEW PERIOD AND EMPLOYMENT WAS APPROVED ACCORDING TO AIR FORCE POLICY. *(If no, explain in "Remarks")*

| SIGNATURE OF PRACTITIONER | DATE |
|---|---|
| | |

B. PRIVILEGES EVALUATION *(Performance data for this practitioner has been reviewed as follows)*

☐ AUTOMATED INPATIENT DATA SYSTEM *(7109)* REPORTS
☐ OTHER *(Describe briefly)*
☐ OCCURRENCE SCREENING REPORTS
☐ DATA FROM OTHER REVIEWS OF THE FACILITY QA/RM PROGRAM

| SIGNATURE OF CREDENTIALS FUNCTION CHAIRPERSON OR DESIGNEE | DATE |
|---|---|
| | |

| RECOMMEND RENEWAL | SIGNATURES | DATE |
|---|---|---|
| ☐ YES ☐ NO[1] ☐ WITH MODIFICATION[1] | SERVICE CHIEF | |
| ☐ YES ☐ NO[1] ☐ WITH MODIFICATION[1] | DEPARTMENT CHAIRPERSON | |
| ☐ YES ☐ NO[1] ☐ WITH MODIFICATION[1] | CREDENTIALS FUNCTION CHAIRPERSON | |
| ☐ APPROVAL ☐ DISAPPROVAL ☐ APPROVED WITH MODIFICATION[1] | MEDICAL FACILITY COMMANDER | |

REMARKS

[2] *Explain in "Remarks".*