ADDENDUM TO AIR FORCE FORM 1540, APPLICATION FOR CLINICAL PRIVILEGES

# LICENSURE OF HEALTHCARE PROVIDER

Many states offer special types of licenses for many different types of military healthcare providers. While many jurisdictions have issued fee-waivers or other courtesies to military personnel, the Air Force requires each individual in professional group specified by section 2.5 of AFI 44-119, Medical Services Clinical Quality Management, to maintain a current, valid and unrestricted license in at least one U.S. jurisdiction. An unrestricted license is one which has no limitations with respect to location, type or scope of practice. This means the providers presently has unabridged permission to practice in any civilian community in the jurisdiction of licensure WITHOUT first having to take any additional actions on his/her license. Such additional actions might include paying additional licensure fees, demonstrating required CME/CEUs paying into malpractice or Medicare risk pools, etc.

Effective 22 January 1998, you must take action to insure you posses a current, valid and unrestricted license as described above. Those individuals with licenses under any type of limitation or restriction will have ninety (90) days from the time the restriction is identified to correct the situation. Any privileged provider unable to obtain full licensure within these ninety- (90) days it to be placed on supervised privileges until the license is no longer restricted. A full, unrestricted license is to be obtained NLT one year form the time the restriction is identified. EXCEPTION: providers with a Special Oklahoma license first issued in 1988 or 1989.

Those individuals whose state of licensure malpractice insurance for a full license are advised to request a letter from their base judge advocate referencing the Westfall Act which specifically waives this requirement for military providers. Individuals who fail to disclose any limitations in their license, as defined above, may be subject to adverse privileging action, other adverse administrative actions, and/or prosecution under the Uniform Code of Military Justice (UCMJ).

Providers with a Special Oklahoma license are to obtain full licensure NLT 30 April 1999. This will require completion of all three parts of the USMLE. If any part of the USMLE is failed, the individual may be processed for administrative discharge. Until full licensure is obtained, effective 22 January 1998, these individuals are not entitled to draw any special pay which requires fully qualified credentials (ASP, ISP, and MISP). Those in clinical positions are to remain on supervised privileges.

By 1 October 1998, audiologists, chiropractors, dietitians, occupational therapists, speech pathologists, social workers, and substance abuse counselors must possess a current, valid, and unrestricted licenses or other authorizing document such as registration or certification by at least one U.S. jurisdiction. National certification will also continue to be required, as appropriate.

Any change in privileging status as a result of rectifying license restrictions or limitations that were not imposed for reasons of professional incompetence or misconduct is for administrative reasons only and is not considered an adverse action. Therefore, no reporting to the state or national authorities is required unless there is evidence of intentional deception by the provider or other evidence of incompetence or professional misconduct.

**I have read and understand the licensure (certification) requirements as outlined in this addendum.**
**I possess at least one current, valid and unrestricted license (certification).**

__✓__ Yes – List qualifying state/U.S. jurisdiction and license number MD 032126-E (PA); MI = 4301044199; WI = 26:

_____ No - List disqualifying state/U.S. jurisdiction and license number __________
I acknowledged requirement to obtain a current valid, and unrestricted license with 90 days as outlined above.

_____ No – I have a Special Oklahoma license and I acknowledge the requirement for providers with a Special Oklahoma license as outlined above.

1276

Signature of provider *Wilma P. Webster* Date *08 MAY 98* Office Symbol of provider____

*SGOPE*

Specialty of Provider

Provider Stamp WILMA P. WEBSTER, MAJ
EMERGENCY PHYSICIAN 44E3
24 MDOS, HAFB, PANAMA

*1077*

**DEPARTMENT OF THE AIR FORCE**
**24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

MEMORANDUM FOR CHAIRPERSON, CREDENTIALS FUNCTION

FROM: Maj Wilma P. Webster

SUBJECT: Regular Medical Staff Appointment with Regular Privileges and Statement of Health, Officership and Off Duty Employment - Maj Webster

1. Request approval of clinical privileges as delineated in the attached AF Form 2821 dated 6 Oct 97.

2. I am in good health and have no physical or mental conditions which would impair the performance of my requested clinical privileges. Exceptions:

3. I have not been involved in any incident or disciplinary action that would call into question my ability to perform as a health care provider. Exceptions:

4. I am/~~am not~~ currently involved in off-duty employment. Remarks:

5. My license/licenses to practice is/~~are current~~, unrestricted, and in good standing. Remarks: (All expired licenses and reasons for not renewing them should be listed here)

6. I understand it is my responsibility to notify my supervisory and clinical privileging officials if there is any change in the above.

Wilma P. Webster
WILMA P. WEBSTER, Maj, USAF, MC
Date: 08 OCT 97

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

278

1st Ind,

TO: Maj Webster

1. Your credentials file and request for privileges were reviewed by the Credentials Review Function. Based on the recommendations made you are awarded privileges for Emergency Medicine at the 24 MDG.

2. I am awarding you Regular Medical Staff Appointment with Regular privileges as you have requested for a period of two years. ( 10/10/97 to 10/10/99 ).

3. It is your responsibility to maintain your continuing health education (AF Form 1541 in your credentials folder). It is also your responsibility to up date your credentials folder in regard to licensure and periodic mandatory training. Any changes in your privilege list must be approved by the Credentials Functions.

4. Please acknowledge receipt of this letter by returning it within 10 days, with your endorsement, to Quality Services (SGQ).

TERRENCE JAY O'NEIL, Col, USAF, MC
Commander
Date: 10OCT97

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

3rd Ind, SGH

TO: CC

/✓/ I acknowledge receipt and accept approved Regular Medical Staff Appointment with regular privileges.

/__/ I acknowledge receipt of approved privileges. I intend to appeal this decision. I understand I have ten duty days to submit an official written appeal IAW AFI 44-119.

WILMA P. WEBSTER, Maj, USAF, MC
Date: 17 OCT 97

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

UTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.
RINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical pacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's ability to treat certain conditions and rform certain medical procedures.
OUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor ofessional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying r staff privileges during or after separating from the service.
ISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.

## INSTRUCTIONS

art I. List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege. Each block must ave a code number. The practitioner signs and dates the form and sends it to his or her supervisor.

art II. Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it o the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander (MFC) for approval. After approval the Credentials Committee Chairperson makes the change in pen, initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

**CODES:**
1. **Perform without consultation.**
2. **Perform with consultation.**
3. **Not requested/approved due to lack of facility support/policy.**
4. **Not requested/approved due to lack of expertise.**

NAME OF PRACTITIONER (Last, First, Middle Initial): Webster, Wilma P.

NAME OF MEDICAL FACILITY: 24th Medical Group

## LIST OF PRIVILEGES – EMERGENCY MEDICINE

I.

| Requested | Approved | |
|---|---|---|
| / | 1 | A. Provide initial emergency care as is appropriate in true life-threatening emergencies |
| | | B. Provide initial management without consultation |
| / | 1 | 1. Minor lacerations |
| / | 1 | 2. Major lacerations |
| / | 1 | 3. Minor respiratory illness |
| / | 1 | 4. Acute respiratory illness |
| / | 1 | 5. Pulmonary embolism |
| / | 1 | 6. Minor gastrointestinal illness |
| / | 1 | 7. Acute abdominal illness |
| / | 1 | 8. Minor burns |
| / | 1 | 9. Critical burns *(emergency care only)* |
| / | 1 | 10. Minor musculoskeletal trauma |
| / | 1 | 11. Minor dermatologic illness |
| / | 1 | 12. Minor gynecologic problems |
| / | 1 | 13. Acute cardiac emergencies including acute myocardial infarction, arrhythmias and heart failure |
| / | 1 | 14. Poisonings |
| / | 1 | 15. Near drowning |
| / | 1 | 16. Severe allergic reactions |
| / | 1 | 17. Nose bleeds |
| / | 1 | 18. Hypothermia |
| / | 1 | 19. Hyperthermia |
| / | 1 | 20. Patients with altered level of consciousness |
| / | 1 | 21. Multiple trauma |
| / | 1 | 22. Acute psychiatric illness |
| / | 1 | 23. Alcohol detoxification and drug withdrawal |
| / | 1 | 24. Animal and human bites |
| / | 1 | 25. Eye trauma and illness |
| / | 1 | 26. Hand infections |
| / | 1 | 27. Seizure disorders |
| / | 1 | 28. Gastrointestinal bleeding |
| / | 1 | 29. Acute endocrinological emergencies |

| Requested | Approved | |
|---|---|---|
| / | 1 | 30. Urinary calculi |
| / | 1 | 31. Urinary tract infections |
| / | 1 | 32. Screening of ambulance calls |
| / | 1 | 33. Minor pediatric illnesses |
| | | C. Procedures |
| / | 1 | 1. Oral/nasopharyngeal airway insertion |
| / | 1 | 2. Endotracheal intubation |
| / | 1 | 3. Nasotracheal intubation |
| / | 1 | 4. Esophageal obturator airway insertion |
| / | 1 | 5. Trans-tracheal suctioning |
| / | 1 | 6. Needle cricothyroidotomy |
| / | 1 | 7. Cricothyroidotomy |
| / | 3 | 8. Emergency tracheostomy |
| / | 1 | 9. Direct laryngoscopy |
| / | 1 | 10. Indirect laryngoscopy |
| / | 1 | 11. Removal of upper airway foreign body |
| / | 1 | 12. Ventilation management |
| / | 1 | 13. Interpretation of electrocardiograms |
| / | 1 | 14. Central venous line insertion |
| / | 1 | 15. Peripheral venipuncture |
| / | 1 | 16. Peripheral venous cutdown |
| / | — | 17. Placement of emergency electrical pacemaker |
| / | 1 | (a) transvenous |
| / | 1 | (b) transthoracic |
| / | 1 | (c) external |
| / | 1 | 18. Defibrillation and synchronized cardioversion |
| / | 1 | 19. Pericardiocentesis |
| / | 1 | 20. Intracardiac injection |
| / | 1 | 21. Emergency thoracotomy |
| / | 1 | 22. Thoracentesis |
| / | 1 | 23. Tube thoracostomy |
| / | 1 | 24. Needle thoracostomy |
| / | 1 | 25. Arterial puncture |
| / | 3 | 26. Arterial cannula placement |

| Requested | Approved | Item |
|---|---|---|
| / | 1 | 27. Closed chest massage |
| / | 1 | 28. Internal cardiac massage |
| / | 1 | 29. Use of MAST trousers |
| / | 1 | 30. Treatment of burns |
| / | 1 | 31. Debridement and repair of minor lacerations |
| / | 1 | 32. Diagnostic peritoneal lavage |
| / | 3 | 33. Peritoneal dialysis |
| / | 1 | 34. Excision of thrombosed external hermorrhoids |
| / | 1 | 35. Incision and drainage of abscesses |
| / | 1 | 36. Reduction of hernias |
| 2 | 3 | 37. Sigmoidoscopy |
| / | 3 | 38. Suprapubic cystotomy |
| / | 1 | 39. Urinary catheter placement |
| / | 1 | 40. Reduction of paraphimosis, phimosis |
| / | 1 | 41. Culdocentesis |
| / | 1 | 42. Emergency vaginal deliveries |
| / | 1 | 43. Rape exam |
| / | 3 | 44. Emergency retrograde cystogram, IVP |
| / | 1 | 45. Nasogastric intubation |
| / | 1 | 46. Gastric lavage |
| / | 3 | 47. Sengstaken-Blakemore tube placement |
| / | 1 | 48. Lumbar puncture |
| / | 1 | 49. Removal of corneal foreign body |
| / | 1 | 50. Schiotz tonometry |
| / | 1 | 51. Anterior nasal packing |
| / | 1 | 52. Posterior nasal packing |
| / | 1 | 53. Cautery *(electrical/chemical)* of acute mucosal bleeding |

| Requested | Approved | Item |
|---|---|---|
| / | 1 | 54. Reduction of temporomandibular joint dislocation |
| / | 1 | 55. Reduction of simple closed dislocations |
| / | 1 | 56. Reduction of simple closed fractures |
| / | 1 | 57. Placement of molded splints |
| / | 1 | 58. Arthrocentesis |
| / | 1 | (a) diagnostic |
| / | 1 | (b) therapeutic |
| / | 3 | 59. Extensor tendon repair |
| / | 1 | 60. Nail trephination/removal |
| 2 | 2 | 61. Application of cervical traction tongs |
| 2 | ? | 62. Simple split thickness grafting |
| / | 1 | 63. Local infiltrative anesthesia |
| / | 2 | 64. Regional block anesthesia |
| / | 1 | 65. Pediatric resuscitation |
| / | 1 | 66. Interpret transmitted electrocargiogram rhythm strips |
| / | 1 | 67. Heimlich maneuver |
| / | 1 | 68. Slit lamp exam |
| 2 | 2 | 69. Bier block |
| | | D. Other |
| | | 1. |
| | | 2. |
| | | 3. |
| | | 4. |
| | | 5. |
| | | 6. |
| | | 7. |

SIGNATURE OF PRACTITIONER: [signature]

DATE: 06 OCT 97

## SUPERVISOR'S RECOMMENDATION

II.

☐ RECOMMEND APPROVAL

☒ RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

☐ RECOMMEND DISAPPROVAL *(Specify below)*

C-64 no evidence of training to upgrade from 2 on previous stationing.
3 are due to LACK of facility support.

SIGNATURE OF SUPERVISOR: [signature]

DATE: 9 oct 97.

## CREDENTIALS PRIVILE[illegible] — FAMILY PRACTICE, PRIMAR[illegible] [illegible]RE, AEROSPACE MEDICINE

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

### INSTRUCTIONS

Part I, List of Privileges: The PRACTITIONER enters the appropriate code number in the block marked REQUESTED for each privilege in Sections A, B and C. Each block must have a code number. Physician assistants and nurse practitioners complete Section D. If they wish to request privileges in Sections A, B and C they may do so. The practitioner, physician assistant or nurse practitioner signs and dates the form and sends it to his or her supervisor.

Part II, Supervisor's Recommendation: The supervisor reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Committee Chairperson.

The CREDENTIALS COMMITTEE CHAIRPERSON enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.

Corrections must be initialed in pen. To change a code number send the request to the Credentials Committee Chairperson in writing. The committee sends their recommendation to the Medical Facility Commander (MFC) for approval. After approval the Credentials Committee Chairperson makes the change in pen, initials it, and notifies the practitioner in writing of the decision. The committee may require the practitioner to complete a new privilege list.

**CODES:**
1. **Perform unsupervised**
2. **Perform with supervision**
3. **Not requested/approved due to lack of facility support**
4. **Not requested/approved due to lack of expertise**

| [N]AME OF PRACTITIONER *(Last, First, Middle Initial)* | NAME OF MEDICAL FACILITY |
|---|---|
| Webster, Wilma | 24th Medical Group. |

### LIST OF PRIVILEGES — FAMILY PRACTICE, PRIMARY CARE, FLIGHT MEDICINE PHYSICIANS

| [Re]quested | Approved | |
|---|---|---|
| | | A. DIAGNOSIS AND MEDICAL MANAGEMENT OF: |
| | | 1. Problem which presents no threat to life. Consultation at the discretion of the clinician. |
| / | 1 | (a) Well child care |
| / | 1 | (b) Office pediatric problems |
| / | 1 | (c) Uncomplicated prenatal care |
| / | 1 | (d) Office gynecologic problems |
| / | 1 | (e) Office adult internal medicine problems |
| / | 1 | (f) Office dermatologic problems not including psoriasis, actinic keratoses, or malignant skin tumors |
| / | 1 | (g) Office neurologic problems |
| / | 1 | (h) Office ophthalmologic problems not including iritis or glaucoma |
| / | 1 | (i) Office orthopedic problems |
| | 1 | (j) Office otorhinolaryngologic problems |
| | 1 | (k) Office urologic problems |
| | 1 | (l) Office behavioral problems, including crisis intervention and short-term individual, family, and marital counseling |
| | 1 | (m) Uncomplicated inpatient pediatric problems including routine newborn care |
| | 1 | (n) Uncomplicated inpatient adult internal medicine problems, not including CCU/ICU care |
| | 1 | (o) Uncomplicated inpatient neurology problems |
| | 3 | (p) Complicated *(high risk)* prenatal patients in the outpatient setting with appropriate consultation from staff obstetrician or family physician |
| | 1 | (q) Routine uncomplicated labor |
| | 1 | (r) Threatened abortion |
| | 1 | (s) Uncomplicated psoriasis and actinic keratoses |

| Requested | Approved | |
|---|---|---|
| / | 1 | (t) Uncomplicated musculoskeletal problems requiring hospitalization, but not orthopedic consultation *(muscle spasms, strains, lumbosacral back pain, etc.)* |
| / | 1 | (u) Uncomplicated urologic problems requiring hospitalization, but not urologic consultation *(epididymitis, prostatis, pyelonephritis, bleeding and other complications of vasectomy)* |
| | | 2. Complicated inpatient pediatric problems, using appropriate consultation with staff pediatricians when clinically indicated: |
| / | 3 | (a) Serious infections *(meningitis, pneumonias, septic arthritis, etc.)* |
| / | 1 | (b) Fluid and electrolyte problems |
| 2 | 3 | (c) Neonatal sepsis |
| / | 3 | (d) Mild neonatal respiratory distress syndrome |
| / | 3 | (e) Uncomplicated premature infant care |
| / | 3 | (f) Status asthmaticus |
| / | N/A | (g) Other general medical pediatric problems *(Specify)* |
| | | 3. Complicated inpatient adult internal medicine problems using appropriate consultation with staff internists when clinically indicated |
| / | 3 | (a) Acute myocardial infarction not accompanied by serious cardiac decompensation or by serious arrhythmia |
| / | 1 | (b) Congestive heart failure |
| / | 3 | [illegible] |

| | | |
|---|---|---|
| / | 1 | (d) Other serious fluid and electrolyte disturbances |
| / | 1 | (e) Acute gastrointestinal bleeding |
| / | 1 | (f) Status asthmaticus |
| / | 1 | (g) Chronic obstructive pulmonary disease with mild respiratory decompensation not requiring ventilator support |
| / | 1 | (h) Serious infections *(meningitis, pneumonias, sepsis, etc.)* |
| / | 3 | (i) Medical treatment of cancer with chemotherapeutic agents with onchologic consultation |
| / | 1 | (j) Undiagnosed anemias |
| / | 1 | (k) Uremia |
| / | 3 | (l) Severe drug overdosage |
| / | 1 | (m) Alcohol withdrawal syndromes |
| / | 1 | (n) Bleeding and coagulation disorders |
| / | 1 | (o) Blood dyscrasias |
| / | 1 | (p) Hypertensive crisis |
| / | N/A | (q) Other general internal medicine problems *(Specify)* |
| | | 4. Complicated inpatient adult neurologic problems with appropriate consultation with staff neurologist when clinically indicated |
| / | | (a) Status epilepticus |
| / | 3 | (b) CVA |
| / | 3 | (c) COMA of undetermined etiology |
| / | | (d) Disease of muscle including dystrophies inflammatory and metabolic myopathies not requiring ventilatory support |
| | | 5. Complicated inpatient obstetrical problems using appropriate consultation with staff obstetricians when clinically indicated |
| / | 3 | (a) Pre-eclampsia and eclampsia |
| / | 3 | (b) Chronic hypertension |
| / | 3 | (c) Diabetes mellitus |
| | 3 | (d) Premature labor |
| | 3 | (e) Premature rupture of membranes |
| | 3 | (f) Multiple gestation |
| | 3 | (g) Breech presentation |
| | 3 | (h) Prolapsed umbilical cord |
| | 3 | (i) Fetal distress syndromes |
| | 3 | (j) Arrest of labor |
| | 3 | (k) Post-partum hemorrhage |
| | 3 | (l) Mid-trimester abortion with prostaglandins |
| | 3 | (m) Post-partum endometritis |
| | 3 | (n) Third trimester bleeding |
| | 3 | (o) Hyperemesis gravidarum |
| | 3 | (p) Pyelonephritis and other UTIs |
| | 3 | (q) Amnionitis |
| | 3 | (r) Intrauterine fetal death |
| | | 6. Complicated inpatient gynecologic problems using appropriate consultation with staff gynecologists when clinically indicated |
| | 1 | (a) Acute p... inflammator... disease |

| | | |
|---|---|---|
| / | 3 | (b) Incomplete abortion |
| / | 3 | (c) Septic abortion |
| / | 1 | 7. Management of spontaneous pneumothorax without serious respiratory compromise with appropriate consultation with general or thoracic surgeon when clinically indicated |
| / | 1 | 8. Management of hyphema, iritis with appropriate consultation with ophthalmologist when clinically indicated |
| / | 1 | 9. Management of posterior nasal bleeding requiring hospitalization with appropriate consultation with staff otorhinolaryngologist when clinically indicated |
| / | 1 | 10. Long-term individual family and marital counseling |
| | | B. PROCEDURES: |
| / | 1 | 1. Basic cardiac life support |
| / | 1 | 2. Advanced cardiac life support |
| / | 1 | 3. Peripheral venipuncture |
| / | 1 | 4. Peripheral venous lifelines |
| / | 1 | 5. Local infiltration anesthesia |
| / | 1 | 6. Punch biopsy of skin |
| / | 1 | 7. Simple laceration repair |
| / | 1 | 8. I & D of simple abscess, thrombosed hemorrhoids |
| / | 1 | 9. Lumbar puncture |
| / | 1 | 10. Thoracentesis |
| / | 1 | 11. Suprapubic bladder aspiration |
| / | 1 | 12. Bladder catheterization |
| 2 | 2 | 13. Sigmoidoscopy |
| / | 1 | 14. Occular tonometry *(Shiotz)* |
| / | 1 | 15. Use of slit lamp |
| / | 1 | 16. Removal of occular and nasal foreign body |
| / | 1 | 17. Initial interpretation of X-rays pending review by radiologist |
| / | 1 | 18. Perform PAP smears |
| 2 | 2 | 19. Fit vaginal diaphragms |
| / | 1 | 20. Indirect laryngoscopy |
| 2 | 2 | 21. Vasectomy |
| / | 1 | 22. Culdocentesis |
| 2 | 2 | 23. Endometrial biopsy |
| 2 | 2 | 24. Cervical biopsy |
| 2 | 2 | 25. Cervical cryotherapy |
| / | 1 | 26. Insertion and removal of IUDs |
| / | 1 | 27. Arthrocentesis |
| / | 1 | 28. Posterior nasal pack |
| / | 1 | 29. Regional nerve block anesthesia |
| / | 1 | 30. Repair of major lacerations involving more than one layer of closure |
| 2 | 2 | 31. Breast mass aspiration and follow-up |
| / | 1 | 32. Paracentesis |
| | 1 | 33. Closed reduction of simple fractures and dislocations |
| / | 1 | 34. Management of fingertip amputations |
| / | 1 | 35. Excision of skin and subcutaneous lesions felt to be non-malignant |
| / | 1 | 36. Central venous venipuncture and catheterization |
| / | 3 | 37. Pleural biopsy |
| / | 1 | 38. Venous cutdown |

1283

## INTERIM INSTRUCTIONS FOR MEDICAL PRIVILEGING FORMS

**(INSERT IN SECTION 1 OF PCF WITH CURRENT PRIVILEGE LIST)**

**Part I. List of Privileges: The *PRACTITIONER* ENTERS THE APPROPRIATE CODE NUMBER IN THE BLOCK MARKED REQUESTED for each privilege. Each block must have a code number. The practitioner signs and dates the form and sends it to his or her supervisor.**

**Part II. Supervisor's Recommendation: The *supervisor* reviews the requested privileges and checks one of the blocks, signs and dates the form and sends it to the Credentials Function Chairperson.**

**The Credentials Function Chairperson enters the appropriate code number in the block marked APPROVED for each privilege. Each block must have a code number.**

**The Commander: acting on the recommendations of the credentials function, awards, renews, and revises individual provider privileges.**

**Revisions and Corrections - To change a code number, the originator of the revision forwards a written request with supporting documentation to the Credentials Function Chairperson. The function sends its recommendation to the Commander in turn. If approved, the Credentials Function Chairperson makes the change(s) in pen, initials and dates each, and notifies the provider in writing of the decision. Any corrections must be initialed in pen. The credentials function may require the provider to complete a new privilege list.**

**Codes:**

1. Fully competent within defined scope of practice; clinical oversight may be required as defined in AFI 44-102.
2. Supervision required; unlicensed/uncertified; requires verification of credentials; or provider lacks current relevant experience.
3. Not approved due to lack of facility support (Reserved for Credentials Function use only).
4. Not requested/approved due to lack of expertise or proficiency.

1284

MEMO FOR RECORD

DATE: 20 NOV 97

FROM: Wilma P. Webster (STAFF MEMBER)

TO: CHIEF, MEDICAL STAFF- 24TH MEDICAL GROUP

I ACKNOWLEDGE HAVING READ AND MAKING MYSELF FAMILIAR WITH THE CONTENTS OF THIS MEDICAL STAFF GUIDE. I AGREE TO BE BOUND BY IT DURING MY TERM OF MEMBERSHIP ON THE MEDICAL STAFF OF THE 24TH MEDICAL GROUP, (ACC), HOWARD AFB, PANAMA.

signature: Wilma P. Webster

typed/printed name:

distro: original- PCF (Provider Credential Folder)
copy- individual

ACKNOWLEDGMENT OF ORIENTATION TO HOWARD HOSPITAL

I hereby acknowledge orientation to pertinent Air Force and facility rules, regulations, and policies governing patient care, and medical staff responsibilities and expectations upon application for privileges and appointment to the medical staff. This orientation included, but was not limited to, continuity of care responsibilities, ethics policies, continuing medical education requirements and opportunities, and off duty employment requirements.

I agree to abide by these rules and regulations.

Wilma P. Noble
Signature and stamp of Health Care Provider
Date: 06 OCT 97

1280

DEPARTMENT OF THE AIR FORCE
24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

MEMORANDUM FOR

ATTENTION: MAJ WEBSTER

FROM: Credentials Office/SGHQ

SUBJECT: Voluntary Relinquishment of License to practice or Voluntary/Involuntary Relinquishment of Privileges

1. The Air Force Form 1540, Application for Clinical Privileges, that is used in your application for privileges does not include a very important piece of information that is required by the Joint Commission on Accreditation of Healthcare Organizations standards. Under Medical Staff Standards 5.5.1 and 5.5.2, each applicant for privileges (or reprivileging) must state whether or not there was a voluntary relinquishment of license or practice or any voluntary/involuntary limitation, reduction, or loss of clinical privileges.

2. Please provide this required information by answering the questions below.

Mark P. Robbins D.O.

MARK P. ROBBINS, Maj, USAF, MC
Chairman, Credentials Function

The following question are answered as required.

a. Have you ever voluntarily relinquished a license to practice your profession? Yes____ No ✓

b. Have you ever voluntary or involuntary terminated a medical staff membership or voluntary or involuntary have limitation, reduction or loss of clinical privileges at any health care facility? Yes____ No ✓

(Explain all "Yes" answers on the reverse of this letter or by attachment...include licenses that you opted not to renew)

Wilma P. Webster
Signature/Stamp

06 OCT 97
Date

128

# PRIVACY ACT STATEMENT - HEALTH PRACTITIONERS CREDENTIALS RECORDS

This form is not a consent form to release or use health-care information pertaining to you.

1. AUTHORITY

Title 10, United Stated Code and Executive Order 8012

2. PRINCIPAL PURPOSE FOR WHICH INFORMATION IS INTENDED TO BE USED

This form provides you the advice required by the Privacy Act of 1974. The personal information submitted by you will be used by the Clinic Credentials Committee to evaluate your record of form education, training, and clinical experience, prior to the award of clinical privileges at this medical/dental treatment facility. The social security number (SSN) of the practitioner is required for complete identification purposes.

3. ROUTINE USES

Other possible uses of information: Personal information submitted to the clinic Credentials Committee may be used when evaluating the quality of care provided by any member of the medical or dental staff, as requested by the Clinic Commander or Base Dental Surgeon. Additionally, such information will be used for the annual review of credentials of all health practitioners and to award privileges accordingly.

4. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECTS ON INDIVIDUAL OF NOT PROVIDING INFORMATION

The requested information is mandatory due to the fact that all health practitioners are required to have their credentials reviewed prior to the award of clinical privileges. If the requested information is not furnished or incomplete, the practitioner will not be awarded clinical privileges in his/her specialty.

This all-inclusive Privacy Act Statement will apply to all requests for personal information made by the clinic Credentials Committee for credentialling purposes and will become a permanent part of your credentials file.

Your signature merely acknowledges that you have been advised of the foregoing. If requested, a copy of this form will be furnished to you.

| [signature] | 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 | 06 Oct 97 |
|---|---|---|
| Signature of Practitioner | SSN of Practitioner | Date |

1288

| | | |
|---|---|---|
| 1 | 1 | 39. Routine vagin[illegible] [illegible]elivery without use of forceps |
| 2 | 2 | 40. Pudendal nerve block anesthesia |
| 2 | 2 | 41. Adult circumcision |
| 2 | 2 | 42. Neonatal circumcision |
| 1 | 1 | 43. Iced water calorics |
| 1 | 1 | 44. Emergency crycothyroidotomy |
| 2 | 2 | 45. Emergency tracheostomy |
| 1 | 1 | 46. Tube thoracostomy |
| 2 | 2 | 47. Split-thickness skin graft |
| 2 | 2 | 48. Pinch skin graft |
| 2 | 2 | 49. Excision of skin tumors felt to be malignant *(basal cell carcinoma, squamous cell carcinoma)* |
| 2 | 3 | 50. Muscle biopsy |
| 2 | 2 | 51. Breast biopsy |
| 2 | 2 | 52. Biopsy of superficial lymph node |
| 1 | 1 | 53. Assist at major surgery |
| 1 | 1 | 54. Insertion of arterial lines |
| 1 | 1 | 55. Umbilical arterial catheterization |
| 2 | 2 | 56. Liver biopsy |
| 1 | 1 | 57. Bone marrow aspiration and biopsy |
| 2 | 2 | 58. Myringotomy |
| 2 | 2 | 59. Diagnostic dilatation and currettage |
| 2 | 2. | 60. Uterine currettage following incomplete abortion |

| | | |
|---|---|---|
| 2 | 2 | 62. Interim tubal ligation by mini laparotomy |
| 2 | 2 | 63. Induction of labor |
| 2 | 2 | 64. Low forceps delivery |
| 1 | 1 | 65. Manually remove placenta |
| 1 | 1 | 66. Repair of cervical, vaginal, and fourth degree perineal lacerations following delivery |
| 2 | 2 | 67. Paracervical nerve block anesthesia |
| 1 | 1 | 68. Drainage of deep ischiorectal abscess |
| 2 | 2 | 69. Stress electrocardiography *(Treadmill)* |
| 1 | 1 | 70. Cardioversion of life-threatening arrhythymia |
| 2 | 2 | 71. Pilonidal cyst excision/marsupialization |
| 2 | 2 | 72. Irrigation of paranasal sinuses |
| 1 | 1 | 73. Direct laryngoscopy |
| 1 | 1 | 74. Endotracheal intubation |
| 2 | 3 | 75. Diagnostic lung puncture |
| | | C. OTHER |
| | | 1. |
| | | 2. |
| | | 3. |
| | | 4. |
| | | 5. |
| | | 6. |
| | | 7. |
| | | 8. |

D.

**PHYSICIAN ASSISTANTS AND PRIMARY CARE NURSE PRACTITIONERS**

*(Also complete sections A, B and C of physicians privilege list for management of diagnoses and procedures you wish to have privileges in at this facility)*

| | | |
|---|---|---|
| | | 1. Take, evaluate, and record medical histories. |
| | | 2. Perform physical examinations required to evaluate medical problems. |
| | | 3. Perform standard medical examinations, except for flying examinations, required and authorized by AFR 160-43, Medical Examination and Medical Standards. This includes signing SF 88, Report of Medical Examination. The supervising physician must verify when physical findings are disqualifying. |
| | | 4. Order appropriate laboratory studies, X-rays, electrocardiograms, and other special examinations. |
| | | 5. Collect specimens for pathologic examinations, including PAP smears. |
| | | 6. Analyze and interpret data, formulate problem lists, and establish plans for solution of clinical problems. |
| | | 7. Treat problems within his/her scope of competence and exercise judgment on problems requiring consultation, referral, or evaluation by a physician. |
| | | 8. Initiate consultation requests to specialists and other health professionals including physical therapists, occupational therapists, dieticians, etc. |
| | | 9. Initiate temporary profiles, not to exceed 30 days, on conditions that do not limit a patient's worldwide assignment *(except for personnel on flying status)* |
| | | 10. Admit and discharge quarters patients for periods up to 72 hours to include signing AF Form 560. Obtain verbal concurrence of the supervising physician for cases that require an extension past the 72 hour limit. A physician must co-sign all discharge orders within 12 hours. |
| | | 11. Counsel patients on medical problems, use of medications, expected effects of treatment, diet, and other health maintenance matters. |
| | | 12. Perform health maintenance for well patients, including administering or supervising immunizations. |
| | | 13. Manage common medical problems encountered in primary care clinics, including gynecological problems. |
| | | 14. Educate appropriate groups on health matters such as pregnancy, childbirth, family planning, care of newborn, child rearing, cancer detection, health maintenance, and use of community resources. |
| | | 15. Counsel in family planning, including prescribing oral contraceptives, fitting diaphragms, and inserting or removing intrauterine devices. |
| | | 16. Perform nasogastric and nasopharyngeal intubations. |
| | | 17. Perform gastric analysis studies. |
| | | 18. Perform incision and drainage of minor lesions |
| | | 19. Perform wound care, debridement, and suturing of minor lacerations. |
| | | 20. Assist physicians in performing procedures. |

1289



AF FORM 2816, MAY 84

| Requested | Approved | |
|---|---|---|
| | | 21. Manage selected chronic major illnesses recommended by the supervising physician and approved by the Credentials Committee. |
| | | 22. Other |

SIGNATURE OF PRACTITIONER Wilma P. Webster WHS

DATE 10 FEB 97

SUPERVISOR'S RECOMMENDATION

I.

☐ RECOMMEND APPROVAL

☒ RECOMMEND APPROVAL WITH MODIFICATION *(Specify below)*

☐ RECOMMEND DISAPPROVAL *(Specify below)*

1290

SIGNATURE OF SUPERVISOR [signature]

DATE 6/March/98.

# CLINICAL PRIVILEGES EVALUATION SUMMARY

(Use additional paper, if necessary, to fully explain any comments)

| | | |
|---|---|---|
| NAME OF PRACTITIONER<br>WEBSTER, WILMA P. | 2. SOCIAL SECURITY ACCOUNT NUMBER<br>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 | 3. MEDICAL TREATMENT FACILITY<br>48th Medical Group (USAFE) |
| DEPARTMENT/SERVICE<br>Emergency Medicine | 5. PERIOD OF EVALUATION (BY CREDENTIALS)<br>FROM ~~NOV 96~~ OCT 95 TO SEP 97 | 6. PURPOSE OF EVALUATION<br>☒ REASSIGNMENT / SEPARATION ☐ ADVERSE ACTION ☐ ANNUAL REVIEW ☐ BIENNIAL RENEWAL |

ACTIVITY DATA (Provide average monthly data for each item, as applicable) (by credentials or evaluator) LMW

( ) AMBULATORY CARE VISITS (excluding emergency department) (268) EMERGENCY DEPARTMENT VISITS ( ) DELIVERIES

( ) SURGICAL PROCEDURES ( ) ADMISSIONS

( ) ELEMENT SPECIFIC PROCEDURES

IS THERE ANY ASPECT OF THE PRACTITIONER'S HEALTH THAT THE CREDENTIALS FUNCTION SHOULD CONSIDER IN AWARDING PRIVILEGES? (by evaluator)

☑ NO ☐ YES(explain)

IS THE PRACTITIONER'S LICENSE AND SPECIALTY CERTIFICATION CURRENT? (by credentials) LMW

☑ YES ☐ NO (explain)

10. IS THE PRACTITIONER'S ATTENDANCE AND PARTICIPATION IN STAFF AND COMMITTEE MEETINGS ACCEPTABLE? (Explain)

☐ YES ☐ NO

PROSTAFF: (by credentials) LMW # ATTENDED 5 # POSSIBLE 38

SERVICE MEETINGS: (by evaluator) # ATTENDED ____ # POSSIBLE ____

Prostaff includes Business and CME. LMW

11. ARE THE PRACTITIONER'S INTERPERSONAL SKILLS WITH BOTH PATIENTS AND STAFF ACCEPTABLE? (by evaluator from PAF)

☑ YES ☐ NO (explain)

12. APPRAISAL OF PRIVILEGES Summarized from Provider Activity File, Performance Measurement Data, and Committee/Function Reports. (Reviewers will keep records of objective criteria)

a. UTILIZATION REVIEW (by evaluator - please refer to # 7, above)
Is the practitioner's productivity within goals set by service or supervisor? ☒ YES ☐ NO (explain)

b. ANCILLARY SERVICES REVIEW (Appropriate use of lab and x-rays / by laboratory officer and radiologist - explain inappropriate use in section 14, Remarks)

1. Laboratory: ☒ YES ☐ NO (explain) ☐ N/A
2. Radiology: ☒ YES ☐ NO (explain) ☐ N/A

ROBERT E. MATHIS, LT COL, USAF, BSC
Chief, Laboratory Services
(LABORATORY OFFICER'S SIGNATURE AND STAMP)

DONALD M. MEDUNA, ~~Maj~~ LtCol, USAF, MC, FS
Director, Diagnostic Imaging Services
(RADIOLOGIST'S SIGNATURE AND STAMP)

c. BLOOD PRODUCTS UTILIZATION REVIEW (by laboratory officer)
Appropriate Indications? ☐ YES ☐ NO (explain) ☒ N/A*

* no blood products used this period

ROBERT E. MATHIS, LT COL, USAF, BSC
Chief, Laboratory Services
(LABORATORY OFFICER'S SIGNATURE AND STAMP)

d. PHARMACY REVIEW - (Appropriate use of medications)

1. Non-controlled drugs (by pharmacy) ☒ YES ☐ NO (explain) ☐ N/A
2. Controlled drugs (by pharmacy) ☒ YES ☐ NO (explain) ☐ N/A
3. Discrepancies identified by DUEs (by pharmacy) ☒ NO ☐ YES (explain) ☐ N/A
4. Documentation appropriate (by pharmacy) ☒ YES ☐ NO (explain) ☐ N/A

THOMAS A. BACON, CAPT, USAF, BSC
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 43P3
PHARMACY SVS, 48 MEDICAL GP
(USAFE) SG/SAP APO AE 09464
(PHARMACIST'S SIGNATURE AND STAMP)

e. RECORDS REVIEW (by inpatient records section) (For practitioners with admission privileges)

( <1 ) Monthly average # of records delinquent

( dates ) Discrepancies (list types, frequency, legibility)

time & signature

LINDA A. SELANDER, ART
Medical Records Administrator
(MEDICAL RECORDS ADMINISTRATOR'S STAMP)

f. INFECTION CONTROL (by infection control officer)

Any trends identified? ☐ YES (explain) ☒ NO

ROBERT C. RIGDON, MAJ, USAF, NC, CIC
Infection Control Manager
(INFECTION CONTROL SIGNATURE AND STAMP)

OVERPRINT

FORM 22 - COMPUTER GENERATED, APPROVED BY ECMS - 23 APR 1997 48 MDG SGH/SGHC

REMARKS: Fully explain any significant items in Section 14.

g. MORTALITY REVIEW *(by evaluator)*
Unanticipated patient deaths (# of deaths/# of discharges) *(explain when indicated)* ( 0/2 ) ☒ NONE [redacted]

h. PATIENT OUTCOME INDICATOR SCREENING (POIS) AND RISK MANAGEMENT: *(data from PCF and PAF)*
Validated occurrences *(attributed to practitioner performance)* posted by the Credentials Review Function ( [illegible] )
Claims filed *(last 5-years)* or claims pending, high level inquiries *(I.G., Congressionals)* ( [illegible] )
Explain: Claim pending, see email section III of PCF. LNN

i. SPECIALTY SPECIFIC OUTCOME REVIEW (ex: Surgical case review; special care results, etc.) *(by evaluator)* ☐ Not Applicable
Case Review revealed excellent dental care

13. CONTINUING HEALTH EDUCATION / LIFE SUPPORT TRAINING *(by credentials)*

*LIFE SUPPORT TRAINING:*

| | | | |
|---|---|---|---|
| *BLS current?* | ☒ YES | ☐ NO *(explain)* | |
| *ACLS current?* | ☒ YES | ☐ NO *(explain)* | ☐ N/A |
| *ATLS current?* | ☒ YES | ☐ NO *(explain)* | ☐ N/A |
| *NRP current?* | ☐ YES | ☐ NO *(explain)* | ☒ N/A |
| *PALS current?* | ☐ YES | ☒ NO *(explain)* | ☐ N/A |

*CONTINUING MEDICAL EDUCATION:*
Total hours required by corps = 150 every 3 year(s) LNN
Total hours earned: 464 (CAT I: 464 CAT II: ____ )

Laura N. Neal
LAURA N. NEAL, Civ, DAF
48 MDG/Credentials Monitor
(CREDENTIALS MANAGER'S SIGNATURE AND STAMP)

PALS EXPIRED. CLASS cx'd provider unable to attend prior to departure. LNN

14. REMARKS: *Please answer the questions below and use this section to further explain items from above sections, and summarize practitioner's overall performance in clinical skills and judgment (such as professionalism, meeting attendance, interpersonal skills, trends, complications etc.)*

*Are there any adverse trends in performance which you have detected as a result of direct observation, results of performance improvement projects, or other work center specific quality assurance or improvement initiatives, peer reviews, drug use evaluations, etc.?* ☐ YES *(explain)* ☒ NO

*Does this provider meet the performance standards in terms of productivity (patient counts or procedures) which you or the institution have established or expect for providers of similar training and experience?* ☒ YES ☐ NO *(explain)*

Dedicated professional provider. Occasionally has interpersonal problems with patients. Good standard of care.

| DATE | GRADE/NAME OF EVALUATOR OR STAMP | SIGNATURE OF EVALUATOR | EVALUATION REVIEWED BY PRACTITIONER |
|---|---|---|---|
| 9 Aug 97 | William L. Michels Col, USAF, MC 227-??-1036 48th Med Group RAF Lakenheath AB 09464 | William L. Michels | ☐ YES ☒ NO 1242 |

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sectic [illegible]7 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**TO BE COMPLETED BY PRACTITIONER**

I.

| 1. NAME OF PRACTITIONER *(Last, First, Middle Initial)* | 2. SSN |
|---|---|
| WEBSTER, WILMA P. | 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 |

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and hereby consent to the release of any and all such information.

| 3. SIGNATURE | 4. DATE |
|---|---|
| Wilma P. Webster | 05 AUG 97 |

**TO BE COMPLETED BY EVALUATOR**

II.

| 5. NAME OF INSTITUTION WHERE THE ABOVE PRACTITIONER PRACTICED | 6. DATES AT INSTITUTION FROM | TO |
|---|---|---|
| 48 MEDICAL GROUP<br>RAF LAKENHEATH | 30 October 1995 | 1 September 1997 |

| 7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)* | 8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY |
|---|---|
| STAFF | Emergency Medicine/Internal Medicine |

9. The following evaluation is based in demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "x" in the appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | ✓ | | |
| B. PROFESSIONAL JUDGMENT | | [illegible] ma | ✓ | | |
| C. SENSE OF RESPONSIBILITY | | | ✓ | | |
| D. ETHICAL CONDUCT | | | ✓ | | |
| E. COMPETENCE AND SKILL | | | ✓ | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | ✓ | | | |
| G. HISTORY AND PHYSICAL EXAM | | | ✓ | | |
| H. RECORD KEEPING | | | ✓ | | |
| I. CASE PRESENTATIONS | | | ✓ | | |
| J. PATIENT MANAGEMENT | | ✓ | | | |
| K. PRACTITIONER-PATIENT RELATIONS | | | | ✓ | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | ✓ | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | ✓ | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*TO YOUR KNOWLEDGE HAS THE APPLICANT:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTIC REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | ✓ |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | ✓ |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | ✓ |
| IF "YES," WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

AF FORM 1562, FEB 86

☐ AIR FORCE RECRUITING PERSONNEL

☐ PRACTITIONER'S AIR FORCE CREDENTIALS FILE

☐ OTHER CIVILIAN (*Describe in "Remarks"*)

RESERVATIONS ... PRIVILEGES LISTED?

☐ YES (*If yes, please explain in "Remarks"*) ☐ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

2

13. BEST TELEPHONE NUMBER TO CONTACT YOU

01638 780 726

14. REMARKS (*Please add any other information you think appropriate in evaluating this applicant*)

DR WEBSTER IS A VERY CARING AND KIND INDIVIDUAL. SHE IS CONFIDENT AND COMPETENT IN HER MEDICAL PRACTICE. IN MY EXPERIENCE SHE IS APPROACHABLE, PLEASANT AND EASY TO INTERACT WITH AS A COLLEAGUE.

SHE IS AN ASSET TO ANY PROGRAM WITH WHICH SHE IS AFFILIATED

15. NAME AND TITLE OF EVALUATOR

MICHAEL KADRMAS
EMERGENCY SERVICES PHYSICIAN
48 MG RAF LAKENHEATH

16. SIGNATURE

[signature]

17. DATE

18 AUG 97

AF FORM 1562, FEB 86 (*REVERSE*)

1294

OMB APPROVAL NO. 0701-1097
Expiration Date 30 Jun 88

# CREDENTIALS EVALUATION OF HEALTH CARE PRACTITIONERS

AUTHORITY: *Title 10, U.S.C. Chapter 55 and Section 8067 and 8012.*
PRINCIPAL PURPOSE(S): *To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*
ROUTINE USE(S): *Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
DISCLOSURE IS VOLUNTARY: *However, failure to provide information may result in the limitation or termination of clinical privileges.*

**TO BE COMPLETED BY PRACTITIONER**

1. NAME OF PRACTITIONER *(Last, First, Middle Initial)*: WEBSTER, WILMA P.
2. SSN: 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

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and hereby consent to the release of any and all such information.

3. SIGNATURE: [signature]
4. DATE: 05 AUG 97

**TO BE COMPLETED BY EVALUATOR**

5. NAME OF INSTITUTION WHERE THE ABOVE PRACTITIONER PRACTICED: 48 MEDICAL GROUP RAF LAKENHEATH
6. DATES AT INSTITUTION: FROM 30 October 1995 TO 1 September 1997
7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)*: STAFF
8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: Emergency Medicine/Internal Medicine

9. The following evaluation is based in demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "x" in the appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | | ✓ | |
| B. PROFESSIONAL JUDGMENT | | ✓ | | | |
| C. SENSE OF RESPONSIBILITY | | | | ✓ | |
| D. ETHICAL CONDUCT | | | | ✓ | |
| E. COMPETENCE AND SKILL | | | | ✓ | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | ✓ | | |
| G. HISTORY AND PHYSICAL EXAM | | | | ✓ | |
| H. RECORD KEEPING | | | | ✓ | |
| I. CASE PRESENTATIONS | | | | ✓ | |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER-PATIENT RELATIONS | | ✓ | | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | | ✓ | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | ✓ | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | ✓ | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*TO YOUR KNOWLEDGE HAS THE APPLICANT:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTIC REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | ✓ |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | ✓ |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT [illegible] | | ✓ |
| IF "YES," WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | ✓ | |
| (2) JUDGMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

1295