11. COMPLETE IF PRIVILEGE LIST REVIEWED

A. REVIEWED PRIVILEGE LIST FROM

☐ AIR FORCE RECRUITING PERSONNEL

☑ PRACTITIONER'S AIR FORCE CREDENTIALS FILE

☐ OTHER CIVILIAN (*Describe in "Remarks"*)

B. UPON REVIEW OF THE PRIVILEGE LIST, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

☐ YES (*If yes, please explain in "Remarks"*) ☑ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

[redacted]

13. BEST TELEPHONE NUMBER TO CONTACT YOU

[redacted]-4226

14. REMARKS (*Please add any other information you think appropriate in evaluating this applicant*)

15. NAME AND TITLE OF EVALUATOR

William L Michels Col USAF, MC
223-[illegible] 48th Med Group
RAF Lakenheath APO AE 09464

16. SIGNATURE

William L Michels

17. DATE

7 Aug 97

1296

AF FORM 1562, FEB 86 (REVERSE)

# CREDENTIALS EVALUATION

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*

*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical procedures.*

*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*

*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**I. TO BE COMPLETED BY PRACTITIONER**

1. NAME OF PRACTITIONER *(Last, First, Middle Initial)*: WEBSTER, WILMA P.

2. SSN: 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

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and hereby consent to the release of any and all such information.

3. SIGNATURE: Wilma P. Webster

4. DATE: 05 AUG 97

**II. TO BE COMPLETED BY EVALUATOR**

5. NAME OF INSTITUTION WHERE THE ABOVE PRACTITIONER PRACTICED: 48 MEDICAL GROUP, RAF LAKENHEATH

6. DATES AT INSTITUTION — FROM: 30 October 1995 — TO: 1 September 1997

7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)*: STAFF

8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: Emergency Medicine/Internal Medicine

9. The following evaluation is based in demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "x" in the appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | | X | |
| B. PROFESSIONAL JUDGMENT | | | X | | |
| C. SENSE OF RESPONSIBILITY | | X | | | |
| D. ETHICAL CONDUCT | | | | X | |
| E. COMPETENCE AND SKILL | | | X | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | X | | | |
| G. HISTORY AND PHYSICAL EXAM | | | | X | |
| H. RECORD KEEPING | | | | X | |
| I. CASE PRESENTATIONS | | | X | | |
| J. PATIENT MANAGEMENT | | | X | | |
| K. PRACTITIONER-PATIENT RELATIONS | | X | | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | | X | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | X | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | | X | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*TO YOUR KNOWLEDGE HAS THE APPLICANT:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | X |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | X |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | X |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | X |
| E. EVER HAD NARCOTIC REGISTRATION SUSPENDED OR REVOKED? | | X |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | X |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | X |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | X |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT [illegible] MAL[illegible]CTICE ACTION? "See Remarks (14)" | X | |
| IF "YES," WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | x | X |
| (2) JUDGMENT RENDERED BY COURT? | | X |
| (3) DEFENDANT FOUND LIABLE? | | X |
| (4) MATTER STILL PENDING? | X | |

11. ...

A. REVIEWED PRIVILEGE LIST FROM

- ☐ AIR FORCE RECRUITING PERSONNEL
- ☒ PRACTITIONER'S AIR FORCE CREDENTIALS FILE
- ☐ OTHER CIVILIAN *(Describe in "Remarks")*

B. UPON REVIEW OF THE PRIVILEGE LIST, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

- ☐ YES *(If yes, please explain in "Remarks")*
- ☒ NO

12. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

Two

13. BEST TELEPHONE NUMBER TO CONTACT YOU

[redacted] -52 [redacted]

14. REMARKS *(Please add any other information you think appropriate in evaluating this applicant)*

In Reference to 10.I. (Ever been a defendant or the subject of a Malpractice Action?)
Non significant provider - saw patient in Emergency Room during the time the patient was being treated for an orthopedic problem. Occurred at previous base "Yokota". Simply is identified as an involved provider as defined by AFMOA

15. NAME AND TITLE OF EVALUATOR

Ronald J. Morrell Major
Chief, Emergency Services

16. SIGNATURE

Ronald J Morrell

17. DATE

6 Aug 97

AF FORM 1562, FEB 86 *(REVERSE)*

1208

C[illegible]ICAL PRIVILEGES EVALUATION SUMM[illegible]

(Use additional paper if necessary to fully explain any comments)

NAME OF PRACTITIONER: Wilma P. Webster

2. SOCIAL SECURITY ACCOUNT NUMBER: 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

MEDICAL TREATMENT FACILITY: 48th Medical Group (USAFE)

. DEPARTMENT/SERVICE: ER/RAF Lakenheath

5. PERIOD OF EVALUATION (BY CREDENTIALS) FROM Nov 95 TO Nov 96

6. PURPOSE OF EVALUATION
☐ REASSIGNMENT / SEPARATION ☒ ANNUAL REVIEW
☐ ADVERSE ACTION ☐ BIENNIAL RENEWAL

. ACTIVITY DATA (Provide average monthly data for each item, as applicable) (by credentials or evaluator)

( 0 ) AMBULATORY CARE VISITS (excluding emergency department) ( 276 ) EMERGENCY DEPARTMENT VISITS ( N/A ) DELIVERIES

( ) ELEMENT SPECIFIC PROCEDURES ( 0 ) SURGICAL PROCEDURES ( N/A ) ADMISSIONS

8. IS THERE ANY ASPECT OF THE PRACTITIONER'S HEALTH THAT THE CREDENTIALS FUNCTION SHOULD CONSIDER IN AWARDING PRIVILEGES? (by evaluator) (Specifically ask the practitioner being evaluated about his/her mental and physical health including alcohol/drug abuse)

☒ NO ☐ YES(explain)

9. IS THE PRACTITIONER'S LICENSE AND SPECIALTY CERTIFICATION CURRENT? (by credentials)

☒ YES ☐ NO (explain) Expires 31 Dec 96

10. IS THE PRACTITIONER'S ATTENDANCE AND PARTICIPATION IN STAFF AND COMMITTEE MEETINGS ACCEPTABLE?

☒ YES ☐ NO (explain)

SERVICE MEETINGS: (by evaluator) #ATTENDED 12 #POSSIBLE 12
PROSTAFF: (by credentials) #ATTENDED ____ #POSSIBLE ____
COMMITTEES: (from committee chairmen) #ATTENDED ____ #POSSIBLE ____
(includes coordination for coverage when absent)

11. ARE THE PRACTITIONER'S INTERPERSONAL SKILLS WITH BOTH PATIENTS AND STAFF ACCEPTABLE? (by evaluator from PAF)

☒ YES ☐ NO (explain)

12. APPRAISAL OF PRIVILEGES Summarized from Provider Activity File, Performance Measurement Data, and Committee/Function Reports. (Sections completed by someone other than the evaluator named at end of this form should include the specific reviewer's signature and stamp adjacent to entry)

a. UTILIZATION REVIEW (by evaluator - please refer to # 7, above )
Is the practitioner's productivity within goals set by service or supervisor? ☐ YES ☐ NO (explain)

b. ANCILLARY SERVICES REVIEW (Appropriate use of lab and x-rays - by laboratory officer and radiologist - explain inappropriate use in section 16, Remarks)

1. Laboratory: ☒ YES ☐ NO (explain)
2. Radiology: ☒ YES ☐ NO (explain)

ROBERT E. MATHIS, Lt Colonel, USAF, BSC
Laboratory Officer
(LABORATORY OFFICER'S SIGNATURE AND STAMP)

J. EDWARD BASS, MAJ, USAF, MC
RADIOLOGIST
RAF LAKENHEATH
(RADIOLOGIST'S SIGNATURE AND STAMP)

c. BLOOD PRODUCTS UTILIZATION REVIEW (by laboratory officer)
Appropriate Indications? ☐ YES ☒ NOT APPLICABLE* ☐ NO (explain)

* no blood products used this period

ROBERT E. MATHIS, Lt Colonel, USAF, BSC
Laboratory Officer
(LABORATORY OFFICER'S SIGNATURE AND STAMP)

d. PHARMACY REVIEW - (Appropriate use of medications)

1. Non-controlled drugs (by pharmacy) ☒ YES ☐ NO (explain)
2. Controlled drugs (by pharmacy) ☒ YES ☐ NO (explain)
3. Discrepancies identified by DUEs (by pharmacy) ☒ NO ☐ YES (explain)
4. Documentation appropriate (by pharmacy) ☒ YES ☐ NO (explain)

JEROME J. ERSLAND, Major, USAF, BSC
Chief, Pharmacy Services
( PHARMACIST'S SIGNATURE AND STAMP )

e. RECORDS REVIEW (by inpatient records section) (For practitioners with admission privileges) Data unavailable at present. JP

( ) average # of records delinquent
( ) discrepancies (list types, frequency, legibility)

f. INFECTION CONTROL (by infection control officer)
Nosocomial infection rate (relative to national standards): ( )
Within acceptable limits? ☒ YES ☐ NO (explain)

ROBERT O. RIGDON, MAJ, USAF, NC, CIC
Infection Control Manager
(INFECTION CONTROL OFFICER'S SIGNATURE AND STAMP)

OVERPRINT

F FORM 22 - COMPUTER GENERATED, APPROVED BY ECMS - 28 FEB 1996 48 MDG SGH/SGHQ

209

(Only explain any significant items in Section 16, REMARKS.)

g. MORTALITY REVIEW *(by evaluator)*

Unanticipated patient deaths (# of deaths/# of discharges) *(explain when indicated)* ( NA - No INPATIENT CARE → DENOMIN. IS ZERO )

h. OCCURRENCE SCREENING AND RISK MANAGEMENT *(data from credentials and PAF)*

*Validated occurrences (attributed to practitioner performance)* posted by the Credentials Review Function ( 0 )

Claims filed *(last 5-years)* or claims pending, high level inquiries *(I.G., Congressionals)* *(please explain)* ( 0 )

*Explain:*

13. PROFESSIONALISM AND EXTRA DUTIES PERFORMED BY PRACTITIONER *(include: participation in projects, initiatives, leadership roles, collegiality, and cooperativeness) (by evaluator)*

Involved in Airmen Against Drunk Driving on base, and is founder of Toastmasters club off base

14. PRACTITIONER'S PARTICIPATION IN NON-CLINICAL FUNCTIONS *(list by evaluator)*

Chest Pain Evaluation Process Improvement Project.

15. CONTINUING HEALTH EDUCATION / LIFE SUPPORT *(by credentials)*

Credits earned: CAT I ( 284 ) CAT II ( ) *(preceding 3 calendar years)* ( 50 ) *Total hours per year required for practitioner's c*

BLS *current* ☒ YES ☐ NO (explain) Expires 24 Aug 97

ACLS *current* ☒ YES ☐ NO (explain) Expires 7 Sep 97

PALS *current* ☒ YES ☐ NO (explain) Expires 2 Jun 97

16. REMARKS: Please answer the questions below and use this section to further explain items from sections 12-15, and summarize practitioner's overall performance in clinical skills and judgment

Major Webster is skilled in handling individual cases - especially the seriously ill or severely injured patients emphasized in civilian central city emergency rooms. It is more difficult for her to manage simultaneously several patients where using the Emergency Services Department as an overflow/walk in clinic. Some times patients perceive her frustration with this type of practice.

Does this provider meet the performance standards in terms of productivity (patient counts or procedures) which you or the institution have established or expect for providers of similar training and experience? ☒ Yes ☐ No *(explain)*

Are there any adverse trends in performance which you have detected as a result of direct observation, results of performance improvement projects, or other work center specific quality assurance or improvement initiatives, peer reviews drug use evaluations, etc.? ☐ Yes *(explain)* ☒ No

| DATE | GRADE/NAME OF EVALUATOR OR STAMP | SIGNATURE OF EVALUATOR | EVALUATION REVIEWE BY PRACTITIONER |
| --- | --- | --- | --- |
| 19 October | RONALD J. MORRELL, MAJ, USAF, MC<br>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 44F3<br>FAMILY PRACTICE PHYSICIAN<br>48 MEDICAL GROUP APO AE 09464 | Ronald J Morrell | ☒ YES ☐ NO |

AF FORM 22 - COMPUTER GENERATED - APPROVED BY ECMS - 28 FEB 1996 48/MDG SGH/SGHQ *(REVERSE)* OVERPRI

Updated 2 8 Feb 96

250

# ...ICAL PRIVILEGES EVALUATION

(Use additional paper, if necessary, to fully explain all comments)

1. NAME OF PROVIDER: WEBSTER, WILMA P
2. SSAN: 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
3. MTF: 394th MEDICAL GROUP
4. DEPARTMENT/SERVICE: EMERGENCY
5. PERIOD OF EVALUATION: FROM 4 May 94 TO Oct 95
6. PURPOSE OF EVALUATION: ☐ RENEWAL ☒ REASSIGNMENT/SEPARATION ☐ ADVERSE ACTION

7. ACTIVITY DATA (Provide average monthly data for each item, as applicable)
( ) AMBULATORY CARE VISITS (excluding emergency department)
(✓) EMERGENCY DEPARTMENT VISITS
( ) ADMISSIONS
( ) SURGICAL PROCEDURES
( ) DELIVERIES

8. IS THERE ANY ASPECT OF THE PROVIDER'S HEALTH STATUS WHICH THE CREDENTIALS FUNCTION SHOULD CONSIDER IN AWARDING PRIVILEGES?
☒ NO ☐ YES (explain)

9. IS THE PROVIDER'S LICENSE AND SPECIALTY CERTIFICATION CURRENT?
☒ YES ☐ NO (explain)

10. IS THE PROVIDER'S ATTENDANCE AND PARTICIPATION IN STAFF AND COMMITTEE MEETINGS ACCEPTABLE?
☒ YES ☐ NO (explain)

11. ARE THE PROVIDER'S INTERPERSONAL SKILLS WITH BOTH PATIENTS AND STAFF ACCEPTABLE?
☒ YES ☐ NO (explain)

12. APPRAISAL OF PRIVILEGES (As applicable, explain any patterns of care demonstrated through the following functions)

A. ANTIBIOTIC USAGE REVIEW
Appropriate antibiotic usage noted through chart review.

B. BLOOD PRODUCTS UTILIZATION REVIEW
Met established threshhold of units transfused to units crossmached (1:2)

C. SURGICAL CASE REVIEW
Not Applicable

D. RECORDS REVIEW
Underwent approximately 9 months of 100% review at various times from Dec 93 to PCS as well as sporatic chart review. No major deficiencies noted.

E. PHARMACY AND THERAPEUTICS REVIEW
No negative pattern identified.

F. MORBIDITY/MORTALITY REVIEW
Three negative standard of care determinations made between Dec 93 and PCS.

See comments and attachments

G. INFECTION CONTROL
No negative pattern identified.

H. UTILIZATION REVIEW
No negative pattern identified.

1301

**I. ANCILLARY (*Support Services*) REVIEW**

No negative pattern identified

**. OCCURRENCE SCREENING**

No major problem areas identified through monthly occurance screening review.

**K. RISK MANAGEMENT**

No medical malpractice claims initiated.

**. DEPARTMENT/SERVICE SPECIFIC REVIEWS**

See section D

**. REMARKS**

Standard of care determinations

#1. Feb 1994. A patient with an asthma exaserbation was seen in the ED and treated with bronchodilators and amoxicillin which she was allergic to. The patient developed hives and worsening of her asthma and was admitted with rapid improvement. The reviewing body recommended reminding to check and document drug allergies prior to treatment.

#2 and #3. Because of the complexity of the other cases, enclosed is an investigation statement from Dr Adams, Chairman, Dept. of Emergency Medicine, Wilford Hall Medical Center for case #2 and a standard of care statement for case #3. After case #3, 6 months of 100% chart review was accomplished per SGH request. No major deficiencies were found.

| E | GRADE/NAME OF EVALUATOR | SIGNATURE OF EVALUATOR | EVALUATION REVIEWED BY PROVIDER |
|---|---|---|---|
| 20 OCT 94 | [illegible] Holland, Capt, USAF, MC<br>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<br>Emergency Services | [signature] | 1302 |

# CREDENTIALS EVALUATION OF HEALTH CARE PRACTITIONERS

Expiration Date: 30 Jun 88

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

## I. TO BE COMPLETED BY PRACTITIONER

1. NAME *(Last, First, Middle Initial)*: WEBSTER, WILMA P
2. SSN: 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

### RELEASE OF LIABILITY

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

3. SIGNATURE: Wilma P. Webster
4. DATE: 05 Oct 95

## II. TO BE COMPLETED BY EVALUATOR

5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED: 374th Medical Group Yokota
6. DATES AT INSTITUTION: FROM Dec 93 TO Oct 95
7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)*: STAFF
8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: EMERGENCY MEDICINE Physician

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | X | | |
| B. PROFESSIONAL JUDGMENT | | | X | | |
| C. SENSE OF RESPONSIBILITY | | | X | | |
| D. ETHICAL CONDUCT | | | X | | |
| E. COMPETENCE AND SKILL | | | X | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | X | | | |
| G. HISTORY AND PHYSICAL EXAM | | | X | | |
| H. RECORD KEEPING | | | X | | |
| I. CASE PRESENTATIONS | | | X | | |
| J. PATIENT MANAGEMENT | | | X | | |
| K. PRACTITIONER - PATIENT RELATIONS | | | | X | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | | X | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | X | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | X | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.
*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | X |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | X |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | X |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | X |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | X |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | X |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | X |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | X |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | X |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

1303

AIR FORCE RECRUITING PERSONNEL

☐ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN (Describe in "Remarks.")

RESERVATIONS ABOUT ... E PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

☒ YES (If yes, please explain in "Remarks.") ☐ NO

MBER OF YEARS YOU HAVE KNOWN THE APPLICANT

3

13. BEST TELEPHONE NUMBER TO CONTACT YOU

225-8989 AUTOVON

MARKS (Please add any other information you think appropriate in evaluating this applicant.)

IE AND TITLE OF EVALUATOR

END HOLLAND

SISTANT CHIEF EMERGENCY SERVICE

16. SIGNATURE

[signature]

17. DATE

05OCT95

# CREDENTIALS EVALUATION OF HEALTH CARE PRACTITIONERS

Expiration Date: 30 Jun 88

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

I. TO BE COMPLETED BY PRACTITIONER

1. NAME *(Last, First, Middle Initial)*: WEBSTER, WILMA P

2. SSN: 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

## RELEASE OF LIABILITY

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

3. SIGNATURE: Wilma P. Webster

4. DATE: 05 OCT 95

II. TO BE COMPLETED BY EVALUATOR

5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED: 374th Medical Group Yokota

6. DATES AT INSTITUTION — FROM: Dec 93 TO: Oct 95

7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)*: STAFF

8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY: Emergency Medicine Physician

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVED |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | X | | |
| B. PROFESSIONAL JUDGMENT | | | X | | |
| C. SENSE OF RESPONSIBILITY | | | X | | |
| D. ETHICAL CONDUCT | | | X | | |
| E. COMPETENCE AND SKILL | | | | | X |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | | | | X |
| G. HISTORY AND PHYSICAL EXAM | | | | | X |
| H. RECORD KEEPING | | | | | X |
| I. CASE PRESENTATIONS | | | | | X |
| J. PATIENT MANAGEMENT | | | | | X |
| K. PRACTITIONER - PATIENT RELATIONS | | | | | X |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | X | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | X | | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | X | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.

*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | X |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | X |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | X |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | X |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | X |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | X |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | X |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | X |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | X |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

RGS

VIEWED PRIVILEGE LIST FROM

AIR FORCE RECRUITING PERSONNEL

☒ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN *(Describe in "Remarks.")*

8. UPON REVIEW OF THE PRIVILEGE LIST, DO YOU HAVE ANY RESERVATIONS ABOUT THE PRACTITIONER EXERCISING ALL PRIVILEGES LISTED?

☐ YES *(If yes, please explain in "Remarks.")* ☒ NO

NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

2 mos

13. BEST TELEPHONE NUMBER TO CONTACT YOU

225-3627 ~~Auto~~ DSN

REMARKS *(Please add any other information you think appropriate in evaluating this applicant.)*

Since I barely got to know this physician prior to her PCS, my evaluation was made mostly by chart review. I find that the standards of care was not met on one occasion which is documented in her chart. Otherwise there are no adverse findings in her chart.

| NAME AND TITLE OF EVALUATOR | 16. SIGNATURE | 17. DATE |
|---|---|---|
| George L. SANDERS | [signature] MD | 2 Nov 95 |

Form 1562, Feb 86 (Reverse)

* U.S.G.P.O.: 1986—490-962/42493

130

*AUTHORITY: Title 10, U.S.C. Chapter 55 and Sections 8067 and 8012.*
*PRINCIPAL PURPOSE(S): To evaluate each practitioner's formal education, training, clinical experience, and evidence of physical, moral, and ethical capacities and to assist the Credentials Committee in making recommendations with regard to the practitioner's competence to treat certain conditions and perform certain medical/dental procedures.*
*ROUTINE USE(S): Information may be released to government boards or agencies or professional societies or organizations if needed to license or monitor professional standards of health care practitioners. It may also be released to civilian medical institutions or organizations where the practitioner is applying for staff privileges during or after separating from the service.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may result in the limitation or termination of clinical privileges.*

**I. TO BE COMPLETED BY PRACTITIONER**

| 1. NAME *(Last, First, Middle Initial)* | 2. SSN |
|---|---|
| WEBSTER, WILMA P | 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 |

**RELEASE OF LIABILITY**

I hereby release from liability all officials of the United States Air Force including all representatives of the hospital and its medical staff for their acts performed in good faith and without malice in connection with evaluating or action concerning my application and my credentials and qualifications. I hereby release from liability any and all individuals and organizations who, in good faith and without malice, provide any and all information to officials of the United States Air Force, including medical facility officers, or to the authorized medical staff representatives, concerning my professional practice, competence, ethics, character and other qualifications for staff appointment and clinical privileges, and I hereby consent to the release of any and all such information.

| 3. SIGNATURE | 4. DATE |
|---|---|
| Wilma P. Webster | 05 OCT 95 |

**II. TO BE COMPLETED BY EVALUATOR**

| 5. NAME OF INSTITUTION WHERE ABOVE PRACTITIONER PRACTICED | 6. DATES AT INSTITUTION FROM | TO |
|---|---|---|
| 374th MEDICAL Group Yokota | Dec 93 | Oct 95 |

| 7. STATUS OF PRACTITIONER *(Staff, Resident, etc.)* | 8. SPECIALTY OR SPECIALTIES PRACTITIONER HAD PRIVILEGES IN AT THIS FACILITY |
|---|---|
| STAFF | EMERGENCY MEDICINE Physician |

9. The following evaluation is based on demonstrated performance compared to that reasonably expected of a practitioner at his or her level of training, experience and background:

| PERFORMANCE *(Mark "X" in appropriate block for each item listed)* | POOR | FAIR | GOOD | SUPERIOR | NOT OBSERVE |
|---|---|---|---|---|---|
| A. BASIC PROFESSIONAL KNOWLEDGE | | | ✓ | | |
| B. PROFESSIONAL JUDGMENT | | | ✓ | | |
| C. SENSE OF RESPONSIBILITY | | | ✓ | | |
| D. ETHICAL CONDUCT | | | ✓ | | |
| E. COMPETENCE AND SKILL | | | ✓ | | |
| F. COOPERATIVENESS, ABILITY TO WORK WITH OTHERS | | ✓ | | | |
| G. HISTORY AND PHYSICAL EXAM | | | ✓ | | |
| H. RECORD KEEPING | | | ✓ | | |
| I. CASE PRESENTATIONS | | | ✓ | | |
| J. PATIENT MANAGEMENT | | | ✓ | | |
| K. PRACTITIONER - PATIENT RELATIONS | | | ✓ | | |
| L. ABILITY TO WRITE AND SPEAK ENGLISH | | | ✓ | | |
| M. PARTICIPATION IN STAFF AND COMMITTEE ACTIVITIES | | | | ✓ | |
| N. REGULARLY OBTAINED CONSULTATIONS WHEN NEEDED | | | ✓ | | |

10. If the answer to any of the following questions is "YES" please give full details in the Remarks Section on reverse. If additional space is needed, continue on a separate sheet of paper and attach to this form. Be sure to identify item by number.
*To your knowledge has the applicant:*

| | YES | NO |
|---|---|---|
| A. EVER HAD HIS OR HER LICENSE TO PRACTICE IN ANY JURISDICTION LIMITED, SUSPENDED OR REVOKED? | | ✓ |
| B. EVER BEEN REFUSED MEMBERSHIP ON A MEDICAL STAFF? | | ✓ |
| C. EVER HAD A REQUEST FOR SPECIFIC PRIVILEGES DENIED OR GRANTED WITH STATED LIMITATIONS? | | ✓ |
| D. EVER HAD PRIVILEGES AT ANY HOSPITAL SUSPENDED, LIMITED, OR REVOKED? | | ✓ |
| E. EVER HAD NARCOTICS REGISTRATION SUSPENDED OR REVOKED? | | ✓ |
| F. EVER BEEN ARRESTED OR TREATED FOR DRUG OR ALCOHOL ABUSE? | | ✓ |
| G. EVER BEEN A DEFENDANT IN A FELONY CASE? | | ✓ |
| H. HAD ANY SIGNIFICANT MEDICAL OR MENTAL HEALTH PROBLEMS WHICH COULD AFFECT WORK PERFORMANCE? | | ✓ |
| I. EVER BEEN A DEFENDANT OR THE SUBJECT OF A MALPRACTICE ACTION? | | ✓ |
| IF "YES" WAS THE MATTER: | | |
| (1) SETTLED PRIOR TO FINAL COURT ACTION? | | |
| (2) JUDGEMENT RENDERED BY COURT? | | |
| (3) DEFENDANT FOUND LIABLE? | | |
| (4) MATTER STILL PENDING? | | |

☐ AIR FORCE RECRUITING [illegible]

☐ PRACTITIONER'S AIR FORCE CREDENTIAL FILE

☐ OTHER CIVILIAN (Describe in "Remarks.")

☐ YES (If yes, please explain in "Remarks.") ☐ NO

2. NUMBER OF YEARS YOU HAVE KNOWN THE APPLICANT

3 years

13. BEST TELEPHONE NUMBER TO CONTACT YOU

(0425) 52-2511 EXT 5-7740

4. REMARKS (Please add any other information you think appropriate in evaluating this applicant.)

5. NAME AND TITLE OF EVALUATOR

LUCAS I. NISHIOKA
ER PHYSICIAN

16. SIGNATURE

Lucas I. Nishioka, MD

17. DATE

28 OCT 95

F Form 1562, Feb 86 (Reverse)

* U.S.G.P.O.: 1986—490-962/42493

1308

NATIONAL PRACTITIONER DATA BANK
P.O. BOX 10832, CHANTILLY, VA 22021

RESPONSE TO INFORMATION DISCLOSURE REQUEST
(DOCUMENT NUMBER 5500000001719537)

ENTITY NAME: 48TH MEDICAL GROUP/SGH
IDENTIFICATION LABEL: 231363100000467
PROCESS DATE: 02/03/1996

---

SECTION A: REQUESTING ENTITY IDENTIFICATION

ENTITY NAME: 48TH MEDICAL GROUP/SGH
ENTITY ADDRESS: UNIT 5210, BOX 230
APO, AE 09464

TELEPHONE NO.:
TYPE OF QUERY: MANDATORY TWO-YEAR QUERY
AUTHORIZED REPRESENTATIVE TITLE: MEDICAL STAFF SERVICES
AUTHORIZED REPRESENTATIVE NAME:

---

SECTION B: PRACTITIONER ON WHOM DISCLOSURE IS REQUESTED

NAME: WEBSTER, WILMA P
OTHER NAME:

ORGANIZATION: 48 MEDICAL GROUP
WORK ADDRESS: UNIT 5210 BOX 230
APO, AE 09464

HOME ADDRESS: PSC 41 BOX 3482
APO, AE 09464

DATE OF BIRTH: 07-06-1941 SOCIAL SECURITY NO.: 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

| LICENSE NUMBER | FIELD | STATE | LICENSE NUMBER | FIELD | STATE |
|---|---|---|---|---|---|
| 4301044199 | 010 | MI | MD032126E | 010 | PA |

FEDERAL DEA NUMBERS:

SCHOOL AND YEAR OF GRADUATION: UNIVERSIDAD NACIONAL AUTONOMA DE MEXICO - 1979

---

SECTION C: SEARCH RESULT

AS OF THE PROCESS DATE SPECIFIED ABOVE, THE NATIONAL PRACTITIONER DATA BANK CONTAINED NO INFORMATION FOR THE PRACTITIONER IDENTIFIED IN SECTION B

1309

------------------------------------ Message Contents ------------------------------------

Greetings from the land of the rising sun! Thanks for the information you shared with me on Dr Webster last evening! Dr Webster really does not to have played any significant role in this case ... she simply is identified as an involved provider as defined by AFMOA, thus we have to do a DD 2526 on her. She simple saw this patient one time in the ER during the time of the orthopaedic treatment upon which the claim is based. I will be needing to send her a copy of the final DD 2526 once the claim is settled. Thus it would be helpful if you mail me a copy of her orders to Panama once she receives them. Our mailing address is :

374 MDG
ATTN: SGQ (Cliff Wagner)
Unit 5071
APO AP 96328-5071

Fax #s: DSN 225-6358 or 6246 (Please use cover sheet with my name as it is a "community Fax".

E-mail is : wagnerc@emh.yokota.af.mil

Thanks again for all your help! have a great European day!

5 Aug 97 - Provider notified -- provided a copy of this e-mail. Julia Piper

JULIA K. PIPER, Civ, DAF
48th Medical Group Credentials Manager

*AUTHORITY: 10 U.S.C. 8012 and EO 9397*
*PURPOSE: To provide a record of an individual's participation in continuing health education activities.*
*ROUTINE USE: Used by individual practitioners to report personal continuing education accomplishments. SSAN is used for positive identification of individual and records.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may preclude awarding clinical privileges.*

## INSTRUCTIONS

Use continuously until form is completely filled out. Begin a new form and attach to old form. All forms must remain with the credentials file until it is destroyed.

## I. IDENTIFICATION

| NAME *(Last, First, Middle Initial)* | GRADE | SSAN | CORPS |
|---|---|---|---|
| WEBSTER, WILMA P. | | 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 | MC |
| **DUTY ADDRESS** *(PENCIL ONLY)* | **SPECIALTY** | **PAFSC** | **2AFSC** |
| | ER | | |

## II. ACTIVITIES *(Conferences, Seminars, Meetings, Lectures, Publications, etc.)*

### CATEGORY OF TRAINING

Category 1 – CME activities with accredited sponsorship or cosponsorship
Category 2 – CME activities with non-medical sponsorship
Category 3 – Medical teaching
Category 4 – Papers published, exhibits, etc.
Category 5 – Nonsupervised CME *(self-instruction, consultation, self-assessment, etc.)*

Refer to the American Medical Association Information Booklet for Physician Recognition Award for more detailed definitions.

| DESCRIPTION OF ACTIVITY *(Title of course, meeting, lecture, paper, self-instruction, etc.)* | NAME OF SPONSOR | LOCATION | INCLUSIVE DATES | NUMBER OF CREDIT HOURS | CREDIT CATEGOR *(1 - 5)* |
|---|---|---|---|---|---|
| TOTAL PRINTOUT FOR | | | 1997 | 41.5 | |
| Foresight/ Risk Management | American College of ER Physician | | 13 Aug 97 | 2 | 1 |
| Foresight/ Risk Management | American College of ER Physician | | 26 Sep 97 | 2 | 1 |
| Oral Board Tutorial | AAPS | Collman Instit. Boca Raton Fl | 8-13 Sep 97 | 42 | 1 |
| PALS | | Howard AFB, Pna | 4-5 Feb 97 | 16 / 86.5 | 1 |
| The Clinical impact of adverse Event Report | MedWatch/ACCME | ROCKVILLE MD | 31 Mar 98 | 2 | 1 |
| National Emergency med. Board Review | Center for Emergency Medical Education | LA CAliFonia | 19 - 22 aug 98 | 40 | 1 |
| FORESIGHT/ RISK MANAGEMENT | ACCME | ACEP | 26 aug 98 | 2 / 44 | 1 |
| | | | | | |

1311

AF FORM 1541

| (Title of course, meeting, lecture, paper, self-instruction, etc.) | SPONSOR | LOCATION | DATES | CREDIT HOURS | (1 - 5) |
|---|---|---|---|---|---|
| | | | | | |

II. CARDIOPULMONARY RESUSCITATION TRAINING (DATES)

| BASIC LIFE SUPPORT | REFRESHER TRAINING | ADVANCED CARDIAC LIFE SUPPORT | ADVANCED TRAUMA LIFE SUPPORT | INITIALS OF VERIFYING OFFICIAL |
|---|---|---|---|---|
| 13 Jun 99 | | 13 Jun 97 (99) | Expires 26 Apr 00 | [signature] |

Cardiopulmonary Resuscitation and Emergency Cardiac Care Provider

American Heart Association
*Fighting Heart Disease and Stroke*

Dr. Wilma Webster

has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for

Basic Life Support Instructor

8 Sept 98
Issue Date

8 Sept 00
Recommended Renewal Date

For Authorized Use Only

Name of American Heart Association: MTN/24th MEDGRUP Howard AF

Instructor's Name: 24th Medical Group/SGNE Unit 0530

Instructor's I.D. No.: Howard, AFB, Panama APO AA 34001-5000

Holder's Signature:

This recognition is subject to the provisions and limitations of applicable state statutes and licensing acts.

©1994, American Heart Association 70-0002

1313

Cardiopulmonary Resuscitation and Emergency Cardiac Care Provider

American Heart Association
Fighting Heart Disease and Stroke

WILMA WEBSTER
has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for
******* ACLS PROVIDER *******

13 JUNE 1997
Issue Date

13 JUNE 1999
Recommended Renewal Date

For Authorized Use Only

Name of American Heart Association: USAFE MILITARY TRAINING NET 48TH MDC LAKENHEATH, ENGLAND

Instructor's Name

Instructor's I.D. No.: JAMES QUINN, MAJ, USAF, MC ACLS AFFILIATE FACULTY

Holder's Signature

This recognition is subject to the provisions and limitations of applicable state statutes and licensing acts.

©1994, American Heart Association 70-0002

1314

Cardiopulmonary Resuscitation and Emergency Cardiac Care Provider

American Heart Association
*Fighting Heart Disease and Stroke*

DR. WILMA P. WEBSTER

has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for

PALS Provider

FEB 5 1998
Issue Date

FEB 5 2000
Recommended Renewal Date

For Authorized Use Only

Name of American Heart Association: MTN/Howard AFB

Instructor's Name: Dr. Byron K. Efthimiadis

Instructor's I.D. No.: Affiliate Faculty Director

Holder's Signature: Wilma P. Webster

This recognition is subject to the provisions and limitations of applicable state statutes and licensing acts.

70-0002

©1994, American Heart Association

Ce[illegible]
c[illegible]

2/14/06

131