# 48TH MEDICAL GROUP
## RAF Lakenheath, England

Provider Continuing Medical Education Report

As of 22 Aug 97 For 3 Year Period Starting 1997

**NAME:** WEBSTER, WILMA P **RANK:** MAJ **SSN:** 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

**CORPS:** MC **SPECIALTY:** EMERGENCY **OFF SYM:** SGOPE **SQDRN:** 48 MDOS

**CY 1997**

**CATEGORY: I**

| Description of Activity | Sponsor | Location | Inclusive Dates | Credit |
|---|---|---|---|---|
| PROSTAFF: Deploying | 48 MDG | RAFL | 7/15/97 To 7/15/97 | 1.0 |
| Combat Medicine Course | 48 MDG | RAFL | 6/25/97 To 6/26/97 | 12.0 |
| ACLS (11-13 June 97) | 48 MDG | RAFL | 6/11/97 To 6/13/97 | 17.0 |
| BUSINESS PROSTAFF | 48 MDG | RAFL | 6/1/97 To 6/1/97 | 0.0 |
| Part I: Ischemic Stroke: A Disease Update | Excerpta Medica/ACCME | SELF | 6/1/97 To 6/1/97 | 2.0 |
| Part II:Established Treatments for Ischemic Stroke | Excerpta Medica/ACCME | SELF | 6/1/97 To 6/1/97 | 2.0 |
| egal Medicine/Risk Mgmt | AFIP/U.S. Army | SELF | 5/15/97 To 5/15/97 | 5.0 |
| ORESIGHT/Risk Mgmt Education | American College of Emergency Physicians | RAFL | 4/4/97 To 4/4/97 | 1.5 |
| USINESS PROSTAFF | 48 MDG | RAFL | 3/4/97 To 3/4/97 | 0.0 |
| ROSTAFF: Update on Mammography | 48 MDG | RAFL | 2/18/97 To 2/18/97 | 1.0 |
| USINESS PROSTAFF | 48 MDG | RAFL | 2/1/97 To 2/1/97 | 0.0 |

**Total Category I Hours:** 41.5

**ATEGORY: II**

| escription of Activity | Sponsor | Location | Inclusive Dates | Credit |
|---|---|---|---|---|
| inical Challenges in Acute Myocardial Infarction | Baylor College of Medicine | SELF | 2/7/97 To 2/7/97 | 1.0 |

**Total Category II Hours:** 1.0

**CY Total CME Hours:** 42.5

**Y 1996**

**ATEGORY: I**

| scription of Activity | Sponsor | Location | Inclusive Dates | Credit |
|---|---|---|---|---|
| RESIGHT/Risk Mgmt Education | American College of Emergency Physicians | RAFL | 12/27/96 To 12/27/96 | 1.5 |
| SINESS PROSTAFF | 48 MDG | RAFL | 9/3/96 To 9/3/96 | 0.0 |
| ergency Medicine Symposium | Department of the Navy | San Diego, CA | 7/22/96 To 7/25/96 | 23.5 |
| ergency Medicine Symposium | Dept of the Navy | San Diego, CA | 7/22/96 To 7/25/96 | 23.5 |
| .S | Landstuhl Reg Medical Ctr | Landstugh, GE | 4/24/96 To 4/26/96 | 18.0 |
| esight Issue #37 | American College of Emergency Physicians | RAFL | 4/4/96 To 4/4/96 | 1.5 |
| al Medical File #96 | AF Institute of Pathology | RAFL | 2/29/96 To 2/29/96 | 5.0 |
| SINESS PROSTAFF | 48 MDG | RAFL | 2/2/96 To 2/2/96 | 0.0 |
| esight Issue #36 | American College of Emergency Physicians | RAFL | 1/29/96 To 1/29/96 | 1.5 |
| esight, Issue 36, Oct 95 | American College of Emergency Medicine | RAFL | 1/29/96 To 1/29/96 | 1.5 |

**Total Category I Hours:** 76.0

**CY Total CME Hours:** 76.0

CY 1995

CATEGORY: I

| Description of Activity | Sponsor | Location | Inclusive Dates | Credit |
|---|---|---|---|---|
| New England Journal of Medicine CME Program | Mass Medical Society | Boston, Mass | 12/1/95 To 12/1/95 | 50.0 |
| Oral Board Tutorial | Am Association of Physician Specialist | Boca Raton, FL | 9/22/95 To 9/26/95 | 70.0 |
| PALS | 374 MDG | Yokota, Japan | 6/1/95 To 6/2/95 | 8.0 |
| Morbidity & Mortality Conference | 374 MDG | Yokota, Japan | 2/2/95 To 2/2/95 | 168.5 |
| NEJM #33 | 374 MDG | Yokota, Japan | 1/1/95 To 1/1/95 | 50.0 |

Total Category I Hours: 346.5

CY Total CME Hours: 346.5

3 Year Total CME Hours: 465.0

Life support Training (Expiration Dates)

BLS: *06/19/99* ACLS *06/13/99* ATLS: *04/26/00* PALS: *06/02/97* NRP:

* Category 1 = CME with accredited sponsorsh
* Category 2 = CME the learner, not the sponsor, verifies and claims

Corps Requirements:

MC:150 hrs every 3 yrs(60 Cat I)
DC:150 hrs every 3 yrs
NC: 60 hrs every 3 yrs

BSC: 35 hrs every yr(15 Cat I)
PA's: 100 hrs every 2 yrs(40 Cat I)
Optometrists: 120 hrs every 3 yrs(48 Cat I)



1317

# CREDENTIALS CONTINUING HEALTH EDUCATION TRAINING RECORD

*AUTHORITY: 10 U.S.C. 8012 and EO 9397*
*PURPOSE: To provide a record of an individual's participation in continuing health education activities.*
*ROUTINE USE: Used by individual practitioners to report personal continuing education accomplishments. SSAN is used for positive identification of individual and records.*
*DISCLOSURE IS VOLUNTARY: However, failure to provide information may preclude awarding clinical privileges.*

## INSTRUCTIONS

Use continuously until form is completely filled out. Begin a new form and attach to old form. All forms must remain with the credentials file until it is destroyed.

## I. IDENTIFICATION

| NAME (Last, First, Middle Initial) | GRADE | SSAN | CORPS |
|---|---|---|---|
| WEBSTER WILMA P. | MAJ | 572543446 | MC |
| **DUTY ADDRESS (PENCIL ONLY)** 48 MDG Unit 5210, Box 230 APO, AE 09464 | **SPECIALTY** Emergency medicine | **PAFSC** | **2AFSC** |

## II. ACTIVITIES (Conferences, Seminars, Meetings, Lectures, Publications, etc.)

### CATEGORY OF TRAINING

Category 1 – CME activities with accredited sponsorship or cosponsorship
Category 2 – CME activities with non-medical sponsorship
Category 3 – Medical teaching
Category 4 – Papers published, exhibits, etc.
Category 5 – Nonsupervised CME *(self-instruction, consultation, self-assessment, etc.)*

1/90 – 12/92 = 181.5
1/93 – 12/95 =
To date 190 →
3/20/95

Refer to the American Medical Association Information Booklet for Physician Recognition Award for more detailed definitions.

| DESCRIPTION OF ACTIVITY (Title of course, meeting, lecture, paper, self-instruction, etc.) | NAME OF SPONSOR | LOCATION | INCLUSIVE DATES | NUMBER OF CREDIT HOURS | CREDIT CATEGORY (1 - 6) |
|---|---|---|---|---|---|
| Nasal Surgery | Geisinger M.C. | Bloomsburg PA | 04 JAN 90 | 2 | 1 |
| Foreign Bodies in Aerodigestive tract | Geisinger | Bloomsburg PA | 01 FEB 90 | 2 | 1 |
| Brain Tumors - | St. Joseph's Med. Ctr. | Hazleton, PA | 13 FEB 90 | 1 | 1 |
| Mohs Microscopic Surgery | Geisinger | Bloomsburg PA | 08 APR 90 | 2 | 1 |
| Medical Command Course | EMS Council | Dubois, PA | 24 APR 90 | 8 | 1 |
| Spinal Injuries | Hazleton Gen. Hosp | Hazleton, PA | 26 APR 90 | 1 | 1 |
| Lipids | Johns Hopkins Med School | Berwick PA | 03 MAY 90 | 3 | 1 |
| ACEP Scientific Assembly | A.C.E.P. | San Francisco CA | 16-19 SEP 90 | 29 | 1 |
| Forensic Death Investigations | PA Coroners Assoc | Altoona, PA | 13-14 SEP 90 | 4.5 | 1 |
| Infections in the OR | Impact Med Conference | San Francisco, CA | 17 SEP 90 | 2 | 1 |
| Radiation and Health | Penn State U | at Nuclear Power Plant | 28 OCT 90 | 5 | 1 |
| Update on dig. intoxication | F & M Projects/AAFP | Bloomsburg PA | 15 SEP 90 | 2 | 1 |
| Forensic Med Death Invest. | PA Coroners Assoc | Carlisle, PA | 13 SEP 91 | 8 | 1 |
| Oral Board Prep Course | A.C.E.P. | Harrisburg, PA | 05 SEP 91 | 8 | 1 |
| ACEP Scientific Assembly | ACEP | Boston PA | 7-10 OCT 91 | 29 | 1 |
| Headaches - update | Temple U. | Boston PA | 06 OCT 91 | 2 | 1 |
| See Computer Generated list | | | | | |

48 MDG/Credentials Monitor
LAURA N. NEAL, Civ, DAF

[signature] 1-24-95

AF FORM JUL 82 1541

318

| (Title of course, meeting, lecture, paper, self-instruction, etc.) | SPONSOR | LOCATION | DATES | CREDIT HOURS | (1 - 5) |
|---|---|---|---|---|---|
| Oral Board Tutorial | Amer Assoc of Physician Specialists | Boca Raton, FL | 22-26 Sep 95 ✓ | 70 | 1 |
| New England Journal of Medicine CME Program | Massachusetts Medical Society | | 1 Dec 95 ✓ | 50 | 1 |
| Foresight, Issue 36, Oct 95 | American College of Emergency MDs | RAFL | 1/29/96 ✓ | 1.5 | I |
| Legal Med File #96 | AF Institute of Pathology | RAFL | 29 Feb 96 ✓ | 50 | I |
| ~~See attached list (1 Apr 96)~~ | ~~Varied~~ | ~~Varied~~ | ~~Dec 93 - Jan 96~~ | ~~311~~ | ~~I~~ |
| See attached list (1 Apr 96) | Varied | Varied | Dec 93 - Jan 96 ✓ | 307 | II |
| Foresight, Issue 37, Jan 96 | Am College of Emergency Physicians | RAFL | 4 Apr 96 ✓ | 1.5 | I |
| ATLS | Landstuhl Reg Med Ctr | Landstuhl, GE | 24-26 April 96 ✓ | 18 | I |
| FORESIGHT / RISK MGMT Education | AM. College of Emergency Physicians (ACEP) | RAFL Self Study | 27 DEC 96 ✓ | 1.5 | I |
| Clinical Challenges in Acute Myocardial Infarction, Vol 6 #2 | Baylor College of Medicine | RAFL Self Study | 7 FEB 97 ✓ | 1 | II |
| Emergency Medicine Symposium | Department of the Navy | San Diego CA | 22-25 July 96 ✓ | 23.5 | I |
| See attached printout | 48 MDG | LaNeal | LAURA N. NEAL, Civ, DAF 48 MDG/Credentials Monitor | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

III. CARDIOPULMONARY RESUSCITATION TRAINING (DATES)

| BASIC LIFE SUPPORT | REFRESHER TRAINING | ADVANCED CARDIAC LIFE SUPPORT | ADVANCED TRAUMA LIFE SUPPORT | INITIALS OF VERIFYING OFFICIAL |
|---|---|---|---|---|
| 13 Oct 91 | | 22-23 Oct 91 | Dec 89 | [illegible] |
| 19 Feb 93 PALS Ex 19 Feb 95 | 5 Oct 93 exp 5 Oct 95 | 12-23-95 Expires 12-23-95 | 22 Aug 92 Ex 22 Aug 96 | MGB |
| PALS 2 June 95 ex 2 June 97 | 24 Aug 95/97 | | | [illegible] |
| | | 7 Sept 95/97 | | [illegible] |
| | | | 26 Apr 96/00 | [illegible] |
| | 13 June 97/99 | 13 June 97/99 | | [illegible] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1319

...as indicate years of CME being reported.
3 years – Total 150 hours-Category 1 minimum 60 hours
2 years – Total 100 hours-Category 1 minimum 40 hours
1 year – Total 50 hours-Category 1 minimum 20 hours

(1 Apr 96)

Name and address if using FAX.(Please print or type)
Wilma P. Webster
PSC #41 BOX 3482
APO AE 09464-3482
Fax No.

| Name of Accredited Sponsor Co-Sponsor (Do Not Use Abbreviations) | Headquarters Office of the Accredited Sponsor City State | Program Title or Description of Content | Date of Attendance (Mo/Date/Yr) | Hrs-Cat. 1 Credits |
|---|---|---|---|---|
| University of California at Los Angeles Medical Center | Los Angeles, California | Advanced Cardiac Life Support | Dec 10-13 '93 | 17 |
| American College of Emergency Physicians | Dallas, Texas | "Foresight" test | Dec 23 '93 | 4.5 |
| " " " | " " | '93 Scientific Assembly | Oct 11-14 '93 | 29.0 |
| Office of Surgeon General (USAF) | Office of Surgeon Gen, USAF | Biliary Stone Management | MAR 17 '93 | 1 |
| Dept of Defense, Armed Forces Institute of Pathology | Washington DC | "Open File" | MAY 10 '94 | 3 |
| New England Journal of Medicine | Waltham, Mass | NEJM CME program | finished DEC '94 | 50 |
| 38th Parallel Medical Society, US Army | Washington DC | Scientific Meeting, New Delhi | Nov 1-4 '94 | 21 1/4 |
| 5th Asia Pacific Military Medical US Army | Washington DC | 5th Asia Pacific Military Medical Conference | Jan 23-28 '95 | 12 1/4 |
| New England Journal of Medicine | Waltham, Mass | NEJM CME program | June '95 | 50 |
| American College of Emergency Physicians | Dallas, Texas | "Foresight" | Aug 4 '95 | 1 1/2 |
| American Assoc. of Physician Specialists | Boca Raton, Florida (?) | Oral Board Tutorial, Collman Institute | Sep 22-26 '95 | 70 |
| New England Journal of Medicine | Waltham, Mass | NEJM CME Program | Dec '95 | 50 |
| American College of Emergency Physicians | Dallas, Texas | Foresight | Jan 24 96 | 1.5 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Category 1 Total Hours 311

...gory 2 ... Category 2

Year application – Category 2 maximum 90 Hours
Year application – Category 2 maximum 60 Hours
Year application – Category 2 maximum 30 Hours

Conferences: please indicate sponsor, subject dates, and credit hours claimed.

Medical teaching: please provide type of education, subject, institution, address, and inclusive dates.

Papers, Publications, Books and Exhibits: please provide title of paper and /or journal and date of publication.

Non supervised CME: please indicate type of material or activity, and dates, and hours of credit claimed.

132

| | | | |
|---|---|---|---|
| David Grant Medical Center, Travis AFB, CALIF | "Surgical Morbidity & Mortality Conf. | Aug 11 '93 | 1 |
| " " " " " " " | Surgical pre op conference | Aug 25 '93 | 1 |
| " " " " " " " | Physiology of exocrine pancreas | Aug 25 '93 | 1 |
| " " " " " " " | Journal Club – Infectious disease | Aug 25 '93 | 1 |
| " " " " " " " | Transfusions | Aug 26 '93 | 1 |
| " " " " " " " | Chest radiology | Aug 30 '93 | 1 |
| " " " " " " " | Chronic Obstructive Lung & asthma Disease | Aug 31 '93 | 1 |
| Monthly reading of Journal of American Medical Association, Journal of AMSUS (Association of Military Surgeons of US and Annals of Emergency Medicine, New England Journal of Medicine, Morbidity Mortality Weekly Reports = 10 hrs x 36 months | | | 360 |

**Category 2 Total Hours** 367

**Grand Total Credit Hours Completed** 678

## ...A certificate with special commendation for self directed learning

1. Please check here if you wish your application to be reviewed for the PRA Certificate with special commendation for self directed learning. (See paragraph on preceding page for description of requirements.)

☒ 2. Check here to indicate that you have read medical literature at least 50 hours per year; in the space below, list the medical journals that you read regularly.
Annals of Emergency Medicine
JAMA
AMSUS Journal (Association of Military Surgeons of the US)
New England Journal of Medicine
Morbidity Mortality Weekly Reports

...u wish your PRA Certificate to have a specific expiration ..., please indicate here.

I hereby apply for the AMA Physician's Recognition Award and certify the information provided is correct.

15 FEB 96 [signature]

Date Signature

State of Wisconsin
DEPARTMENT OF REGULATION AND LICENSING
COMMITTED TO EQUAL OPPORTUNITY IN EMPLOYMENT AND LICENSING

MEDICINE AND SURGERY

No 26210 Expires 10/31/1999

WILMA PAULINE WEBSTER MD
PSC #1 BOX 3178
APO AA 34001

The named person has complied with Wisconsin Statutes and is authorized to engage in the practice indicated

Signature of Licensee

---

State of Wisconsin
DEPARTMENT OF REGULATION AND LICENSING
COMMITTED TO EQUAL OPPORTUNITY IN EMPLOYMENT AND LICENSING

Activity
MEDICINE AND SURGERY

No 26210 Expires: 10/31/1999

WILMA PAULINE WEBSTER MD
PSC #1 BOX 3178
APO AA 34001

The person whose name appears on this document has complied with the provisions of the Wisconsin Statutes and is hereby authorized to engage in the practice indicated.

Certified as true copy
of its original.

Signature
24th MDG

1322

Consumer Affairs

"the copy is a certified copy of the original"
Dennis C Chaney 22 Jan 92
DENNIS C. CHANEY, TSgt, USAF
Health Professions Recruiter

1323

# The Board of Medical Quality Assurance

## OF THE STATE OF CALIFORNIA

This is to Certify, that *Wilma Pauline Webster*, a graduate of *National Autonomous University of Mexico School of Medicine* having shown to the satisfaction of this Board that she possesses the qualifications required by law, and having produced a certificate entitling her to practice medicine and surgery issued by the *Michigan Board of Medicine*

on the *2nd* day of *October*, 1981, which complies with the requirements of the Business and Professions Code of the State of California, relating to the practice of medicine and surgery, is hereby granted a

RECIPROCITY

# Physician's and Surgeon's Certificate

IN THIS STATE

In Testimony Whereof, THE BOARD OF MEDICAL QUALITY ASSURANCE of the STATE OF CALIFORNIA has issued this CERTIFICATE and caused the same to be signed by its PRESIDENT and SECRETARY-TREASURER and its SEAL to be hereto affixed this *10th* day of *December*, A.D. 1990

DEPARTMENT OF CONSUMER AFFAIRS

The Board of Medical Quality Assurance
OF THE STATE OF CALIFORNIA

No. C 42836

Dennis C. Chaney 22 Jan 92
DENNIS C. CHANEY, TSgt, USAF
Health Professions Recruiter

STATE OF MICHIGAN - DEPARTMENT OF CONSUMER & INDUSTRY SERVICES

BOARD OF MEDICINE
PHYSICIAN
LICENSE

WILMA P WEBSTER MD
PSC #41 BOX 3482
APO AE 09464

PERMANENT I.D. NO. 4301044199
EXPIRATION DATE 01/31/00
3718196

I ATTEST THIS IS A TRUE LIKENESS OF THE ORIGINAL DOCUMENT

Credentials Manager
48 Medical Group

"This copy is a certified copy of the original"

Dennis C Chaney 22 Jan 92

DENNIS C. CHANEY, TSgt, USAF
Health Professions Recruiter

"This license is reported to be current, valid, unrestricted, and unencumbered by: Lori Bowman, Pennsylavania State Board of Medicine, P.O. Box 2649, Harrisburg, PA 17105."

Dennis C Chaney 22 Jan 92

DENNIS C. CHANEY, TSgt, USAF
Health Professions Recruiter

# Commonwealth of Pennsylvania

## Department of State
## Bureau of Professional and Occupational Affairs

WHEREAS, IT APPEARS THAT BY THE REPORT OF THE

STATE BOARD OF MEDICAL EDUCATION AND LICENSURE

WILMA PAULINE WEBSTER

HAS GIVEN SATISFACTORY EVIDENCE OF FITNESS AS TO AGE, CHARACTER, PRELIMINARY EDUCATION, MEDICAL INSTRUCTION AND ALL OTHER MATTERS REQUIRED BY LAW, HAVING BEEN EXAMINED AND FOUND DULY QUALIFIED FOR THE PRACTICE OF MEDICINE AND SURGERY, IS HEREBY GRANTED, IN ACCORDANCE WITH THE PROVISIONS OF THE MEDICAL PRACTICE ACT OF 1974, AND AMENDMENTS THERETO, THIS UNRESTRICTED LICENSE TO PRACTICE AS A

MEDICAL PHYSICIAN & SURGEON
IN THE COMMONWEALTH OF PENNSYLVANIA

In Witness Whereof, *we have hereunto set our Hand and caused the Seal of the Commissioner of Professional and Occupational Affairs to be affixed at Harrisburg,*

AUGUST 14, 1984 LICENSE NUMBER: MD-032126-E

Richard C. Fyers, M.D.
*Chairperson*

Stanley A. Miller
*Commissioner*

BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS — DEPARTMENT OF STATE

132C

Department of Licensing and Regulation

is C. Chaney 22 Jan 92
C. CHANEY, TSgt, USAF
Professions Recruiter

# Michigan Board of Medicine

Lansing Michigan

icense is reported to be current,
unrestricted, and unencumbered by:
homas, Michigan Board of Medicine
cation Unit, 611 W.Ottowa St.,
g, MI 48909"
C Chaney 22 Jan 92
C. CHANEY, TSgt, USAF
Professions Recruiter

*Know all men by these presents that*

**Wilma Pauline Webster**

*is a duly licensed*

## Physician and Surgeon

*in accordance with the "Public Health Code, Act 368, Pa 1978, Section 17001, as amended" of the State of Michigan, and is authorized to practice Medicine, medicine and surgery in all their branches in this state.*

*... whereof, we have hereunto fixed our hands and the seal of the Board this fourteenth day of September, 1981.*

*No. 44199*

Michigan Board of Medicine (seal)

Donald H. Kuyper M. D.
Chairperson

James Brennan M. D.
Vice Chairperson

1326

DEPARTMENT OF THE AIR FORCE
48TH FIGHTER WING (USAFE)

MEMORANDUM FOR 48TH MEDICAL GROUP
ATTN: May Webster

FROM: 48 MDG/SGH

SUBJECT: Drug Enforcement Administration (DEA) License

1. To ensure your PCF is maintained IAW AFI 44-119, and JCAHO guidelines, please provide the credentials office with the information listed in the below indorsement.

2. Any questions regarding this issue can be addressed to the Credentials Office at ext 6026.

DANIEL L. COHEN, Col, USAF, MC, FS
Chief of the Medical Staff

1st Ind,

MEMORANDUM FOR 48 MDG/SGH

a. ______ A copy of my current DEA license is attached.

b. ✓ I had a DEA license, but allowed it to lapse while on active duty.

c. ______ I have never had a DEA license.

d. ______ I had a DEA license but it was withdrawn (explain in a letter).

PROVIDERS SIGNATURE

27 DEC 95
DATE

1327

CONTROLLED SUBSTANCES REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

The Controlled Substances Act of 1970 reads in part as follows:
Sec. 304. (a) A registration pursuant to section 303 ... may be suspended or revoked ... to ... dispense a controlled substance ... upon a finding that the registrant -
(1) has materially falsified any application filed pursuant to ... this title or title III,
(2) has been convicted of a felony under this title ... or any other law of the United States, or of any State, relating to any ... controlled substance ... in this title as a controlled substance ... or
(3) has had his State license or registration suspended ... by competent State authority ... to engage in the manufacturing, distribution ... of controlled substances.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AW2797427 | 05-31-95 | $60.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 04-27-92 |

WEBSTER, WILMA P MD
AMBULATORY CARE UNIT
ST JOSEPH MEDICAL CENTER
NORTH CHURCH STREET
HAZLETON, PA 18201

THIS CERTIFICATE ... CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY

"...copy is a certified copy of the original"
...C. Chaney 22 Jan 92
...IS C. CHANEY, TSgt, USAF
...th Professions Recruiter

1329

# THE AMERICAN BOARD OF INTERNAL MEDICINE

INCORPORATED 1936

ATTESTS THAT

## Wilma Pauline Webster

HAS MET THE REQUIREMENTS OF THIS BOARD AND IS HEREBY DESIGNATED A DIPLOMATE CERTIFIED IN THE SPECIALTY OF

## INTERNAL MEDICINE

CHAIRMAN

CHAIRMAN-ELECT

SECRETARY-TREASURER

PRESIDENT

SR. VICE PRESIDENT

DATE

SEPTEMBER 11, 1985

NUMBER 98002

FORM 300-7-85

University City Science Center
3624 Market Street Philadelphia, Pennsylvania 19104-2675
(215) 243-1500 (800) 441-ABIM FAX (215) 382-4702

Harry R. Kimball, M.D.
President

John J. Norcini, Jr., Ph.D.
Executive Vice President for
Evaluation and Research

Linda L. Blank
Vice President
Director for Clinical
Competence Programs

Susan C. Day, M.D.
Vice President
Director of Evaluation
for Internal Medicine

Elizabeth A. Hopkins
Director of Registration

Muriel Horne
Director of Registration

Lynn O. Langdon
Vice President for Policy
Development and Planning

Henry F. Strozeski
Vice President for
Business Administration
and Personnel

November 4, 1992

Mr. Gerald L. Dolph
Director, Quality Management
Department of the Air Force
374th Medical Group (PACAF)
Unit # 5071
APO AP 96328-5300

RE: Dr. Wilma P. Webster
DOB: July 6, 1941

Dear Mr. Dolph:

This is in reply to your letter which we received on October 5, 1992.

I am pleased to confirm that Dr. Webster was certified as a Diplomate in Internal Medicine by the American Board of Internal Medicine on September 11, 1985. Her certificate in Internal Medicine will remain valid indefinitely.

Respectfully yours,

Irene Hudson

Irene Hudson
Credentials Assistant

IH/hl

Arthur H. Rubenstein, M.D., Chairman
University of Chicago
Chicago, Illinois 60637

Jordan J. Cohen, M.D., Chairman-Elect
SUNY Stony Brook School of Medicine
Stony Brook, New York 11794

Marvin Turck, M.D., Secretary-Treasurer
University of Washington School of Medicine
Seattle, Washington 98102

1330

DISPLAY THIS CERTIFICATE PROMINENTLY • NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

Commonwealth of Pennsylvania
Department of State
Bureau of Professional and Occupational Affairs
P.O. BOX 2649, Harrisburg, PA 17105-2649

Classification

MEDICAL PHYSICIAN AND SURGEON

| Certificate Number | Certification Date | Issued | Expires |
| --- | --- | --- | --- |
| MD-032126-E | AUG 14 1984 | OCT 25 1996 | DEC 31 1998 |

Issued To:

WILMA PAULINE WEBSTER
48 MDDG SGOPE
PSC 41 BOX 3482
APO AE NY 09464

Signature

Acting Commissioner of Professional and Occupational Affairs

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S.S. 4911

I ATTEST THIS IS A TRUE LIKENESS OF THE ORIGINAL DOCUMENT

JULIA K. PIPER, DAFC
48 MDG/Credentials Manager

1331

Dennis C Chaney 22 Jan 92
NIS C. CHANEY, TSgt, USAF
lth Professions Recruiter

No. 26210

1332

## DEPARTMENT OF REGULATION AND LICENSING

license is reported to be current,
unrestricted, and unencumbered by
a Powers, Wisconsin Board of
l Examiners, P.O. Box 8935,
n, WI 53708."
Dennis C. Chaney 22 Jan 92
C. CHANEY, TSgt, USAF
Professions Recruiter

## Medical Examining Board

**HEREBY LICENSES**

# Wilma Pauline Webster, M.D.

to practice

# Medicine and Surgery

**In the State of Wisconsin**

IN WITNESS WHEREOF *said Medical Examining Board has caused these presents to be signed and countersigned and its official seal to be hereunto affixed*

*this* 1st *day of* July *in the year* 1984

Susan G. Behrens, MD
*Chairman*

*countersigned by*

ne copy is a certified copy of the original".
Dennis C Chaney 22 Jan 92
NNIS C. CHANEY, TSgt, USAF
alth Professions Recruiter

This license is repo

1333

# Providence Hospital

Southfield  Michigan

*This certifies that*

## Wilma Pauline Webster, M.D.

*has satisfactorily served as*

**Resident in Internal Medicine - PGY I**

*from* July 1, 1980 *to* June 30, 1981

In witness whereof *we have subscribed our names this* 30th *day of* June *Nineteen Hundred* Eighty-One



Administrator

Medical Director

President of Medical Staff

Department Chairman

copy is a certified copy of the original

*Dennis C Chaney 22 Jan 92*

NIS C. CHANEY, TSgt, USAF
th Professions Recruiter

The trustees of **Providence Hospital**, Southfield, Michigan, on the recommendations of the Clinical Faculty hereby certify that

# WILMA PAULINE WEBSTER, M.D.

has satisfactorily completed all requirements for Residency in

## INTERNAL MEDICINE

from JULY 1, 1980 to JUNE 30, 1983

On this date, in witness whereof we have hereunto subscribed our names and affixed the Seal of the Hospital at Southfield in the State of Michigan.

*Sister Xavier Ballance, DC, F.A.C.H.A.*
Administrator

*Joseph A. Rinaldo, MD*
Medical Director

*Rachel E. Turner MD*
Department Chairman

*Thomas C. Gentile Jr.*
Director of Medical Education

1334

PROVIDENCE

Providence Hospital and
Medical Centers

16001 West Nine Mile Road
P.O. Box 2043
Southfield, Michigan 48037
(313) 424-3000

October 9, 1992

Gerald L. Dolph, MBA, CPHQ
Department of the Air Force
374th Medical Group (PACAF)
Unit #5071
APO AP 96328-5300

Re: Wilma Webster, M.D.

Dear Mr. Dolph:

In response to your letter, this is to verify that Wilma P. Webster, M.D. served in an Internal Medicine Residency at Providence Hospital from July 1, 1980 to June 30, 1983. According to the files, Dr. Webster satisfactorily completed her residency.

If you have any further questions, please call my office at (313) 424-3479.

Sincerely,

Thomas C. Gentile, Jr.
Assistant Director, Medical Affairs

TCG/djc