DEPARTMENT OF THE AIR FORCE
24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

MEMORANDUM FOR CREDENTIALS REVIEW COMMITTEE

FROM:

SUBJECT: DEA License

The following information must be provided IAW AFI 44-119.

Do you currently hold a Drug Enforcement Administration license?

_____ Yes (Please provide a copy for your credentials file)

_____ No I currently do not, nor have I ever, had a Drug Enforcement Administration license.

_____ No I currently do not have a Drug Enforcement Administration license. My license has been withdrawn or expired for the following reason:

I'm not sure - I had one [illegible] military - I [illegible]

Wilma P. Webster
Provider's name

Date 06 OCT 97

1336

000076

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY GEORGE DEUKMEJIAN, Governor

DEPARTMENT OF Consumer Affairs

BOARD OF MEDICAL QUALITY ASSURANCE
1430 HOWE AVENUE, SACRAMENTO, CALIFORNIA 95825
(916) 920-6411

# CERTIFICATE OF MEDICAL EDUCATION

MEDICAL SCHOOL: DO NOT COMPLETE IF PHOTOGRAPH OF APPLICANT/STUDENT IS NOT ATTACHED BELOW.

This certifies that Wilma Pauline Webster (FULL NAME OF APPLICANT)

of México, D.F. (ADDRESS WHEN ENROLLED) enrolled in FACULTAD DE MEDICINA, UNAM. (NAME OF MEDICAL SCHOOL)

Ciudad Universitaria, México, D.F. (LOCATION) on the 30 day of abril (MONTH) 19 73 (YEAR)

and was granted the following credits on enrollment:

Premedical Education. Two years of preprofessional postsecondary education, including the subjects of physics, chemistry, and biology (Business and Professions Code Section 2088).

Pasadena High School, Pasadena Calif. E.U.A. (EDUCATIONAL INSTITUTION) 1953-1959 (DATES)

Advanced Credits. Credits previously obtained at an approved medical school.*

FACULTAD DE MEDICINA, UNIVERSIDAD NACIONAL AUTONOMA DE MEXICO. (MEDICAL SCHOOL) 407 (TOTAL CREDITS) 1973-1977 (DATES)

The undersigned further certifies that the records of this institution show that _he attended in this institution 6 años (SPECIFY NUMBER) courses of resident instruction of – – – – – (NUMBER OF WEEKS) weeks each, completing at least 4,000 hours, of which at least 80 percent actual attendance is required, in the subjects set forth hereunder (Business and Professions Code Section 2089), and that

☐ She was granted the degree Bachelor/Doctor of Medicine by

☐ _he withdrew from

the above mentioned medical school on the 22 day of enero (MONTH) 19 78.

Anatomy
Otolaryngology
Obstetrics and Gynecology
Radiology, including Radiation Safety
Tropical Medicine
Physiology
Biochemistry
Pathology, Bacteriology and Immunology
Ophthalmology

Dermatology
Embryology
Histology
Human Sexuality as defined in Section 2090
Medicine
Surgery, including Orthopedic Surgery
Urology
Psychiatry
Neurology

Preventive medicine, including Nutrition
Physical Medicine
Therapeutics
Neuroanatomy
Child Abuse Detection and Treatment
Geriatric Medicine
Pediatrics
Pharmacology
Anesthesia



Signed and the college seal affixed this 20 day of marzo, 19 81.

BY DR. HUMBERTO GASCA GONZALEZ
SECRETARIO DE PLANEACION Y SERVICIOS ESCOLARES.

Medical School Seal MUST Be Imprinted Partially on the Photograph.

TRANSCRIPTS OF PREMEDICAL EDUCATION, ADVANCED CREDITS, AND MEDICAL SCHOOL CREDITS MUST BE SUPPLIED WITH THIS CERTIFICATE

[illegible]

...E MEDICINA
...DE PLANEACION
...S ESCOLARES

L2

237

...LPH AIR FORCE BASE TX 78150-...

[illegible] RSHD

[illegible] Verification of Diploma

TO Quality Assurance Coordinator
Gaining Air Force MTF

The attached diploma of Webster, Wilma P (Last Name, First Name, M.I.), 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 (SSAN)

from Univ Autonoma National of Mexico (Name of Institution) was verified by me against the

original, raised seal transcript.

NOR[illegible]
Application Processor

8 Apr 92 (Date)

UNITED STATES AIR FORCE
40
SEPTEMBER 18, 1947

1338

UNIVERSITY Bloomsburg, Pennsylvania 17815

Department of Languages
and Cultures
717 – 389 – 4246
PANET – 472 – 4246

(3)

February 11, 1987

To whom it may concern,

I am an Assistant Professor of Spanish at the Languages and Cultures Department of Bloomsburg University, and Acting Chairperson of it. I am a native of Mexico and I am fluent in both Spanish and English.

I certify that the following is a correct translation of a Diploma in parchment from the Universidad Autonoma de Mexico and I am putting my signature to a xerox copy of it.

Dr. Jorge A. Topete
Jorge A. Topete

TEXT OF THE DIPLOMA:

The Universidad Autonoma Nacional de Mexico
grants to
Wilma Pauline Webster Harvey
the title of
Medical Surgeon

taking into account that she proved that she fulfilled the studies according to the plans authorized by the Council of the University and she passed the professional examinations on January 22, 1978, according to documents filed at the University.

"POR MI RAZA HABLARA EL ESPIRITU" (University motto)

Given in the City of Mexico, Federal District, on July 16, 1979.

The Secretary General

Dr. Fernando Parez Correa

The President

Dr. Guillermo Soberon

"the copy is a certified copy of the original"

Dennis C. Chaney 22 Jan 92

DENNIS C. CHANEY, TSgt, USAF
Health ~~Professions Recruiter~~

1339

STATE OF CALIFORNIA
MEDICAL BOARD OF CALIFORNIA

I, Terresa A. Ciau, Official custodian of the licensing records, do hereby certify that this document is a true and correct copy of the original on file in this office.

Signed ______ 12/27/91 Date

1340

# La Universidad Nacional Autónoma de México



otorga a

**Wilma Pauline Webster Harvey**

el título de

## Médica Cirujana

en atención a que demostró tener hechos los estudios conforme a los planes autorizados por el Consejo Universitario y haber sido aprobada en el examen profesional que sustentó el día 22 de enero de 1978, según constancias archivadas en la misma Universidad.

Por mi Raza hablará el Espíritu

Dado en la ciudad de México Distrito Federal, el día 16 de julio de 1979 5

El Secretario General

Dr. Fernando Pérez Correa

El Rector

Dr. Guillermo Soberón

"the copy is a certified copy of the original"

22 Jan 92

DENNIS C. CHANEY, TSgt, USAF
Health Professions Recruiter

1341

*Firma del interesado*

*Wilma Webster*

MEXICO, D. F. *16 de julio* DE 19__
ANOTADO A FOJAS *5* DEL LIBRO
RESPECTIVO

EL COORDINADOR DE LA
ADMINISTRACION ESCOLAR

ING. GUILLERMO AGUILAR CAMPUZANO

*Wilma Pauline Webster Harvey*

FRONTADO

S. CRET.
DIRECCION GENERAL DE PROFESIONES
Registrado a fojas *106*
Libro *XIV* de *Profesionistas que no ejercen en el País*
con el número *ciento seis*
Cédula No. *Sin cédula por no ejercer*
México, D.F. a *3* de *sept* de 19*79*

EL REGISTRADOR

VISADO

*El Jefe del Depto. Técnico*

*Lic. Eduardo J. Almeyda G.*

SECRETARIA DE EDUCACION PUBLICA – ESTADOS UNIDOS MEXICANOS – MEXICO

DIRECCION GENERAL DE PROFESIONES
Depto. de Ejercicio Profesional

"the copy is a certified copy of the original"
*Dennis C. Chaney* *22 Jan 92*
DENNIS C. CHANEY, TSgt, USAF
Health Professions Recruiter

(signatures on reverse of diploma)

1340

Dennis C Chaney 22 Jan 92
DENNIS C. CHANEY, TSgt, USAF
Health Professions Recruiter

1343

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

CERTIFIES THAT

## WILMA PAULINE WEBSTER

HAS SATISFIED ALL THE REQUIREMENTS OF THE COMMISSION,

SUCCESSFULLY PASSED ITS EXAMINATIONS

AND HAS BEEN AWARDED THIS CERTIFICATE.

CERTIFICATE NUMBER 310-256-3
MEDICAL EXAMINATION JULY 25, 1979
ENGLISH EXAMINATION JULY 25, 1979
DATE ISSUED February 22, 1980
VALID THROUGH English Examination July 25, 1979 Valid Indefinitely

ECFMG

Harold Jenney, Jr
PRESIDENT

Ray L Casterline
EXECUTIVE DIRECTOR

Nº 9818A

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS UNITED STATES AIR FORCE RECRUITING SERVICE (ATC)
RANDOLPH AIR FORCE BASE TX 78150-5421

RECEIVED

APR 16 1992

ECFMG

13 APR 1992

ECFMG
3624 Market Street
Philadelphia PA 19104-2685

Dear Sir/Madam

The United States Air Force Recruiting Service needs verification of ECFMG 310-256-3 on Wilma Pauline Webster, SSAN 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, who has applied for a commission in the Air Force Medical Corps.

The Joint Commission on Accreditation of Healthcare Organizations and the Department of Defense requires that we verify all training received by an applicant directly through the issuing source. Although a copy of the training certificate has been provided, we are still required to confirm this directly with you. Enclosed is a signed Release of Liability from the individual which authorizes you to release this information.

For the formal verification, please complete the statement at attachment 3 and return it to us at:

HQ USAFRS/RSHO
Randolph AFB TX 78150-5421

I appreciate your help with this important matter. If you have any questions, please contact myself or my staff toll free at 1-800-531-5980.

Sincerely

ROBERT C. BONDS, Major, USAF, MSC
Chief, Operations Support Division
Directorate of Health Professions

3 Atch
1. Copy of Certificate
2. Release of Liability
3. Verification Form

EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL GRADUATES

NAME: WILMA PAULINE WEBSTAR

CERTIFICATE NO. 310-256-3

ISSUE DATE: 2/22/80

VALID THROUGH: INDEFINITE

CERTIFIED BY: [signature]

DATE: 4/27/92

?,41H Medical Group (PACAF)
Unit 5071
APO AP 96328-5300

Hosp.

Jerry Dolph, CPHQ

21 September 1992

Verification of Foreign Medical School

RECEIVED

OCT - 5 1992

ECFMG

TO: CORRESPONDENCE DEPARTMENT
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES
(ECFMG)
3624 Market Street, 4th Floor
Philidelphia,PA 19104-2685

Wilma P. Webster,MD, SSAN#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, has applied for privileges on our staf As part of our privileging and credentialing process we require written verification of Foreign Medical school graduation. Please complete the attach form and return in the enclosed self-addressed, postage paid envelope. Any requests for payment of any fee should be addressed directly to the provider. Any questions should be addressed to me.

Thank you in advance for your assistance.

GERALD L. DOLPH, CPHQ
Director, Quality Management

EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL GRADUATES

NAME: WILMA P. WebsTer

CERTIFICATE NO. 310-256-3

ISSUE DATE: 2/22/80

VALID THROUGH: INDEFINITE

CERTIFIED BY:

DATE: OCT 1 4 1992

1345

# 24TH MEDICAL GROUP
# PROVIDER ACTIVITY FILE (PAF)

## PART I

- Quality Assessment Annual Data Summary (AF Form 22 AND AF 3130 Matrixed)
- Job Description with Acknowledment Signed statement of understanding of job description
- AF Form 1923/Quality Assessment Annual Data Summary
- Provider Identification Number
- Privacy Act Statement

DEPARTMENT OF THE AIR FORCE
24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

PROVIDER IDENTIFICATION NUMBER # 086AA

NAME OF HEALTH CARE PROVIDER: Webster, Vilma

PURPOSE: The health care provider number quoted above is to be utilized in all quality improvement, quality assurance, peer review, risk management, and related quality review activities documentation. This document should be kept in the Provider's Activity File for reference. Access to this information is restricted to the provider's supervisor.

WARNING: COPIES OF THIS DOCUMENT, ENCLOSURES THERETO AND INFORMATION THEREFROM WILL NOT BE FURTHER RELEASED UNDER PENALTIES OF 10 USC 1102. UNAUTHORIZED DISCLOSURE CARRIES A MINIMUM $3,000 FINE.

# PRIVACY ACT STATEMENT - HEALTH PRACTITIONERS CREDENTIALS RECORDS

**This form is not a consent form to release or use health-care information pertaining to you.**

## 1. AUTHORITY

Title 10, United Stated Code and Executive Order 8012.

## 2. PRINCIPAL PURPOSE FOR WHICH INFORMATION IS INTENDED TO BE USED

This form provides you the advice required by the Privacy Act of 1974. The personal information submitted by you will be used by the Clinic Credentials Committee to evaluate your record of form education, training, and clinical experience, prior to the award of clinical privileges at this medical/dental treatment facility. The social security number (SSN) of the practitioner is required for complete identification purposes.

## 3. ROUTINE USES

Other possible uses of information: Personal information submitted to the clinic, Credentials Committee may be used when evaluating the quality of care provided by any member of the medical or dental staff, as requested by the Clinic Commander or Base Dental Surgeon. Additionally, such information will be used for the annual review of credentials of all health practitioners and to award privileges accordingly.

## 4. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECTS ON INDIVIDUAL OF NOT PROVIDING INFORMATION

The requested information is mandatory due to the fact that all health practitioners are required to have their credentials reviewed prior to the award of clinical privileges. If the requested information is not furnished or incomplete, the practitioner will not be awarded clinical privileges in his/her specialty.

This all-inclusive Privacy Act Statement will apply to all requests for personal information made by the clinic Credentials Committee for credentialling purposes and will become a permanent part of your credentials file.

Your signature merely acknowledges that you have been advised of the foregoing. If requested, a copy of this form will be furnished to you.

| | | |
|---|---|---|
| Signature of Practitioner | SSN of Practitioner | Date |

1348

# 24TH MEDICAL GROUP
# PROVIDER ACTIVITY FILE (PAF)

## PART II

- Outcome Data
    - Process Improvement Matrix

# 24TH MEDICAL GROUP
# PROVIDER ACTIVITY FILE (PAF)

## PART III

- Patient Generated

  - compliments and complaints with appropriate validation/peer review findings.

20 May, 1998

MEMORANDUM FOR RECORD

FROM: MDOS/SGOPE

SUBJECT: Maj Wilma P. Webster/unsatisfactory performance as ER provider

1. 14 Oct 97: Customer survey rating of unsatisfactory by AD USA, provider mentioned by name, pt c/o 4 hr wait and providers poor operation of data entry system. (attch#1)

2. 27 Oct 97: Customer survey rating of unsatisfactory by Dep USAF, provider mentioned by name, pt c/o 6 hr wait, very dissatisfied, called provider "absent minded". (attch#2)

3. 11 Nov 97: Customer survey rating of unsatisfactory by AD USAF, provider mentioned by name, pt c/o provider's unwillingness to listen to their problems. (attch#3)

4. 12 Nov 97: Customer survey rating of unsatisfactory by AD USN, provider mentioned by name, provider described as "very, very forgetful", also c/o 8 hr stay in ER, questions of providers competency (attch#4)

5. 12 Nov 97: LtCol Robbins places memo in PAF, noting non-compliance with standard documentation on downtown consults. (attch#5)

6. 30 Nov 97: Chief Emergency Services (ES) has verbal counseling session. see attch#6

7. 25 - 26 Apr 98: Nurse manager documents several cases in which provider showed poor judgment. see attch#7

8. 16 May 98: Received customer care complaint from AD hospital personnel calling provider ".....the most unprofessional and untrained physician I have ever been treated by.". see attch#10

9. 19 May 98: Nurse manager documents problems communicating with provider. see attch#11

10. 15 May 98: Chief ES asked about two LWOBS patient on the previous night shift, providers response was "so what.........who cares?"

11. Provider has over 3 times higher rate of LWOBS than the average. Total from 13Oct97 - 15May98= 28/1086 (2.6%) Also of importance is a similar amount of decline in LWOBS rates and increased patient satisfaction during a period which the provider was not practicing in the ER.

12. Several other non-documented incidents with this provider have occurred in the ER, as well as problems she encountered while in Primary care.

13. As her immediate supervisor I have little confidence in her effectiveness as an emergency provider.

JAMES E. MCCRARY, MAJ, USAF, MC
CHIEF, EMERGENCY SERVICES

24 MAY 1998

MEMORANDUM FOR LT COL MARTHA ADDISON

FROM: MAJ WILMA WEBSTER

SUBJECT: Command Directed Mental Health Evaluation

1. In response to your request for a command directed mental health evaluation, I will say that indeed I do think it is unfair and unwarranted. On the other hand, I welcome the opportunity to prove to you that I am mentally healthy and dispel any anxiety you have on that score.

2. The only occasion I was aware of strained relations with a co-worker was my first day working in Primary Care Clinic when I was not allowed to go eat lunch and I emphatically demanded to go eat.

3. After being sent to Primary Care Clinic against my wishes, I did cry softly while at work one day. I felt I was being punished for having an arm too weak to intubate a difficult patient at a time when I could do intubations on easier ones. And nobody seemed to care about my opinions of what to do.

4. I was told there were multiple patient complaints against me yet I have only been given a chance to respond to one of these. This seems to indicate a definite problem with communication in our E.D.

5. I disagree when you say I do not listen to patient problems, and do not deal well with patients presenting with routine clinic type problems. I have personal pride and always do my best at whatever I am asked to do. My conscience is definitely clear on that score.

6. I prefer to work in the Emergency Department even though most of the patients are routine type patients. Yet at any given moment I am happy taking care of the minor things, and do not desire any big emergency to happen. When I do get the emergencies, what is pleasurable is being able to diagnose correctly and knowing the right thing to do at the right moment.

7. I do not think it is necessary to severely limit the routine patients that come to the ED. I often tell technicians it will take the same time to see them as to send them elsewhere. It was at the suggestion of the nurse and after previous guidance by Maj Mc Crary that I sent your friend with back pain upstairs to Primary Care, the day before you gave me the letter directing me to a Mental Health Exam.

8. Patients often demand antibiotics for colds or simple short term diarrheas that do not warrant such treatment. Are we so afraid of complaints that we give in to all their requests? In the third world such overuse has led to lethal multiple-drug resistant organisms. In the United States we protect our patients by limiting drug use to medically approved cases. Other patients want narcotics for their chronic pain. I have seen too many addicted people with chronic pain to want to be the one that starts them down that slippery slope. They will complain, but in the long run I will have done them less harm.

9. The May schedule did not appear until April 31st when I found I was to work the night of May 14th even though my SMRT training lecture on "Deployment to Desert Storm" was to be at 15:30 that day. I came on base several hours early to get everything prepared for the lecture. That night I was seeing patients a lot slower than usual, and two of them left without being seen. If this data is part of the reason for the referral, it has more to do with the organization of the ED than with my mental health.

10. I think our last conversation was very meaningful. I truly appreciated your candidness, when you indicated that I cause you apprehension because I seem to come on very strong. I was not aware of this and it is important to know how one comes across to others. Obviously this is something I have to work on. I also worry that perhaps the nurse/doctor relationship intimidates you somewhat, but you should not think about that. I have been in the military long enough that I have respect for your rank. Besides, my first commander, Col Garten, also a nurse, was someone who influenced me a great deal.

Wilma P. Webster

WILMA P. WEBSTER, MAJ, USAF

1353

① refused to complete State form
SPS left ED @ 1700 to ✓ vaccination status of Dog, called back
p̄ 1800 MD had changed shift. Webster would not
complete form. "said Dr Velarde should finish it"

② ALS run to clayton heights. ♀ c̄ palpitation. Webster would not
authorize transport without Rythm strip. Had to speak
to Dispatcher. After explanation of response procedures by SSgt
Cruz she authorized transport to S.F.

③ Anzola, N Team IVP wake Brake @ Hosp ER. would not
Authorize Valenta Transport even after Husband said
he did not know how to get to Padilla / want to Drive his wife.
Patient waited 30 min in ER for Commercial Taxi

④ Dr. Webster finally left @ 1300 and is
scheduled for duty @ 1800 hrs

CAPTS

MEDICAL QUALITY ASSURANCE DOCUMENT
PROTECTED FROM DISCOVERY UNDER TITLE 10 U.S.C SECTION 1102
NOT FOR RELEASE WITHOUT PERMISSION OF THE COMMANDER

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

18 May, 1998

MEMORANDUM FOR MAJOR WEBSTER

FROM: SGH

SUBJECT: Patient Concern

1. Please review attached letter sent by Mrs. Michelle K. Schroder concerning her experience while receiving care in the emergency room on 02 May 98. There seems to be a discrepancy in the physical she describes you performed and the one documented in the SF 558.

2. Of concern to me is the way she relates how the whole episode of care happened; the wheelchair, the explanation of her injury, medications, and disposition. Please be prepared to discuss these issues with me.

3. I would appreciate if you could provide me with a written response not later than close of business on 20 May, 98.

Jose E. Rodriguez-Vazquez, LtCol, USAF, MC,SFS
Chief, Medical Staff

cc. Maj McCrary

Attachment:
1. SF 558
2. Concerned letter

PS: please return the whole package to my office

*Global Power For America*