dr: PSC 1 BOX 311 APO AA 34001 | Sex: FEMALE Age: 44
ief Complaint: RT KNEE PAIN S/P EXERCISING

| VITAL SIGNS | | | Medications | Tetanus: UNK |
|---|---|---|---|---|
| me | 0840 | | valtram | Allergies: NO ALLERGIES DOCUMENTED |
| -SY | 136 | | | |
| -DI | 67 | | | NKDA |
| lse | 76 | | Foltrim | |
| sp | 20 | | H: Doing Exercise | Note - pt has not done 100 |
| mp | 98.6 | | W: 1MAY98 | |
| -Ped | JV | | W: Howard | |

| Orders | Init | Time |
|---|---|---|
| Crutches | [signature] | 10:20 |
| Ace wrap | | 10:20 |

S. 0915 PMHx of 2 surgeries on (R) knee. (c soft ball injury.) Was sent to PT 4 days ago & given exercises. She was doing these & her knee "caught" & now it's catching a lot & is painful to walk on. Has F/U appt c Dr Granville 26 MAY. Pain in (R) lateral aspect of knee. asks for Ace, crutches.

O. Ambulates c sl limp. No ballotting of patella. No abnormal mobility on lateral stressing, negative drawer sign. Good distal pulses & sensation.

X Ray - No Fx

A. Right knee pain

P. F/U c Dr Granville as planned
Continue Voltaren as prescribed
Crutches - wt bearing as tolerated

ASSESSMENT/DIAGNOSIS
Right knee pain

===== DISPOSITION =====
✓ Home __ Full Duty
_ Quarters
_ 24hrs __ 48hrs __ 72hrs

Modified Duty Until:
Day: ____ Mon: ____ Yr: ____

Referred to:
_ Emergency __ Today
_ 72 hours __ Routine

Admitted to:

Others:

WILMA P. WEBSTER, MAJ
EMERGENCY PHYSICIAN 44ES
24 MDOS, HAFB, PANAMA

Condition Upon Release:
✓ Improved __ Unchanged
_ Deteriorated
Release Time: 10:30

Signature of Provider/Stamp: Wilma P. Webster MAJ

Instructions to Patient: Follow up with Dr Granville as planned. Continue Voltaren as previously prescribed. Crutches - with weight bearing as tolerated

I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS Michelle Schroder

30/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 SCHRODER, MICHELLE K F41
22 Jan 1954 FEMALE W:84-5151 H:507-2844997
Loc: ER D:284-5067
Spon: SCHRODER, PAUL H Rank: SMS
Unit: 0024 SUPPLY SQ RR: OUTPATIENT RECORDS
SF558

1358

CORE DUTIES

**DEPARTMENT OF THE AIR FORCE**
**24TH MEDICAL SUPPORT SQUADRON (ACC)**
**HOWARD AFB, PANAMA**

**May 6, 1998**

**MEMORANDUM FOR 24 MDOS/CC** Lt Col Addison,

**FROM: 24 MDSS/SGSL**

**SUBJECT:** Customer Care Complaint

On 2 May 1998, I visited the Emergency Clinic at Howard. SrA Vargas immediately greeted me, and my vital signs were taken. I was the only patient in the waiting room. It took around 30 minutes to be seen by a physician. I was seen by Maj. Webster. She was undoubtedly the most unprofessional and untrained physician I have ever been treated by. Following is the run down of care I received from her.

I explained that I have had two prior knee surgeries and had seen Dr Anderson (filling in for Dr Granville) on 15 Apr. He subsequently sent me to physical therapy on 28 Apr 98. I was doing the physical therapy exercises on the night before, (1 May 98) and felt something happen to my knee. I indicated I was in extreme pain and could not walk. She checked the pulse in my foot and felt the top of my knee for fluid. (She never checked my reflexes or compared knees for swelling). She told me to go to XRay and get films taken. I asked her how I was supposed to get there since it hurt so much to walk. She told me there was a wheel chair in the hall and asked if I knew how to push one. I proceeded to the hall and got a wheel chair and started to push myself to XRay. As I passed the front desk, SrA Vargas said he would take me to XRay. After I was done, the XRay technician called and the ER tech (Patrick) came and got me and took me back to the ER lobby. My XRays were given to Maj. Webster. I sat in the lobby while she saw another patient. Capt. Shercliffe told her my XRays were in the room, and she said she knew, and proceeded to see another patient. After she was done seeing that patient, she came out to the lobby, told me the XRays were fine and there was nothing wrong with my knee. She said since I had an appointment with Dr Granville on the 26 May, I could just wait until then. I asked her if she could do something for the pain, because it was very difficult to put weight on the knee, (still in the lobby), and she said she would give me an ace bandage and some crutches. I asked her what I should take for pain and she told me to continue with the Voltaren I was taking. I tried to make her understand the pain was very bad and she insisted the Voltaren would suffice. She told me to put heat on the knee and I asked if ice wouldn't be better because it was swollen. She told me to use what ever felt the best. I was frustrated and gave up because she did not seem qualified or informed to help me, and I went home. I spent the rest of Saturday and all of Sunday in extreme pain. By Monday it was somewhat better. I called SSgt StLouis in orthopedics and explained the situation to her and she got me an appointment with Dr Granville on Tuesday 5 May 98. Dr. Granville told me that I had torn the meniscus and scheduled me for an arthroscope on 5 Jun. I

1359

was extremely disappointed with the service and care provided by Maj. Webster, especially when she told me nothing was wrong with my knee. I would not feel very confident if a life-threatening emergency occurred while she was the attending Emergency Physician. As an employee of the 24th Medical Group, I am concerned the impression we are portraying is not a favorable one, when the populace is given the appearance of substandard care from one of our providers.

I would like to point out that the only person I have a complaint about is Maj. Webster. Capt. Shercliffe, SrA Vargas, and Patrick were very professional, extremely courteous, and concerned about my welfare.

Michelle K. Schroder

MICHELLE K. SCHRODER
284-5150

1360

20 MAY 98

MEMORANDUM FOR Lt Col RODRIGUEZ

FROM: MAJ WILMA P. WEBSTER
Assistant Director, Emergency Services

SUBJECT: Letter of complaint from Mrs. Schroder

1. On 02 MAY 98 I saw Mrs. Schroder, a woman with a history of knee problems who had seen PT and who had more pain after doing the exercises they'd given her.

2. She was able to walk with a slight limp, but demanded a brace, crutches and higher powered pain medication. She had already been given Voltaran by another provider. She wanted me to pay attention to her and her demands exclusively and not to others.

3. I did my routine exam on her, checking for balloting of the patella, abnormal mobility on lateral stressing, and presence of a drawer sign; I did not find any instability. I also checked her pedal pulses and her sensation distally. I did not check for reflexes in the leg, nor do I usually check those in cases of knee injury. I did my exam quickly; she was obviously unaware of the meaning of each thing I checked.

4. I ordered an x-ray because she told of a sudden injury. As is my custom, when the technicians are not immediately handy, I asked the patient if she could turn the wheels on her wheelchair to drive it to the elevator. Many patients are happy to do that, especially if they're in a hurry. Otherwise, I have them wait till a technician is free to take them up. I certainly did not expect her to push a wheelchair from behind!

5. Never did I tell the patient there was nothing wrong with her knee. That would not have been intelligent when dealing with a patient who had had two previous surgeries and was at risk for other problems in the future. I did tell her I could not find anything new on my exam and that the treatment she had received was appropriate.

6. She wanted an immediate referral to see Dr. Granville although she already had an appointment for the 26th of May. I explained this was not possible unless she had a new fracture but I told her that possibly through PT she might arrange something.

7. I suggested I could give her Motrin 800 mg tablets but she did not like that. She wanted stronger medication but I was reluctant to begin narcotics in a patient with a chronic problem. I did suggest applying heat for relief but she found objection to that. I told her if ice gave her more relief that it was ok to use that also.

8. Michelle Schroder came to the ER that day with an agenda, and I did not give in to all her demands because it was not what I felt was medically indicated at the moment.

Wilma P. Webster
WILMA P. WEBSTER, MAJ, USAF
Assistant Director, Emergency Services

Forward [illegible]

13

mendeztt@SGOF@... VA
addisomw@SGN@HOWA
robbinmp@SGA@HOWA

Bcc:
From: Mark P. Robbins@SGA@HOWA
Subject: Phone number on Consult
Date: Wednesday, November 12, 1997 at 2:32:51 pm EST
Attach:
Certify: Y

Dr Webster, I am presently having to review a fracture followup patient (paperwork only- no live patient) on a consult you sent to Paitilla. Here is what you did not do:

1. Stipulate who or what service eg Ortho or ER or by name consult. NOT DONE
2. Because it was checked as a "Today", you were required to note on the consult which "provider-to-provider" you discussed this. NOT DONE
3. Despite my message of earlier, you did not put your phone number on it so the receiving physician could contact you. NOT DONE
4. If you have difficulty making arrangements with downtown providers, you should contact either Dr Mendez or Dr Edwin Lopez.

Expect to hear from Drs McCrary and Mendez about proper charting.
Ms DeLeon, put copy of this memo in provider's PAF.
LtC Robbins; C, Med Staff

HEADQUARTERS 24TH MEDICAL GROUP
HOWARD AFB, PANAMA

PRIMARY CARE CLINIC

TYPE OF VISIT/SERVICE ER DATE 11-12-97

Please Circle Applicable Items: Active Duty Retired Dependent Civilian

USAF USA (USN) USMC Coast Guard

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| **AVAILABILITY / ACCESS** | | | | | |
| Accessibility of telephone lines | 5 | 4 | (3) | 2 | 1 |
| Availability of appointments | 5 | 4 | (3) | 2 | 1 |
| Availability of providers | 5 | 4 | (3) | 2 | 1 |
| Availability of services | 5 | (4) | 3 | 2 | 1 |
| **TIMELINESS** | | | | | |
| Waiting time for registration | 5 | (4) | 3 | 2 | 1 |
| Waiting time before screening | 5 | (4) | 3 | 2 | 1 |
| Promptness of provider | (5) | 4 | 3 | 2 | 1 |
| Length of appointment | 5 | (4) | 3 | 2 | 1 |
| **STAFF SENSITIVITY** | | | | | |
| Clinic staff courtesy | (5) | 4 | 3 | 2 | 1 |
| Clinic staff helpfulness | 5 | (4) | 3 | 2 | 1 |
| Respect for confidentiality and privacy | (5) | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | (3) | 2 | 1 |
| **PHYSICAL ENVIRONMENT** | | | | | |
| Adequacy of waiting area | 5 | (4) | 3 | 2 | 1 |
| Cleanliness of clinic areas | (5) | 4 | 3 | 2 | 1 |
| Ease of finding the providers' offices | (5) | 4 | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | (4) | 3 | 2 | 1 |
| **CUSTOMER SATISFACTION** | | | | | |
| Professionalism of staff | 5 | 4 | 3 | 2 | (1) |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |
| | (5) | 4 | 3 | 2 | 1 |

(OVER)

Please tell us how: [illegible] in emerg Room from 3:30 pm to
[illegible] waiting [illegible] And medic.
11:30 pm it was [illegible] fail [illegible]
need Better Doctor who know what they are doing

If you could change something about your visit what would it be? Please get someone in the Clinic who Kown All! going on. Because I'm a long long [illegible] way from Home. If she cant get the job done Please get someone who know what they are doing Thank You.

If you wish to be contacted regarding your visit, please write your name and telephone number:

NAME: Samantha Horston TELEPHONE NUMBER: 284 35 35

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

Please contacted soon as you can

---FOLD HERE---

MPS

SGOFMG

UNIT 0530
APO AA 34001

---FOLD HERE---

1364

DEPARTMENT OF THE AIR FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

**Department of Emergency Services**

TYPE OF VISIT/SERVICE ____________________ DATE 11/10/97

Please circle applicable items: Active Duty Retired Dependent Civilian

USAF USA USN USMC Coast Guard

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | 3 | 2 | 1 |
| Waiting time before screening | 5 | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | 1 |

## STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | 3 | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of area | 5 | 4 | 3 | 2 | 1 |
| Availability of reading material | 5 | 4 | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

# Emergency Room

Please Circle Applicable Items: Active Duty USAF | Guard USA | Reserve USN | Retired USMC | Dependent USCG | Civilian

## AVAILABILITY

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Availability of medical records | 5 | 4 | 3 | 2 | 1 |
| Availability of ambulance services | 5 | 4 | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Promptness of reception | 5 | 4 | 3 | 2 | 1 |
| Waiting time to initial screening | 5 | 4 | 3 | 2 | 1 |
| Waiting time to see provider and/or technician | 5 | 4 | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

## STAFF SENSITIVITY

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Courtesy and friendliness of staff | 5 | 4 | 3 | 2 | 1 |
| Helpfulness and thoroughness of staff | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition/treatment | 5 | 4 | 3 | 2 | 1 |
| Confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Adequacy of parking | 5 | 4 | 3 | 2 | 1 |
| Adequacy of waiting areas | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of facility | 5 | 4 | 3 | 2 | 1 |
| Location of facility | 5 | 4 | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| How well the care provided met your needs | 5 | 4 | 3 | 2 | 1 |
| Overall quality of care and services received | 5 | 4 | 3 | 2 | 1 |

Did you receive any advice about ways to stay healthy and avoid injury? Yes ☐ No ☐

Please comment on the rating you gave above for "Overall quality of care and services received." ______

Who gave you really outstanding service? ______

Who gave you poor or inadequate service? Dr. Webster. Is she really a Doctor?

(OVER)

366

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

**Please Circle Applicable Items:** (Active Duty USAF) Guard USA Reserve USN Retired USMC (Dependent) USCG Civilian

**Please Circle Clinic Visited:** Dental Flight Medicine Immunizations Internal Medicine Mental Health Nutritional Medicine OB/Gyn Optometry Orthopedics Pediatrics Physical Exams Primary Care Surgery Military Public Health (ER)

## ACCESS / AVAILABILITY

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Accessibility of telephone lines NA | 5 | 4 | 3 | 2 | 1 |
| Availability of appointments/follow-up appointments | 5 | 4 | 3 | 2 | (1) |
| Availability of medical/dental records | (5) | 4 | 3 | 2 | 1 |
| Availability of providers and/or technicians | 5 | 4 | 3 | 2 | (1) |

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Promptness of reception | 5 | (4) | 3 | 2 | 1 |
| Waiting time to initial screening | 5 | 4 | 3 | 2 | (1) |
| Waiting time to see provider and/or technician | 5 | 4 | 3 | 2 | (1) |
| Length of appointment | 5 | 4 | 3 | 2 | 1 |

## STAFF SENSITIVITY

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Courtesy and friendliness of staff | 5 | 4 | (3) | 2 | 1 |
| Helpfulness and thoroughness of staff | 5 | 4 | 3 | (2) | 1 |
| Provider's explanation of your condition/treatment | 5 | 4 | 3 | 2 | 1 |
| Confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Adequacy of parking | 5 | 4 | 3 | 2 | 1 |
| Adequacy of waiting areas | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of facility | 5 | 4 | 3 | 2 | 1 |
| Location of facility | 5 | 4 | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | (1) |
| How well the care provided met your needs | 5 | 4 | 3 | 2 | (1) |
| Overall quality of care and services received | 5 | 4 | 3 | 2 | (1) |

**Please comment on the rating you gave above for "Overall quality of care and services received."** I arrived at the ER explaining I was experiencing a recurrance of back pain & needed medication. I offered my medical records to show previous episode. After ~5 min wait, Maj Webster informed me that I could go upstairs to primary care for an appt in ~35 mins. She had 2 other patients she was involved with & probably wouldn't be able to see me before then anyway. I explained that I would have trouble standi[ng] [illegible] that long (sitting was not an option) but she stat[ed] she couldn't do anything for me. (over)

**Who gave you really outstanding service?**

**Who gave you poor or inadequate service?** Maj Webster

(OVER)

367

What needs do you have that we are not aware of or have not fulfilled? I went to PC, where the Dr. graciously saw me @ 1240. As he [illegible] during initial exam, my back spasmed + I was in intense pain. I was laid down on a bed in the room + shortly was administered a shot of toradol. (~1320). I was also given 10mg flexeril + 400mg ibuprofen

What expectations do you have related to your healthcare? (approx 1400)hrs. At approx 1450 I tried to get up to go home, but was unable to support my weight. The PC staff commented that I could not remain because they closed at 4:15. I was allowed to take another flexeril + motrin and only after the friend who was with me explained there was no way I could get to the car let alone up stairs to my house, was the decision made to send me to ER to evaluate the need to admit me or not.

If you wish to be contacted regarding your visit please write your name and telephone number.

Name: ________ Telephone: ________

While in the treatment room at ER, I overheard Maj Webster commenting to LtCol Addison that she (Maj Webster) realized I knew important people, but that she did what she had been told to do - refer people to primary care. I'm not sure what my knowing anyone has to do with being treated or not.

When I went to the ER, I realized I might have to wait & that even tho I knew what my condition was and what would help, I would need to have a doctor examine me before prescribing medication. I did not expect to be told my situation didn't warrant acute care. (my impression, not actual wordage).

---Fold Here First---

MPS

SGQ
Unit 0530
APO AA 34001

---Fold Here Second---

1363

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

**Please Circle Applicable Items:** Active Duty USAF | Guard USA | Reserve USN | Retired USMC | Dependent USCG | Civilian

**Please Circle Clinic Visited:** Dental, Flight Medicine, Immunizations, Internal Medicine, Mental Health, Nutritional Medicine, OB/Gyn, Optometry, Orthopedics, Pediatrics, Physical Exams, Primary Care, Surgery, Military Public Health

## ACCESS / AVAILABILITY

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Accessibility of telephone lines | 5 | 4 | 3 | 2 | 1 |
| Availability of appointments/follow-up appointments | 5 | 4 | 3 | 2 | 1 |
| Availability of medical/dental records | 5 | 4 | 3 | 2 | 1 |
| Availability of providers and/or technicians | 5 | 4 | 3 | 2 | 1 |

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Promptness of reception | 5 | 4 | 3 | 2 | 1 |
| Waiting time to initial screening | 5 | 4 | 3 | 2 | 1 |
| Waiting time to see provider and/or technician | 5 | 4 | 3 | 2 | 1 |
| Length of appointment | 5 | 4 | 3 | 2 | 1 |

## STAFF SENSITIVITY

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Courtesy and friendliness of staff | 5 | 4 | 3 | 2 | 1 |
| Helpfulness and thoroughness of staff | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition/treatment | 5 | 4 | 3 | 2 | 1 |
| Confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Adequacy of parking | 5 | 4 | 3 | 2 | 1 |
| Adequacy of waiting areas | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of facility | 5 | 4 | 3 | 2 | 1 |
| Location of facility | 5 | 4 | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| How well the care provided met your needs | 5 | 4 | 3 | 2 | 1 |
| Overall quality of care and services received | 5 | 4 | 3 | 2 | 1 |

Please comment on the rating you gave above for "Overall quality of care and services received." ____________

Who gave you really outstanding service? Major Webster

Who gave you poor or inadequate service? ____________

(OVER)

1269

Who gave you outstanding service? ____________ poor service? Maine Webster

Please tell us how: The provider was unwilling to ~~[illegible]~~ listen to what I was saying. I have Hayfever and I'm fully aware of what's going on with my body. I requested the same medicine I've been taking for 10 years. She told me it wasn't available at that time. I explained to her I work nights and would appreciate if she would write the computer a prescription so I wouldn't have to go to sick call. She refused

If you could change something about your visit, what would it be? The Provider

If you wish to be contacted regarding your visit, please write your name and telephone number below.

NAME: Brian Denmark TELEPHONE NUMBER: 2699984

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

FOLD HERE

MPS

SGOPE
UNIT 0530
APO AA 34001

30

Who gave you outstanding service? ______ poor service? The whole staff

Please tell us how: we arrived at noon did not recieve service until 1700. then waited another hour. our son of 9 mo. Doctor Webster was absent minded, and not recieving finding a temperature over a hundred and not proper attention.

VERY Dissatisfied waited over 6 hours for service

If you could change something about your visit, what would it be? NOT Have waisted my time !!! gotten a bilingual friend to take me to a more efficient Panamanian hospital yes and payed for it.

If you wish to be contacted regarding your visit, please write your name and telephone number below.

NAME: Kenneth R. Teel TELEPHONE NUMBER: 269-1069 # 716

PLEASE CALL ME !!!

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

FOLD HERE

MPS

SGOPE
UNIT 0530
APO AA 34001

1371

DEPARTMENT OF THE AIR FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

**Department of Emergency Services**

TYPE OF VISIT/SERVICE Sx high fever 3 days DATE 27 OCT 97

Please circle applicable items: Active Duty Retired Dependent Civilian

USAF USA USN USMC Coast Guard

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | 3 | 2 | 1 |
| Waiting time before screening | 5 | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | 1 |

## STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | 3 | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of area | 5 | 4 | 3 | 2 | 1 |
| Availability of reading material | 5 | 4 | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

Who gave you outstanding service? ______________ poor service? Webster

Please tell us how: waited 21 hrs for paperwork that took 5 mins. she was unaware of how to operate the computer. was only doctor avaliable

If you could change something about your visit, what would it be? ______________

If you wish to be contacted regarding your visit, please write your name and telephone number below.

ᴵE: ______________ TELEPHONE NUMBER: ______________

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

FOLD HERE

MPS

SGOPE
UNIT 0530
APO AA 34001

373

**DEPARTMENT OF THE AIR FORCE**
**MTH MEDICAL OPERATIONS SQUADRON (ACC)**
**HOWARD AFB, PANAMA**

**Department of Emergency Services**

**TYPE OF VISIT/SERVICE** ER **DATE** 4 Oct

Please circle applicable items: Active Duty Retired Dependent Civilian

USAF USA USN USMC Coast Guard

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | 3 | 2 | 1 |
| Waiting time before screening | 5 | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | 1 |

## STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | 3 | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of area | 5 | 4 | 3 | 2 | 1 |
| Availability of reading material | 5 | 4 | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

1374

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

8 May 98

.MEMORANDUM FOR LT COL ADDISON

FROM: SrA Douglas Brook

RE: Patient Daniel Carlson

On 7 May 98 at 2334 SSG Daniel Carlson reported in to the Emergency room. Ms Barbara Caesar took the patients vital signs and then promptly reported the patients condition to Maj (Dr) Webster, which I witnessed. I later saw the patient in the ER waiting area appearing in no distress. At 0045 I was asked by Dr. Webster as to the whereabouts of the patient, we did a visaul check of building 192 with no avail. It was then deducted that the patient left without being seen.

Douglas W. M. Brook, SrA, USAF

1325

Another Interesting Conversation c̄ Dr Webster.

2 Peds were checked in, Both were pre-booked Appts @ 0920 and 1000. Notes on chart for Dr to Screen / Triage & Refer if Indicated. At same Time there is a Pt c̄ Abd pain (I.V ordered) and Pt c̄ New Knee trauma (waiting) and Pt with Diverticulitis (T, H pos, waiting). Dr Webster opted to see both peds first. when I asked her about this she said:

1) She did not Realize what order the patients arrived
2) she had not looked over the charts to assess urgency, she Just grabbed a chart
3) She would Rather not turn anyone away and felt they could just wait.
4) she wanted the clerks to make patients take appointments without her involvement
   - I told we offer & encourage but its up to the MD to Refer if patient insists on ER

- I told her of Importance of utilizing Appointments If available & appropriate. She said she would try to Refer Patients in future

CAPT S

1276

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 24TH MEDICAL GROUP (ACC)**
**HOWARD AFB, PANAMA**

8 May 98

.MEMORANDUM FOR LT COL ADDISON

FROM: SrA Douglas Brook

RE: Patient Daniel Carlson

On 7 May 98 at 2334 SSG Daniel Carlson reported in to the Emergency room. Ms Barbara Caesar took the patients vital signs and then promptly reported the patients condition to Maj (Dr) Webster, which I witnessed. I later saw the patient in the ER waiting area appearing in no distress. At 0045 I was asked by Dr. Webster as to the whereabouts of the patient, we did a visaul check of building 192 with no avail. It was then deducted that the patient left without being seen.

Douglas W. M. Brook, SrA, USAF

1377