DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 24TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

PRIMARY CARE CLINIC

TYPE OF VISIT/SERVICE Sport Physical DATE 2/6/98

Please Circle Applicable Items: Active Duty Retired Dependent (circled) Civilian

USAF USA USN (circled) USMC Coast Guard

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| **AVAILABILITY / ACCESS** | | | | | |
| Accessibility of telephone lines | 5 | **4** | 3 | 2 | 1 |
| Availability of appointments | 5 | 4 | **3** | 2 | 1 |
| Availability of providers | 5 | 4 | 3 | **2** | 1 |
| Availability of services | 5 | 4 | **3** | 2 | 1 |
| **TIMELINESS** | | | | | |
| Waiting time for registration | 5 | 4 | **3** | 2 | 1 |
| Waiting time before screening | **5** | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | **1** |
| Length of appointment | 5 | 4 | 3 | 2 | **1** |
| **STAFF SENSITIVITY** | | | | | |
| Clinic staff courtesy | 5 | 4 | **3** | 2 | 1 |
| Clinic staff helpfulness | 5 | 4 | **3** | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |
| **PHYSICAL ENVIRONMENT** | | | | | |
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of clinic areas | 5 | 4 | 3 | 2 | 1 |
| Ease of finding the providers' offices | 5 | 4 | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | 4 | 3 | 2 | 1 |
| **CUSTOMER SATISFACTION** | | | | | |
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |
| | 5 | 4 | 3 | 2 | 1 |

(OVER)

398

HEADQUARTERS 24TH MEDICAL ...
HOWARD AFB, PANAMA

PRIMARY CARE CLINIC

TYPE OF VISIT/SERVICE ER DATE 11-12-97

Please Circle Applicable Items: Active Duty Retired Dependent Civilian

USAF USA **(USN)** USMC Coast Guard

(Circled responses shown in bold with parentheses.)

| AVAILABILITY / ACCESS | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Accessibility of telephone lines | 5 | 4 | **(3)** | 2 | 1 |
| Availability of appointments | 5 | 4 | **(3)** | 2 | 1 |
| Availability of providers | 5 | 4 | **(3)** | 2 | 1 |
| Availability of services | 5 | **(4)** | 3 | 2 | 1 |

| TIMELINESS | | | | | |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | **(4)** | 3 | 2 | 1 |
| Waiting time before screening | 5 | **(4)** | 3 | 2 | 1 |
| Promptness of provider | **(5)** | 4 | 3 | 2 | 1 |
| Length of appointment | 5 | **(4)** | 3 | 2 | 1 |

| STAFF SENSITIVITY | | | | | |
|---|---|---|---|---|---|
| Clinic staff courtesy | **(5)** | 4 | 3 | 2 | 1 |
| Clinic staff helpfulness | 5 | **(4)** | 3 | 2 | 1 |
| Respect for confidentiality and privacy | **(5)** | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | **(3)** | 2 | 1 |

| PHYSICAL ENVIRONMENT | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | **(4)** | 3 | 2 | 1 |
| Cleanliness of clinic areas | **(5)** | 4 | 3 | 2 | 1 |
| Ease of finding the providers' offices | **(5)** | 4 | 3 | 2 | 1 |
| Availability of reading material in waiting areas | 5 | **(4)** | 3 | 2 | 1 |

| CUSTOMER SATISFACTION | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | **(1)** |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |
| | **(5)** | 4 | 3 | 2 | 1 |

(OVER)

1399

Please tell us how: Dr. Webster was very, very forgetful [illegible] [illegible] waiting [illegible] from 3:30 pm to 11:30 pm it was not call for wrong Dinost and [illegible]. need Better Doctor who know what they are doing

If you could change something about your visit what would it be? Please get someone in the the Clinic who Kown H[illegible]! going on. Because I'm a long long [illegible] way from Home. If she cant get the job done please get someone who know what they are doing Thank you.

If you wish to be contacted regarding your visit, please write your name and telephone number:

NAME: Samantha Houston TELEPHONE NUMBER: 2843535

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

Please contacted soon as you can

---FOLD HERE---

MPS

SGOFMG

UNIT 0530
APO AA 34001

---FOLD HERE---

140

# DEPARTMENT OF THE AIR FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

## Department of Emergency Services

TYPE OF VISIT/SERVICE ____________________ DATE 11/10/97

Please circle applicable items: Active Duty Retired Dependent Civilian

USAF USA USN USMC Coast Guard

### TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | 3 | 2 | 1 |
| Waiting time before screening | 5 | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | 1 |

### STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | 3 | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |

### PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of area | 5 | 4 | 3 | 2 | 1 |
| Availiability of reading material | 5 | 4 | 3 | 2 | 1 |

### CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

**DEPARTMENT OF THE AIR FORCE**
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

**Department of Emergency Services**

**TYPE OF VISIT/SERVICE** ER **DATE** 16 Oct 97

Please circle applicable items: Active Duty Retired Dependent Civilian

USAF USA USN USMC Coast Guard

**TIMELINESS**

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | 3 | 2 | 1 |
| Waiting time before screening | 5 | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | 1 |

**STAFF SENSITIVITY**

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | 3 | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |

**PHYSICAL ENVIRONMENT**

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of area | 5 | 4 | 3 | 2 | 1 |
| Availiability of reading material | 5 | 4 | 3 | 2 | 1 |

**CUSTOMER SATISFACTION**

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

1401

# DEPARTMENT OF THE AIR FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

**Department of Emergency Services**

TYPE OF VISIT/SERVICE ______________ DATE 11 NOV 97

Please circle applicable items: (Active Duty) Retired Dependent Civilian

(USAF) USA USN USMC Coast Guard

| TIMELINESS | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | (4) | 3 | 2 | 1 |
| Waiting time before screening | 5 | (4) | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | (3) | 2 | 1 |

| STAFF SENSITIVITY | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | (4) | 3 | 2 | 1 |
| Staff helpfulness | 5 | (4) | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | (4) | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | (3) | 2 | 1 |

| PHYSICAL ENVIRONMENT | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | (4) | 3 | 2 | 1 |
| Cleanliness of area | 5 | (4) | 3 | 2 | 1 |
| Availiability of reading material | 5 | (4) | 3 | 2 | 1 |

| CUSTOMER SATISFACTION | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | (3) | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | (2) | 1 |

(OVER)

1407

Who gave you outstanding service? ______ poor service? Major Webster

Please tell us how: The provider was unwilling to ~~[illegible]~~ listen to what I was saying. I have Hayfever and I'm fully aware of what's going on with my body. I requested the same medicine I've been taking for 10 years. She told me it wasn't available at that time. I explained to her I work nights and would appreciate if she would put into the computer a prescription so I wouldn't have to go to sick call. She refused

If you could change something about your visit, what would it be? The Provider

If you wish to be contacted regarding your visit, please write your name and telephone number below.

NAME: Brian Denmark TELEPHONE NUMBER: 2699984

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

FOLD HERE

MPS

SGOPE
UNIT 0530
APO AA 34001

1403

# DEPARTMENT OF THE AIR FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

## Department of Emergency Services

TYPE OF VISIT/SERVICE ER DATE 16 Oct 97

Please circle applicable items: Active Duty Retired Dependent Civilian

USAF USA USN USMC Coast Guard

## TIMELINESS

| | Outstanding | Excellent | Satisfactory | Marginal | Unsatisfactory |
|---|---|---|---|---|---|
| Waiting time for registration | 5 | 4 | 3 | 2 | 1 |
| Waiting time before screening | 5 | 4 | 3 | 2 | 1 |
| Promptness of provider | 5 | 4 | 3 | 2 | 1 |

## STAFF SENSITIVITY

| | | | | | |
|---|---|---|---|---|---|
| Staff courtesy | 5 | 4 | 3 | 2 | 1 |
| Staff helpfulness | 5 | 4 | 3 | 2 | 1 |
| Respect for confidentiality and privacy | 5 | 4 | 3 | 2 | 1 |
| Provider's explanation of your condition and treatment | 5 | 4 | 3 | 2 | 1 |

## PHYSICAL ENVIRONMENT

| | | | | | |
|---|---|---|---|---|---|
| Adequacy of waiting area | 5 | 4 | 3 | 2 | 1 |
| Cleanliness of area | 5 | 4 | 3 | 2 | 1 |
| Availiability of reading material | 5 | 4 | 3 | 2 | 1 |

## CUSTOMER SATISFACTION

| | | | | | |
|---|---|---|---|---|---|
| Professionalism of staff | 5 | 4 | 3 | 2 | 1 |
| Care received from staff | 5 | 4 | 3 | 2 | 1 |

(OVER)

404

Who gave you outstanding service? ______ poor service? Webster

Please tell us how: waited 2 1/2 hrs for paperwork that took 5 mins. she was unaware of how to operate the computer, was only doctor available

If you could change something about your visit, what would it be? ______

If you wish to be contacted regarding your visit, please write your name and telephone number below.

NAME: ______ TELEPHONE NUMBER: ______

Please drop this in the questionnaire box, or fold, staple and drop in the MPS mailbox.

FOLD HERE

MPS

SGOPE
UNIT 0530
APO AA 34001

1405

o: webstewp@SGOF@HOWA
c: mccrarje@SGOF@HOWA
mendezt@SGOF@HOWA
addisomw@SGN@HOWA
robbinmp@SGA@HOWA
scc: Elvira DeLeon@SGHQ@HOWA
rom: Mark P. Robbins@SGA@HOWA
ubject: Phone number on Consult
)ate: Wednesday, November 12, 1997 at 2:32:51 pm EST
ttach:
certify: Y

Dr Webster, I am presently having to review a fracture followup patient (paperwork only- no live patient) on a consult you sent to Paitilla. Here is what you did not do:
1. Stipulate who or what service eg Ortho or ER or by name consult. NOT DONE
2. Because it was checked as a "Today", you were required to note on the consult which "provider-to-provider" you discussed this. NOT DONE
3. Despite my message of earlier, you did not put your phone number on it so the receiving physician could contact you. NOT DONE
4. If you have difficulty making arrangements with downtown providers, you should contact either Dr Mendez or Dr Edwin Lopez.
Expect to hear from Drs McCrary and Mendez about proper charting.
Ms DeLeon, put copy of this memo in provider's PAF.
LtC Robbins; C, Med Staff

1406

## 24TH MEDICAL GROUP
# PROVIDER ACTIVITY FILE (PAF)

## PART IV

- Risk Managment

  - serious events, potential or actual malpractice with applicable peer review material

1407

20 May, 1998

MEMORANDUM FOR RECORD

FROM: MDOS/SGOPE

SUBJECT: Maj Wilma P. Webster/unsatisfactory performance as ER provider

1. 14 Oct 97: Customer survey rating of unsatisfactory by AD USA, provider mentioned by name, pt c/o 4 hr wait and providers poor operation of data entry system. (attch#1)

2. 27 Oct 97: Customer survey rating of unsatisfactory by Dep USAF, provider mentioned by name, pt c/o 6 hr wait, very dissatisfied, called provider "absent minded". (attch#2)

3. 11 Nov 97: Customer survey rating of unsatisfactory by AD USAF, provider mentioned by name, pt c/o provider's unwillingness to listen to their problems. (attch#3)

4. 12 Nov 97: Customer survey rating of unsatisfactory by AD USN, provider mentioned by name, provider described as "very, very forgetful", also c/o 8 hr stay in ER, questions of providers competency (attch#4)

5. 12 Nov 97: LtCol Robbins places memo in PAF, noting non-compliance with standard documentation on downtown consults. (attch#5)

6. 30 Nov 97: Chief Emergency Services (ES) has verbal counseling session. see attch#6

7. 25 - 26 Apr 98: Nurse manager documents several cases in which provider showed poor judgment. see attch#7

8. 6 May 98: Received customer care complaint from AD hospital personnel calling provider ".....the most unprofessional and untrained physician I have ever been treated by.". see attch#10

9. 19 May 98: Nurse manager documents problems communicating with provider. see attch#11

10. 15 May 98: Chief ES asked about two LWOBS patient on the previous night shift, providers response was "so what.........who cares?"

11. Provider has over 3 times higher rate of LWOBS than the average. Total from 13Oct97 - 15May98= 28/1086 (2.6%) Also of importance is a similar amount of decline in LWOBS rates and increased patient satisfaction during a period which the provider was not practicing in the ER.

1408

12. Several other non-documented incidents with this provider have occurred in the ER, as well as problems she encountered while in Primary care.

13. As her immediate supervisor I have little confidence in her effectiveness as an emergency provider.

JAMES E. MCCRARY, MAJ, USAF, MC
CHIEF, EMERGENCY SERVICES

DEPARTMENT OF THE AIR FORCE
24TH MEDICAL OPERATIONS SQUADRON (ACC)
HOWARD AFB, PANAMA

v

Howard AFB, 4 February 1998.

MEMORANDUM FOR: Maj.(Dr) Wilma P. Webster

FROM: Teodoro Mendez, M.D.
Chief, Primary Care Clinics Flight

SUBJECT: Letter of Counseling

1. On 29 January 1998 you were informed by Maj (Dr) Burkett, Chief of Family Practice that you needed to finish the medical care of your patients before leaving the clinic for lunch. He also stated that while the FPC routine/acute appointments are every 15 minutes yours are every 30 minutes allowing you time to become acustomed to the different work environment. Your response was "anger laden, loud, physically demonstrative and antagonist".

2. On 2 February 1998 you left your 1100 and 1130 patients waiting for more than an hour while you had lunch at noon. Those patients were seen by the Flight Chief at 1245. At 1800 there was one patient still waiting for you in the lobby of the outpatient clinic; the patient informed the FPC NCOIC that you asked him to wait for you, but you were not in the facility. This constitutes patient abandonment and is not an acceptable provider behaviour.

3. On 3 February 1998 you left your work area, in Primary Care Clinic, to "take lunch" for more than an hour leaving your 1100 and 1130 patients waiting- the same as the day before.

4. Your unprofessional and demonstrative response in public display to the Chief of Family Practice and your attitude towards patient relations and inter-personal relationships are unacceptable for an Air Force Officer and a physician. This behavior will not be tolerated in our organization.

Teodoro Mendez, M.D.
Chief, Primary Care Clinics Flight.

cc: Lt Col Martha Addison, Commander, 24th MDOS
Lt Col Mark Robbins, Chief of Medical Staff, 24th MDG

1st Endorsement:
I acknowlegde receipt of above.

Wilma P. Webster 5 FEB 98
Signature Date

See my response

1410

DEPARTMENT OF THE AIR FORCE
24TH MEDICAL SUPPORT SQUADRON (ACC)
HOWARD AFB, PANAMA

30 November 1997

MEMORANDUM FOR RECORD

FROM: 24 MDOS/SGOME

SUBJECT: COUNSELING SESSION

1. This is a letter of documenting a counseling session given to Major Wilma Webster on 30 November 1997.

2. The following topics were discussed pertaining to poor performance in the Emergency Department during duty as MOD.

3. Excessive patient waiting times. Taking too long to see patients that have waited for a number of hours to see a provider. Waiting times and LWBS (left without being seen) far exceeds other providers in the department.

4. Keeping patients that have been seen in the ED too long before making a final disposition. Pattern of not keeping up with return of tests results and "forgetting" about patients still in the department. Slow to call for consults.

5. Receiving multiple complaints by name on patient satisfaction forms. The department suffers.

6. Several complaints by technicians and nursing staff indicating a lack of confidence in working with provider due to incidences of mis-communication or poor instructions.

7. I indicated that I've seen a pattern of difficulty in handling the work-load in this Emergency Department when alone as sole MOD.

8. I conveyed the need to either change or organize the providers present approach to patient care, as to minimize the above problem areas. ~~We have~~ talked about these problems in the past.

JAMES E. MCCRARY, MAJ, USAF, MC
CHIEF, EMERGENCY SERVICES

1411

# [1] DEPARTMENT OF THE AIR FORCE

24 TH MEDICAL GROUP (ACC)
HOWARD AFB, PANAMA

## INCIDENT REPORT SUMMARY

**(This ECRAF format incorporates the Operational Risk Management (ORM) model into the analysis)**

**Incident (AF form 765) #**__________ **Date:** 2 Ap 98

**1. EVALUATION:**

A. IDENTIFY THE HAZARD: IV Bag medication fluid to patient.

B. ASSESS THE RISK: - a medication not indicated may induce/produce medical problems to the patient

**2. CONCLUSION:**

A. ANALYZE RISK CONTROL MEASURES: - verify medication fluid to pt properly
- verify medication with second person.

**3. RECOMMENDATIONS:**

A. MAKE CONTROL DECISIONS: - MOD needs to show medication and to patient (from the PRMOD cabinet) to the shift leader for double checking.

**4. ACTIONS (IMPROVEMENTS):**

A. RISK CONTROL IMPLEMENTATION: - Implemented immediately.
- Patient involved in the incident was evaluated medically, no side effects of medication.

2 Ap 98
Teodoro Mendez, MD
SGOPL, NI 14
24th MDOS, Howard AFB, PN

**5. FOLLOW-UP:**

DATE reviewed by Environment of Care Committee: __________
DATE reviewed by ECOMS: __________
Risk Manager Signature: __________
Date Incident Closed: __________

SGQ FL 003-10 Feb 1998

[1] THIS DOCUMENT CONTAINS QUALITY ASSURANCE MATERIAL. COPIES, ATTACHMENTS AND INFORMATION THEREFORM WILL NOT BE RELEASED UNDER PENALTIES OF 10 USC 1102.

QUALITY ASSURANCE DOCUMENT - EXEMPT FROM DISCOVERY IAW U.S.C SECTION 1102
DO NOT RELEASE WITHOUT PERMISSION OF HQ USAF/SGO

# MEDICAL TREATMENT FACILITY INCIDENT STATEMENT

OMB No. 0701-0135
Expires: 9-30-97

Public reporting burden for this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, DIOR, 1215 Jefferson Davis Highway, Suite 1204, Arlington VA 22202-4302; and to OMB, Paperwork Reduction Project (0701-0135), Washington DC 20503. Please DO NOT RETURN your form to either of these addresses. Return your completed form to your Supervisor.

MEDICAL FACILITY ADDRESS: 24 MDOS / SGOPE

INCIDENT NUMBER:

## 1. INCIDENT DATA

| TYPE | DATE | TIME | LOCATION |
|---|---|---|---|
| MEDICATION ERROR | 20 Apr 98 | 2200 | HOWARD ER |

## 2. PERSONAL DATA

| PERSON (Last, First, Middle Initial) | SEX | RANK/GRADE | DOB |
|---|---|---|---|
| ORDAZ, ALEXANDRIA N | M [ ] F [X] | | 31 MAR 97 |

| STATUS | SSN | ORGANIZATION |
|---|---|---|
| DEP DAUGHTER USAF | 01/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 | 24 SECURITY FORCES |

SPONSOR (Name and Grade): ORDAZ, PAUL E

RELATIONSHIP TO SPONSOR:

ADDRESS (Street, PO Box, City, State, Zip Code): PSC 1 BOX 4007 APO AA 34001

PHONE NO.: 284-6125

## 3. STATUS

| | | | |
|---|---|---|---|
| [ ] | MEDICAL PERSONNEL | DEPARTMENT | JOB TITLE |
| [ ] | VISITOR/OTHER | REASON FOR BEING IN MEDICAL FACILITY | |
| [ ] | INPATIENT | REGISTER NO. ER LOG # | UNIT/CLINIC: EMERGENCY ROOM / REASON FOR HOSPITALIZATION |
| X | OUTPATIENT | | |

## 4. COMPLETE IF PROPERTY/EQUIPMENT INVOLVED

DESCRIBE PROPERTY/EQUIPMENT: N/A

## 5. COMPLETE IF BED INVOLVED

| | YES | NO | UP | DOWN | ORDERED |
|---|---|---|---|---|---|
| HEIGHT OF BED ADJUSTABLE | | | | | |
| BED RAILS PRESENT | | | | | |
| FOOTSTOOL BY BED | | | | | |

## 6. COMPLETE IF MEDICATION INVOLVED (Medicine Administered)

| DRUG(s) | | ORAL | | INJECTION | | INTRAVENOUS INFUSION |
|---|---|---|---|---|---|---|
| BENADYRL | X | ORAL | | INJECTION | | INTRAVENOUS INFUSION |

7. NARRATIVE OF INCIDENT (Give a concise statement of the facts. DO NOT include opinions or conclusions.)

ABOVE PATIENT WAS SEEN IN HOWARD ER ON 20 Apr 98 AT 1858 HRS BY DR WEBSTER. PATIENT PRESCRIBED TYLENOL EXIXIR 3/4 tsp 4-5 x DAILY. AT 2200 hrs, 20 Apr 98 SPONSOR CALLED ER STATING HE HAD JUST GAVE CHILD MEDICATION BUT THE BOTTLE WAS BENADRYL 12.5mg/mL SYRUP NOT TYLENOL. SPONSOR INSTRUCTED TO RETURN TO ER WITH MEDICATION AND CHILD. DR WEBSTER NOTIFIED OF ERROR. SEE ER LOG # 980420-00033 AND ER LOG 980420-00040. Shelby Russell TSgt

DO NOT FILE OR REFER TO IN MEDICAL RECORDS

Arrival Date/Time: 20 ... 199?0?10?
Trans to Hospital: PRIVATELY OWNED VEHICLE | Time Seen: 1858
History Obtained From: PATIENT | Category: NU

Addr: PSC 1 BOX 4007 APO, AA 34001 | Phone: 284-6125
Sex: FEMALE Age: 12m
Chief Complaint: FEVER, VOMITING

| VITAL SIGNS | | | |
|---|---|---|---|
| Time | 1840 | | |
| BP-SY | / | | |
| BP-DI | / | | |
| Pulse | 140 | | |
| Resp | | | |
| Temp | 101.5 (R) | | |
| WT-Ped | 9Kg | | |

| Orders | Inits | Time |
|---|---|---|
| tc | [illegible] | 1920 |

Medications: Tylenol 0.8cc 1700 hrs 20 Apr 98

Tetanus: Don't Know
Allergies: NO ALLERGIES DOCUMENT

S. 1858 c/o sick x 2 days c fever, vomiting. anorexia also. Vomits 1-2 x daily. No diarrh

O. Interactive child, PERRL, conj pink, tongue moist. Neck supple, pharyn erythema, TM's WNL, heart RRR, lungs clear. Abd soft BS +. Ext - moves all 4 well.

A. Gastroenteritis

P. tylenol.
↑ fluids
Vomiting instruction sheet
P to family - ↑ fruits & veges, regular stress, exercise.

ASSESSMENT/DIAGNOSIS
Gastroenteritis

====== DISPOSITION ======
✓ Home __Full Duty
__Quarters
__24hrs __48hrs __72hrs

Modified Duty Until:
Day:____ Mon:____ Yr:____

Referred to: peds

__Emergency __Today
__72 hours ✓ Routine

Admitted to:

Others:

Condition Upon Release:
__Improved ✓ Unchanged
__Deteriorated
Release Time: 1920

Signature of Provider/Stamp: Wilma P. [illegible] MAJ

Instructions to Patient: tylenol elixir 3/4 tsp 4-5 x daily if needed. Return if worse
Increase fluids
also Vomiting instruction sheet

I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS ____________

01 5?8-27-2765 ORDAZ, ALEXANDRIA N
31 Mar 1997 FEMALE
Loc: ER
Spon: ORDAZ, PAUL E
Unit: ... SECURITY FORCES

F41
W:284-6405
Rank: SRA
RF: OUTPATIENT RECORD

H:284-6125
D:2343415

1414

Arrival Date/Time: 1998... 
Trans to Hospital: PRIVATELY OWNED VEHICLE
History Obtained From: FATHER OF PATI

3rd Party Payer: NO
Time Seen: 2223
Category: N/A

Addr: PSC 1 BOX 4007 APO, AA 34001
Chief Complaint: MEDICATION ERROR

Phone: 284-6125
Sex: FEMALE Age: 1

| VITAL SIGNS | | | |
|---|---|---|---|
| Time | 2222 | | |
| BP-SY | / | | |
| BP-DI | / | | |
| Pulse | 134 | | |
| Resp | 32 | | |
| Temp | 99.3 | | |
| WT-Ped | 9/kg | | |

| Orders | Inits | Time |
|---|---|---|
| | | |

Medications
Tylenol @ 1700
Benadryl @ 2100

Tetanus: unk
Allergies: NKDA
NO ALLERGIES DOCUME

S: 2228 child given benadryl instead of tylenol. Received 3/4 tsp. No new Sx.

O. No change. Child interactive, crying, alert. Breathing well. Good color

A. Substitution of 3/4 benadryl for 3/4 tsp tylenol

P. Given tylenol 3/4 tsp 4-5 a daily prn

ASSESSMENT/DIAGNOSIS
Substitution 3/4 tsp benadryl for tylenol

===== DISPOSITION =====
✓ Home __Full Duty
__Quarters
__24hrs __48hrs __72hrs

Modified Duty Until:
Day:____ Mon:____ Yr:____

Referred to: PCM

__Emergency __Today
__72 hours ✓ Routine

Admitted to:

Others:

Condition Upon Release:
__Improved ✓ Unchanged
__Deteriorated
Release Time: 2230

Signature of Provider: Wilma P. Webster, MD

WILMA P. WEBSTER, MAJ
EMERGENCY PHYSICIAN 44E3
24 MDOS/HAFB, PANAMA

Instructions to Patient:
continue instructions as previously

I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS [signature]

01/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 ORDAZ,ALEXANDRIA N
31 Mar 1997 FEMALE
Loc: ER
Spon: ORDAZ,PAUL E
Unit: 024 SECURITY FORCES

F41
W:284-6405 H:284-6125
Rank: SRA D:2843413
RR: OUTPATIENT RECORDS

1415

# 24TH MEDICAL GROUP
# PROVIDER ACTIVITY FILE (PAF)

## PART V

- Training Information CME 50hrs every 3 yrs.

  - all facility specific training documentation which would otherwise be maintained in Training and Education File if not already maintained in the PCF