1417

# Certificate for Continuing Medical Education

## Wilma Webster, MD

attended

*National Emergency Medicine Board Review*
August 19-22, 1998 in Los Angeles, CA

Sponsored by:
Center for Emergency Medical Education
Emergency Physicians' Medical Group, Inc.
*Emergency Medical Abstracts*
and California Chapter of the American College of Emergency Physicians

August 22, 1998
Date

Susan J. Buntjer, CMP
Signature

Posted

This activity has been planned and implemented in accordance with the Essentials and Standards of the Accreditation Council for Continuing Medical Education through the joint sponsorship of ACEP and the California Chapter of ACEP, and the Center for Emergency Medical Education, *Emergency Medical Abstracts*, and Emergency Physicians' Medical Group, Inc.

The American College of Emergency Physicians is accredited by the Accreditation Council for Continuing Medical Education to sponsor continuing medical education for physicians.

The American College of Emergency Physicians designates this education activity for a maximum of 40 hours in Category 1 credit towards the AMA Physician's Recognition Award. Each physician should claim only those hours of credit that he/she actually spent in the educational activity.

Approved by the American College of Emergency Physicians for 40 hours of ACEP Category 1 credit.

American College of Emergency Physicians 08/27/98
FORESIGHT/Risk Management Education

ACEP ID # 141491

Year # 98

Wilma P Webster, MD
PSC #1 Box 3178
APO AA 34001-3100

| Column Issue | * = Answer Key 1 | 2 | 3 | 4 | 5 | $ Indicates Your Answer 6 | 7 | 8 | 9 | 0 | Percent Correct | CME Credit Hours | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | * $ A | * $ D | * $ D | * $ E | * $ B | * $ D | * $ | * $ | * $ | * $ | 100% | 2.00 | 8/26/98 |

Please retain this form for your records as proof of your CME Credits. ACEP is accredited by the ACCME to sponsor continuing medical education for physicians. ACEP designates this continuing medical education activity for credit hours in Category 1 of the Physicians Recognition Award of the AMA.

1418

Posted

UNIFORMED SERVICES UNIVERSITY
OF THE HEALTH SCIENCES
4301 Jones Bridge Road
Bethesda, MD 20814-4799
Tel: (301) 295-3106
Fax: (301) 295-3110

# CERTIFICATE OF ATTENDANCE

*for*

***MAJ WILMA WEBSTER***

attended the USUHS sponsored course entitled ***PEDIATRIC ADVANCED LIFE SUPPORT PROVIDER COURSE***

*conducted* ***4 - 5 FEBRUARY 1998***, *at* ***24TH MEDICAL GROUP***

USUHS is accredited by the Accreditation Council for Continuing Medical Education to sponsor continuing medical education for physicians.

USUHS designates this continuing medical education activity for 13.5 hours of Category 1 continuing medical education toward the Physician's Recognition Award of the American Medical Association.

The above registrant earned 13.5 credit hour(s).
Each physician should claim only the number of hours that he/she actually spent in the educational activity.

CDR Laura P. Omer, NC, USN
Director
Continuing Education for Health Professionals, USUHS

Course Director

1419

MEDWATCH

THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

# CERTIFICATION OF CONTINUING EDUCATION PARTICIPATION

## WILMA P. WEBSTER, MD

has successfully completed the program

## The Clinical Impact of Adverse Event Reporting

A MedWatch Continuing Education Article

Provided as a service by the Center for Drug Evaluation and Research (CDER), Food and Drug Administration, Rockville, MD 20857

Expiration Date: March 31, 1998

CDER is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to sponsor continuing medical education for physicians. The Center designates this program for 2 credit hours in Category 1 of the Physician's Recognition Award of the American Medical Association.

CDER is approved by the American Council on Pharmaceutical Education as a provider of continuing pharmaceutical education (ACPE Universal Program No. 601-000-96-091-H01). This program meets the ACPE criteria for .2 continuing education units (2 contact hours) in pharmaceutical education.

ACPE®

Dianne L. Kennedy

Dianne L. Kennedy, MPH, RPh
Director, MedWatch

February 10, 1998
Date

Food and Drug Administration, HF-2
5600 Fishers Lane, Rm 9-57
Rockville, MD 20857
301-443-0117, 301-443-5776 (fax)

Correct Answers:
1. B 2. D 3. A 4. C 5. C 6. A 7. D 8. E 9. B 10. E

Missed: #5

[illegible] 1420

DEPARTMENT OF THE AIR FORCE · UNITED STATES OF AMERICA · MCMXLVII

# The United States Air Force



CERTIFIES THAT

**DR. WILMA P. WEBSTER, SSN 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**

HAS SUCCESSFULLY COMPLETED THE

*Pediatric Advanced Life Support Provider Course*
*4-5 February 1998, Howard Air Force Base, Panama*

AND IS HEREWITH AWARDED THIS

# *Certificate of Training*

FEB 5 1998

DATE

*DR. BYRON EFTHIMIADIS*
*Affiliate Faculty Director, PALS*

FORM 1256, NOV 86 Previous edition will be used.

# The American Association of Physician Specialists

This is to certify that

**Wilma Webster, MD**

**Attended the**
**Oral Board Tutorial!**
**Held at**
**The Collman Institute - Boca Raton, Florida**
**September 8-13, 1997**
**earning 42 Hours Category 1 AMA, PRA CME Credits**

Posted

1421

American College of Emergency Physicians 09/26/97
FORESIGHT/Risk Management Education

ACEP ID # 141491

Year # 97

Wilma P Webster, MD
PSC #1 Box 3178
APO AA 34001

Column * = Answer Key ———— $ Indicates Your Answer

| Issue | 1 * | 1 $ | 2 * | 2 $ | 3 * | 3 $ | 4 * | 4 $ | 5 * | 5 $ | Percent Correct | CME Credit | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | | D | | C | | A | C | D | | B | 80% | 1.50 | 9/26/97 |
| 42 | | C | B | C | | B | | C | C | D | 60% | 1.50 | 8/13/97 |

Please retain this form for your records as proof of your CME Credits. ACEP is accredited by the ACCME to sponsor continuing medical education for physicians. ACEP designates this continuing medical education activity for credit hours in Category 1 of the Physicians Recognition Award of the AMA.

1422

## 24TH MEDICAL GROUP
# PROVIDER ACTIVITY FILE (PAF)

## PART VI

- Other Data

  - appointment letters for significant additional duties
  - health documents
  - copies or titles of scientific presentations
  - participation in community health education
  - etc.
  - CV

1423

# DEPARTMENT OF THE AIR FORCE
# WILFORD HALL MEDICAL CENTER (AETC)

20 November, 1998

MEMORANDUM FOR DR. JACK SAYLOR, MMB

FROM: MMCNB

SUBJECT: Social and Industrial Impairment Ratings for Maj Wilma Webster, 20-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

1. I have consulted with Dr. Joe Chozinski on social and industrial impairment ratings for Maj Wilma Webster. Her difficulties lead to marked military impairment and disqualify her for world wide duty. I would rate her social and industrial impairment as severe. Although she may be employable, I doubt that she can continue with her practice of medicine safely and competently. Furthermore, her difficulties have produced considerable social impairments. Her social judgment has been questionable and has contributed to patient and staff complaints. She may require continual outpatient psychotherapy to help her adapt to and compensate for her deficits. I suspect her disqualification from military duties and the threat to her continued practice of medicine may lead to considerable emotional despair and even significant depression. She may become unstable and present as a suicide risk.

2. She has demonstrated considerable denial and minimization of her medical condition and associated emotional, cognitive, social, and behavioral impairments. I concur with Dr. La Macchia who stated that Dr. Webster is not aware of the magnitude of her deficits. She may continue to argue for her competence to practice medicine in spite of evidence to the contrary. She may have difficulty tracking and accepting the results of the MEB process. Her competence to participate in this process was not formally evaluated but should be monitored by the board members.

BRIAN R. CAMPBELL, Lt Col, USAF, BSC
Vice Chairman, Department of Psychology

E-mail address: campbell_b@whmc.af.mil

1424

NOV-24-1998 10:22

P.01

Phone (210) 292-7231
DSN 554-7231

# facsimile transmittal

To: COLONEL REMMINGTON

Fax: (313) 284-3617

From: TSgt Steve O. Bell

Date: 17 NOV 97

Re: MAJOR WILMA WEBSTER

Pages: 25 (INCLUDING COVER SHEET) 25

CC:

☐ Urgent ☒ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Notes:

[illegible] OFFICE IS FORWARDING THE FOLLOWING PACKAGE ON MAJOR WILMA WEBSTER [illegible]D TO ACCOMPLISH HER CREDENTIALS PACKAGE. THE PACKAGE CONSIST [illegible]OLLOWING. 1. AF FORM 570. 2. NARRATIVE SUMMARY. AND 3. NEURO- [illegible] EVAL. PLEASE REVIEW THE PACKAGE IN ITS ENTIRETY, AND CONFIRM [illegible]ECEIPT OF 25 PAGES. THANK YOU

Steve O Bell

Steve O. Bell, TSgt, USAF
NCOIC, Medical Evaluation Board
WHMC, Lackland AFB, TX

*SENSITIVE INFORMATION*

1425

# NOTIFICATION OF PATIENT'S MEDICAL STATUS

## I. IDENTIFICATION

| NAME OF PATIENT, GRADE, SSAN | DATE | HOUR |
|---|---|---|
| Mrs Wilma Webster 20/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 | 11-9-98 | 1100 |
| | INPATIENT UNIT: 9D | REGISTER NO. |
| | SERVICE: Neurology | PHYSICIAN: Popwell |

## II. REASON FOR REPORT

| | | | |
|---|---|---|---|
| | COMMUNICABLE DISEASE | | VERY SERIOUSLY ILL PATIENT |
| | INJURY INCURRED AFTER ADMISSION | | SERIOUSLY ILL PATIENT |
| X | ANTICIPATED MEDICAL BOARD/PHYSICAL EVALUATION BOARD ACTION | X | INCAPACITATING ILLNESS OR INJURY |
| | | | REMOVE PATIENT FROM VERY SERIOUSLY ILL, SERIOUSLY ILL OR INCAPACITATING ILLNESS OR INJURY LISTS |
| | PROLONGED HOSPITALIZATION *(90 days or longer)* | | REQUEST MEDICAL RECORDS |
| | | | OTHER *(Specify in remarks)* |
| | DEATH | | |

## III. DIAGNOSIS

Acute Inflammatory Demyelinating Polyradiculoneuropathy

## IV. PROGNOSIS/NEXT OF KIN DATA

| RECOVERY IS | X | EXPECTED | | NOT EXPECTED | | NOT ASSURED. FURTHER OBSERVATION NECESSARY |
|---|---|---|---|---|---|---|

| | YES | NO | | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|---|---|
| PRESENCE OF RELATIVES DESIRED | X | | NEXT OF KIN IS AT BEDSIDE | | X | ORGAN DONOR SITUATION | | X |
| CLEARANCE BY CHIEF OF SERVICE | X | | NEXT OF KIN HAS BEEN NOTIFIED | X | | | | |

| DATE | NAME OF PHYSICIAN | SIGNATURE |
|---|---|---|
| 11-9-98 | R. POPWELL JR. M.D | [signature] |

## V. ACTION BY PATIENT AFFAIRS/ADMINISTRATIVE OFFICER OF THE DAY ON VERY SERIOUSLY ILL, SERIOUSLY ILL, INCAPACITATING ILLNESS OR INJURY, AND DEATH CASES

| ACTION | DATE | HOUR | ACTION | DATE | HOUR |
|---|---|---|---|---|---|
| REPORT RECEIVED | | | HOSPITAL PERSONNEL NOTIFIED *(Specify below)* | | |
| BASE PERSONNEL RESPONSIBLE FOR CASUALTY NOTIFICATION ADVISED | | | | | |
| OTHER BASE PERSONNEL NOTIFIED *(Specify below)* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REMARKS

| DATE | NAME OF PATIENT AFFAIRS/ADMINISTRATIVE OFFICER OF THE DAY | SIGNATURE |
|---|---|---|
| | | |

1426

# MEB Narrative Summary

November 7, 1998
10:59:00

**INTRODUCTION:**

Major Wilma P. Webster, MD (20572543446) is a 57-year-old, right handed, European-American, female followed in neurology clinic at WHMC by Dr. Gary Gronseth for probable Multiple Sclerosis.

**HISTORY:**

**Present Illness:**

Dr. Webster initially presented for neurology consultation on September 25, 1998 because of performance related occupational difficulties.

Per Dr. Gronseth's note:

*The member underwent a command-directed mental health evaluation on or about July 98 because of alleged problems with her performance as a physician. Work up by a psychologist and neuropsychologist indicated cognitive dysfunction suggestive of a possible subcortical illness.*

*At that time Dr Webster denied cognitive difficulty of any sort. She denied any change in her thinking or memory abilities.*

*The patient does have a history of previous neurologic symptoms. These are well documented in Medical-Evaluation-Board material form 1993. Briefly, the patient was diagnosed with multiple sclerosis based on a history of prior unexplained neurologic symptoms, CSF Obands and increased IgG index, and an MRI showing multifocal subcortical white matter lesions. Dr Webster challenged the diagnosis of multiple sclerosis and was returned to duty. Additionally, in 1993 the patient had neuropsych testing wherein the possibility of a cognitive disorder was raised. A performance verbal IQ discrepancy was noted. One neuropsycologists commented at that time that her verbal-performance IQ differential may " may reflect her long-term (habitual) mode of cognitive functioning...".*

*Her neurologic symptoms are summarized below.*

*1973: Bilateral lower facial paralysis associated with vertigo and double vision lasting about 1 month and resolving*

*1973: A separate episode of poor balance while bending over associated with vertigo and nausea. Vertigo resolved after 1 week*

*1991: Couldn't tell the difference between hot and cold in her legs, resolved after 1 week*

*1992: Lancinating pains left face trigeminal neuralgia entertained, pain resolved after a bad tooth fell out*

*1992: Near constant double vision for about 1 month that resolved. Eventually diagnosed as a "broken phoria"*

*No neurologic complaints since*

*I can find no documented evidence of abnormal neurologic signs except for annotations of possible extensor plantar responses (vs withdrawal).*

Dr. Webster presented this admission via aerovac from her vacation in Turkey where she developed a flu-like illness that progressed into severe muscle weakness over the course of a few days. Reportedly she was doing well until Oct. 3, 1998 when she developed diarrhea followed by a sore throat, and stuffy nose. This persisted and an irritable cough was added on Oct. 6. only to be followed by insomnia, facial pain and

| | | |
|---|---|---|
| ☐ HISTORY & PHYSICAL EXAMINATION (SF 604, SF 605, & SF 506)<br>☐ CONSULTATION SHEET (SF-513)<br>☐ CHRON RECORD OF MEDICAL CARE - (SF 600)<br>☐ PROGRESS NOTE (SF 509) | ☐ OPERATION REPORT (SF 516)<br>☐ NARRATIVE SUMMARY (SF 502)<br>☐ AUTOPSY PROTOCOL (SF 503)<br>☐ | NAME: Wilma Webster<br>REGISTER NO.: DOB: 06-Jul-1941<br>SSN: 20-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<br>UNIT: AD<br>DATE DICT:<br>DATE TYPED: 03-Nov-1998 1427 |

MEDICAL RECORD REPORT

OPTIONAL FORM 275 (12 77)
Prescribed by GSA and 1 CMR
FPMR (41 CFR) 101 11 806 6

60275 101 Computer Rev. Jun 94

discomfort in the teeth two days later. She reports feeling miserable at that time but was still fighting her illness. By Oct. 14 she began to notice shortness of breath and a "big belly" which she initially attributed to overeating, but subsequently realized was due to weak abdominal musculature. The next day she began to have weakness in her legs and noticed increasing urinary frequency. This worsened to the point where she couldn't walk by Oct. 17 and was beginning to have difficulty using her upper extremities as well. At that time she sought medical care and by 18 Oct. was hospitalized in Istanbul.

She was evaluated by a neurologist in Istanbul who found her to be areflexic except for bilateral Babinski reflexes and with both upper and lower extremity muscle weakness in a proximal-weaker-than-distal pattern. Nerve conduction velocities were conducted and were c/w acquired demyelinating polyneuropathy. Lumbar puncture was done and demonstrated an elevated protein of 69 and 20 mononuclear cells. She was also found to have a E.Coli. urinary tract infection and was initiated on Ciprofloxacin 500mg po bid.

She was assigned a diagnosis of Guillain-Barre Syndrome and was given a five-day course of intravenous immunoglobulin (IVIG). Physical therapy was initiated. Her initial complaints of SOB and cough resolved, and her upper extremity muscle weakness greatly improved prior to her transfer to WHMC.

Of note, because of her history, consideration was given to possible diagnosis of MS, and imaging studies were done to assist in such w/u. These yielded non-enhancing peri-ventricular demyelinating plaques from 2-8mm, a 10x8mm meningioma in the R medial temporal area, and two plaques in the cervical spine. CSF for O-bands as a multitude of other studies were pending at the time of her transfer.

On admission, the patient reported greatly improved strength in her upper extremities, but was still extremely weak in her lower extremities. She denied any vision changes, headache, facial numbness/weakness, difficulty swallowing/phonating, focal numbness or dysethesia, vertigo, dizziness. She reported the constitutional symptoms as above had largely resolved.

**Past History:** Keratoconjunctivitis sicca, varicose veins, glaucoma, spina bifida oculta, carpal tunnel syndrome and left SP release with resolution of symptoms, dysplasia on PAP smear.

**Medications:** Timoptic 0.25%, Heparin sq, Cipro 500 bid.

**Allergies:** TCN

**Habits:** None smoker. 1 glass of a day.

**Family History:** No history of similar neurological complaints or disease.

**Review of Systems:** See above in summary.

09 NOV REC'

**PHYSICAL EXAMINATION (On Admission):**

| | | |
|---|---|---|
| ☐ HISTORY & PHYSICAL EXAMINATION (SF 504, SF 505, & SF 506) | ☐ OPERATION REPORT (SF 516) | NAME: Wilma Webster |
| ☐ CONSULTATION SHEET (SF-513) | ☐ NARRATIVE SUMMARY (SF 502) | REGISTER NO. DOB: 06-Jul-1941 / SSN 20-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 |
| ☐ CHRON RECORD OF MEDICAL CARE - (SF 600) | ☐ AUTOPSY PROTOCOL (SF 503) | UNIT AD |
| ☐ PROGRESS NOTE (SF 509) | ☐ | DATE DICT / DATE TYPED 03-Nov-1998 1428 |

MEDICAL RECORD REPORT

OPTIONAL FORM 275 (12 77) Prescribed by GSA and 1 CMR

50275 101 Computer Rev. Jun 94

**General:** Middle-aged white female in NAD.

**HEENT:** Normocephalic and atraumatic, no alopecia, no scleral or conjunctival abnormalities, disc sharp bilaterally with spontaneous venous pulsations present, left TM slightly erythematous with serous fluid and bubbles behind membrane, nares and oropharynx without lesions or erythema, no jugular venous distension, no lymphadenopathy, no carotid bruits.

**Cardiovascular:** Regular rate and rhythm without obvious murmur, gallop, or rub.

**Lungs:** Clear to ausciltation bilaterally.

**Abdomen:** Bowel sounds in all four quadrants, non-tender, non-distended, soft, no masses, no hepatosplenomegaly.

**Extremities:** No clubbing or cyanosis. Trace edema at ankles bilaterally. Moderate varicosities in lower extremities bilaterally.

**Mental Status:** History consistent and coherent. Speech fluent and not dysarthric. Comprehension normal. Intellect appeared consistent with background. Mood appropriate, normal affective range. Patient did use notes she had written earlier to provide accurate dates of disease progression.

**Cranial Nerves:** Visual fields full to confrontation without extinction. Pupils 4 mmR, 4.5 mmL, both reactive to light. Relatively large commitant exophoria at near. No evidence of an INO. No ptosis. Extraocular movements full conjugate, without nystagmus. Facial strength normal and symmetric. Tongue and palate move in the mid line. Hearing intact to voice. Discs sharp.

**Motor:** Strength 4/5 deltoids, 5/5 triceps, 5-/5 biceps, 4+/5 wrist extensors/flexors, 4+/5 hand intrinsics, 2/5 illiopsoas, 3/5 hamstrings, 2/5 quadriceps, 4/5 dorsiflexors and 5/5 plantar-flexors. No fix or drift. Normal tone and bulk throughout.

**Reflexes:** DTR's absent at knee, ankle, and RUE. 1+ in LUE. Plantar response extensor bilaterally.

**Complex motor:** Finger-nose-finger and heel-shin accurate. Normal fine finger movements and rapid alternating movements.

**Gait:** Deferred.

## ANCILLARY DATA:

**Laboratory:**

09 Oct 98 @ 1200 (Coll) CEREBROSPINA

OLI BAND. . . . . . . . . . .

PRESENT 4 BANDS

| | | | |
|---|---|---|---|
| IGG CSF . . . . . . . . | 3.75 | (0-5.8) | MG/DL |
| ALB CSF . . . . . . . . | 16.10 | (10.0-31.0) | MG/DL |

☐ HISTORY & PHYSICAL EXAMINATION (SF 504, SF 505, & SF 500)
☐ CONSULTATION SHEET (SF-513)
☐ CHRON RECORD OF MEDICAL CARE - (SF 600)
☐ PROGRESS NOTE (SF 509)
☐ OPERATION REPORT (SF 516)
☐ NARRATIVE SUMMARY (SF 502)
☐ AUTOPSY PROTOCOL (SF 503)
☐

NAME: Wilma Webster

REGISTER NO.: DOB: 06-Jul-1941

SSN: 20-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

UNIT: AD

DATE DICT:

DATE TYPED: 03-Nov-1998

1429

MEDICAL RECORD REPORT

IGG SER . . . . . . . 1070.00
ALB SER . . . . . . . 3780.00
IGG INDX . . . . . . . 0.82 H (0.34-0.66)
ALB INDX . . . . . . . 4.26 (0-9.0)
IGG SYN . . . . . . . . 4.46 (-9.24-5.88) MG/DAY

28 Sep 98 @ 1700 (Coll) CEREBROSPINA
GLU,CSF . . . . . . . . 58 (40-70) MG/DL

28 Sep 98 @ 1700 (Coll) CEREBROSPINA
APPEAR . . . . . . . . CLEAR
COLOR . . . . . . . . COLRLES
RBC . . . . . . . . . . 27 /CMM
NUC CELL . . . . . . . 0 (0-5) /CMM
PATHBODY . . . . . . . . CONCUR

25 Aug 98 @ 0001 (Coll) PAP SMEAR(UNKNOWN)
SOURCE OF SPECIMEN:
CERVICAL CYTOLOGIC MATERIAL (CERVICAL)
+ Smears Received: 1
CLINICAL DIAGNOSIS AND HISTORY:
Previous Cytology Dx: 4/98 LGSIL ECC 7/98 SHOWED MINIMAL TO MODERATE DYSPLASIA
Cytology Comment: HOW 1972 PR:HERRERA CH:G4P2
FINAL DIAGNOSIS:
CERVICAL CYTOLOGIC MATERIAL:
SATISFACTORY FOR EVALUATION.
ENDOCERVICAL COMPONENT SEEN.
EPITHELIAL CELL ABNORMALITIES.
ATYPICAL SQUAMOUS CELLS OF UNDETERMINED SIGNIFICANCE.

22 Jul 98 @ 0800 (Coll) BLOOD
LEAD SCREEN . . . . . . 5 (0-40) ug/dL

28 Apr 98 @ 0001 (Coll) PAP SMEAR(UNKNOWN)
SOURCE OF SPECIMEN:
CERVICAL CYTOLOGIC MATERIAL (CERVICAL)
. Smears Received: 1
CLINICAL DIAGNOSIS AND HISTORY:
L.M.P. Date: 1991
Cytology Comment: HOW 879 PR:HERRERA CH:G4P2 ROUTINE PE:WNL
FINAL DIAGNOSIS:
CERVICAL CYTOLOGIC MATERIAL:
SATISFACTORY FOR EVALUATION.
ENDOCERVICAL COMPONENT SEEN.
EPITHELIAL CELL ABNORMALITIES.
LOW GRADE SQUAMOUS INTRAEPITHELIAL LESION: MILD DYSPLASIA.

## Radiographic Studies:

UNENHANCED BRAIN AND CERVICAL SPINE MRI SCAN, 25SEP98.

HISTORY: The patient is a 57-year-old female with multiple sclerosis diagnosed in 1992, now with occupational difficulties, performance related. Psylogical testing showed cognitive dysfunction. suggestive of subcortical

☐ HISTORY & PHYSICAL EXAMINATION (SF 504, SF 505, & SF 506)
☐ CONSULTATION SHEET (SF-513)
☐ CHRON RECORD OF MEDICAL CARE - (SF 600)
☐ PROGRESS NOTE (SF 509)
☐ OPERATION REPORT (SF 516)
☐ NARRATIVE SUMMARY (SF 502)
☐ AUTOPSY PROTOCOL (SF 503)
☐

NAME: Wilma Webster
REGISTER NO.: DOB: 06-Jul-1941
SSN: 20-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
UNIT: AD
DATE DICT:
DATE TYPED: 03-Nov-1998

# Electromyography Report

1998-11-02
15:22:26

**ID:** Dr Wilma Webster (20572543446) is a 57-year-old female.

**Introduction:** She presents for electrophysiologic evaluation because of R/O AIDP.

Nerve Conduction Studies

| S | Nerve Study | Latency Result | Latency Normal | Amplitude Result | Amplitude Normal | Conduction Velocity Result | Conduction Velocity Normal |
|---|---|---|---|---|---|---|---|
| R | Post Tib F-wave ankle | 51.1 | | | | | |
| L | Peroneal CMAP EDB | 5.0 | < 6.6 msecs | 6.6 | > 2 mVolts | 46 | > 42 M/sec |
| R | Peroneal CMAP EDB | 4.1 | < 6.6 msecs | 6.4 | > 2 mVolts | 48 | > 42 M/sec |
| R | Post. Tibial CMAP AH | 4.7 | < 6.6 msecs | 9.9 | > 2 mVolts | 45 | >42 M/sec |
| L | Post. Tibial CMAP AH | 5.1 | < 6.6 msecs | 8.7 | > 2 mVolts | 46 | >42 M/sec |
| L | Post Tib F-wave ankle | 50.1 | | | | | |
| L | Peroneal F-wave ankle | 54.8 | < 57 msecs | | | | |
| R | Peroneal F-wave ankle | 54.3 | < 57 msecs | | | | |
| R | Median F-wave wrist | 25 | < 32 msecs | | | | |

**Summary: Normal Study**

**Impression:** Normal F wave latencies and conduction velocities

**Recommendations:** []

Randall B. King ,COL USAF
Staff Neurologist

| | | |
|---|---|---|
| [] HISTORY & PHYSICAL EXAMINATION (SF 504, SF 505, & SF 506)<br>[] CONSULTATION SHEET (SF-513)<br>[] CHRON RECORD OF MEDICAL CARE - (SF 600)<br>[] PROGRESS NOTE (SF 509) | [] OPERATION REPORT (SF 516)<br>[] NARRATIVE SUMMARY (SF 502)<br>[] AUTOPSY PROTOCOL (SF 503)<br>[] | NAME: Wilma Webster<br>REGISTER NO. DOB: 06-Jul-1941<br>SSN: 20-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<br>UNIT: AD<br>DATE DICT:<br>DATE TYPED: 03-Nov-1998 1431 |

MEDICAL RECORD REPORT

**TO:** Neuropsychology **FROM:** Psychiatry, Howard AFB, Panama **DATE:** 4 Aug 98

**REFERRAL QUESTION:** This 57 year old ADAF 04 ER physician has a previous history of MEB and diagnosis of multiple sclerosis, subsequently disputed by the patient. She was retained in the military. She has more recent performance related occupational difficulties. Psychological and neuropsychological evaluations suggest cognitive dysfunction suggestive of possible subcortical illness. There is also a possible overly of adult ADHD. Additional assessment was requested as part of determining her fitness for duty.

**REFERRING PROVIDER:** Gregory C. Fey, Capt, USAF, MC

**TESTS ADMINISTERED:**

Beck Anxiety Inventory (BAI)
Beck Depression Inventory (BDI)
Boston Naming Test (BNT)
California Verbal Learning Test (CVLT)
Category Fluency (Animals)
Continuous Visual Memory Test (CVMT)
Controlled Oral Word Association Test (COWAT)
Finger Tapping Test (FTT)
Grip Strength
Grooved Pegboard
Hooper Visual Organization Test (VOT)
Judgment of Line Orientation (JLO)
Luria-Nebraska, Motor Scale, Visual Scale
MicroCog
Paced Auditory Serial Addition Test (PASAT)
Rey-Osterrieth Complex Figure Test (CFT)
Shipley Insitute of Living Scale
Spreen Sentence Repetition Test
Stroop Color-Word Task
Symbol Digit Modalities Test (SDMT)
Symptom Check List (SCL-90-R)
Tactual Performance Test (TPT)
Token Test
Trail-Making Test, Parts A & B
Wechsler Adult Intelligence Scale Revised (WAIS-R)
Wechsler Memory Scale, Revised (WMS-R)
Wide Range Achievement Test 3 - Reading, Arithmetic (WRAT3)
Wisconsin Card Sorting Test (WCST)
Woodcock-Johnson Psycho-Educational Battery - Revised (WJR)

**REFERRAL INFORMATION:**

Maj Wilma P. Webster is a 57 year old, right handed, divorced, Caucasian, female with 20 years of education. She was referred by Dr. Fey, Chief of the Howard AFB Mental health Clinic. The reason for the referral involved completing a neuropsychological assessment to determine her fitness for military duty. He also seeks Neurology consultation and MRI. Current rule out diagnosis is cognitive disorder NOS. She was seen as an outpatient on 17-Sep-98.

**DOCUMENT AND INFORMATINO REVIEW.**

1. Outpatient Medical Record
2. Selected mental health chart notes from Dr. Fey
3. MFR by SrA Goode regarding Maj Webster's pre-flight behavior on 15 Sep 98.

1432

4. MFR by SSgt Millington regarding Maj Webster's pre-flight behavior on 16 Sep 98.
5. MFR of 14 Sep 98, Maj Webster
6. MFR of 8 Sep 98, Col O'Neil.
7. MFR of 3 Sep 98, Maj Webster
8. MFR of 17 Sep 98 by Mr. Callender regarding Maj Webster's behavior.
9. MFR of 18 Aug 98, Col O'Neil
10. OPR of 13 Aug 98 (draft)
11. CDE of Maj Webster, written by Maj La Macchia, 14 Jul 98.
12. Neuropsychological Evaluation of Maj Webster, written by Ricardo De Obaldia, Jun 98.
13. MFR of 26 May 98, Col O'Neil.
14. MFR of 20 May 98, Maj McCrary, Chief, Emergency Services
15. Performance Feedback completed by Maj Webster's supervisor, 14 Apr 98.
16. Letter by Henry Raming, Ph.D., of 8 Sep 93.
17. Letter by Maj Webster to MEB, 8 Sep 93.
18. Letter by Arnold Kambly, MD, of 10 Nov 93.
19. MRI Report, 12 Aug 93.
20. MRI of Sep 98

**HISTORY:**

**Subjective Complaints.** The patient began our initial interview by vehemently denying that she has MS. She continues to fear the initiation of another MEB. She acknowledges job-related difficulties and accompanying stress. She acknowledges feelings of intense anger lately. She is angry for being removed from the ER and believes she is qualified not only as an ER physician but should also lead the department. She believes these actions are due to "politics." She felt her letter to Col O'Neil, stating that she should have been ER director, exacerbated the situation. She denies cognitive, emotional, or behavioral limitations that would preclude competent practice of emergency medicine.

**History of Present Condition.** She was an Army Reservist and was augmented for Desert Storm. Her medical group was mobilized in Nov 90 and entered Saudi Arabia just before war commenced. She was delighted to be sent there because she had majored in Arabic studies in undergraduate school and had wanted to visit. She worked as an internal medicine and emergency medicine. The mission involved the care of Iraqi prisoners of war. She worked in 120 temperatures and did not have difficulties tolerating heat. She returned to CONUS in Jun 91. She had problems with her teeth and went to the VA hospital and then to an oral surgeon. She was referred to a neurologist secondary to lancinating HA pain. The neurologist suggested a MRI that suggested periventricular **demyelination.**

Following her tour she spent one month in Saudi Arabia in King Faisel hospital in Feb 92. She decided to apply for active duty in the Army but was not offered an overseas tour. She then decided to enter the AF. During her MIMSO training she developed **double vision.** She had to complete training with one eye closed. This worried her because she knew she had a previously abnormal MRI. She became worried about her medical condition. She sought consultation at Edwards AFB and they suspected MS. Additional work-up was completed while she was stationed in Yokota. Her suspected MS was based on the MRI, double vision, and presence of oligoclonal bands. At Travis AFB, she was further evaluated, and they concluded she had MS. She reported intermittent tingling in her left hand and they tested for carpal tunnel which was negative (she later had surgery for carpal tunnel). The tingling and weakness have since remitted. During this period, she was doing regular exercise and felt capable of doing anything. She took ACSC and passed.

She disputed her MS diagnosis and was retained in the military; however, she reported that she was "very traumatized" by this experience. The MEB process commenced in Yokota, was transferred to Travis, and lasted 5 months. She sought second opinions for her diagnosis. She incurred $14,000 indebtedness. She felt a great deal of anger. She felt the diagnosis of MS was "rubber stamped" until the very end when WHMC PEB concluded that she could not be diagnosed as having MS.

1433

While at Panama she had surgery for wisdom tooth removal that led to a broken jaw and left sided facial numbness. While intubating a patient during a code, she mentioned that she experienced weakness in her left wrist. She requested assistance from another provider, Dr. Burkett, FP. The patient died. She was identified as an impaired provider for intubation purposes and was placed in family practice. She felt punished by this move. Dr. Burkett "piled" on the patients and she got very behind. She was confronted by Dr. Burkett over taking lunch and was accused of having outbursts. She wrote a letter to Dr. Mendez, head of the outpatient services flight, indicating her criticisms of Primary Care operations. She claimed that following the submission of this letter, things got better. She underwent carpal tunnel surgery in Mar 98. Her strength returned and she petitioned to return to the ER.

She was told she needed to recertify her skills to intubate adults and children along with CPR. She intubated the mannequins without the stylet and, because she took too long, she was told she flunked. Her failure seemed "bogus and sadistic." She was told she would need to test with the anesthesiologist, who would examine her ability to intubate patients. She completed several intubations successfully.

A Performance Feedback was completed in Apr 98 by her supervisor, Dr. Mendez, that she provided for review. Following her PF in April, she complained to the hospital commander, Col O'Neil, about her unhappiness in working in Primary Care. She also informed the commander how she should have been made the director for the ER, arguing that she had more experience than her counterpart, Maj McCrary. Col O'Neil said he would look into her complaints. Finally, she returned to the ER. She served as the assistant director. Maj McCrary, the director, started tracking patients who left the ER without being seen. He concluded that more of her patients left than for other providers. Two patient complaints surfaced against Maj Webster. One patient complained that Maj Webster was the worst doctor ever and was extremely forgetful. Another complained that the patient was not promptly referred for narcotic medication with an orthopedic surgeon. Maj McCrary submitted an MFR on 20 May 98 which indicated he had lost confidence in Maj Webster. She was removed from the ER on 21 May, being told that Col O'Neil had lost confidence in her. She rebutted this decision. She was then promptly referred for a commander directed mental health evaluation, which included neuropsychological evaluation. The evaluation revealed cognitive dysfunction suggesting subcortical illness. In addition, there was suggestive evidence of possible adult ADHD. Performance related anxiety might have impacted the results of this evaluation. Furthermore, some of the testing was completed in Spanish. Dr. Fey concluded that repeat evaluation, MRI, and neurological consultations were merited.

She was removed from patient care and detailed to work in Health and Wellness. She is currently involved with smoking cessation. She writes health-oriented letters for the newspaper. Her subsequent OPR looked "terrible." The draft OPR was provided for my review. The OPR was revised by the new squadron commander, Lt Col Remington. She wonders if she is a victim of racial prejudice, noting that Lt Col Addison (Sq. commander), Maj Burkett, and Maj McCrary are black.

**Previous Medical and Psychiatric History.** Her mother and brother are diabetic. There is a family history of obesity. She reports poor vision secondary to glaucoma and conjunctivitis. She wears bifocals. She denies difficulty with reading.

Psychiatric history includes patient belief that her mother was schizophrenic. She was raped at gun point in 1979. She previously saw a psychologist to help control her anger during the time she went through her MEB (92). She was seen at RAF Lakenheath by MH personnel for self-referred occupational concerns (Apr 97). At that time, there was no evidence that she was an impaired provider.

**Outpatient Medical Record:** Medical conditions include history of diplopia and glaucoma. Diplopia was reported in Aug-Sep 92 with suspected white matter disease and MS. She was a Weight Management Program participant and was evaluated in Aug 96. She weighed 172.5 pounds. Surgery for carpal tunnel syndrome occurred in Feb 98.

Narrative Summary from David Grant Medical Center (admitted 10 Aug - 9 Aug 93). Neurological consultation suggested MS. Dr. Alan Zohner performed a neuropsychological evaluation. Her Verbal IQ was 125



1434

and Performance IQ was 104, a significant difference. He concluded, "these results are believed to be a mild under estimate of premorbid function, which is believed to have been in the overall superior range." She had difficulty with abstract reasoning, struggling to test potentially correct hypotheses. Remote memory was intact. Nonverbal recall was WNL. Verbal information performance was mixed but fell within normal limits. There was no evidence of significant depression; however, she mentioned suicidal ideation without intent. Dr. Zohner concluded that she suffered from a mild loss of higher cognitive function. His impression was of an organic mental disorder, chronic and mild, manifested by mild loss of intellectual and problem solving abilities. Accompanying psychiatric evaluation yielded no diagnosis on Axis I or II. She manifested compulsive and "somewhat intrusive behavior" during her hospitalization at David Grant Medical Center. Physicians found her behavior to be unusual, eccentric, and at times inappropriate. This behavior may have been related to her multiple sclerosis. MS was supported by periventricular white matter disease on MRI, positive oligoclonal bands, neurologic symptoms compatible with MS, and at least a question of decreased cognitive function as evidenced by neuropsychiatric testing. She was referred for MEB.

MEB summary was reviewed and the patient was evaluated (23 Jun 93). Lab results showed (+) oligoclonal bands, (-) myelin basic protein, elevated IgG index of 1.12, protein 25, glu 64, WBC 0, RBC 2.2 (Jan 93). MRI in Dec 92 revealed bilateral periventricular high intensity areas consistent with MS and lesions in the corona radiata, consistent with arterial sclerotic changes. Maj Ginsberg concluded, "a diagnosis of MS can be made." Symptoms were mild and subclinical. Psychiatric evaluation was negative indicating no history consistent with frequent errors in clinical judgment or 'swings' in cognitive function that would suggest disability. She was determined to be experiencing a normal reaction for someone undergoing an MEB process.

She rebutted the MEB on 8 Sep 93 and sought a second psychological opinion concerning her cognitive performance. Dr. Raming completed another evaluation and noted FS IQ of 136, verbal IQ of 140, and performance IQ of 122. There were no noticeable emotional or behavioral intrusions, she manifested good concentration and she was cooperative during the evaluation. In Dec 93, the patient was notified that she was certified to return to duty. Her diplopia was felt to be related to decompensated phoria and not MS.

**Relevant Social History.** She said, "I idolized my father completely." He spent most of his time working in the garage on electronics projects. Northrop hired him as an electronics technician, making guided missiles during the war. She reported that her mother was "a dreamy lady… my diagnosis was paranoid schizophrenia, although it was never officially diagnosed." Her mother was hospitalized once for a mental breakdown. Her mother talked to herself out loud. She felt the Jews and Communists were after her. Her parents got divorced when she was 10. "So it was just my mother and four horrendous kids. The house was always a horrible mess and I blamed her. She was very religious and forced me to go to church when I didn't want to I rebelled against her by refusing to go to church. I decided I was an atheist at the age of 16 and argued with her about that."

She left home and moved in with her cousin's family. The patient was 16 at the time. She helped take care of the children. She left because she really couldn't stand her mother. The mess in the house embarrassed her, and she was embarrassed to bring friends home. She did not live with her father because he had remarried to a woman who was disabled with MS.

She never got along with her younger sister. The patient was the oldest saying, "I was bossy and used to beat up on her all the time and she never forgave me. I was the oldest, fat, and pictured myself as ugly. She was the cute little blonde girl that everybody adored so of course I beat her up She was quieter and not as outgoing as I was." Her sister studied to be a CPA and worked as an accountant. She was a chain smoker and was married several times. Things were not in good order in her house, reminding Maj Webster of her mother. Furthermore, "My sister started to sound very much like my mother. She broke down and started to make less and less sense. She was asked to see a mental health professional and she absolutely refused, even when I suggested this." Sometimes she makes sense and sometimes she doesn't. She talks about Dade County (FL) politics, black-white cultural phenomena, the Hispanic culture. She started calling my work in Panama, telling the technicians that Maj Webster was killing people.

435