# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MAJOR WILMA P. WEBSTER,** *

Plaintiff, *

v. * No. 05-1333C

**THE UNITED STATES,** * (Filed Apr. 10, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion filed this date for leave to file the administrative record is granted, and the Administrative Record in this case is filed by leave this date. Defendant shall furnish a bound courtesy copy to chambers as soon as practicable.

s/ Christine O.C. Miller
________________________________
**Christine Odell Cook Miller**
Judge