ORIGINAL

FILED
JUN 2 3 2006
U.S. COURT OF
FEDERAL CLAIMS

by leave of the Judge

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MAJOR WILMA P. WEBSTER, MC, USAF, RETIRED, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1333C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Claims ("RCFC"), the United States respectfully requests an enlargement of time of 60 days from June 6, 2006, to and including August 5, 2006, to respond to Defendant's Motion to Dismiss. This is Plaintiff's first request for an enlargement of time for this purpose. Counsel for Plaintiff has discussed this motion with THE UNITED STATES' counsel, and he does not oppose this motion for enlargement.

The Plaintiff requests this enlargement of time because Plaintiff's counsel did not receive notice that this case had been designated by the Court as an electronically filed case and thus was totally unaware of the Defendant's filing of its Motion to Dismiss until notified by the District Clerk in May 2006. When this notification was received, Plaintiff's counsel was ill at home and did not return to work until the Monday following the District Clerk's call. Thereafter, Plaintiff's counsel diligently pursued gaining access to the electronic fillings in this case. The Plaintiff's counsel who had never been involved in an electronically filed case did the following in the following order:

1. Took the test to obtain an ECF log-in and password codes;

2. After receiving the above, contacted Defendant's counsel and obtained an agreement for a 60-day extension to answer his Motion to Dismiss (June 6, 2006);

3. Attempted to download the training manual without success;

4. Determined that it was necessary to download Adobe Reader 7 and did so;

5. Again attempted to download the training manual without success;

6. Determined that it was necessary to download latest updates to Adobe Reader 7 and did so;

7. Finally successfully downloaded the training manual and outlined same through page 23 where I determined that I needed Adobe Writer to successfully complete training course and to file matters electronically with the court;

8. Called Adobe to order Adobe Writer and unsuccessfully attempted to download free Adobe Writer so that I could complete training course and file this Motion.

9. From June 12, 2006 through June 22, 2006, Plaintiff's Counsel was out ill due to a complication resulting from a drug reaction with his migraine medicine and a protein supplement. It as also during this time that the District Clerk was advised of the above problem regarding the Adobe Writer and who advised that this Motion should be submitted in writing for filing.

Hence the delay in filing this Motion for Enlargement of Time and the delay in filing Plaintiff's Response to Defendant's Motion to Dismiss was caused not be the inadvertence or negligent actions of the Plaintiff's Counsel but rather was due to his never receiving notice that the case was electronically filed and then the difficulties of using the system for the first time.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this unopposed request for an enlargement of time.

Respectfully submitted,

TERRENCE J. MARTIN, P.C.

By: ______________________

Terrence J. Martin, Sr.
9901 IH 10 West, Suit 760
San Antonio, TX 78230
Tele: (210) 697-3400
Fax: (210) 697-6386
Attorneys for Plaintiff

June 22, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of February 2006, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS," was sent via facsimile number (202) 353-7988 to Mr. Douglas K. Mickle, Trial Attorney for the Defendant, as well as via Federal Express to the District Clerk for filing due to the fact that Plaintiff's Counsel computer is still not configured correctly to file this Motion electronically.

______________________
Terrence J. Martin, Sr.

Docket No. 05-1333C

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE C. Miller
FROM: CLERK'S OFFICE

The attached was received on 6-23-06 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 52.1(b) | Re: statement of facts and/or counter-statement of facts is missing |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an ***ECF*** case.
8. ____ ________

________
Deputy Clerk

**To:** **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

X Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
***(Note - This is a separately written order)***

______ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

______ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

______ Returned to party for correction of defect(s).

______ Returned to party.

CCM
Signature

6/23/06
Date