Case 1:05-cv-01333-CCM Document 15 Filed 08/28/2006 Page 1 of 3

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MAJOR WILMA P. WEBSTER, MC, USAF, RETIRED, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1333C (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S THIRD MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Claims ("RCFC"), the United States respectfully requests a third enlargement of time of 7 days from August 21, 2006, to and including August 28, 2006 to respond to Defendant's Motion to Dismiss. This is Plaintiff's third request for an enlargement of time for this purpose. Counsel for Plaintiff has not discussed this motion with THE UNITED STATES' counsel due to the early time that the deadline for filing was noted, and but he did not oppose the prior motion for enlargement to September 19, 2006.

The Plaintiff requests this enlargement of time due to the fact that he made an error in reading the notice from the Court granting her Second Motion for Enlargement of Time. Counsel for the Plaintiff misread the extension until August 27, 2006 instead of August 21, 2006. As August 27, 2006 fell on a Sunday, Plaintiff in accordance with the Rules of Federal Procedure mistakenly believed that he had until August 28, 2006, the date he filed Plaintiff's Response to Defendant's Motion to Dismiss and Motion for Leave of Court to Amend Plaintiff's Complaint.

Hence the delay in filing Plaintiff's Response to Defendant's Motion to Dismiss was caused not be the inadvertence or negligent actions of the Plaintiff's Counsel but rather was due to simply misreading and calendaring the wrong date for response.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this request for an enlargement of time.

Respectfully submitted,

s/Terrence J. Martin, Sr.
TERRENCE J. MARTIN, SR.
Law Offices of
TERRENCE J. MARTIN, SR.
THE PARK ON MEDICAL
4115 Medical Drive, Suit 401
San Antonio, TX 78229
Tel: (210) 697-3400
Fax: (210) 697-6386
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 28th day of August 2006, a copy of the foregoing "PLAINTIFF'S THIRD MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS," was filed electronically. I understand that notice of this filing will be sent to all parties by

operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Terrence J. Martin, Sr.
**TERRENCE J. MARTIN, SR.**