# In the United States Court of Federal Claims

**No. 05-1333 C**

**MAJOR WILLIAM P. WEBSTER,**
**USAF RETIRED**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's memorandum opinion and order, filed November 20, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed for lack of subject matter jurisdiction. No costs.

Brian Bishop
Clerk of Court

November 20, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.